# EXHIBIT D
## *Part 1 of 31*

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

 **BOEING**

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| | |
|---|---|
| **Purchase Contract No: 1248358** | **Purchase Contract Change No: 39** **PC/PCC Date: 2022-07-22** |
| **Total PC Value:** ■■■■ | **PC Orig Date: 22-JUN-2016** |
| **Total PC Funding:** ■■■■ | |
| **Total Definitized Value:** ■■■■ | **Total Undefinitized NTE Value:** ■■■■ |

**Supplier No.** ■■■■         **BEST Code:** ■■■■
**Supplier Address:**

GKN AEROSPACE N AMERICA INC
142 MCDONNELL BLVD
HAZELWOOD          MO     63042-3102
US

**Manufacturer Address:**

142 JS MCDONNELL BLVD
HAZELWOOD          MO     63042-3102
US

**Confirm To:** ■■■■

| | |
|---|---|
| **Payment Type:** | **Payment Rate:** 0.00% |
| **Liquidation Type:** | **Liquidation Rate:** 0.00% |

**All Deliverable line items on this Purchase Contract will ship to the following address unless otherwise specified on the line item(s).**
**Ship To:**

| | | |
|---|---|---|
| SEE PURCHASE CONTRACT LINE ITEM | **Routing:** | Carrier of your choice (FOB Destination Only) |
| | **FOB:** | DESTINATION |
| | **Shipping Payment Method:** | Prepaid (by Seller) |

| **Purchase Contract Revision Notes** - Data Not Specifically Altered Remains Unchanged |
|---|
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ |



Electronically Distributed
Exostar Acknowledgement
Required

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

Purchase Contract No: **1248358**     Purchase Contract Change No: **39**  PC/PCC Date: **2022-07-22**
PC Orig Date: **22-JUN-2016**

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|-----------|-----------|
| 0001 | | | EA | ■ |

Description: ■
Vendor P/N: TYPE M
Issuing Loc: ST LOUIS

Total Qty Ordered

Item Ext Amount ■

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|

■

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 0 | 21- APR- 2016 | 21- APR- 2016 |

**Item Attachment(s)**     **Description**
■

**End of Item:   0001** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|-----------|-----------|
| 0002 | 74A110601-5829 | | EA | ■ |

Description: ■
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
12

Item Ext Amount ■

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| | | | | 12 |

■

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 06- NOV- 2017 | 06- NOV- 2017 |
| 1 | 03- JAN- 2018 | 03- JAN- 2018 |
| 1 | 14- FEB- 2018 | 14- FEB- 2018 |
| 1 | 28- MAR- 2018 | 28- MAR- 2018 |
| 1 | 09- MAY- 2018 | 09- MAY- 2018 |
| 1 | 21- JUN- 2018 | 21- JUN- 2018 |
| 1 | 17- SEP- 2018 | 17- SEP- 2018 |
| 1 | 06- AUG- 2018 | 06- AUG- 2018 |
| 1 | 29- OCT- 2018 | 29- OCT- 2018 |
| 1 | 15- FEB- 2022 | 02- MAY- 2019 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

Purchase Contract No: **1248358**   Purchase Contract Change No: **39**   PC/PCC Date: **2022-07-22**
PC Orig Date: **22-JUN-2016**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 15- MAR- 2022 | 14- JUN- 2019 |
| 1 | 12- APR- 2022 | 09- JUL- 2019 |
| 0 | 13- MAY- 2022 | 07- FEB- 2019 |
| 0 | 13- JUN- 2022 | 13- DEC- 2018 |
| 0 | 11- JUL- 2022 | 21- MAR- 2019 |

**Item Attachment(s)**   **Description**



**End of Item: 0002** ---------------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0003 | 74A110601-5829 | | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**

**Customer Contract**   **Prime Contract**   **Customer Order**   **Priority Rating**   **Qty**

**Purchase Contract No:** 1248358   **Purchase Contract Change No:** 39   **PC/PCC Date:** 2022-07-22
**PC Orig Date:** 22-JUN-2016

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 11- JAN- 2022 | 09- DEC- 2019 |
| 0 | 29- NOV- 2021 | 23- OCT- 2019 |
| 0 | 04- OCT- 2021 | 11- SEP- 2019 |
| 0 | 08- AUG- 2022 | 13- JAN- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

**Item Attachment(s)       Description**



**End of Item:   0003**

| Item | Part Number |
|---|---|
| 0004 | 74A110601-5830 |

**UM Ordered** EA

**Unit Price**

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

**Customer Contract**        **Prime Contract**        **Customer Order**        **Priority Rating**   **Qty**

1

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1248358     **Purchase Contract Change No:** 39   **PC/PCC Date:** 2022-07-22
**PC Orig Date:** 22-JUN-2016

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 24- JAN- 2018 | 24- JAN- 2018 |

**Ship To:**
BCWS
11990 MISSOURI BOTTOM ROAD
HAZELWOOD          MO     63042
US

**Routing:** Carrier of your choice (FOB Destination Only)

Item Attachment(s)      Description



**End of Item:   0004** ------------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0005 | 74A110650-5063 | | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
10

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 10 |

PC FORM Rev 1/19/07



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1248358     **Purchase Contract Change No:** 39    **PC/PCC Date:** 2022-07-22

**PC Orig Date:** 22-JUN-2016

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 04- SEP- 2018 | 04- SEP- 2018 |
| 1 | 02- OCT- 2018 | 02- OCT- 2018 |
| 1 | 09- JAN- 2019 | 09- JAN- 2019 |
| 1 | 29- NOV- 2018 | 29- NOV- 2018 |
| 1 | 01- MAR- 2022 | 08- FEB- 2019 |
| 1 | 29- APR- 2022 | 31- OCT- 2018 |
| 1 | 31- MAY- 2022 | 08- MAR- 2019 |
| 1 | 27- JUN- 2022 | 05- APR- 2019 |
| 1 | 25- JUL- 2022 | 03- MAY- 2019 |
| 1 | 22- AUG- 2022 | 17- MAY- 2019 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON       MO    63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)**     **Description**

**End of Item: 0005** ------------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0006 | 74A110650-5063 | | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
9

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Purchase Contract No: | 1248358 | Purchase Contract Change No: 39 | PC/PCC Date: | 2022-07-22 |
| | | | PC Orig Date: | 22-JUN-2016 |

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 9 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 20- NOV- 2017 | 20- NOV- 2017 |
| 1 | 17- JAN- 2018 | 17- JAN- 2018 |
| 1 | 28- FEB- 2018 | 28- FEB- 2018 |
| 1 | 11- APR- 2018 | 11- APR- 2018 |
| 1 | 23- MAY- 2018 | 23- MAY- 2018 |
| 1 | 09- JUL- 2018 | 09- JUL- 2018 |
| 1 | 12- NOV- 2018 | 12- NOV- 2018 |
| 1 | 01- FEB- 2022 | 02- OCT- 2018 |
| 1 | 29- MAR- 2022 | 20- AUG- 2018 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)          Description**



**End of Item:    0006** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0007 | 74A110650-5064 | EA | |

Description:
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
17

Item Ext Amount

Electronically Filed - St. Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1248358     **Purchase Contract Change No:** 39   **PC/PCC Date:** 2022-07-22
                                                            **PC Orig Date:** 22-JUN-2016

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▉ | | | | 17 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 24- OCT- 2017 | 24- OCT- 2017 |
| 1 | 01- FEB- 2018 | 01- FEB- 2018 |
| 1 | 26- APR- 2018 | 26- APR- 2018 |
| 1 | 11- JUN- 2018 | 11- JUN- 2018 |
| 1 | 23- JUL- 2018 | 23- JUL- 2018 |
| 1 | 04- SEP- 2018 | 04- SEP- 2018 |
| 1 | 22- SEP- 2020 | 17- OCT- 2018 |
| 1 | 08- MAR- 2021 | 30- NOV- 2018 |
| 1 | 10- MAY- 2021 | 25- JAN- 2019 |
| 1 | 22- JUN- 2021 | 08- MAR- 2019 |
| 1 | 29- NOV- 2021 | 19- APR- 2019 |
| 1 | 11- JAN- 2022 | 17- JUL- 2019 |
| 1 | 12- APR- 2022 | 08- DEC- 2017 |
| 1 | 13- JUN- 2022 | 10- OCT- 2019 |
| 1 | 15- FEB- 2022 | 28- AUG- 2019 |
| 1 | 13- MAY- 2022 | 03- JUN- 2019 |
| 1 | 15- MAR- 2022 | 16- MAR- 2018 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON       MO   63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)**     **Description**



**Purchase Contract No:** 1248358  **Purchase Contract Change No:** 39  **PC/PCC Date:** 2022-07-22
**PC Orig Date:** 22-JUN-2016

**Item Attachment(s)**    **Description**

████████████████████████████████████████████

**End of Item:  0007** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0008 | 74A110686-5015 | | EA | ████████ |

**Description:** ████████████████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
19

**Item Ext Amount**
███████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ██████████ | | | | 19 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 19- JUN- 2017 | 19- JUN- 2017 |
| 1 | 20- JUN- 2017 | 20- JUN- 2017 |
| 1 | 21- JUN- 2017 | 21- JUN- 2017 |
| 1 | 29- NOV- 2017 | 29- NOV- 2017 |
| 1 | 24- JAN- 2018 | 24- JAN- 2018 |
| 1 | 27- FEB- 2018 | 27- FEB- 2018 |
| 1 | 28- FEB- 2018 | 28- FEB- 2018 |
| 1 | 01- MAR- 2018 | 01- MAR- 2018 |
| 1 | 02- MAR- 2018 | 02- MAR- 2018 |
| 1 | 07- MAR- 2018 | 07- MAR- 2018 |
| 1 | 18- APR- 2018 | 18- APR- 2018 |
| 1 | 31- MAY- 2018 | 31- MAY- 2018 |
| 1 | 22- MAY- 2019 | 22- MAY- 2019 |
| 1 | 08- JUL- 2019 | 08- JUL- 2019 |
| 1 | 19- AUG- 2019 | 19- AUG- 2019 |
| 1 | 01- OCT- 2019 | 01- OCT- 2019 |
| 1 | 13- NOV- 2019 | 13- NOV- 2019 |
| 1 | 13- JAN- 2020 | 13- JAN- 2020 |
| 1 | 03- FEB- 2020 | 03- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON            MO    63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)**    **Description**

████████████████████████████████████████████

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| | | | |
|---|---|---|---|
| Purchase Contract No: | 1248358 | Purchase Contract Change No: 39 | PC/PCC Date: 2022-07-22 |
| | | | PC Orig Date: 22-JUN-2016 |

**Item Attachment(s)        Description**



**End of Item:    0008**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0009 | 74A110686-5016 | | EA | |

**Description:**

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
17

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 17 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 28- JUN- 2017 | 28- JUN- 2017 |
| 1 | 29- JUN- 2017 | 29- JUN- 2017 |
| 1 | 07- DEC- 2017 | 07- DEC- 2017 |
| 1 | 01- FEB- 2018 | 01- FEB- 2018 |
| 1 | 14- MAR- 2018 | 14- MAR- 2018 |
| 1 | 15- MAR- 2018 | 15- MAR- 2018 |
| 1 | 16- MAR- 2018 | 16- MAR- 2018 |
| 1 | 19- MAR- 2018 | 19- MAR- 2018 |
| 1 | 20- MAR- 2018 | 20- MAR- 2018 |
| 1 | 21- MAR- 2018 | 21- MAR- 2018 |
| 1 | 26- APR- 2018 | 26- APR- 2018 |
| 1 | 11- JUN- 2018 | 11- JUN- 2018 |
| 1 | 02- JUL- 2018 | 02- JUL- 2018 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Routing:**  Carrier of your choice (FOB Destination Only)


**Purchase Contract No:** 1248358   **Purchase Contract Change No:** 39   PC/PCC Date: **2022-07-22**
PC Orig Date: **22-JUN-2016**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 16- JUL- 2019 | 16- JUL- 2019 |
| 1 | 27- AUG- 2019 | 27- AUG- 2019 |
| 1 | 09- OCT- 2019 | 09- OCT- 2019 |
| 1 | 21- NOV- 2019 | 21- NOV- 2019 |

**Item Attachment(s)**    **Description**



**End of Item:  0009** -------------------------------------------------------------------

| Item | Part Number | | | UM Ordered | Unit Price |
|---|---|---|---|---|---|
| 0010 | 74A110687-5009 | | | EA | |

**Description:**

**Vendor P/N:**

**Issuing Loc:**  ST LOUIS

**Total Qty Ordered**
19

**Item Ext Amount**

**Customer Contract**         **Prime Contract**         **Customer Order**   **Priority Rating**   **Qty**

19

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

Purchase Contract No: **1248358**     Purchase Contract Change No: **39**  PC/PCC Date: **2022-07-22**
                                                                          PC Orig Date: **22-JUN-2016**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 28- JUN- 2017 | 28- JUN- 2017 |
| 1 | 29- JUN- 2017 | 29- JUN- 2017 |
| 1 | 30- JUN- 2017 | 30- JUN- 2017 |
| 1 | 29- NOV- 2017 | 29- NOV- 2017 |
| 1 | 24- JAN- 2018 | 24- JAN- 2018 |
| 1 | 05- MAR- 2018 | 05- MAR- 2018 |
| 1 | 06- MAR- 2018 | 06- MAR- 2018 |
| 1 | 07- MAR- 2018 | 07- MAR- 2018 |
| 1 | 08- MAR- 2018 | 08- MAR- 2018 |
| 1 | 09- MAR- 2018 | 09- MAR- 2018 |
| 1 | 12- MAR- 2018 | 12- MAR- 2018 |
| 1 | 18- APR- 2018 | 18- APR- 2018 |
| 1 | 31- MAY- 2018 | 31- MAY- 2018 |
| 1 | 08- JUL- 2019 | 08- JUL- 2019 |
| 1 | 19- AUG- 2019 | 19- AUG- 2019 |
| 1 | 01- OCT- 2019 | 01- OCT- 2019 |
| 1 | 13- NOV- 2019 | 13- NOV- 2019 |
| 1 | 13- JAN- 2020 | 13- JAN- 2020 |
| 1 | 03- FEB- 2020 | 03- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO      63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

Item Attachment(s)          Description



**End of Item:   0010**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0011 | 74A110687-5010 | EA | |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

![Boeing logo]

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1248358  **Purchase Contract Change No:** 39  **PC/PCC Date:** **2022-07-22**
**PC Orig Date:** **22-JUN-2016**

**Description:** ███████
**Vendor P/N:** ████████████
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
17

**Item Ext Amount**
████████████

**Customer Contract**   **Prime Contract**   **Customer Order**   **Priority Rating**   **Qty**
█████████████                                                         17

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 28- JUN- 2017 | 28- JUN- 2017 |
| 1 | 29- JUN- 2017 | 29- JUN- 2017 |
| 1 | 30- JUN- 2017 | 30- JUN- 2017 |
| 1 | 05- JUL- 2017 | 05- JUL- 2017 |
| 1 | 06- JUL- 2017 | 06- JUL- 2017 |
| 1 | 07- DEC- 2017 | 07- DEC- 2017 |
| 1 | 01- FEB- 2018 | 01- FEB- 2018 |
| 1 | 12- MAR- 2018 | 12- MAR- 2018 |
| 1 | 13- MAR- 2018 | 13- MAR- 2018 |
| 1 | 15- MAR- 2018 | 15- MAR- 2018 |
| 1 | 26- APR- 2018 | 26- APR- 2018 |
| 1 | 11- JUN- 2018 | 11- JUN- 2018 |
| 1 | 03- JUN- 2019 | 03- JUN- 2019 |
| 1 | 16- JUL- 2019 | 16- JUL- 2019 |
| 1 | 27- AUG- 2019 | 27- AUG- 2019 |
| 1 | 09- OCT- 2019 | 09- OCT- 2019 |
| 1 | 21- NOV- 2019 | 21- NOV- 2019 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO      63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)     Description**





**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1248358 | Purchase Contract Change No: 39 | PC/PCC Date: | 2022-07-22 |
|---|---|---|---|---|
| | | | PC Orig Date: | 22-JUN-2016 |

**Item Attachment(s)**     **Description**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**End of Item: 0011** ------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0012 | 74A110819-2013B | | EA | ▮▮▮ |

**Description:** ▮▮▮▮▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
19

**Item Ext Amount**
▮▮▮▮

Fixed Price

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮▮ | | | ▮▮▮ | 19 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 19 | 18- DEC- 2017 | 18- DEC- 2017 |

**Ship To:**
THE BOEING COMPANY
C/O DAVIDSON SURFACE AIR
11990 MISSOURI BOTTOM ROAD
HAZELWOOD     MO   63042
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)**     **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1248358 | Purchase Contract Change No: | 39 | PC/PCC Date: | 2022-07-22 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 22-JUN-2016 |

**End of Item:** 0012 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0013 | 74A110819-2014B | | EA | ■■■■ |

**Description:** ■■■■■■
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
17

**Item Ext Amount**
■■■■■

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ■■■■ | | | | 17 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 28- JUN- 2017 | 28- JUN- 2017 |
| 1 | 29- JUN- 2017 | 29- JUN- 2017 |
| 1 | 18- SEP- 2017 | 18- SEP- 2017 |
| 1 | 19- SEP- 2017 | 19- SEP- 2017 |
| 1 | 20- SEP- 2017 | 20- SEP- 2017 |
| 1 | 21- SEP- 2017 | 21- SEP- 2017 |
| 1 | 22- SEP- 2017 | 22- SEP- 2017 |
| 1 | 13- OCT- 2017 | 13- OCT- 2017 |
| 1 | 10- JAN- 2018 | 10- JAN- 2018 |
| 1 | 11- JAN- 2018 | 11- JAN- 2018 |
| 1 | 22- JAN- 2018 | 22- JAN- 2018 |
| 1 | 02- FEB- 2018 | 02- FEB- 2018 |
| 1 | 05- FEB- 2018 | 05- FEB- 2018 |
| 1 | 06- MAR- 2018 | 06- MAR- 2018 |
| 1 | 17- APR- 2018 | 17- APR- 2018 |
| 1 | 30- MAY- 2018 | 30- MAY- 2018 |
| 1 | 01- JUL- 2019 | 01- JUL- 2019 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO   63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)     Description**

■■■■■■■■■■■■■■■■■■■■■■■■

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1248358   **Purchase Contract Change No:** 39   **PC/PCC Date:** 2022-07-22
**PC Orig Date:** 22-JUN-2016

**Item Attachment(s)    Description**



**End of Item:  0013**  - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|------|-------------|------------|------------|
| 0014 | 74A110820-2011B | EA | |

**Description:**
**Vendor P/N:**   **Total Qty Ordered**
**Issuing Loc:** ST LOUIS   19

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| | | | | 19 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 19 | 27- NOV- 2017 | 27- NOV- 2017 |

**Ship To:**
THE BOEING COMPANY
C/O DAVIDSON SURFACE AIR
11990 MISSOURI BOTTOM ROAD
HAZELWOOD          MO    63042
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)    Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1248358  **Purchase Contract Change No:** 39  **PC/PCC Date:** 2022-07-22
**PC Orig Date:** 22-JUN-2016

**Item Attachment(s)    Description**

███████████████████████████████████████

**End of Item:  0014** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|------------|-----------|
| 0015 | 74A110820-2012B | | EA | ████ |

**Description:** ████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
17

**Item Ext Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████████ | | | | 17 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 17 | 18- DEC- 2017 | 18- DEC- 2017 |

**Ship To:**
THE BOEING COMPANY
C/O DAVIDSON SURFACE AIR
11990 MISSOURI BOTTOM ROAD
HAZELWOOD          MO    63042
US

**Routing:**  Carrier of your choice (FOB Destination Only)

**Item Attachment(s)    Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| **Purchase Contract No:** | 1248358 | **Purchase Contract Change No:** 39 | **PC/PCC Date:** 2022-07-22 |
| | | | **PC Orig Date:** 22-JUN-2016 |

**End of Item: 0015** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0016 | 74A110821-2013A | | EA | ▮ |

**Description:** ▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
19

**Item Ext Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | | 19 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 19 | 18- DEC- 2017 | 18- DEC- 2017 |

**Ship To:**
THE BOEING COMPANY
C/O DAVIDSON SURFACE AIR
11990 MISSOURI BOTTOM ROAD
HAZELWOOD          MO      63042
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)        Description**



**End of Item: 0016** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0017 | 74A110821-2014A | | EA | ▮ |

PC FORM Rev 1/19/07



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| | | |
|---|---|---|
| **Purchase Contract No:** 1248358 | **Purchase Contract Change No:** 39 | **PC/PCC Date:** 2022-07-22 |
| | | **PC Orig Date:** 22-JUN-2016 |

**Description:** ███████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
17

**Item Ext Amount**
███████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███████████ | | | | 17 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 28- JUN- 2017 | 28- JUN- 2017 |
| 1 | 29- JUN- 2017 | 29- JUN- 2017 |
| 1 | 30- JUN- 2017 | 30- JUN- 2017 |
| 1 | 05- JUL- 2017 | 05- JUL- 2017 |
| 1 | 22- JAN- 2018 | 22- JAN- 2018 |
| 1 | 06- MAR- 2018 | 06- MAR- 2018 |
| 1 | 04- APR- 2018 | 04- APR- 2018 |
| 1 | 05- APR- 2018 | 05- APR- 2018 |
| 1 | 06- APR- 2018 | 06- APR- 2018 |
| 1 | 09- APR- 2018 | 09- APR- 2018 |
| 1 | 10- APR- 2018 | 10- APR- 2018 |
| 1 | 11- APR- 2018 | 11- APR- 2018 |
| 1 | 12- APR- 2018 | 12- APR- 2018 |
| 1 | 13- APR- 2018 | 13- APR- 2018 |
| 1 | 16- APR- 2018 | 16- APR- 2018 |
| 1 | 17- APR- 2018 | 17- APR- 2018 |
| 1 | 30- MAY- 2018 | 30- MAY- 2018 |

**Ship To:**
THE BOEING COMPANY
C/O DAVIDSON SURFACE AIR
11990 MISSOURI BOTTOM ROAD
HAZELWOOD          MO     63042
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)          Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

Purchase Contract No:   **1248358**     Purchase Contract Change No:  **39**   **PC/PCC Date:**   **2022-07-22**
                                                                  **PC Orig Date:**     **22-JUN-2016**

**Item Attachment(s)**    **Description**

███████████████████████████████

**End of Item:   0017** — — — — — — — — — — — — — — — — — — — — — —

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|-----------|-----------|
| 0018 | 74A110825-2011C | | EA | ███████ |

Description:  ██████████           **Total Qty Ordered**
Vendor P/N:                         19
Issuing Loc:  ST LOUIS

**Item Ext Amount**

███████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ██████████ | | | | 19 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 19 | 27- NOV- 2017 | 27- NOV- 2017 |

**Ship To:**
THE BOEING COMPANY
C/O DAVIDSON SURFACE AIR
11990 MISSOURI BOTTOM ROAD
HAZELWOOD          MO   63042
US

**Routing:**  Carrier of your choice (FOB Destination Only)

**Item Attachment(s)**    **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No: **1248358**     Purchase Contract Change No: **39**     PC/PCC Date: **2022-07-22**
PC Orig Date: **22-JUN-2016**

**End of Item:** **0018** ----------------------------------------

| Item | Part Number | | | UM Ordered | Unit Price |
|------|-------------|--|--|------------|------------|
| 0019 | 74A110825-2012C | | | EA | ████ |

**Description:** ████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

Total Qty Ordered
17

Item Ext Amount
████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████ | | | | 17 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 17 | 18- DEC- 2017 | 18- DEC- 2017 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)     Description**



**End of Item:** **0019** ----------------------------------------

| Item | Part Number | | | UM Ordered | Unit Price |
|------|-------------|--|--|------------|------------|
| 0020 | 74A110943-5205 | | | EA | ████ |

**Description:** ████████

Total Qty Ordered

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:**   **1248358**     **Purchase Contract Change No: 39**   **PC/PCC Date:**   **2022-07-22**
                                                   **PC Orig Date:**   **22-JUN-2016**

**Vendor P/N:**
**Issuing Loc:**   ST LOUIS                                          19

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 19 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON         MO   63044
US

**Routing:**   Carrier of your choice (FOB Destination Only)

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- AUG- 2017 | 07- AUG- 2017 |
| 1 | 08- AUG- 2017 | 08- AUG- 2017 |
| 1 | 09- AUG- 2017 | 09- AUG- 2017 |
| 1 | 10- AUG- 2017 | 10- AUG- 2017 |
| 1 | 02- NOV- 2017 | 02- NOV- 2017 |
| 1 | 16- MAY- 2018 | 16- MAY- 2018 |
| 1 | 17- MAY- 2018 | 17- MAY- 2018 |
| 1 | 18- MAY- 2018 | 18- MAY- 2018 |
| 1 | 21- MAY- 2018 | 21- MAY- 2018 |
| 1 | 18- JUN- 2018 | 18- JUN- 2018 |
| 1 | 22- APR- 2019 | 22- APR- 2019 |
| 1 | 20- MAY- 2019 | 20- MAY- 2019 |
| 1 | 17- JUN- 2019 | 17- JUN- 2019 |
| 1 | 17- JUL- 2019 | 17- JUL- 2019 |
| 1 | 14- AUG- 2019 | 14- AUG- 2019 |
| 1 | 12- SEP- 2019 | 12- SEP- 2019 |
| 1 | 10- OCT- 2019 | 10- OCT- 2019 |
| 1 | 07- NOV- 2019 | 07- NOV- 2019 |
| 1 | 25- NOV- 2019 | 25- NOV- 2019 |

**Item Attachment(s)**      **Description**



Purchase Contract No: **1248358**  Purchase Contract Change No: **39**  PC/PCC Date: **2022-07-22**
PC Orig Date: **22-JUN-2016**

**Item Attachment(s)**  **Description**

█████████████████████████████████

**End of Item:  0020** ----------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|-----------|-----------|
| 0021 | 74A110943-5206 | | EA | ████████ |

Description: ████████████
Vendor P/N:
Issuing Loc: ST LOUIS

**Total Qty Ordered**
17

**Item Ext Amount**
█████████████

**Customer Contract**       **Prime Contract**       **Customer Order**   **Priority Rating**   **Qty**

████████████                                                                                17

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 30- JUN- 2017 | 30- JUN- 2017 |
| 1 | 07- JUL- 2017 | 07- JUL- 2017 |
| 1 | 03- AUG- 2017 | 03- AUG- 2017 |
| 1 | 07- AUG- 2017 | 07- AUG- 2017 |
| 1 | 15- AUG- 2017 | 15- AUG- 2017 |
| 1 | 20- APR- 2018 | 20- APR- 2018 |
| 1 | 25- APR- 2018 | 25- APR- 2018 |
| 1 | 16- MAY- 2018 | 16- MAY- 2018 |
| 1 | 17- MAY- 2018 | 17- MAY- 2018 |
| 1 | 08- APR- 2019 | 08- APR- 2019 |
| 1 | 06- MAY- 2019 | 06- MAY- 2019 |
| 1 | 03- JUN- 2019 | 03- JUN- 2019 |
| 1 | 01- JUL- 2019 | 01- JUL- 2019 |
| 1 | 31- JUL- 2019 | 31- JUL- 2019 |
| 1 | 28- AUG- 2019 | 28- AUG- 2019 |
| 1 | 26- SEP- 2019 | 26- SEP- 2019 |
| 1 | 24- OCT- 2019 | 24- OCT- 2019 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)**  **Description**

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| Purchase Contract No: | 1248358 | Purchase Contract Change No: 39 | PC/PCC Date: **2022-07-22** |
| | | | PC Orig Date: **22-JUN-2016** |

**Item Attachment(s)**     **Description**



**End of Item: 0021** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0022 | 74A110943-5209 | | EA | ▮ |

**Description:** ▮

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**

▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | | |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 24- JUL- 2018 | 24- JUL- 2018 |
| 0 | 18- JUN- 2018 | 18- JUN- 2018 |
| 0 | 21- AUG- 2018 | 21- AUG- 2018 |
| 0 | 19- SEP- 2018 | 19- SEP- 2018 |
| 0 | 17- OCT- 2018 | 17- OCT- 2018 |
| 0 | 08- NOV- 2018 | 08- NOV- 2018 |
| 0 | 17- DEC- 2018 | 17- DEC- 2018 |
| 0 | 28- JAN- 2019 | 28- JAN- 2019 |
| 0 | 25- FEB- 2019 | 25- FEB- 2019 |
| 0 | 25- MAR- 2019 | 25- MAR- 2019 |
| 0 | 22- APR- 2019 | 22- APR- 2019 |
| 0 | 20- MAY- 2019 | 20- MAY- 2019 |
| 0 | 17- JUN- 2019 | 17- JUN- 2019 |
| 0 | 17- JUL- 2019 | 17- JUL- 2019 |
| 0 | 14- AUG- 2019 | 14- AUG- 2019 |
| 0 | 12- SEP- 2019 | 12- SEP- 2019 |
| 0 | 10- OCT- 2019 | 10- OCT- 2019 |
| 0 | 07- NOV- 2019 | 07- NOV- 2019 |

**Ship To:**

THE BOEING COMPANY
C/O DAVIDSON SURFACE AIR
11990 MISSOURI BOTTOM ROAD
HAZELWOOD        MO    63042
US

**Routing:** Carrier of your choice (FOB Destination Only)

PC FORM Rev 1/19/07



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1248358     **Purchase Contract Change No:** 39    **PC/PCC Date:** 2022-07-22
                                                        **PC Orig Date:** 22-JUN-2016

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 25- NOV- 2019 | 25- NOV- 2019 |

**Item Attachment(s)**     **Description**



**End of Item:** 0022 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0023 | 74A110943-5210 | | EA | |

**Description:** ▮▮▮▮▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 10- JUL- 2018 | 10- JUL- 2018 |
| 0 | 07- AUG- 2018 | 07- AUG- 2018 |
| 0 | 05- SEP- 2018 | 05- SEP- 2018 |
| 0 | 03- OCT- 2018 | 03- OCT- 2018 |

**Ship To:**
THE BOEING COMPANY
C/O DAVIDSON SURFACE AIR
11990 MISSOURI BOTTOM ROAD
HAZELWOOD          MO    63042
US

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1248358      **Purchase Contract Change No:** 39    **PC/PCC Date:** 2022-07-22

**PC Orig Date:** 22-JUN-2016



| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 31- OCT- 2018 | 31- OCT- 2018 |
| 0 | 03- DEC- 2018 | 03- DEC- 2018 |
| 0 | 10- JAN- 2019 | 10- JAN- 2019 |
| 0 | 11- FEB- 2019 | 11- FEB- 2019 |
| 0 | 11- MAR- 2019 | 11- MAR- 2019 |
| 0 | 08- APR- 2019 | 08- APR- 2019 |
| 0 | 06- MAY- 2019 | 06- MAY- 2019 |
| 0 | 03- JUN- 2019 | 03- JUN- 2019 |
| 0 | 01- JUL- 2019 | 01- JUL- 2019 |
| 0 | 31- JUL- 2019 | 31- JUL- 2019 |
| 0 | 28- AUG- 2019 | 28- AUG- 2019 |
| 0 | 26- SEP- 2019 | 26- SEP- 2019 |
| 0 | 24- OCT- 2019 | 24- OCT- 2019 |

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)**      **Description**

**End of Item:** 0023 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Item**    **Part Number**
0024    74A110943-5251

**UM Ordered**
EA

**Unit Price**

     **Description:** ▮▮▮▮▮▮

     **Vendor P/N:**

     **Issuing Loc:** ST LOUIS

**Total Qty Ordered**
19

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**BOEING**

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1248358   **Purchase Contract Change No:** 39 **PC/PCC Date:** **2022-07-22**
**PC Orig Date:** **22-JUN-2016**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████ | | | ████ | 19 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- MAR- 2018 | 22- MAR- 2018 |
| 1 | 08- MAY- 2018 | 08- MAY- 2018 |
| 1 | 18- JUN- 2018 | 18- JUN- 2018 |
| 1 | 19- SEP- 2018 | 19- SEP- 2018 |
| 1 | 17- OCT- 2018 | 17- OCT- 2018 |
| 1 | 14- NOV- 2018 | 14- NOV- 2018 |
| 1 | 17- DEC- 2018 | 17- DEC- 2018 |
| 1 | 28- JAN- 2019 | 28- JAN- 2019 |
| 1 | 25- FEB- 2019 | 25- FEB- 2019 |
| 1 | 25- MAR- 2019 | 25- MAR- 2019 |
| 1 | 22- APR- 2019 | 22- APR- 2019 |
| 1 | 20- MAY- 2019 | 20- MAY- 2019 |
| 1 | 17- JUN- 2019 | 17- JUN- 2019 |
| 1 | 17- JUL- 2019 | 17- JUL- 2019 |
| 1 | 14- AUG- 2019 | 14- AUG- 2019 |
| 1 | 12- SEP- 2019 | 12- SEP- 2019 |
| 1 | 10- OCT- 2019 | 10- OCT- 2019 |
| 1 | 07- NOV- 2019 | 07- NOV- 2019 |
| 1 | 25- NOV- 2019 | 25- NOV- 2019 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)      Description**



PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

BOEING

| | | |
|---|---|---|
| Purchase Contract No: **1248358** | Purchase Contract Change No: **39** | PC/PCC Date: **2022-07-22** |
| | | PC Orig Date: **22-JUN-2016** |

**End of Item:** **0024** -------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0025 | 74A110943-5252 | EA | ▮ |

**Description:** ▮

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

Total Qty Ordered
17

Item Ext Amount
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | | 17 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 13- MAR- 2018 | 13- MAR- 2018 |
| 1 | 07- AUG- 2018 | 07- AUG- 2018 |
| 1 | 05- SEP- 2018 | 05- SEP- 2018 |
| 1 | 03- OCT- 2018 | 03- OCT- 2018 |
| 1 | 31- OCT- 2018 | 31- OCT- 2018 |
| 1 | 03- DEC- 2018 | 03- DEC- 2018 |
| 1 | 10- JAN- 2019 | 10- JAN- 2019 |
| 1 | 11- FEB- 2019 | 11- FEB- 2019 |
| 1 | 11- MAR- 2019 | 11- MAR- 2019 |
| 1 | 08- APR- 2019 | 08- APR- 2019 |
| 1 | 06- MAY- 2019 | 06- MAY- 2019 |
| 1 | 03- JUN- 2019 | 03- JUN- 2019 |
| 1 | 01- JUL- 2019 | 01- JUL- 2019 |
| 1 | 31- JUL- 2019 | 31- JUL- 2019 |
| 1 | 28- AUG- 2019 | 28- AUG- 2019 |
| 1 | 26- SEP- 2019 | 26- SEP- 2019 |
| 1 | 24- OCT- 2019 | 24- OCT- 2019 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON        MO    63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)    Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Purchase Contract No: | 1248358 | Purchase Contract Change No: 39 | PC/PCC Date: | 2022-07-22 |
|---|---|---|---|---|
| | | | PC Orig Date: | 22-JUN-2016 |

**Item Attachment(s)      Description**

█████████████████████████████████████

**End of Item:    0025** --------------------------------------------------

| Item | Part Number | | | UM Ordered | Unit Price |
|---|---|---|---|---|---|
| 0026 | 74A110948-2009A | | | EA | |

Description: █████

Vendor P/N:

Issuing Loc:  ST LOUIS

**Total Qty Ordered**
19

**Item Ext Amount**
███████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████ | | | | 16 |
| | | | ████ | 3 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 29- JUN- 2017 | 29- JUN- 2017 |
| 1 | 30- JUN- 2017 | 30- JUN- 2017 |
| 1 | 05- JUL- 2017 | 05- JUL- 2017 |
| 1 | 06- JUL- 2017 | 06- JUL- 2017 |
| 1 | 07- JUL- 2017 | 07- JUL- 2017 |
| 1 | 10- JUL- 2017 | 10- JUL- 2017 |
| 1 | 11- JUL- 2017 | 11- JUL- 2017 |
| 1 | 12- JUL- 2017 | 12- JUL- 2017 |
| 1 | 13- JUL- 2017 | 13- JUL- 2017 |
| 1 | 14- JUL- 2017 | 14- JUL- 2017 |
| 1 | 17- JUL- 2017 | 17- JUL- 2017 |
| 1 | 18- JUL- 2017 | 18- JUL- 2017 |
| 1 | 19- JUL- 2017 | 19- JUL- 2017 |
| 1 | 20- JUL- 2017 | 20- JUL- 2017 |
| 1 | 21- JUL- 2017 | 21- JUL- 2017 |
| 1 | 24- JUL- 2017 | 24- JUL- 2017 |
| 1 | 29- MAY- 2018 | 29- MAY- 2018 |
| 1 | 10- JAN- 2019 | 10- JAN- 2019 |
| 1 | 11- FEB- 2019 | 11- FEB- 2019 |

**Ship To:**
THE BOEING COMPANY
C/O DAVIDSON SURFACE AIR
11990 MISSOURI BOTTOM ROAD
HAZELWOOD                    MO      63042
US

**Routing:**  Carrier of your choice (FOB Destination Only)

Purchase Contract No:   **1248358**      Purchase Contract Change No:  **39**   PC/PCC Date:   **2022-07-22**
PC Orig Date:   **22-JUN-2016**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Item Attachment(s)      Description



**End of Item:   0026** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0027 | 74A110948-2010A | | EA | ▉ |

Description: ▉
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
17

Item Ext Amount
▉

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▉ | | | | 17 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 28- JUN- 2017 | 28- JUN- 2017 |
| 1 | 29- JUN- 2017 | 29- JUN- 2017 |
| 1 | 30- JUN- 2017 | 30- JUN- 2017 |
| 1 | 05- JUL- 2017 | 05- JUL- 2017 |
| 1 | 06- JUL- 2017 | 06- JUL- 2017 |
| 1 | 07- JUL- 2017 | 07- JUL- 2017 |
| 1 | 10- JUL- 2017 | 10- JUL- 2017 |
| 1 | 11- JUL- 2017 | 11- JUL- 2017 |
| 1 | 13- JUL- 2017 | 13- JUL- 2017 |
| 1 | 14- JUL- 2017 | 14- JUL- 2017 |

Ship To:
THE BOEING COMPANY
C/O DAVIDSON SURFACE AIR
11990 MISSOURI BOTTOM ROAD
HAZELWOOD          MO   63042
US

**Routing:**  Carrier of your choice (FOB Destination Only)

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No: **1248358**   Purchase Contract Change No: **39**   PC/PCC Date: **2022-07-22**
PC Orig Date: **22-JUN-2016**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 14- JUL- 2017 | 14- JUL- 2017 |
| 1 | 17- JUL- 2017 | 17- JUL- 2017 |
| 1 | 18- JUL- 2017 | 18- JUL- 2017 |
| 1 | 19- JUL- 2017 | 19- JUL- 2017 |
| 1 | 20- JUL- 2017 | 20- JUL- 2017 |
| 1 | 21- JUL- 2017 | 21- JUL- 2017 |
| 1 | 18- JUN- 2018 | 18- JUN- 2018 |

**Item Attachment(s)**    **Description**



End of Item:    **0027** ----------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0028 | 74A110948-2011A | | EA | ▉ |

Description: ▉
Vendor P/N:
Issuing Loc: ST LOUIS

**Total Qty Ordered**
19

**Item Ext Amount**
▉

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▉ | | | | 19 |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No:  **1248358**      Purchase Contract Change No:  **39**  PC/PCC Date:  **2022-07-22**
PC Orig Date:  **22-JUN-2016**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 06- MAR- 2018 | 06- MAR- 2018 |
| 1 | 07- MAR- 2018 | 07- MAR- 2018 |
| 1 | 08- MAR- 2018 | 08- MAR- 2018 |
| 1 | 09- MAR- 2018 | 09- MAR- 2018 |
| 1 | 12- MAR- 2018 | 12- MAR- 2018 |
| 1 | 13- MAR- 2018 | 13- MAR- 2018 |
| 1 | 14- MAR- 2018 | 14- MAR- 2018 |
| 1 | 15- MAR- 2018 | 15- MAR- 2018 |
| 1 | 16- MAR- 2018 | 16- MAR- 2018 |
| 1 | 19- MAR- 2018 | 19- MAR- 2018 |
| 1 | 20- MAR- 2018 | 20- MAR- 2018 |
| 1 | 21- MAR- 2018 | 21- MAR- 2018 |
| 1 | 22- MAR- 2018 | 22- MAR- 2018 |
| 1 | 23- MAR- 2018 | 23- MAR- 2018 |
| 1 | 26- MAR- 2018 | 26- MAR- 2018 |
| 1 | 29- MAY- 2018 | 29- MAY- 2018 |
| 1 | 02- OCT- 2019 | 02- OCT- 2019 |
| 1 | 24- OCT- 2019 | 24- OCT- 2019 |
| 1 | 07- NOV- 2019 | 07- NOV- 2019 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON              MO     63044
US

**Routing:**  Carrier of your choice (FOB Destination Only)

**Item Attachment(s)**          **Description**



**End of Item:   0028** ---------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0029 | 74A110954-5133 | | EA | ▮ |

**Description:** ▮

**Total Qty Ordered**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1248358  **Purchase Contract Change No:** 39  PC/PCC Date: **2022-07-22**
PC Orig Date: **22-JUN-2016**

**Vendor P/N:**
**Issuing Loc:** ST LOUIS

19

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 19 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 06- NOV- 2017 | 06- NOV- 2017 |
| 1 | 03- JAN- 2018 | 03- JAN- 2018 |
| 1 | 14- FEB- 2018 | 14- FEB- 2018 |
| 1 | 28- MAR- 2018 | 28- MAR- 2018 |
| 1 | 09- MAY- 2018 | 09- MAY- 2018 |
| 1 | 23- MAY- 2018 | 23- MAY- 2018 |
| 1 | 21- JUN- 2018 | 21- JUN- 2018 |
| 1 | 17- SEP- 2018 | 17- SEP- 2018 |
| 1 | 29- OCT- 2018 | 29- OCT- 2018 |
| 1 | 12- DEC- 2018 | 12- DEC- 2018 |
| 1 | 06- FEB- 2019 | 06- FEB- 2019 |
| 1 | 20- MAR- 2019 | 20- MAR- 2019 |
| 1 | 01- MAY- 2019 | 01- MAY- 2019 |
| 1 | 13- JUN- 2019 | 13- JUN- 2019 |
| 1 | 29- JUL- 2019 | 29- JUL- 2019 |
| 1 | 10- SEP- 2019 | 10- SEP- 2019 |
| 1 | 22- OCT- 2019 | 22- OCT- 2019 |
| 1 | 09- DEC- 2019 | 09- DEC- 2019 |
| 1 | 13- JAN- 2020 | 13- JAN- 2020 |

**Item Attachment(s)        Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| | | | | |
|---|---|---|---|---|
| **Purchase Contract No:** | 1248358 | **Purchase Contract Change No:** 39 | **PC/PCC Date:** | **2022-07-22** |
| | | | **PC Orig Date:** | **22-JUN-2016** |

**Item Attachment(s)**     **Description**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**End of Item:**   **0029** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0030 | 74A110954-5134 | | EA | ▮▮▮▮▮ |

**Description:** ▮▮▮▮▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
17

**Item Ext Amount**
▮▮▮▮▮

**Customer Contract**       **Prime Contract**       **Customer Order**       **Priority Rating**     **Qty**

▮▮▮▮▮                                                    17

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 17 | 29- NOV- 2017 | 29- NOV- 2017 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON         MO    63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)**     **Description**



**End of Item:**   **0030** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1248358     **Purchase Contract Change No:** 39    **PC/PCC Date:** **2022-07-22**
    **PC Orig Date:** **22-JUN-2016**

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|------------|------------|
| 0031 | 74A110956-5053 | | EA | ■■■■■ |

**Description:** ■■■■■■■■■■
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
19

**Item Ext Amount**
■■■■■

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ■■■■■ | | | | 19 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 19 | 18- DEC- 2017 | 18- DEC- 2017 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON    MO    63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)**    **Description**



**End of Item: 0031** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|------------|------------|
| 0032 | 74A110956-5054 | | EA | ■■■■■ |

**Description:** ■■■■■■■■■
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
17

**Item Ext Amount**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

Purchase Contract No:  **1248358**     Purchase Contract Change No:  **39**   PC/PCC Date:  **2022-07-22**
                                                                            PC Orig Date:  **22-JUN-2016**

**Customer Contract**                 **Prime Contract**              **Customer Order**   **Priority Rating**   **Qty**
                                                                                                                 17

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- JAN- 2018 | 22- JAN- 2018 |
| 1 | 06- MAR- 2018 | 06- MAR- 2018 |
| 1 | 17- APR- 2018 | 17- APR- 2018 |
| 1 | 24- MAY- 2018 | 24- MAY- 2018 |
| 1 | 10- JUL- 2018 | 10- JUL- 2018 |
| 1 | 07- AUG- 2018 | 07- AUG- 2018 |
| 1 | 05- SEP- 2018 | 05- SEP- 2018 |
| 1 | 03- OCT- 2018 | 03- OCT- 2018 |
| 1 | 31- OCT- 2018 | 31- OCT- 2018 |
| 1 | 03- DEC- 2018 | 03- DEC- 2018 |
| 1 | 10- JAN- 2019 | 10- JAN- 2019 |
| 1 | 11- FEB- 2019 | 11- FEB- 2019 |
| 1 | 11- MAR- 2019 | 11- MAR- 2019 |
| 1 | 08- APR- 2019 | 08- APR- 2019 |
| 1 | 06- MAY- 2019 | 06- MAY- 2019 |
| 1 | 03- JUN- 2019 | 03- JUN- 2019 |
| 1 | 01- JUL- 2019 | 01- JUL- 2019 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Routing:**  Carrier of your choice (FOB Destination Only)

**Item Attachment(s)        Description**



**End of Item:    0032**  ------------------------------------------------------------------

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**Purchase Contract No:** 1248358     **Purchase Contract Change No:** 39    **PC/PCC Date:** 2022-07-22
    **PC Orig Date:** 22-JUN-2016

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|-----------|-----------|
| 0033 | 74A110956-5055 | | EA | ████ |

**Description:** ████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 19

**Item Ext Amount** ████████



| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████████ | | | | 19 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 19 | 18- DEC- 2017 | 18- DEC- 2017 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON     MO    63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)**     **Description**



**End of Item:** 0033 ------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|-----------|-----------|
| 0034 | 74A110956-5056 | | EA | ████ |

**Description:** █████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 17

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

Purchase Contract No:  **1248358**       Purchase Contract Change No:  **39**   PC/PCC Date:  **2022-07-22**
                                                                             PC Orig Date:  **22-JUN-2016**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | | 17 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 17 | 22- JAN- 2018 | 22- JAN- 2018 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO   63044
US

**Routing:**  Carrier of your choice (FOB Destination Only)

Item Attachment(s)     Description



**End of Item:  0034** ------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0035 | 74A110965-5021 | | EA | ▮ |

Description:  ▮
Vendor P/N:
Issuing Loc:  ST LOUIS

**Total Qty Ordered**
19

**Item Ext Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | | 19 |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

Purchase Contract No: **1248358**  Purchase Contract Change No: **39**  PC/PCC Date: **2022-07-22**
PC Orig Date: **22-JUN-2016**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 15- SEP- 2017 | 15- SEP- 2017 |
| 1 | 18- SEP- 2017 | 18- SEP- 2017 |
| 1 | 27- OCT- 2017 | 27- OCT- 2017 |
| 1 | 27- MAR- 2018 | 27- MAR- 2018 |
| 1 | 09- APR- 2018 | 09- APR- 2018 |
| 1 | 16- APR- 2018 | 16- APR- 2018 |
| 1 | 07- MAY- 2018 | 07- MAY- 2018 |
| 1 | 08- MAY- 2018 | 08- MAY- 2018 |
| 1 | 20- JUN- 2018 | 20- JUN- 2018 |
| 1 | 25- FEB- 2019 | 25- FEB- 2019 |
| 1 | 25- MAR- 2019 | 25- MAR- 2019 |
| 1 | 22- APR- 2019 | 22- APR- 2019 |
| 1 | 20- MAY- 2019 | 20- MAY- 2019 |
| 1 | 17- JUN- 2019 | 17- JUN- 2019 |
| 1 | 17- JUL- 2019 | 17- JUL- 2019 |
| 1 | 14- AUG- 2019 | 14- AUG- 2019 |
| 1 | 12- SEP- 2019 | 12- SEP- 2019 |
| 1 | 10- OCT- 2019 | 10- OCT- 2019 |
| 1 | 24- OCT- 2019 | 24- OCT- 2019 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO      63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)        Description**

**End of Item:   0035** -------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0036 | 74A110965-5022 | | EA | ▇▇▇▇ |

**Description:** ▇▇▇▇▇▇▇▇         **Total Qty Ordered**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| | | |
|---|---|---|
| **Purchase Contract No:** 1248358 | **Purchase Contract Change No:** 39 | **PC/PCC Date:** 2022-07-22 |
| | | **PC Orig Date:** 22-JUN-2016 |

**Vendor P/N:**                                                           17
**Issuing Loc:** ST LOUIS

**Item Ext Amount**
███████████████

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|---|---|---|---|---|
| ███████████ | | | | 17 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 31- OCT- 2017 | 31- OCT- 2017 |
| 1 | 14- NOV- 2017 | 14- NOV- 2017 |
| 1 | 03- JAN- 2018 | 03- JAN- 2018 |
| 1 | 04- JAN- 2018 | 04- JAN- 2018 |
| 1 | 15- FEB- 2018 | 15- FEB- 2018 |
| 1 | 25- APR- 2018 | 25- APR- 2018 |
| 1 | 17- MAY- 2018 | 17- MAY- 2018 |
| 1 | 29- MAY- 2018 | 29- MAY- 2018 |
| 1 | 11- FEB- 2019 | 11- FEB- 2019 |
| 1 | 11- MAR- 2019 | 11- MAR- 2019 |
| 1 | 08- APR- 2019 | 08- APR- 2019 |
| 1 | 06- MAY- 2019 | 06- MAY- 2019 |
| 1 | 03- JUN- 2019 | 03- JUN- 2019 |
| 1 | 01- JUL- 2019 | 01- JUL- 2019 |
| 1 | 31- JUL- 2019 | 31- JUL- 2019 |
| 1 | 28- AUG- 2019 | 28- AUG- 2019 |
| 1 | 26- SEP- 2019 | 26- SEP- 2019 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON               MO    63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)          Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Purchase Contract No: | 1248358 | Purchase Contract Change No: | 39 | PC/PCC Date: | **2022-07-22** |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | **22-JUN-2016** |

**End of Item:** **0036**  -------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0037 | 74A110966-5021 | | EA | ▮ |

**Description:** ▮

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
19

**Item Ext Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | | 19 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 18- JAN- 2018 | 18- JAN- 2018 |
| 1 | 07- MAY- 2018 | 07- MAY- 2018 |
| 1 | 20- JUN- 2018 | 20- JUN- 2018 |
| 1 | 18- OCT- 2019 | 22- AUG- 2018 |
| 1 | 01- NOV- 2019 | 20- SEP- 2018 |
| 1 | 15- NOV- 2019 | 18- OCT- 2018 |
| 1 | 02- DEC- 2019 | 15- NOV- 2018 |
| 1 | 13- DEC- 2019 | 17- DEC- 2018 |
| 1 | 06- JAN- 2020 | 28- JAN- 2019 |
| 1 | 10- JAN- 2020 | 25- FEB- 2019 |
| 1 | 24- JAN- 2020 | 25- MAR- 2019 |
| 1 | 07- FEB- 2020 | 22- APR- 2019 |
| 1 | 21- FEB- 2020 | 20- MAY- 2019 |
| 1 | 06- MAR- 2020 | 18- JUN- 2019 |
| 1 | 20- MAR- 2020 | 18- JUL- 2019 |
| 1 | 03- APR- 2020 | 15- AUG- 2019 |
| 1 | 17- APR- 2020 | 13- SEP- 2019 |
| 1 | 01- MAY- 2020 | 11- OCT- 2019 |
| 1 | 15- MAY- 2020 | 25- OCT- 2019 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)     Description**



Purchase Contract No: **1248358**  Purchase Contract Change No: **39**  PC/PCC Date: **2022-07-22**
PC Orig Date: **22-JUN-2016**

Item Attachment(s)        Description



**End of Item:  0037** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0038 | 74A110966-5022 | | EA | |

**Description:** ▮▮▮▮▮▮▮▮

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
17

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| | | | | 16 |
| | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 15- AUG- 2017 | 15- AUG- 2017 |
| 1 | 19- SEP- 2017 | 19- SEP- 2017 |
| 1 | 24- OCT- 2017 | 24- OCT- 2017 |
| 1 | 22- NOV- 2017 | 22- NOV- 2017 |
| 1 | 06- MAR- 2018 | 06- MAR- 2018 |
| 1 | 29- MAY- 2018 | 29- MAY- 2018 |
| 1 | 03- DEC- 2018 | 03- DEC- 2018 |
| 1 | 10- JAN- 2019 | 10- JAN- 2019 |
| 1 | 11- FEB- 2019 | 11- FEB- 2019 |
| 1 | 11- MAR- 2019 | 11- MAR- 2019 |
| 1 | 08- APR- 2019 | 08- APR- 2019 |
| 1 | 06- MAY- 2019 | 06- MAY- 2019 |
| 1 | 03- JUN- 2019 | 03- JUN- 2019 |
| 1 | 01- JUL- 2019 | 01- JUL- 2019 |
| 1 | 31- JUL- 2019 | 31- JUL- 2019 |
| 1 | 28- AUG- 2019 | 28- AUG- 2019 |
| 1 | 26- SEP- 2019 | 26- SEP- 2019 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON        MO    63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No:  1248358       Purchase Contract Change No:  39   PC/PCC Date:  2022-07-22
                                                                        PC Orig Date:  22-JUN-2016



**End of Item:  0038** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|------|-------------|------------|------------|
| 0039 | 74A583167-1005 | EA | ■ |

**Description:** ■
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
32

**Item Ext Amount**
■

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ■ | | | | |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 32 | 18- DEC- 2017 | 18- DEC- 2017 |

**Ship To:**
THE BOEING COMPANY
C/O DAVIDSON SURFACE AIR
11990 MISSOURI BOTTOM ROAD
HAZELWOOD          MO    63042
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)      Description**

**Purchase Contract No:** **1248358** **Purchase Contract Change No:** **39** **PC/PCC Date:** **2022-07-22**
**PC Orig Date:** **22-JUN-2016**

Item Attachment(s)   Description



**End of Item:** **0039** ---------------------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|------------|------------|
| 0040 | 74A110601-5830 | | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
5

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 5 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- MAR- 2018 | 07- MAR- 2018 |
| 1 | 18- APR- 2018 | 18- APR- 2018 |
| 1 | 31- MAY- 2018 | 31- MAY- 2018 |
| 1 | 16- JUL- 2018 | 16- JUL- 2018 |
| 1 | 27- AUG- 2018 | 27- AUG- 2018 |
| 0 | 15- FEB- 2021 | 16- JAN- 2019 |
| 0 | 25- OCT- 2021 | 23- MAY- 2019 |
| 0 | 19- APR- 2021 | 28- FEB- 2019 |
| 0 | 01- FEB- 2022 | 20- AUG- 2019 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO    63044
US

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1248358 | Purchase Contract Change No: | 39 | PC/PCC Date: | **2022-07-22** |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | **22-JUN-2016** |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 20- DEC- 2021 | 30- JUL- 2019 |
| 0 | 01- MAR- 2022 | 02- OCT- 2019 |
| 0 | 28- AUG- 2020 | 20- NOV- 2018 |
| 0 | 29- MAR- 2022 | 14- NOV- 2018 |
| 0 | 29- APR- 2022 | 30- NOV- 2017 |
| 0 | 31- MAY- 2022 | 31- MAY- 2022 |
| 0 | 08- OCT- 2018 | 08- OCT- 2018 |

**Item Attachment(s)          Description**



**End of Item:    0040** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|---|---|---|---|---|---|
| 0041 | 74A110943-5255 | | | EA | ■■■■ |

**Description:** ■■■■
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
19

**Item Ext Amount**
■■■■

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ■■■■ | | | | |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



### The Boeing Company
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1248358     **Purchase Contract Change No:** 39  **PC/PCC Date:** **2022-07-22**

**PC Orig Date:** **22-JUN-2016**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 07- NOV- 2018 | 19- SEP- 2018 |
| 0 | 14- NOV- 2018 | 14- NOV- 2018 |
| 1 | 16- NOV- 2018 | 16- NOV- 2018 |
| 0 | 21- NOV- 2018 | 25- JUL- 2018 |
| 1 | 28- JAN- 2019 | 28- JAN- 2019 |
| 1 | 25- MAR- 2019 | 25- MAR- 2019 |
| 1 | 25- APR- 2019 | 25- APR- 2019 |
| 1 | 20- MAY- 2019 | 20- MAY- 2019 |
| 1 | 07- JAN- 2020 | 07- JAN- 2020 |
| 1 | 19- OCT- 2021 | 18- JUL- 2019 |
| 1 | 29- NOV- 2021 | 15- AUG- 2019 |
| 1 | 04- JAN- 2022 | 13- SEP- 2019 |
| 1 | 25- JAN- 2022 | 10- FEB- 2020 |
| 1 | 27- JUN- 2022 | 09- MAR- 2020 |
| 1 | 25- JUL- 2022 | 17- DEC- 2018 |
| 1 | 29- AUG- 2022 | 25- FEB- 2019 |
| 1 | 26- SEP- 2022 | 08- APR- 2020 |
| 1 | 31- OCT- 2022 | 11- OCT- 2019 |
| 1 | 09- DEC- 2022 | 08- MAY- 2020 |
| 1 | 06- JAN- 2023 | 08- NOV- 2019 |
| 1 | 03- FEB- 2023 | 25- NOV- 2019 |
| 1 | 22- APR- 2024 | 18- JUN- 2019 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                     MO     63044
US

**Item Attachment(s)        Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**BOEING**

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| Purchase Contract No: | **1248358** | Purchase Contract Change No: **39** | PC/PCC Date: **2022-07-22** |
| | | | PC Orig Date: **22-JUN-2016** |

**End of Item:** **0041** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0042 | 74A110943-5256 | | EA | ▮ |
| | **Description:** ▮ | | | **Total Qty Ordered** |
| | **Vendor P/N:** | | | 17 |
| | **Issuing Loc:** ST LOUIS | | | **Item Ext Amount** |
| | | | | ▮ |

**Customer Contract**          **Prime Contract**          **Customer Order**   **Priority Rating**   **Qty**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 15- JAN- 2019 | 15- JAN- 2019 |
| 1 | 15- MAR- 2019 | 15- MAR- 2019 |
| 1 | 15- APR- 2019 | 15- APR- 2019 |
| 1 | 15- MAY- 2019 | 15- MAY- 2019 |
| 1 | 09- JUL- 2021 | 15- AUG- 2019 |
| 1 | 01- JUN- 2021 | 15- FEB- 2019 |
| 1 | 02- AUG- 2021 | 16- DEC- 2019 |
| 1 | 02- NOV- 2021 | 17- DEC- 2018 |
| 1 | 11- JAN- 2022 | 17- JUN- 2019 |
| 1 | 08- FEB- 2022 | 15- JUL- 2019 |
| 1 | 17- MAY- 2022 | 17- FEB- 2020 |
| 1 | 31- MAY- 2022 | 15- APR- 2020 |
| 1 | 11- JUL- 2022 | 16- SEP- 2019 |
| 1 | 15- MAY- 2023 | 15- OCT- 2019 |
| 1 | 12- JUN- 2023 | 15- NOV- 2019 |
| 1 | 10- JUL- 2023 | 15- JAN- 2020 |
| 1 | 30- SEP- 2024 | 16- MAR- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

**Item Attachment(s)     Description**

Purchase Contract No:  **1248358**      Purchase Contract Change No:  **39**  PC/PCC Date:  **2022-07-22**
PC Orig Date:  **22-JUN-2016**

**Item Attachment(s)**      **Description**



**End of Item:  0042** --------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0043 | | | EA | |

Description: ▮
Vendor P/N:  TYPE M74A110650-5063
Issuing Loc:  ST LOUIS

Total Qty Ordered  1

Item Ext Amount

**Customer Contract**      **Prime Contract**      **Customer Order**   Priority Rating   Qty
1

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- JAN- 2019 | 07- JAN- 2019 |

Ship To:
DO NOT USE - OBSOLETE
N/A

Mark for:  N/A
Deliver to Location:  N/A

**Item Attachment(s)**      **Description**

**End of Item:  0043** --------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0044 | | | EA | |

Description: ▮
Vendor P/N:  TYPE M74A110650-5064
Issuing Loc:  ST LOUIS

Total Qty Ordered  1

Item Ext Amount

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1248358    **Purchase Contract Change No:** 39    **PC/PCC Date:** 2022-07-22
**PC Orig Date:** 22-JUN-2016

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▆▆▆▆▆▆ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- JAN- 2019 | 07- JAN- 2019 |

**Ship To:**
DO NOT USE - OBSOLETE
N/A

**Routing:** Carrier of your choice (FOB Destination Only)
**Mark for:** N/A
**Deliver to Location:** N/A

| Item Attachment(s) | Description |
|---|---|
| ▆▆▆▆▆▆▆▆▆▆▆ | |

**End of Item: 0044** --------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0045 | 74A110687-5009 | EA | |

**Description:** ▆▆▆▆▆▆
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
2

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▆▆▆▆▆ | | | | 2 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 04- OCT- 2021 | 03- SEP- 2020 |
| 1 | 02- NOV- 2021 | 03- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON           MO    63044
US

| Item Attachment(s) | Description |
|---|---|



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No:  **1248358**    Purchase Contract Change No:  **39**    PC/PCC Date:  **2022-07-22**
    PC Orig Date:  **22-JUN-2016**

**Item Attachment(s)**    **Description**

**End of Item:  0045** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|------|-------------|---|---|-----------|-----------|
| 0046 | 74A110687-5010 | | | EA | |

**Description:**

**Vendor P/N:**

**Issuing Loc:**  ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 02- SEP- 2021 | 03- SEP- 2020 |

Ship To:

THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON        MO  63044
US

**Item Attachment(s)**    **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

Purchase Contract No:  **1248358**    Purchase Contract Change No:  **39**  PC/PCC Date:  **2022-07-22**
                                                  PC Orig Date:  **22-JUN-2016**

**Item Attachment(s)**    **Description**



**End of Item:  0046** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0047 | 74A110820-2011B | | EA | ▮ |

Description: ▮
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
   1

Item Ext Amount
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▮ | | | ▮ | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 01- APR- 2024 | 11- OCT- 2021 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON         MO   63044
US

**Item Attachment(s)**    **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



| Purchase Contract No: | 1248358 | Purchase Contract Change No: | 39 | PC/PCC Date: | **2022-07-22** |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | **22-JUN-2016** |

**Item Attachment(s)      Description**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**End of Item:  0047** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0048 | 74A110687-5010 | | EA | ▮▮▮▮▮ |

▮▮▮▮▮▮▮
**Description:** ▮▮▮▮▮▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

Total Qty Ordered
1

Item Ext Amount
▮▮▮▮▮

**Customer Contract**   **Prime Contract**   **Customer Order**   **Priority Rating**   **Qty**

▮▮▮▮▮▮                                        ▮▮▮▮▮           1

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 02- SEP- 2021 | 17- AUG- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO      63044
US

**Item Attachment(s)      Description**



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1248358    **Purchase Contract Change No:** 39    **PC/PCC Date:** 2022-07-22
**PC Orig Date:** 22-JUN-2016

**End of Item:** 0048 ------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|------------|------------|
| 0049 | 74A110686-5015 | | EA | ██████ |

**Description:** ██████████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
2

**Item Ext Amount**
████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████ | | | ████ | 2 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 27- FEB- 2024 | 02- SEP- 2020 |
| 1 | 26- MAR- 2024 | 26- MAR- 2024 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)    Description**

███████████████████████████████

**End of Item:** 0049 ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|------|-------------|------------|------------|
| 0050 | 74A110686-5016 | EA | ██████ |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1248358    **Purchase Contract Change No:** 39    **PC/PCC Date:** 2022-07-22
   **PC Orig Date:** 22-JUN-2016

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
2

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 2 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 15- APR- 2024 | 02- SEP- 2020 |
| 1 | 29- APR- 2024 | 29- APR- 2024 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON      MO    63044
US

**Item Attachment(s)**     **Description**



**End of Item: 0050** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0051 | 74A110601-5907 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
7

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



## The Boeing Company
## Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| **Purchase Contract No:** | 1248358 | **Purchase Contract Change No:** 39 | **PC/PCC Date:** 2022-07-22 |
| | | | **PC Orig Date:** 22-JUN-2016 |

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | ▮ | 7 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 10- AUG- 2023 | 28- NOV- 2022 |
| 1 | 11- SEP- 2023 | 04- JAN- 2023 |
| 1 | 09- OCT- 2023 | 27- JAN- 2023 |
| 1 | 06- NOV- 2023 | 27- FEB- 2023 |
| 1 | 05- DEC- 2023 | 27- MAR- 2023 |
| 1 | 16- JAN- 2024 | 27- APR- 2023 |
| 1 | 13- FEB- 2024 | 30- MAY- 2023 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)     Description**

**End of Item:    0051** -------------------------------------------------------- Line Item Was Updated

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0052 | 74A110601-5908 | EA | ▮ |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
9

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No: 1248358    Purchase Contract Change No: 39    PC/PCC Date: 2022-07-22
PC Orig Date: 22-JUN-2016

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 9 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON    MO   63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 20- SEP- 2023 | 28- NOV- 2022 |
| 1 | 18- OCT- 2023 | 04- JAN- 2023 |
| 1 | 15- NOV- 2023 | 27- JAN- 2023 |
| 1 | 18- DEC- 2023 | 27- FEB- 2023 |
| 1 | 29- JAN- 2024 | 27- MAR- 2023 |
| 1 | 26- FEB- 2024 | 27- APR- 2023 |
| 1 | 25- MAR- 2024 | 30- MAY- 2023 |
| 1 | 08- APR- 2024 | 27- JUN- 2023 |
| 1 | 22- APR- 2024 | 27- JUL- 2023 |

**Item Attachment(s)    Description**

**End of Item: 0052** ------------------------------------------------------- **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0053 | 74A110601-5908 | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
2

Item Ext Amount

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Purchase Contract No: | 1248358 | Purchase Contract Change No: 39 | PC/PCC Date: | 2022-07-22 |
|---|---|---|---|---|
| | | | PC Orig Date: | 22-JUN-2016 |

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | | | ▓▓▓▓ | 2 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 23- APR- 2024 | 28- AUG- 2023 |
| 1 | 27- SEP- 2023 | 27- SEP- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO   63044
US

**Item Attachment(s)          Description**



**End of Item:   0053** -------------------------------------------------- Line Item Was Updated

**PC Attachment(s)          Description**



PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**Purchase Contract No:** **1248358**  **Purchase Contract Change No:** **39**  **PC/PCC Date:** **2022-07-22**
**PC Orig Date:** **22-JUN-2016**

**PC Attachment(s)**  **Description**

Terms and conditions clauses applicable to this Purchase Contract, including Purchase Contract changes, are incorporated herein by reference and can be found at http://www.boeingsuppliers.com/terms.html. Unless indicated elsewhere in this Purchase Contract, the version of each incorporated clause applicable to this Purchase Contract is the latest dated version of each clause in effect on the date of the original Purchase contract (Purchase Contract Change No: 00) included on the front page thereof. Unless indicated elsewhere in a subsequent Purchase Contract Change(s), clauses added via such Purchase Contract Change(s) shall be the version of the clause in effect on the date of such Purchase Contract Change(s). Referenced attachments are incorporated herein by reference.



**Purchase Contract No:** 1248358     **Purchase Contract Change No: 39**    **PC/PCC Date:** **2022-07-22**
   **PC Orig Date:** **22-JUN-2016**

## PC Attachment(s)

**Attachment 0000.00 0000 0030**

TERMS - **INVOICE PAYMENT TERMS**

This Purchase Contract is subject to the following payment terms. See the General Provisions applicable to this Purchase Contract for important information regarding payment.

Discount: 0%, Discount Days: 0, Net Days: 30

**Attachment D501**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**The Boeing Company**
## Purchase Contract/Purchase Contract Change
**Page 61 of 78**

**Purchase Contract No:** 1248358   **Purchase Contract Change No:** 39   **PC/PCC Date:** 2022-07-22
**PC Orig Date:** 22-JUN-2016



Attachment E000-



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1248358     **Purchase Contract Change No:** 39    **PC/PCC Date:** **2022-07-22**
                                                           **PC Orig Date:** 22-JUN-2016



**Attachment E004**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**Purchase Contract No:** 1248358     **Purchase Contract Change No:** 39   **PC/PCC Date:** 2022-07-22
    **PC Orig Date:** 22-JUN-2016

**Attachment F218**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1248358      **Purchase Contract Change No:** 39    **PC/PCC Date:** 2022-07-22
                                                              **PC Orig Date:** 22-JUN-2016



**Attachment H200**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM


Attachment H602



Attachment M100

M100

SOLICITATION / CONTRACT ATTACHMENTS (VARIABLE)

Variable portion of the clause is listed below:

This Clause incorporates by reference all attachment(s), exhibits, and/or appendices indicated on either the solicitation or Purchase Contract / Order, as applicable.

1) Boeing/GKN General Terms Agreement (GP1) G1110006, Amendment 11, dated 5 July 2018 and Additional General Provisions (H900)

2) Buyer and Seller have negotiated a General Terms Agreement (Replacement GTA) governing terms and conditions of the Boeing Company General Provisions GP7, (Fixed Price Goods Contract Under U.S. Government Prime Contract) to replace General Terms Agreement G111006 dated Oct. 2011 (Existing GTA). Pending final approval of the Replacement GTA, the Existing GTA will govern this contract for the Goods between the two parties. In the event the Replacement GTA is executed during the performance of this Contract, the parties agree that the Replacement GTA shall apply to this Contract, at no additional cost, as of the date of GTA execution.

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1248358     **Purchase Contract Change No:** 39   **PC/PCC Date:** 2022-07-22

    **PC Orig Date:** 22-JUN-2016

**Attachment NAICS**




**Purchase Contract No:** 1248358     **Purchase Contract Change No:** 39    **PC/PCC Date:** 2022-07-22
                                                                                 **PC Orig Date:** 22-JUN-2016

**Attachment PC REASON FOR CHANGE**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**Purchase Contract No:** 1248358 **Purchase Contract Change No:** 39 PC/PCC Date: **2022-07-22**
PC Orig Date: **22-JUN-2016**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM





Purchase Contract No: **1248358**     Purchase Contract Change No: **39**   PC/PCC Date: **2022-07-22**
                                                                            PC Orig Date: **22-JUN-2016**

Attachment PROPERTY LIST



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1248358    **Purchase Contract Change No:** 39    **PC/PCC Date:** 2022-07-22
**PC Orig Date:** 22-JUN-2016



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

Page 73 of 78

**Purchase Contract No:** 1248358     **Purchase Contract Change No:** 39    **PC/PCC Date:** 2022-07-22
                                                                  **PC Orig Date:** 22-JUN-2016



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



Purchase Contract No: **1248358**     Purchase Contract Change No: **39**   PC/PCC Date: **2022-07-22**
                                                                            PC Orig Date: **22-JUN-2016**

Line Item 0002
Attachment H200.



Line Item 0003
Attachment H200.



Line Item 0004
Attachment H200.




Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Purchase Contract No: | 1248358 | Purchase Contract Change No: | 39 | PC/PCC Date: | 2022-07-22 |
| | | | | PC Orig Date: | 22-JUN-2016 |

**Line Item 0006**
**Attachment H200.**



**Line Item 0007**
**Attachment H200.**



**Line Item 0022**
**Attachment CONTRACTS/DPAS RATINGS.**



**Purchase Contract No:** **1248358**     **Purchase Contract Change No:** **39**  **PC/PCC Date:** **2022-07-22**
**PC Orig Date:** **22-JUN-2016**

**Line Item 0023**
**Attachment CONTRACTS/DPAS RATINGS.**



**Line Item 0039**
**Attachment CONTRACTS/DPAS RATINGS.**



**Line Item 0040**
**Attachment H200.**



PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**Purchase Contract No:** **1248358**          **Purchase Contract Change No:** **39**  **PC/PCC Date:** **2022-07-22**
                                                                                        **PC Orig Date:** **22-JUN-2016**

**Line Item 0041**
**Attachment CONTRACTS/DPAS RATINGS.**



**Line Item 0042**
**Attachment CONTRACTS/DPAS RATINGS.**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1248358  **Purchase Contract Change No:** 39  **PC/PCC Date:** 2022-07-22
**PC Orig Date:** 22-JUN-2016

By acceptance of this Purchase Contract, including Purchase Contract changes, whether by written, electronic, or other manner of acceptance, Seller certifies that all Seller representations and certifications applicable to this Purchase Contract included in Seller's SP1 Annual Representations and Certifications (which include, but are not limited to, Debarment, Payment to Influence Certain Federal Transactions, Size and Socioeconomic status) are valid and current, accurate and complete as of the date of acceptance. In particular, pursuant to FAR 52.209-6, by acceptance of this Purchase Contract, Seller certifies that neither it nor its principals are debarred, suspended or proposed for debarment by the United States Federal Government and that Seller is in compliance with 52.203-11. If Seller's status under any of the applicable representations and certifications has changed, Seller must submit a new SP1 prior to accepting this Purchase Contract.

If this is a rated order certified for U.S. national defense use, Seller is required to follow all the provisions of the Defense Priorities and Allocations System regulation (15 CFR part 700) in obtaining controlled materials and other products, services and materials needed to fill this order. If this is a DX rated order, Seller must provide Buyer with written acceptance or rejection of this order within ten (10) working days after receipt. If this is a DO rated order, Seller must promptly provide Buyer with written acceptance or rejection of this order within fifteen (15) working days after receipt. Seller must include in any written rejection of a rated order the reasons for the rejection. Seller's written acknowledgement of this rated order shall constitute written acceptance of this DPAS rating.

When applicable, the DPAS rating is specified in the line item(s) contained in this Purchase Contract.

This purchase contract is subject to Autopay unless a Boeing invoicing location is noted at the line item level.

Seller's commencement of performance or acceptance of this Purchase Contract in any manner shall conclusively evidence acceptance of the Purchase Contract as written.

Total Purchase Contract Values - Definitions:
(1) "Total PC Value" is the sum of the ITEM EXTENDED AMOUNT (or UNDEF. EXT. AMOUNT) for all items on this PC.
(2) "Total Definitized Value" is the total value of all fully definitized line items, and is calculated using the ITEM EXTENDED AMOUNT for those items.
(3) "Total Undefinitized NTE value" is the total Not-To-Exceed (NTE) value for all line items that are not fully definitized. These line items are identified with a PRICE DESCRIPTION of "Maximum Price", "Estimated Price, "Not To Exceed", "Will Negotiate", "Funding Limitation", or "Advise Price".
(4) "Total PC Funding" is defined by Clause F216 (if applicable to this PC).

**Buyer Name:** ███████████  **Phone:** ███████████
**Fax:**

**Email Address:** ███████████
**Loc/Bldg/Ms:** ███████████

THE BOEING COMPANY
PO BOX 516

ST LOUIS  MO  63166-0516
US

**BUYER** _____  **DATE** _____
       PURCHASING AGENT SIGNATURE

**SELLER** _____  **DATE** _____
        AUTHORIZED SIGNATURE

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| | | |
|---|---|---|
| **Purchase Contract No:** 1547839 | **Purchase Contract Change No:** 13 | **PC/PCC Date:** 2022-06-10 |
| **Total PC Value:** ▮ | | **PC Orig Date:** 19-JUL-2018 |
| **Total PC Funding:** ▮ | | |
| **Total Definitized Value:** ▮ | **Total Undefinitized NTE Value:** ▮ | |

**Supplier No.** ▮

**BEST Code:** ▮

**Supplier Address:**

**NAICS:** ▮  **Size Std Emp:** ▮

GKN AEROSPACE N AMERICA INC
142 MCDONNELL BLVD
HAZELWOOD      MO     63042-3102
US

**Manufacturer Address:**

142 JS MCDONNELL BLVD
HAZELWOOD      MO     63042-3102
US

**Confirm To:** ▮

**Payment Type:**                    **Payment Rate:** 0.00%
**Liquidation Type:** Ordinary         **Liquidation Rate:** 0.00%

**All Deliverable line items on this Purchase Contract will ship to the following address unless otherwise specified on the line item(s).**
**Ship To:**

SEE PURCHASE CONTRACT
LINE ITEM

**Routing:** Carrier of your choice (FOB Destination Only)
**FOB:** DESTINATION
**Shipping Payment Method:** Prepaid (by Seller)

| **Purchase Contract Revision Notes** - Data Not Specifically Altered Remains Unchanged |
|---|
| ▮ |



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1547839   **Purchase Contract Change No:** 13   **PC/PCC Date:** **2022-06-10**
**PC Orig Date:** **19-JUL-2018**

| Item | Part Number | UM Ordered | Unit Price |
|------|-------------|------------|------------|
| 0001 | 74A193101-5022 | EA | ██████ |

**Description:** ███████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
97

**Item Ext Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████████ | | | ████ | 97 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 97 | 01- MAR- 2019 | 01- MAR- 2019 |
| 0 | 16- JAN- 2020 | 16- JAN- 2020 |
| 0 | 17- FEB- 2020 | 17- FEB- 2020 |
| 0 | 16- MAR- 2020 | 16- MAR- 2020 |
| 0 | 16- APR- 2020 | 16- APR- 2020 |
| 0 | 18- MAY- 2020 | 18- MAY- 2020 |
| 0 | 16- JUN- 2020 | 16- JUN- 2020 |
| 0 | 16- JUL- 2020 | 16- JUL- 2020 |
| 0 | 17- AUG- 2020 | 17- AUG- 2020 |
| 0 | 16- SEP- 2019 | 16- SEP- 2019 |
| 0 | 16- OCT- 2020 | 16- OCT- 2020 |
| 0 | 16- NOV- 2020 | 16- NOV- 2020 |
| 0 | 19- JAN- 2021 | 19- JAN- 2021 |
| 0 | 16- FEB- 2021 | 16- FEB- 2021 |
| 0 | 16- MAR- 2021 | 16- MAR- 2021 |
| 0 | 16- APR- 2021 | 16- APR- 2021 |
| 0 | 17- MAY- 2021 | 17- MAY- 2021 |
| 0 | 16- JUN- 2021 | 16- JUN- 2021 |
| 0 | 16- JUL- 2021 | 16- JUL- 2021 |
| 0 | 16- SEP- 2021 | 16- SEP- 2021 |
| 0 | 18- OCT- 2021 | 18- OCT- 2021 |
| 0 | 16- NOV- 2021 | 16- NOV- 2021 |
| 0 | 16- DEC- 2021 | 16- DEC- 2021 |
| 0 | 18- JAN- 2022 | 18- JAN- 2022 |
| 0 | 16- FEB- 2022 | 16- FEB- 2022 |
| 0 | 16- MAR- 2022 | 16- MAR- 2022 |
| 0 | 18- APR- 2022 | 18- APR- 2022 |
| 0 | 16- MAY- 2022 | 16- MAY- 2022 |
| 0 | 16- JUN- 2022 | 16- JUN- 2022 |
| 0 | 18- JUL- 2022 | 18- JUL- 2022 |
| 0 | 16- AUG- 2022 | 16- AUG- 2022 |
| 0 | 16- SEP- 2022 | 16- SEP- 2022 |
| 0 | 17- OCT- 2022 | 17- OCT- 2022 |
| 0 | 16- NOV- 2022 | 16- NOV- 2022 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES          MO    63301
US

**Routing:** Carrier of your choice (FOB Destination Only)

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No: **1547839**   Purchase Contract Change No: **13**   PC/PCC Date: **2022-06-10**
PC Orig Date: **19-JUL-2018**

**Item Attachment(s)      Description**



**End of Item:   0001** ------------------------------------------------- Line Item Was Updated

| Item | Part Number | UM Ordered | Unit Price |
|------|-------------|------------|------------|
| 0002 | 74A193003-5025 | EA | ▉ |

Description: ▉
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
88

Item Ext Amount
▉

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▉ | | | ▉ | 88 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 88 | 08- MAY- 2019 | 08- MAY- 2019 |
| 0 | 10- JUN- 2019 | 10- JUN- 2019 |
| 0 | 08- JUL- 2019 | 08- JUL- 2019 |
| 0 | 08- AUG- 2019 | 08- AUG- 2019 |
| 0 | 09- SEP- 2019 | 09- SEP- 2019 |
| 0 | 08- OCT- 2019 | 08- OCT- 2019 |
| 0 | 08- NOV- 2019 | 08- NOV- 2019 |
| 0 | 09- DEC- 2019 | 09- DEC- 2019 |

Ship To:
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES          MO    63301
US

PC FORM Rev 1/19/07



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1547839    **Purchase Contract Change No:** 13    **PC/PCC Date:** **2022-06-10**
**PC Orig Date:** 19-JUL-2018

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 08- JAN- 2020 | 08- JAN- 2020 |
| 0 | 10- FEB- 2020 | 10- FEB- 2020 |
| 0 | 09- MAR- 2020 | 09- MAR- 2020 |
| 0 | 08- APR- 2020 | 08- APR- 2020 |
| 0 | 08- MAY- 2020 | 08- MAY- 2020 |
| 0 | 08- JUN- 2020 | 08- JUN- 2020 |
| 0 | 08- JUL- 2020 | 08- JUL- 2020 |
| 0 | 10- AUG- 2020 | 10- AUG- 2020 |
| 0 | 08- SEP- 2020 | 08- SEP- 2020 |
| 0 | 08- OCT- 2020 | 08- OCT- 2020 |
| 0 | 09- NOV- 2020 | 09- NOV- 2020 |
| 0 | 08- DEC- 2020 | 08- DEC- 2020 |
| 0 | 08- JAN- 2021 | 08- JAN- 2021 |
| 0 | 08- FEB- 2021 | 08- FEB- 2021 |
| 0 | 08- MAR- 2021 | 08- MAR- 2021 |
| 0 | 08- APR- 2021 | 08- APR- 2021 |
| 0 | 10- MAY- 2021 | 10- MAY- 2021 |
| 0 | 08- JUN- 2021 | 08- JUN- 2021 |
| 0 | 08- JUL- 2021 | 08- JUL- 2021 |
| 0 | 09- AUG- 2021 | 09- AUG- 2021 |
| 0 | 08- SEP- 2021 | 08- SEP- 2021 |
| 0 | 08- OCT- 2021 | 08- OCT- 2021 |

**Item Attachment(s)    Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**BOEING**

Purchase Contract No: **1547839**    Purchase Contract Change No: **13**   PC/PCC Date: **2022-06-10**
PC Orig Date: **19-JUL-2018**

| **End of Item:** | **0002** | -------------------------------------------------------------- | Line Item Was Updated |

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0003 | 74A193003-5026 | | EA | ▮▮▮▮▮ |

Description: ▮▮▮▮▮▮▮▮▮▮

Vendor P/N:

Issuing Loc: ST LOUIS

**Total Qty Ordered**
92

**Item Ext Amount**
▮▮▮▮▮▮▮▮▮▮▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▮▮▮▮▮▮▮ | | | | 92 |

Ship To:
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES    MO   63301
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 92 | 15- APR- 2019 | 15- APR- 2019 |
| 0 | 10- JUN- 2019 | 10- JUN- 2019 |
| 0 | 08- JUL- 2019 | 08- JUL- 2019 |
| 0 | 08- AUG- 2019 | 08- AUG- 2019 |
| 0 | 09- SEP- 2019 | 09- SEP- 2019 |
| 0 | 08- OCT- 2019 | 08- OCT- 2019 |
| 0 | 08- NOV- 2019 | 08- NOV- 2019 |
| 0 | 09- DEC- 2019 | 09- DEC- 2019 |
| 0 | 08- JAN- 2020 | 08- JAN- 2020 |
| 0 | 10- FEB- 2020 | 10- FEB- 2020 |
| 0 | 09- MAR- 2020 | 09- MAR- 2020 |
| 0 | 08- APR- 2020 | 08- APR- 2020 |
| 0 | 08- MAY- 2020 | 08- MAY- 2020 |
| 0 | 08- JUN- 2020 | 08- JUN- 2020 |
| 0 | 08- JUL- 2020 | 08- JUL- 2020 |
| 0 | 10- AUG- 2020 | 10- AUG- 2020 |
| 0 | 08- SEP- 2020 | 08- SEP- 2020 |
| 0 | 08- OCT- 2020 | 08- OCT- 2020 |
| 0 | 09- NOV- 2020 | 09- NOV- 2020 |
| 0 | 08- DEC- 2020 | 08- DEC- 2020 |
| 0 | 08- JAN- 2021 | 08- JAN- 2021 |
| 0 | 08- FEB- 2021 | 08- FEB- 2021 |
| 0 | 08- MAR- 2021 | 08- MAR- 2021 |
| 0 | 08- APR- 2021 | 08- APR- 2021 |
| 0 | 10- MAY- 2021 | 10- MAY- 2021 |
| 0 | 08- JUN- 2021 | 08- JUN- 2021 |
| 0 | 08- JUL- 2021 | 08- JUL- 2021 |
| 0 | 09- AUG- 2021 | 09- AUG- 2021 |
| 0 | 08- SEP- 2021 | 08- SEP- 2021 |
| 0 | 08- OCT- 2021 | 08- OCT- 2021 |
| 0 | 08- NOV- 2021 | 08- NOV- 2021 |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No:   **1547839**      Purchase Contract Change No:   **13**   PC/PCC Date:   **2022-06-10**
                                                                              PC Orig Date:   **19-JUL-2018**

**Item Attachment(s)        Description**



**End of Item:   0003** ------------------------------------------------------------------- Line Item Was Updated

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|-----------|-----------|
| 0004 | 74A193101-5021 | | EA | |

Description: ████████████████

Vendor P/N:

Issuing Loc:  ST LOUIS

Total Qty Ordered
99

**Item Ext Amount**

**Customer Contract**           **Prime Contract**                    **Customer Order**   **Priority Rating**   **Qty**
████████████                                                                                                   99

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 99 | 01- MAR- 2019 | 01- MAR- 2019 |
| 0 | 25- NOV- 2019 | 25- NOV- 2019 |
| 0 | 06- JAN- 2020 | 06- JAN- 2020 |
| 0 | 27- JAN- 2020 | 27- JAN- 2020 |
| 0 | 25- FEB- 2020 | 25- FEB- 2020 |
| 0 | 25- MAR- 2020 | 25- MAR- 2020 |
| 0 | 27- APR- 2020 | 27- APR- 2020 |
| 0 | 26- MAY- 2020 | 26- MAY- 2020 |

Ship To:
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES          MO   63301
US

PC FORM Rev 1/19/07



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1547839    **Purchase Contract Change No:** 13   **PC/PCC Date:** 2022-06-10
**PC Orig Date:** 19-JUL-2018

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 25- JUN- 2020 | 25- JUN- 2020 |
| 0 | 27- JUL- 2020 | 27- JUL- 2020 |
| 0 | 25- AUG- 2020 | 25- AUG- 2020 |
| 0 | 25- SEP- 2020 | 25- SEP- 2020 |
| 0 | 26- OCT- 2020 | 26- OCT- 2020 |
| 0 | 25- NOV- 2020 | 25- NOV- 2020 |
| 0 | 22- DEC- 2020 | 22- DEC- 2020 |
| 0 | 25- JAN- 2021 | 25- JAN- 2021 |
| 0 | 25- FEB- 2021 | 25- FEB- 2021 |
| 0 | 25- MAR- 2021 | 25- MAR- 2021 |
| 0 | 26- APR- 2021 | 26- APR- 2021 |
| 0 | 25- MAY- 2021 | 25- MAY- 2021 |
| 0 | 25- JUN- 2021 | 25- JUN- 2021 |
| 0 | 26- JUL- 2021 | 26- JUL- 2021 |
| 0 | 25- AUG- 2021 | 25- AUG- 2021 |
| 0 | 27- SEP- 2021 | 27- SEP- 2021 |
| 0 | 25- OCT- 2021 | 25- OCT- 2021 |
| 0 | 29- NOV- 2021 | 29- NOV- 2021 |
| 0 | 04- JAN- 2022 | 04- JAN- 2022 |
| 0 | 25- JAN- 2022 | 25- JAN- 2022 |
| 0 | 25- FEB- 2022 | 25- FEB- 2022 |
| 0 | 25- MAR- 2022 | 25- MAR- 2022 |
| 0 | 25- APR- 2022 | 25- APR- 2022 |
| 0 | 25- MAY- 2022 | 25- MAY- 2022 |
| 0 | 27- JUN- 2022 | 27- JUN- 2022 |

**Item Attachment(s)**      **Description**





**The Boeing Company**
**Purchase Contract/Purchase Contract Change**     Page 9 of 17

Purchase Contract No:  **1547839**     Purchase Contract Change No:  13   PC/PCC Date:   **2022-06-10**
                                                                         PC Orig Date:   **19-JUL-2018**

**Item Attachment(s)          Description**

**End of Item:   0004**  -----------------------------------------------------  **Line Item Was Updated**

**PC Attachment(s)          Description**



---

Terms and conditions clauses applicable to this Purchase Contract, including Purchase Contract changes, are incorporated herein by reference and can be found at http://www.boeingsuppliers.com/terms.html. Unless indicated elsewhere in this Purchase Contract, the version of each incorporated clause applicable to this Purchase Contract is the latest dated version of each clause in effect on the date of the original Purchase contract (Purchase Contract Change No: 00) included on the front page thereof. Unless indicated elsewhere in a subsequent Purchase Contract Change(s), clauses added via such Purchase Contract Change(s) shall be the version of the clause in effect on the date of such Purchase Contract Change(s). Referenced attachments are incorporated herein by reference.

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:**   1547839   **Purchase Contract Change No:**  13  **PC/PCC Date:**   **2022-06-10**

**PC Orig Date:**   19-JUL-2018

## PC Attachment(s)

**Attachment D501**



**Attachment E000-**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1547839     **Purchase Contract Change No:** 13   **PC/PCC Date:** 2022-06-10
                                                                           **PC Orig Date:** 19-JUL-2018

**Attachment GOV TOOLING LIST**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**The Boeing Company**
## Purchase Contract/Purchase Contract Change
Page 13 of 17

**Purchase Contract No:** 1547839     **Purchase Contract Change No:** 13   **PC/PCC Date:** 2022-06-10
    **PC Orig Date:** 19-JUL-2018



**Purchase Contract No:** 1547839     **Purchase Contract Change No:** 13   **PC/PCC Date:** **2022-06-10**
                                                           **PC Orig Date:** **19-JUL-2018**



**Attachment H200**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



Purchase Contract No:    **1547839**       Purchase Contract Change No:  **13**  PC/PCC Date:    **2022-06-10**
                                                                          PC Orig Date:    **19-JUL-2018**

**Attachment H602**



**Attachment M100**

M100

SOLICITATION / CONTRACT ATTACHMENTS (VARIABLE)

Variable portion of the clause is listed below:

This clause incorporates by reference all attachments, exhibits, and/or appendices identified below:

General Terms Agreement (GTA) Number G1700005 dated 31 May 2019, which modifies GP7 Fixed Price Goods under U.S. Government Prime Contract, incorporated into this procurement.

**Attachment M307**




**Purchase Contract No:** 1547839     **Purchase Contract Change No:** 13   **PC/PCC Date:**   **2022-06-10**
     **PC Orig Date:**   **19-JUL-2018**

**Attachment TERMS**

TERMS -- **INVOICE PAYMENT TERMS**

This Purchase Contract is subject to the following payment terms. See the General
Provisions applicable to this Purchase Contract for important information regarding
payment.

Discount: 0%, Discount Days: 0, Net Days: 30

Electronically Distributed
Exostar Acknowledgement
Required

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

# EXHIBIT D
*Part 2 of 31*



| | | | | | |
|---|---|---|---|---|---|
| **Purchase Contract No:** | 1547839 | **Purchase Contract Change No:** 13 | **PC/PCC Date:** | **2022-06-10** |
| | | | **PC Orig Date:** | **19-JUL-2018** |

*Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM*

By acceptance of this Purchase Contract, including Purchase Contract changes, whether by written, electronic, or other manner of acceptance, Seller certifies that all Seller representations and certifications applicable to this Purchase Contract included in Seller's SP1 Annual Representations and Certifications (which include, but are not limited to, Debarment, Payment to Influence Certain Federal Transactions, Size and Socioeconomic status) are valid and current, accurate and complete as of the date of acceptance. In particular, pursuant to FAR 52.209-6, by acceptance of this Purchase Contract, Seller certifies that neither it nor its principals are debarred, suspended or proposed for debarment by the United States Federal Government and that Seller is in compliance with 52.203-11. If Seller's status under any of the applicable representations and certifications has changed, Seller must submit a new SP1 prior to accepting this Purchase Contract.

If this is a rated order certified for U.S. national defense use, Seller is required to follow all the provisions of the Defense Priorities and Allocations System regulation (15 CFR part 700) in obtaining controlled materials and other products, services and materials needed to fill this order. If this is a DX rated order, Seller must provide Buyer with written acceptance or rejection of this order within ten (10) working days after receipt. If this is a DO rated order, Seller must promptly provide Buyer with written acceptance or rejection of this order within fifteen (15) working days after receipt. Seller must include in any written rejection of a rated order the reasons for the rejection. Seller's written acknowledgement of this rated order shall constitute written acceptance of this DPAS rating.

When applicable, the DPAS rating is specified in the line item(s) contained in this Purchase Contract.

This purchase contract is subject to Autopay unless a Boeing invoicing location is noted at the line item level.

Seller's commencement of performance or acceptance of this Purchase Contract in any manner shall conclusively evidence acceptance of the Purchase Contract as written.

Total Purchase Contract Values - Definitions:
(1) "Total PC Value" is the sum of the ITEM EXTENDED AMOUNT (or UNDEF. EXT. AMOUNT) for all items on this PC.
(2) "Total Definitized Value" is the total value of all fully definitized line items, and is calculated using the ITEM EXTENDED AMOUNT for those items.
(3) "Total Undefinitzed NTE value" is the total Not-To-Exceed (NTE) value for all line items that are not fully definitized. These line items are identified with a PRICE DESCRIPTION of "Maximum Price", "Estimated Price, "Not To Exceed", "Will Negotiate", "Funding Limitation", or "Advise Price".
(4) "Total PC Funding" is defined by Clause F216 (if applicable to this PC).

**Buyer Name:** ███████████        **Phone:** ███████████
                                   **Fax:**

**Email Address:** ███████████
**Loc/Bldg/Ms:** ███████████

THE BOEING COMPANY
PO BOX 516
ST LOUIS        MO        63166-0516
US

**BUYER** _____        **DATE** _____
                PURCHASING AGENT SIGNATURE

**SELLER** _____        **DATE** _____
                AUTHORIZED SIGNATURE

PC FORM Rev 1/19/07

**BOEING**

| | | |
|---|---|---|
| **Purchase Contract No:** 1627148 | **Purchase Contract Change No:** 31 | **PC/PCC Date:** 2022-09-15 |
| **Total PC Value:** ██████ | | **PC Orig Date:** 01-OCT-2018 |
| **Total PC Funding:** ██████ | | |
| **Total Definitized Value:** ██████ | **Total Undefinitized NTE Value:** ██████ | |

**Supplier No.** ██████          **BEST Code:** ██████

**Supplier Address:**          **NAICS:** ██████   **Size Std Emp:** ██████

GKN AEROSPACE N AMERICA INC
142 MCDONNELL BLVD
HAZELWOOD          MO     63042-3102
US

**Manufacturer Address:**

142 JS MCDONNELL BLVD
HAZELWOOD          MO     63042-3102
US

**Confirm To:** ████████████

**Payment Type:**          **Payment Rate:** 0.00%
**Liquidation Type:**          **Liquidation Rate:** 0.00%

**All Deliverable line items on this Purchase Contract will ship to the following address unless otherwise specified on the line item(s).**

**Ship To:**

SEE PURCHASE CONTRACT
LINE ITEM

**Routing:** Carrier of your choice (FOB Destination Only)
**FOB:** DESTINATION
**Shipping Payment Method:** Prepaid (by Seller)

| **Purchase Contract Revision Notes** - Data Not Specifically Altered Remains Unchanged |
|---|
| ████████████████████████████████████████ |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



| Purchase Contract No: | **1627148** | Purchase Contract Change No: **31** | PC/PCC Date: | **2022-09-15** |
|---|---|---|---|---|
| | | | PC Orig Date: | **01-OCT-2018** |

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0001 | 68A831258-5003 | | EA | ▮ |

**Description:** ▮

**Vendor P/N:**

**Internal Order No:** NC138058

**Issuing Loc:** ST LOUIS

Total Qty Ordered
1

Item Ext Amount
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 29- OCT- 2018 | 29- OCT- 2018 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO      63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)      Description**



**End of Item:      0001** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0002 | 68A831258-5003 | | EA | ▮ |

**Description:** ▮

**Vendor P/N:**

**Internal Order No:** NC137970

Total Qty Ordered
1

Item Ext Amount

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1627148     **Purchase Contract Change No:** 31    **PC/PCC Date:** **2022-09-15**
                                                        **PC Orig Date:** **01-OCT-2018**

**Issuing Loc:** ST LOUIS

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 29- OCT- 2018 | 29- OCT- 2018 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON        MO   63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)**    **Description**



**End of Item:**   **0002** ------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0003 | 68A831258-5003 | | EA | |

**Description:**
**Vendor P/N:**
**Internal Order No:** NC137984
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No: **1627148**     Purchase Contract Change No: **31**   PC/PCC Date: **2022-09-15**
                                                                            PC Orig Date: **01-OCT-2018**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 29- OCT- 2018 | 29- OCT- 2018 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON               MO    63044
US

**Routing:**  Carrier of your choice (FOB Destination Only)

**Item Attachment(s)         Description**



**End of Item:   0003**  -----------------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0004 | 68A831258-5003 | | EA | ▮ |

**Description:** ▮

**Vendor P/N:**

**Internal Order No:** NC138041

**Issuing Loc:** ST LOUIS

Total Qty Ordered
1

Item Ext Amount
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 29- OCT- 2018 | 29- OCT- 2018 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON               MO    63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



| | | | |
|---|---|---|---|
| **Purchase Contract No:** | 1627148 | **Purchase Contract Change No:** 31 | **PC/PCC Date:** 2022-09-15 |
| | | | **PC Orig Date:** 01-OCT-2018 |

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)    Description**

**End of Item:    0004** ---------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0005 | 68A831258-5003 | | EA | |

**Description:**
**Vendor P/N:**
**Internal Order No:** NC138051
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

**Customer Contract**    **Prime Contract**    **Customer Order**    **Priority Rating**    **Qty**
1

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 29- OCT- 2018 | 29- OCT- 2018 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)    Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Purchase Contract No: | 1627148 | Purchase Contract Change No: 31 | PC/PCC Date: | 2022-09-15 |
|---|---|---|---|---|
| | | | PC Orig Date: | 01-OCT-2018 |

**Item Attachment(s)**     **Description**



**End of Item:   0005** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0006 | 68A831258-5003 | | EA | ■■■■ |
| | **Description:** ■■■■ | | | **Total Qty Ordered** |
| | **Vendor P/N:** | | | 1 |
| | **Internal Order No:** NC137985 | | | **Item Ext Amount** |
| | **Issuing Loc:** ST LOUIS | | | ■■■■ |

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ■■■■ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 29- OCT- 2018 | 29- OCT- 2018 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

**Routing:**  Carrier of your choice (FOB Destination Only)

**Item Attachment(s)**     **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

![Boeing]

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

Purchase Contract No:  **1627148**        Purchase Contract Change No:  **31**        PC/PCC Date:  **2022-09-15**
                                                                                      PC Orig Date:  **01-OCT-2018**

| Item Attachment(s) | Description |
| --- | --- |



**End of Item:  0006**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
| --- | --- | --- | --- | --- |
| 0007 | 68A831258-5003 | | EA | |

**Description:** ▮▮▮▮
**Vendor P/N:**
**Internal Order No:** NC138070          **Total Qty Ordered**
**Issuing Loc:** ST LOUIS                          1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| --- | --- | --- | --- | --- |
| ▮▮▮▮ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
| --- | --- | --- |
| 1 | 29- OCT- 2018 | 29- OCT- 2018 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                          MO      63044
US

**Routing:**  Carrier of your choice (FOB Destination Only)

| Item Attachment(s) | Description |
| --- | --- |



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Purchase Contract No: | 1627148 | Purchase Contract Change No: | 31 | PC/PCC Date: | 2022-09-15 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 01-OCT-2018 |

**Item Attachment(s)      Description**



**End of Item:   0007** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|---|---|---|---|---|---|
| 0008 | 68A360196-2004A | | | EA | |
| | Description: | | | | Total Qty Ordered |
| | Vendor P/N: | | | | 1 |
| | Internal Order No: NC145504 | | | | Item Ext Amount |
| | Issuing Loc: ST LOUIS | | | | |

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 31- OCT- 2018 | 31- OCT- 2018 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)      Description**


**Purchase Contract No:** 1627148     **Purchase Contract Change No:** 31    **PC/PCC Date:** 2022-09-15
                                                     **PC Orig Date:** 01-OCT-2018

**Item Attachment(s)**     **Description**

████████████████████████████████████████

**End of Item: 0008** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | | UM Ordered | Unit Price |
|------|-------------|--|--|--|------------|------------|
| 0009 | 68A333016-2031 | | | | EA | ████ |

**Description:** ████
**Vendor P/N:**
**Internal Order No:** NC158262
**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 1

**Item Ext Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 21- FEB- 2019 | 21- FEB- 2019 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON      MO    63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)**     **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Purchase Contract No: | 1627148 | Purchase Contract Change No: 31 | PC/PCC Date: | 2022-09-15 |
|---|---|---|---|---|
| | | | PC Orig Date: | 01-OCT-2018 |

**End of Item: 0009** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0010 | 68A331168-5030 | | EA | ████ |

**Description:** ████████████

**Vendor P/N:**

**Internal Order No:** NC153493

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 04- MAR- 2019 | 04- MAR- 2019 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON      MO      63044
US

**Item Attachment(s)      Description**



**End of Item: 0010** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0011 | 68A331011-2076A | | EA | ████ |

**Description:** ██████

**Vendor P/N:**

**Total Qty Ordered**
7

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



### The Boeing Company
## Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| **Purchase Contract No:** | **1627148** | **Purchase Contract Change No:** 31 | **PC/PCC Date:** 2022-09-15 |
| | | | **PC Orig Date:** 01-OCT-2018 |

**Internal Order No:** NC161808
**Issuing Loc:** ST LOUIS

**Item Ext Amount**
██████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████ | | | | 7 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 7 | 20- MAR- 2019 | 20- MAR- 2019 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON          MO     63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)     Description**



**End of Item:     0011** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0012 | 68A830637-2093 | | EA | ████████ |

**Description:** ████████
**Vendor P/N:**
**Internal Order No:** NC158800
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
████████

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**Purchase Contract No:** 1627148     **Purchase Contract Change No:** 31     **PC/PCC Date:** 2022-09-15

**PC Orig Date:** 01-OCT-2018

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███████ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 12- MAR- 2019 | 12- MAR- 2019 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON       MO   63044
US

**Item Attachment(s)**     **Description**

███████████████████████████████████

**End of Item: 0012** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0013 | 68A333812-2001 | | EA | ███████ |

**Description:** ███████

**Vendor P/N:**

**Internal Order No:** NC164623

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**

1

**Item Ext Amount**

███████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███████ | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Purchase Contract No: | 1627148 | Purchase Contract Change No: 31 | PC/PCC Date: | 2022-09-15 |
|---|---|---|---|---|
| | | | PC Orig Date: | 01-OCT-2018 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 16- APR- 2019 | 16- APR- 2019 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)          Description**



**End of Item:  0013** -----------------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0014 | 68A333302-5325 | | EA | ███ |

Description: ███
Vendor P/N:
Internal Order No: NC185519
Issuing Loc: ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
███

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 16- SEP- 2019 | 16- SEP- 2019 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

Purchase Contract No: **1627148**    Purchase Contract Change No: **31**   PC/PCC Date: **2022-09-15**
PC Orig Date: **01-OCT-2018**

**Item Attachment(s)**    **Description**



**End of Item:   0014** -------------------------------------------------

| Item | Part Number | | | UM Ordered | Unit Price |
|------|-------------|--|--|------------|------------|
| 0015 | 68A333016-2031 | | | EA | |

**Description:**    ▇
**Vendor P/N:**
**Internal Order No:** NC170460
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|-----------------------|--------------------|--------------------|---------------------|---------|
| ▇ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 10- JUN- 2019 | 10- JUN- 2019 |

Ship To:
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON          MO      63044
US

**Item Attachment(s)**    **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1627148  **Purchase Contract Change No:** 31  **PC/PCC Date:** 2022-09-15
**PC Orig Date:** 01-OCT-2018

Item Attachment(s)     Description



**End of Item:** 0015 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|-----------|-----------|
| 0016 | 68A327144-2016E | | EA | |

**Description:** ▮
**Vendor P/N:**
**Internal Order No:** NC187704
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
10

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▮ | | | | 10 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 10 | 03- OCT- 2019 | 03- OCT- 2019 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

Item Attachment(s)     Description



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| **Purchase Contract No:** | **1627148** | **Purchase Contract Change No:** 31 | **PC/PCC Date:** **2022-09-15** |
| | | | **PC Orig Date:** **01-OCT-2018** |

**Item Attachment(s)    Description**

**End of Item:   0016** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0017 | 68A210074-5021 | EA | |

**Description:**
**Vendor P/N:**
**Internal Order No:** NC206133
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 11- MAR- 2020 | 11- MAR- 2020 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON                    MO     63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)    Description**



PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**BOEING**

| | | |
|---|---|---|
| **Purchase Contract No:** 1627148 | **Purchase Contract Change No:** 31 | **PC/PCC Date:** 2022-09-15 |
| | | **PC Orig Date:** 01-OCT-2018 |

**Item Attachment(s)       Description**

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**End of Item:   0017** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| **Item** | **Part Number** | **UM Ordered** | **Unit Price** |
|---|---|---|---|
| 0018 | 68A327014-2002A | EA | ■■■■■ |

**Description:** ■■■■■■■■■■

**Total Qty Ordered**
1

**Vendor P/N:**
**Internal Order No:** NC210969
**Issuing Loc:** ST LOUIS

**Item Ext Amount**
■■■■■■■■■

**Customer Contract**          **Prime Contract**          **Customer Order**   **Priority Rating**   **Qty**

■■■■■■■■■                                                                        1

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 27- APR- 2020 | 27- APR- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)       Description**

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

![Boeing logo]

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| | | |
|---|---|---|
| **Purchase Contract No:** 1627148 | **Purchase Contract Change No:** 31 | **PC/PCC Date:** 2022-09-15 |
| | | **PC Orig Date:** 01-OCT-2018 |

**End of Item:** 0018 ------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0019 | 68A231053-2002 | | EA | ▮ |

**Description:** ▮
**Vendor P/N:**
**Internal Order No:** NC196123
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 31- JUL- 2020 | 22- JUL- 2020 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON          MO     63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)     Description**



**End of Item:** 0019 ------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0020 | 68A333016-2031 | | EA | ▮ |

**Description:** ▮
**Vendor P/N:**

**Total Qty Ordered**
1

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1627148     **Purchase Contract Change No:** 31   **PC/PCC Date:** 2022-09-15
**PC Orig Date:** 01-OCT-2018

**Internal Order No:** NC225615
**Issuing Loc:** ST LOUIS

**Item Ext Amount**
███████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ██████████ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 19- AUG- 2020 | 19- AUG- 2020 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON          MO   63044
US

**Item Attachment(s)      Description**



**End of Item:   0020** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0021 | 68A324109-2434 | | EA | ██████████ |

**Description:** ██████████
**Vendor P/N:**
**Internal Order No:** NC223576
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
3

**Item Ext Amount**
███████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ██████████ | | | | 3 |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1627148 | Purchase Contract Change No: 31 | PC/PCC Date: | 2022-09-15 |
|---|---|---|---|---|
| | | | PC Orig Date: | 01-OCT-2018 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 3 | 26- AUG- 2020 | 26- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)          Description**



**End of Item: 0021** -----------------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0022 | 68A333303-5013 | | EA | ▮ |

**Description:** ▮
**Vendor P/N:**
**Internal Order No:** NC231493
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | | 1 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 14- OCT- 2020 | 25- SEP- 2020 |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



| | | | |
|---|---|---|---|
| **Purchase Contract No:** | **1627148** | **Purchase Contract Change No:** | **31** |

| | | |
|---|---|---|
| **PC/PCC Date:** | **2022-09-15** | |
| **PC Orig Date:** | **01-OCT-2018** | |

**Item Attachment(s)     Description**

**End of Item:   0022** ----------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0023 | 68A333303-5013 | | EA | ▉ |

**Description:** ▉
**Vendor P/N:**
**Internal Order No:** NC246149
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
▉

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|---|---|---|---|---|
| ▉ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 16- FEB- 2021 | 16- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)     Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1627148 | Purchase Contract Change No: | 31 | PC/PCC Date: | 2022-09-15 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 01-OCT-2018 |

**Item Attachment(s)      Description**



**End of Item:    0023** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0024 | 68A333303-5013 | | EA | |

Description: ███████████
Vendor P/N:
Internal Order No: NC245830
Issuing Loc: ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███████ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 02- MAR- 2021 | 10- FEB- 2021 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)      Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Purchase Contract No: | 1627148 | Purchase Contract Change No: | 31 | PC/PCC Date: | 2022-09-15 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 01-OCT-2018 |

**Item Attachment(s)        Description**



**End of Item:    0024**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0025 | 68A830637-2071 | | EA | ▮ |

**Description:** ▮
**Vendor P/N:**
**Internal Order No:** NC247354
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
3

**Item Ext Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | | 3 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 3 | 02- MAR- 2021 | 11- FEB- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON                MO    63044
US

**Item Attachment(s)        Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Purchase Contract No: | 1627148 | Purchase Contract Change No: 31 | PC/PCC Date: | 2022-09-15 |
|---|---|---|---|---|
| | | | PC Orig Date: | 01-OCT-2018 |

**End of Item: 0025** ---------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0026 | 68A830637-2179 | | EA | |

**Description:** ▮▮▮▮▮▮
**Vendor P/N:**
**Internal Order No:** NC247215
**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 5

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮▮ | | | | 5 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 5 | 02- MAR- 2021 | 11- FEB- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON          MO     63044
US

**Item Attachment(s)    Description**



**End of Item: 0026** ---------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0027 | 68A830637-2165 | | EA | |

**Description:** ▮▮▮▮▮▮

**Vendor P/N:**

**Total Qty Ordered** 6

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**BOEING**

| | | | | |
|---|---|---|---|---|
| **Purchase Contract No:** | 1627148 | **Purchase Contract Change No:** 31 | **PC/PCC Date:** | **2022-09-15** |
| | | | **PC Orig Date:** | **01-OCT-2018** |

**Internal Order No:** NC260810
**Issuing Loc:** ST LOUIS

**Item Ext Amount**
███████████████

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|---|---|---|---|---|
| ████████████ | | | | 6 |

| **Quantity Scheduled** | **Contractual On Dock Schedule** | **Required Date** |
|---|---|---|
| 6 | 28- MAY- 2021 | 28- MAY- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON          MO    63044
US

**Item Attachment(s)      Description**

███████████████████████████████████████

**End of Item:    0027**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0028 | 68A830748-5009 | | EA | ██████████ |

**Description:** ████████████
**Vendor P/N:**
**Internal Order No:** NC265209
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
███████████████

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|---|---|---|---|---|
| | | | | |


Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No:  **1627148**      Purchase Contract Change No:  **31**  **PC/PCC Date:**  **2022-09-15**

                                                      **PC Orig Date:**  **01-OCT-2018**

1

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON        MO   63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 28- JUL- 2021 | 08- JUL- 2021 |

**Item Attachment(s)**    **Description**

---

**End of Item:  0028** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0029 | 68A360195-2005 | | EA | |

        **Description:**

        **Vendor P/N:**                                       **Total Qty Ordered**

**Internal Order No:** NC275198                                  1

      **Issuing Loc:** ST LOUIS                           **Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON        MO   63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- SEP- 2021 | 07- SEP- 2021 |



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Purchase Contract No: | 1627148 | Purchase Contract Change No: | 31 | PC/PCC Date: | 2022-09-15 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 01-OCT-2018 |

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)**    **Description**



**End of Item:   0029**  ------------------------------------------------------------

| Item | Part Number | | UM Ordered | | Unit Price |
|---|---|---|---|---|---|
| 0030 | 68A360195-2005 | | EA | | ▮▮▮ |

**Description:** ▮▮▮▮▮▮▮▮▮▮
**Vendor P/N:**
**Internal Order No:** NC274223
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
▮▮▮▮▮▮

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 30- SEP- 2021 | 02- SEP- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO    63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)**    **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| | | | | |
|---|---|---|---|---|
| Purchase Contract No: | 1627148 | Purchase Contract Change No: 31 | PC/PCC Date: | 2022-09-15 |
| | | | PC Orig Date: | 01-OCT-2018 |

**Item Attachment(s)**     **Description**



**End of Item:   0030** ------------------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0031 | 68A360195-2005 | | EA | |

**Description:** ▮▮▮▮▮▮▮▮

**Vendor P/N:**

**Internal Order No:** NC277578

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

**Customer Contract**     **Prime Contract**     **Customer Order**     **Priority Rating**     **Qty**

1

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 21- SEP- 2021 | 21- SEP- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)**     **Description**





**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1627148 | Purchase Contract Change No: | 31 | PC/PCC Date: | 2022-09-15 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 01-OCT-2018 |

**Item Attachment(s)    Description**



**End of Item:    0031**    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0032 | 68A360195-2005 | | EA | |

**Description:** ███████████████

**Vendor P/N:**

**Internal Order No:** NC279293        **Total Qty Ordered**  1

**Issuing Loc:** ST LOUIS

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 13- OCT- 2021 | 13- OCT- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO    63044
US

**Item Attachment(s)    Description**



PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| | | | | |
|---|---|---|---|---|
| Purchase Contract No: | 1627148 | Purchase Contract Change No: 31 | PC/PCC Date: | 2022-09-15 |
| | | | PC Orig Date: | 01-OCT-2018 |

**Item Attachment(s)**     **Description**

█████████████████████████████

**End of Item:   0032** - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | |
|---|---|---|---|
| 0033 | 68A333016-2031 | | |

**UM Ordered**
EA

**Unit Price**
████████

**Description:** ████████
**Vendor P/N:**
**Internal Order No:** NC291509
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 14- JAN- 2022 | 05- JAN- 2022 |

Ship To:
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON                    MO    63044
US

**Item Attachment(s)**     **Description**

█████████████████████████████

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**BOEING**

| | | |
|---|---|---|
| Purchase Contract No: **1627148** | Purchase Contract Change No: **31** | PC/PCC Date: **2022-09-15** |
| | | PC Orig Date: **01-OCT-2018** |

**Item Attachment(s)     Description**

██████████████████████████████████

**End of Item:   0033** - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0034 | 68A332067-2012 | | EA | ████████ |

█████ **Description:** ████████

**Vendor P/N:**

**Internal Order No:** NC294390

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
3

**Item Ext Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ██████████ | | | | 3 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 3 | 02- FEB- 2022 | 02- FEB- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO     63044
US

**Item Attachment(s)     Description**

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Purchase Contract No: | 1627148 | Purchase Contract Change No: | 31 | PC/PCC Date: | 2022-09-15 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 01-OCT-2018 |

**End of Item:** 0034 ------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0035 | 68A333302-5325 | | EA | ▮ |

**Description:** ▮

**Vendor P/N:**

**Internal Order No:** NC292243

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 13- JAN- 2022 | 13- JAN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO      63044
US

**Item Attachment(s)     Description**



**End of Item:** 0035 ------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0036 | 68A331168-5030 | | EA | ▮ |

**Description:** ▮

**Vendor P/N:**

**Internal Order No:** NC295430

**Total Qty Ordered**
1

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1627148     **Purchase Contract Change No:** 31     **PC/PCC Date:** 2022-09-15
**PC Orig Date:** 01-OCT-2018

**Issuing Loc:** ST LOUIS

**Item Ext Amount** ▮▮▮▮▮▮

**Customer Contract** ▮▮▮▮▮▮     **Prime Contract**     **Customer Order**     **Priority Rating**     **Qty**     1

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 14- FEB- 2022 | 14- FEB- 2022 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON          MO   63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)     Description**

**End of Item:   0036** ------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0037 | 68A360195-2005 | | EA | ▮▮▮▮▮ |

**Description:** ▮▮▮▮▮▮
**Vendor P/N:**
**Internal Order No:** NC292179
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount** ▮▮▮▮▮▮

**Customer Contract**     **Prime Contract**     **Customer Order**     **Priority Rating**     **Qty**

PC FORM Rev 1/19/07



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Purchase Contract No: | 1627148 | Purchase Contract Change No: 31 | PC/PCC Date: | 2022-09-15 |
|---|---|---|---|---|
| | | | PC Orig Date: | 01-OCT-2018 |

1

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO      63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 13- JAN- 2022 | 13- JAN- 2022 |

**Item Attachment(s)          Description**



**End of Item:   0037** ----------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0038 | 68A231053-2001 | | EA | |

**Description:**  ▮
**Vendor P/N:**
**Internal Order No:** NC274306
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 01- JUN- 2022 | 25- APR- 2022 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON          MO      63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1627148     **Purchase Contract Change No:** 31   **PC/PCC Date:** 2022-09-15
    **PC Orig Date:** 01-OCT-2018

**Routing:** Carrier of your choice (FOB Destination Only)
**Mark for:** NCR274306W

**Item Attachment(s)**     **Description**



**End of Item:** 0038 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|------|-------------|------------|------------|
| 0039 | 68A333327-2015B | EA | ███████ |

**Description:** ███████
**Vendor P/N:**
**Internal Order No:** NC305258
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
███████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ███████ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 04- NOV- 2022 | 04- NOV- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON     MO   63044
US

**Routing:** Carrier of your choice (FOB Destination Only)
**Mark for:** NCR305258W

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No: **1627148**    Purchase Contract Change No: **31**    PC/PCC Date: **2022-09-15**
PC Orig Date: **01-OCT-2018**

**Item Attachment(s)         Description**



**End of Item:    0039** -----------------------------------------------------------------------------

| Item | Part Number | | | | | | UM Ordered | Unit Price |
|------|-------------|--|--|--|--|--|------------|------------|
| 0040 | 68A360195-2007 | | | | | | EA | ■■■■ |

**Description:** ■■■■■■■■■
**Vendor P/N:**
**Internal Order No:** NC318539
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
■■■■■■■■

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|------------------------|--------------------|--------------------|---------------------|---------|
| ■■■■■■■■ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 02- NOV- 2022 | 02- NOV- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO    63044
US

**Routing:** Carrier of your choice (FOB Destination Only)
**Mark for:** NCR318539W

**Item Attachment(s)         Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Purchase Contract No: | 1627148 | Purchase Contract Change No: | 31 | PC/PCC Date: | 2022-09-15 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 01-OCT-2018 |

**Item Attachment(s)     Description**



**End of Item:     0040** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|---|---|---|---|---|---|
| 0041 | 68A360195-2007 | | | EA | |

**Description:** ▮▮▮▮▮▮
**Vendor P/N:**
**Internal Order No:** NC318656
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 02- NOV- 2022 | 02- NOV- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO     63044
US

**Mark for:** NCR318656W

**Item Attachment(s)     Description**



PC FORM Rev 1/19/07

Purchase Contract No: **1627148**   Purchase Contract Change No: **31**   PC/PCC Date: **2022-09-15**
PC Orig Date: **01-OCT-2018**

Item Attachment(s)     Description



**End of Item:   0041** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|------|-------------|--|--|------------|------------|
| 0042 | 68A360195-2007 | | | EA | |

Description:
Vendor P/N:
Internal Order No: NC322221
Issuing Loc: ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 02- NOV- 2022 | 02- NOV- 2022 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

Mark for:  NCR322221W

Item Attachment(s)     Description



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| **Purchase Contract No:** | 1627148 | **Purchase Contract Change No:** 31 | **PC/PCC Date:** 2022-09-15 |
| | | | **PC Orig Date:** 01-OCT-2018 |

**Item Attachment(s)      Description**



**End of Item:    0042**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0043 | 68A360195-2007 | | EA | |

**Description:** ▉▉▉▉▉▉▉▉▉
**Vendor P/N:**
**Internal Order No:** NC322230
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▉▉▉▉▉ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 02- NOV- 2022 | 02- NOV- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO      63044
US

**Mark for:**  NCR322230W

**Item Attachment(s)      Description**



Purchase Contract No:  **1627148**    Purchase Contract Change No:  **31**   PC/PCC Date:  **2022-09-15**
PC Orig Date:  **01-OCT-2018**

Item Attachment(s)    Description

███████████████████████████████████████████

**End of Item:    0043**  -----------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0044 | 68A336203-2001E | | EA | ██████████ |

Description: ███████████
Vendor P/N:
Internal Order No: NCR32110
Issuing Loc: ST LOUIS

Total Qty Ordered
1

Item Ext Amount
█████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ██████████ | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 14- NOV- 2022 | 14- NOV- 2022 |

Ship To:
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON                MO    63044
US

Item Attachment(s)    Description



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**Purchase Contract No:**   **1627148**     **Purchase Contract Change No:**   **31**   **PC/PCC Date:**   **2022-09-15**

**PC Orig Date:**   **01-OCT-2018**

**End of Item:**   **0044** ------------------------------------------------------------ **Line Item Was Updated**

**PC Attachment(s)**      **Description**



Terms and conditions clauses applicable to this Purchase Contract, including Purchase Contract changes, are incorporated herein by reference and can be found at http://www.boeingsuppliers.com/terms.html. Unless indicated elsewhere in this Purchase Contract, the version of each incorporated clause applicable to this Purchase Contract is the latest dated version of each clause in effect on the date of the original Purchase contract (Purchase Contract Change No: 00) included on the front page thereof. Unless indicated elsewhere in a subsequent Purchase Contract Change(s), clauses added via such Purchase Contract Change(s) shall be the version of the clause in effect on the date of such Purchase Contract Change(s). Referenced attachments are incorporated herein by reference.

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1627148      **Purchase Contract Change No:** 31   **PC/PCC Date:** **2022-09-15**
                                                                    **PC Orig Date:** **01-OCT-2018**

## PC Attachment(s)

**Attachment 0000.00 0000 0030**

TERMS - **INVOICE PAYMENT TERMS**

This Purchase Contract is subject to the following payment terms. See the General Provisions applicable to this Purchase Contract for important information regarding payment.

Discount: 0%, Discount Days: 0, Net Days: 30

**Attachment E000-**



**Attachment M100**

M100

SOLICITATION / CONTRACT ATTACHMENTS (VARIABLE)

Variable portion of the clause is listed below:

This clause incorporates by reference all attachments, exhibits, and/or appendices identified below:

001 Boeing GKN General Terms Agreement (GTA G170005 dated 31 May 2019)

002 PC Attachment Clause E000 Qatar F-15 Tool List



Purchase Contract No: **1627148**     Purchase Contract Change No: **31**  PC/PCC Date: **2022-09-15**
                                                                           PC Orig Date:  **01-OCT-2018**

**Attachment REV NOTES**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**The Boeing Company**
## Purchase Contract/Purchase Contract Change
**Page 44 of 52**

**Purchase Contract No:** 1627148    **Purchase Contract Change No:** 31   **PC/PCC Date:** 2022-09-15
                                                                           **PC Orig Date:** 01-OCT-2018



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:**   1627148     **Purchase Contract Change No:**   31   **PC/PCC Date:**   **2022-09-15**
    **PC Orig Date:**   **01-OCT-2018**



**Attachment TOOL INSPECTION CLAUSE E2090**



**Line Item 0001**
**Attachment H200.**



 **The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1627148  **Purchase Contract Change No:** 31  **PC/PCC Date:** 2022-09-15
**PC Orig Date:** 01-OCT-2018

**Line Item 0002**
**Attachment H200.**



**Line Item 0003**
**Attachment H200.**



**Line Item 0004**
**Attachment H200.**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** **1627148**   **Purchase Contract Change No: 31**   **PC/PCC Date:** **2022-09-15**
                                                                          **PC Orig Date:** **01-OCT-2018**

Line Item 0005
Attachment H200.



Line Item 0006
Attachment H200.



Line Item 0007
Attachment H200.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:**   **1627148**      **Purchase Contract Change No:   31**   **PC/PCC Date:**   **2022-09-15**
**PC Orig Date:**   **01-OCT-2018**

Line Item 0008
Attachment H200.



Line Item 0009
Attachment H200.



Line Item 0010
Attachment H200.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Page 49 of 52**

**Purchase Contract No:** 1627148    **Purchase Contract Change No:** 31    **PC/PCC Date:** 2022-09-15
**PC Orig Date:** 01-OCT-2018

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Line Item 0011**
Attachment H200.



**Line Item 0012**
Attachment H200.



**Line Item 0015**
Attachment H200.




**Purchase Contract No:** 1627148     **Purchase Contract Change No:** 31    **PC/PCC Date:** 2022-09-15
                                                                  **PC Orig Date:** 01-OCT-2018

**Line Item 0017**
**Attachment H200.**



**Line Item 0029**
**Attachment Q302.**



**Line Item 0030**
**Attachment Q302.**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1627148    **Purchase Contract Change No:** 31   **PC/PCC Date:** 2022-09-15
                                                                            **PC Orig Date:** 01-OCT-2018

**Line Item 0031**
**Attachment Q302.**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1627148 **Purchase Contract Change No:** 31 **PC/PCC Date:** 2022-09-15
**PC Orig Date:** 01-OCT-2018

By acceptance of this Purchase Contract, including Purchase Contract changes, whether by written, electronic, or other manner of acceptance, Seller certifies that all Seller representations and certifications applicable to this Purchase Contract included in Seller's SP1 Annual Representations and Certifications (which include, but are not limited to, Debarment, Payment to Influence Certain Federal Transactions, Size and Socioeconomic status) are valid and current, accurate and complete as of the date of acceptance. In particular, pursuant to FAR 52.209-6, by acceptance of this Purchase Contract, Seller certifies that neither it nor its principals are debarred, suspended or proposed for debarment by the United States Federal Government and that Seller is in compliance with 52.203-11. If Seller's status under any of the applicable representations and certifications has changed, Seller must submit a new SP1 prior to accepting this Purchase Contract.

If this is a rated order certified for U.S. national defense use, Seller is required to follow all the provisions of the Defense Priorities and Allocations System regulation (15 CFR part 700) in obtaining controlled materials and other products, services and materials needed to fill this order. If this is a DX rated order, Seller must provide Buyer with written acceptance or rejection of this order within ten (10) working days after receipt. If this is a DO rated order, Seller must promptly provide Buyer with written acceptance or rejection of this order within fifteen (15) working days after receipt. Seller must include in any written rejection of a rated order the reasons for the rejection. Seller's written acknowledgement of this rated order shall constitute written acceptance of this DPAS rating.

When applicable, the DPAS rating is specified in the line item(s) contained in this Purchase Contract.

This purchase contract is subject to Autopay unless a Boeing invoicing location is noted at the line item level.

Seller's commencement of performance or acceptance of this Purchase Contract in any manner shall conclusively evidence acceptance of the Purchase Contract as written.

Total Purchase Contract Values - Definitions:
(1) "Total PC Value" is the sum of the ITEM EXTENDED AMOUNT (or UNDEF. EXT. AMOUNT) for all items on this PC.
(2) "Total Definitized Value" is the total value of all fully definitized line items, and is calculated using the ITEM EXTENDED AMOUNT for those items.
(3) "Total Undefinitized NTE value" is the total Not-To-Exceed (NTE) value for all line items that are not fully definitized. These line items are identified with a PRICE DESCRIPTION of "Maximum Price", "Estimated Price, "Not To Exceed", "Will Negotiate", "Funding Limitation", or "Advise Price".
(4) "Total PC Funding" is defined by Clause F216 (if applicable to this PC).

| | | | |
|---|---|---|---|
| **Buyer Name:** | ███████████ | **Phone:** | █████████ |
| | | **Fax:** | |
| **Email Address:** | ████████████ | | |
| **Loc/Bldg/Ms:** | | | |

THE BOEING COMPANY
PO BOX 516
ST LOUIS       MO       63166-0516
US

**BUYER** _____ **DATE** _____
          PURCHASING AGENT SIGNATURE

**SELLER** _____ **DATE** _____
          AUTHORIZED SIGNATURE


## The Boeing Company
# Purchase Contract/Purchase Contract Change

| | | |
|---|---|---|
| **Purchase Contract No:** 1668221 | **Purchase Contract Change No:** 14 | **PC/PCC Date:** 2022-09-12 |
| **Total PC Value:** ▉ | | **PC Orig Date:** 09-DEC-2020 |
| **Total PC Funding:** ▉ | | |
| **Total Definitized Value:** ▉ | **Total Undefinitized NTE Value:** ▉ | |

**Supplier No.** ▉

**BEST Code:** ▉

**NAICS:** ▉  **Size Std Emp:** ▉

**Supplier Address:**

GKN AEROSPACE N AMERICA INC
142 MCDONNELL BLVD
HAZELWOOD          MO      63042-3102
US

**Manufacturer Address:**

142 JS MCDONNELL BLVD
HAZELWOOD          MO      63042-3102
US

**Confirm To:** ▉

**Payment Type:**                                    **Payment Rate:** 0.00%
**Liquidation Type:** Ordinary                       **Liquidation Rate:** 0.00%

**All Deliverable line items on this Purchase Contract will ship to the following address unless otherwise specified on the line item(s).**
**Ship To:**

SEE PURCHASE CONTRACT
LINE ITEM

**Routing:** Carrier of your choice (FOB Destination Only)
**FOB:** DESTINATION
**Shipping Payment Method:** Prepaid (by Seller)

| **Purchase Contract Revision Notes** - Data Not Specifically Altered Remains Unchanged |
|---|
|  |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



Electronically Distributed
Exostar Acknowledgement
Required

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**BOEING**

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| Purchase Contract No: | **1668221** | Purchase Contract Change No: **14** | PC/PCC Date: **2022-09-12** |
| | | | PC Orig Date: **09-DEC-2020** |

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0007 | 74A110956-5054 | EA | ██████ |

Description: ██████████████

Vendor P/N:

Issuing Loc: ST LOUIS

**Total Qty Ordered**
14

Provisional Billing Price
**Item Ext Amount**
██████████

**Undefinitized Unit Price**
████████████████

**Undefinitized Extended Amount**
██████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████████ | | | ██████████ | 14 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- APR- 2023 | 08- FEB- 2021 |
| 1 | 08- MAY- 2023 | 08- MAY- 2023 |
| 1 | 05- JUN- 2023 | 05- JUN- 2023 |
| 1 | 05- JUL- 2023 | 05- JUL- 2023 |
| 1 | 01- AUG- 2023 | 01- AUG- 2023 |
| 1 | 29- AUG- 2023 | 29- AUG- 2023 |
| 1 | 26- SEP- 2023 | 26- SEP- 2023 |
| 1 | 30- OCT- 2023 | 30- OCT- 2023 |
| 1 | 11- DEC- 2023 | 11- DEC- 2023 |
| 1 | 08- JAN- 2024 | 08- JAN- 2024 |
| 1 | 05- FEB- 2024 | 05- FEB- 2024 |
| 1 | 04- MAR- 2024 | 04- MAR- 2024 |
| 1 | 01- APR- 2024 | 01- APR- 2024 |
| 1 | 29- APR- 2024 | 29- APR- 2024 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

**Item Attachment(s)          Description**

████████████████████████████████████

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



Purchase Contract No:   **1668221**      Purchase Contract Change No:   **14**   PC/PCC Date:   **2022-09-12**
PC Orig Date:   **09-DEC-2020**

**Item Attachment(s)        Description**

---

**End of Item:   0007** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|-----------|-----------|
| 0008 | 74A110956-5056 | | EA | |

Description:
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
14

Provisional Billing Price
**Item Ext Amount**

**Undefinitized Unit Price**

**Undefinitized Extended Amount**

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|----|----|----|----|----|
| | | | | 14 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                         MO    63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 08- FEB- 2021 | 08- FEB- 2021 |
| 1 | 08- MAY- 2023 | 08- MAY- 2023 |
| 1 | 05- JUN- 2023 | 05- JUN- 2023 |
| 1 | 05- JUL- 2023 | 05- JUL- 2023 |
| 1 | 01- AUG- 2023 | 01- AUG- 2023 |
| 1 | 29- AUG- 2023 | 29- AUG- 2023 |
| 1 | 26- SEP- 2023 | 26- SEP- 2023 |
| 1 | 30- OCT- 2023 | 30- OCT- 2023 |
| 1 | 11- DEC- 2023 | 11- DEC- 2023 |
| 1 | 08- JAN- 2024 | 08- JAN- 2024 |
| 1 | 05- FEB- 2024 | 05- FEB- 2024 |


**Purchase Contract No:** 1668221 **Purchase Contract Change No:** 14 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 04- MAR- 2024 | 04- MAR- 2024 |
| 1 | 01- APR- 2024 | 01- APR- 2024 |
| 1 | 29- APR- 2024 | 29- APR- 2024 |

**Item Attachment(s)     Description**



**End of Item:   0008** -----------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0009 | 74A110954-5134 | | EA | ███ |

**Description:** ███

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
14

Provisional Billing Price
**Item Ext Amount**
███

**Undefinitized Unit Price**
███

**Undefinitized Extended Amount**
███

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

Purchase Contract No:  **1668221**      Purchase Contract Change No:  **14**   PC/PCC Date:  **2022-09-12**
                                                                          PC Orig Date:  **09-DEC-2020**

**Customer Contract**               **Prime Contract**        **Customer Order**   **Priority Rating**   **Qty**

                                                                                                        14

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 03- APR- 2023 | 11- JAN- 2021 |
| 1 | 02- MAY- 2023 | 02- MAY- 2023 |
| 1 | 05- JUN- 2023 | 05- JUN- 2023 |
| 1 | 05- JUL- 2023 | 05- JUL- 2023 |
| 1 | 31- JUL- 2023 | 31- JUL- 2023 |
| 1 | 28- AUG- 2023 | 28- AUG- 2023 |
| 1 | 25- SEP- 2023 | 25- SEP- 2023 |
| 1 | 24- OCT- 2023 | 24- OCT- 2023 |
| 1 | 05- DEC- 2023 | 05- DEC- 2023 |
| 1 | 03- JAN- 2024 | 03- JAN- 2024 |
| 1 | 30- JAN- 2024 | 30- JAN- 2024 |
| 1 | 27- FEB- 2024 | 27- FEB- 2024 |
| 1 | 26- MAR- 2024 | 26- MAR- 2024 |
| 1 | 09- APR- 2024 | 09- APR- 2024 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)**      **Description**

**End of Item:   0009** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0011 | 74A110686-5016 | EA | |

**Description:**

**Total Qty Ordered**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221      **Purchase Contract Change No:** 14   **PC/PCC Date:** 2022-09-12
    **PC Orig Date:** 09-DEC-2020

**Vendor P/N:**
**Issuing Loc:** ST LOUIS

14

Provisional Billing Price
**Item Ext Amount**
▮▮▮▮▮▮▮▮

**Undefinitized Unit Price**
▮▮▮▮▮▮▮▮

**Undefinitized Extended
Amount**
▮▮▮▮▮▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮▮▮ | | | ▮▮▮ | 14 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- MAR- 2023 | 07- JAN- 2021 |
| 1 | 04- APR- 2023 | 04- APR- 2023 |
| 1 | 05- MAY- 2023 | 05- MAY- 2023 |
| 1 | 05- JUN- 2023 | 05- JUN- 2023 |
| 1 | 05- JUL- 2023 | 05- JUL- 2023 |
| 1 | 31- JUL- 2023 | 31- JUL- 2023 |
| 1 | 28- AUG- 2023 | 28- AUG- 2023 |
| 1 | 25- SEP- 2023 | 25- SEP- 2023 |
| 1 | 27- OCT- 2023 | 27- OCT- 2023 |
| 1 | 08- DEC- 2023 | 08- DEC- 2023 |
| 1 | 05- JAN- 2024 | 05- JAN- 2024 |
| 1 | 02- FEB- 2024 | 02- FEB- 2024 |
| 1 | 01- MAR- 2024 | 01- MAR- 2024 |
| 1 | 29- MAR- 2024 | 29- MAR- 2024 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON      MO   63044
US

**Item Attachment(s)**      **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No: **1668221**       Purchase Contract Change No: **14**   PC/PCC Date: **2022-09-12**
                                                                              PC Orig Date: **09-DEC-2020**

**Item Attachment(s)        Description**

**End of Item:   0011** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0012 | 74A110687-5010 | | EA | |

Description:
Vendor P/N:
Issuing Loc:   ST LOUIS

**Total Qty Ordered**
14

Provisional Billing Price
**Item Ext Amount**

**Undefinitized Unit Price**

**Undefinitized Extended Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 13 |
| | | | | 1 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO      63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 05- MAY- 2023 | 07- JAN- 2021 |
| 1 | 05- JUN- 2023 | 05- JUN- 2023 |
| 1 | 05- JUL- 2023 | 05- JUL- 2023 |
| 1 | 31- JUL- 2023 | 31- JUL- 2023 |
| 1 | 28- AUG- 2023 | 28- AUG- 2023 |
| 1 | 25- SEP- 2023 | 25- SEP- 2023 |
| 1 | 27- OCT- 2023 | 27- OCT- 2023 |
| 1 | 08- DEC- 2023 | 08- DEC- 2023 |
| 1 | 05- JAN- 2024 | 05- JAN- 2024 |
| 1 | 02- FEB- 2024 | 02- FEB- 2024 |
| 1 | 01- MAR- 2024 | 01- MAR- 2024 |
| 1 | 29- MAR- 2024 | 29- MAR- 2024 |
| 1 | 15- APR- 2024 | 15- APR- 2024 |
| 1 | 29- APR- 2024 | 29- APR- 2024 |



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

Purchase Contract No:  **1668221**      Purchase Contract Change No:  **14**  PC/PCC Date:    **2022-09-12**
  PC Orig Date:  **09-DEC-2020**

Item Attachment(s)      Description



**End of Item:  0012** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | | Unit Price |
|------|-------------|---|------------|---|-----------|
| 0013 | 74A110819-2014B | | EA | | ███ |

Description:  ███

Vendor P/N:

Issuing Loc:  ST LOUIS

Total Qty Ordered
14

Provisional Billing Price

**Item Ext Amount**
███

**Undefinitized Unit Price**
███

**Undefinitized Extended Amount**
███

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ███ | | | ███ | 14 |

Exostar Acknowledgment Required

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1668221 **Purchase Contract Change No:** 14 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- APR- 2023 | 08- FEB- 2021 |
| 1 | 08- MAY- 2023 | 08- MAY- 2023 |
| 1 | 05- JUN- 2023 | 05- JUN- 2023 |
| 1 | 05- JUL- 2023 | 05- JUL- 2023 |
| 1 | 01- AUG- 2023 | 01- AUG- 2023 |
| 1 | 29- AUG- 2023 | 29- AUG- 2023 |
| 1 | 26- SEP- 2023 | 26- SEP- 2023 |
| 1 | 30- OCT- 2023 | 30- OCT- 2023 |
| 1 | 11- DEC- 2023 | 11- DEC- 2023 |
| 1 | 08- JAN- 2024 | 08- JAN- 2024 |
| 1 | 05- FEB- 2024 | 05- FEB- 2024 |
| 1 | 04- MAR- 2024 | 04- MAR- 2024 |
| 1 | 01- APR- 2024 | 01- APR- 2024 |
| 1 | 29- APR- 2024 | 29- APR- 2024 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON            MO      63044
US

**Item Attachment(s)          Description**

**End of Item:    0013**  ------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0014 | 74A110820-2012B | | EA | |

**Description:** ▮
**Vendor P/N:**
**Issuing Loc:**  ST LOUIS

**Total Qty Ordered**
14

Provisional Billing Price

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221     **Purchase Contract Change No:** 14   **PC/PCC Date:** 2022-09-12
                                                             **PC Orig Date:** 09-DEC-2020

**Item Ext Amount**
███████████████

**Undefinitized Unit Price**
███████████████

**Undefinitized Extended Amount**
███████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████████ | | | ████████ | 14 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON        MO    63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 24- OCT- 2022 | 28- JAN- 2021 |
| 1 | 29- NOV- 2022 | 29- NOV- 2022 |
| 1 | 04- JAN- 2023 | 04- JAN- 2023 |
| 1 | 27- JAN- 2023 | 27- JAN- 2023 |
| 1 | 24- FEB- 2023 | 24- FEB- 2023 |
| 1 | 24- MAR- 2023 | 24- MAR- 2023 |
| 1 | 24- APR- 2023 | 24- APR- 2023 |
| 1 | 22- MAY- 2023 | 22- MAY- 2023 |
| 1 | 19- JUN- 2023 | 19- JUN- 2023 |
| 1 | 17- JUL- 2023 | 17- JUL- 2023 |
| 1 | 15- AUG- 2023 | 15- AUG- 2023 |
| 1 | 12- SEP- 2023 | 12- SEP- 2023 |
| 1 | 16- OCT- 2023 | 16- OCT- 2023 |
| 1 | 27- NOV- 2023 | 27- NOV- 2023 |

**Item Attachment(s)**      **Description**



Purchase Contract No: **1668221**     Purchase Contract Change No: **14**   PC/PCC Date: **2022-09-12**
                                                                            PC Orig Date: **09-DEC-2020**

**Item Attachment(s)      Description**

████████████████████████████████████████████

**End of Item:   0014** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0015 | 74A110821-2014A | | EA | ████████ |

**Description:** ██████████████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

Total Qty Ordered
14

Provisional Billing Price
**Item Ext Amount**
████████████████

**Undefinitized Unit Price**
████████████████████████

**Undefinitized Extended Amount**
████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████████████████ | | | ████████ | 14 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 05-JUN-2023 | 08-FEB-2021 |
| 1 | 05-JUL-2023 | 05-JUL-2023 |
| 1 | 01-AUG-2023 | 01-AUG-2023 |
| 1 | 29-AUG-2023 | 29-AUG-2023 |
| 1 | 26-SEP-2023 | 26-SEP-2023 |
| 1 | 30-OCT-2023 | 30-OCT-2023 |
| 1 | 11-DEC-2023 | 11-DEC-2023 |
| 1 | 08-JAN-2024 | 08-JAN-2024 |
| 1 | 05-FEB-2024 | 05-FEB-2024 |
| 1 | 04-MAR-2024 | 04-MAR-2024 |
| 1 | 01-APR-2024 | 01-APR-2024 |
| 1 | 29-APR-2024 | 29-APR-2024 |
| 1 | 13-MAY-2024 | 13-MAY-2024 |
| 1 | 28-MAY-2024 | 28-MAY-2024 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)      Description**

████████████████████████████████████████████

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



| Purchase Contract No: | 1668221 | Purchase Contract Change No: | 14 | PC/PCC Date: | 2022-09-12 |
| | | | | PC Orig Date: | 09-DEC-2020 |

Item Attachment(s)    Description



End of Item:   0015  – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

| Item | Part Number | | UM Ordered | Unit Price |
| 0016 | 74A110825-2012C | | EA | |

**Description:** ▉
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

Total Qty Ordered
14

Provisional Billing Price
Item Ext Amount
▉

Undefinitized Unit Price
▉

Undefinitized Extended
Amount
▉

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| ▉ | | | ▉ | 14 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- MAY- 2023 | 28- JAN- 2021 |
| 1 | 19- JUN- 2023 | 19- JUN- 2023 |
| 1 | 17- JUL- 2023 | 17- JUL- 2023 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON        MO    63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No: **1668221**   Purchase Contract Change No: **14**   PC/PCC Date: **2022-09-12**
PC Orig Date: **09-DEC-2020**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 15- AUG- 2023 | 15- AUG- 2023 |
| 1 | 12- SEP- 2023 | 12- SEP- 2023 |
| 1 | 16- OCT- 2023 | 16- OCT- 2023 |
| 1 | 27- NOV- 2023 | 27- NOV- 2023 |
| 1 | 03- JAN- 2024 | 03- JAN- 2024 |
| 1 | 22- JAN- 2024 | 22- JAN- 2024 |
| 1 | 19- FEB- 2024 | 19- FEB- 2024 |
| 1 | 18- MAR- 2024 | 18- MAR- 2024 |
| 1 | 15- APR- 2024 | 15- APR- 2024 |
| 1 | 29- APR- 2024 | 29- APR- 2024 |
| 1 | 13- MAY- 2024 | 13- MAY- 2024 |

**Item Attachment(s)**   **Description**



**End of Item:   0016**  -------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0017 | 74A110965-5022 | | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:**  ST LOUIS

**Total Qty Ordered**
14

Provisional Billing Price
**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No: 1668221**    **Purchase Contract Change No: 14**    **PC/PCC Date: 2022-09-12**
**PC Orig Date: 09-DEC-2020**

**Undefinitized Unit Price**

██████████

**Undefinitized Extended Amount**

██████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ██████████ | | | ██████████ | 14 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 05- SEP- 2023 | 17- MAY- 2021 |
| 1 | 03- OCT- 2023 | 03- OCT- 2023 |
| 1 | 06- NOV- 2023 | 06- NOV- 2023 |
| 1 | 18- DEC- 2023 | 18- DEC- 2023 |
| 1 | 16- JAN- 2024 | 16- JAN- 2024 |
| 1 | 12- FEB- 2024 | 12- FEB- 2024 |
| 1 | 11- MAR- 2024 | 11- MAR- 2024 |
| 1 | 08- APR- 2024 | 08- APR- 2024 |
| 1 | 06- MAY- 2024 | 06- MAY- 2024 |
| 1 | 04- JUN- 2024 | 04- JUN- 2024 |
| 1 | 02- JUL- 2024 | 02- JUL- 2024 |
| 1 | 02- AUG- 2024 | 02- AUG- 2024 |
| 1 | 30- AUG- 2024 | 30- AUG- 2024 |
| 1 | 13- SEP- 2024 | 13- SEP- 2024 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON        MO    63044
US

**Item Attachment(s)        Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221   **Purchase Contract Change No:** 14   **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

---

**Item Attachment(s)**       **Description**

█████████████████████████████████████

**End of Item: 0017** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|------|-------------|--|--|------------|------------|
| 0018 | 74A110966-5022 | | | EA | ████████ |

**Description:** ███████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
14

**Provisional Billing Price**
**Item Ext Amount**
████████████

**Undefinitized Unit Price**
██████████████████

**Undefinitized Extended Amount**
████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████████████ | | | | 13 |
| | | | ████████ | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 08- AUG- 2023 | 17- MAY- 2021 |
| 1 | 05- SEP- 2023 | 05- SEP- 2023 |
| 1 | 03- OCT- 2023 | 03- OCT- 2023 |
| 1 | 06- NOV- 2023 | 06- NOV- 2023 |
| 1 | 18- DEC- 2023 | 18- DEC- 2023 |
| 1 | 16- JAN- 2024 | 16- JAN- 2024 |
| 1 | 12- FEB- 2024 | 12- FEB- 2024 |
| 1 | 11- MAR- 2024 | 11- MAR- 2024 |
| 1 | 08- APR- 2024 | 08- APR- 2024 |
| 1 | 06- MAY- 2024 | 06- MAY- 2024 |
| 1 | 04- JUN- 2024 | 04- JUN- 2024 |
| 1 | 02- JUL- 2024 | 02- JUL- 2024 |
| 1 | 02- AUG- 2024 | 02- AUG- 2024 |
| 1 | 30- AUG- 2024 | 30- AUG- 2024 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)**       **Description**

█████████████████████████████████████



| Purchase Contract No: | 1668221 | Purchase Contract Change No: | 14 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 09-DEC-2020 |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Item Attachment(s)       Description**



**End of Item:   0018** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|---|---|---|---|---|---|
| 0019 | 74A110943-5206 | | | EA | ▮ |

**Description:** ▮

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
14

Provisional Billing Price
**Item Ext Amount**
▮

**Undefinitized Unit Price**
▮

**Undefinitized Extended Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | | 14 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 05- SEP- 2023 | 07- JUN- 2021 |
| 1 | 03- OCT- 2023 | 03- OCT- 2023 |
| 1 | 06- NOV- 2023 | 06- NOV- 2023 |
| 1 | 18- DEC- 2023 | 18- DEC- 2023 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US


Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221     **Purchase Contract Change No:** 14     PC/PCC Date: **2022-09-12**
PC Orig Date: **09-DEC-2020**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 16- JAN- 2024 | 16- JAN- 2024 |
| 1 | 12- FEB- 2024 | 12- FEB- 2024 |
| 1 | 11- MAR- 2024 | 11- MAR- 2024 |
| 1 | 08- APR- 2024 | 08- APR- 2024 |
| 1 | 06- MAY- 2024 | 06- MAY- 2024 |
| 1 | 04- JUN- 2024 | 04- JUN- 2024 |
| 1 | 02- JUL- 2024 | 02- JUL- 2024 |
| 1 | 02- AUG- 2024 | 02- AUG- 2024 |
| 1 | 30- AUG- 2024 | 30- AUG- 2024 |
| 1 | 30- SEP- 2024 | 30- SEP- 2024 |

**Item Attachment(s)      Description**



**End of Item:   0019**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0020 | 74A110943-5252 | | EA | ▮ |

**Description:** ▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
14

Provisional Billing Price
**Item Ext Amount**
▮

**Undefinitized Unit Price**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1668221      **Purchase Contract Change No:** 14   **PC/PCC Date:** **2022-09-12**
**PC Orig Date:** **09-DEC-2020**

**Undefinitized Extended Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 14 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 05- SEP- 2023 | 07- JUN- 2021 |
| 1 | 03- OCT- 2023 | 03- OCT- 2023 |
| 1 | 06- NOV- 2023 | 06- NOV- 2023 |
| 1 | 18- DEC- 2023 | 18- DEC- 2023 |
| 1 | 16- JAN- 2024 | 16- JAN- 2024 |
| 1 | 12- FEB- 2024 | 12- FEB- 2024 |
| 1 | 11- MAR- 2024 | 11- MAR- 2024 |
| 1 | 08- APR- 2024 | 08- APR- 2024 |
| 1 | 06- MAY- 2024 | 06- MAY- 2024 |
| 1 | 04- JUN- 2024 | 04- JUN- 2024 |
| 1 | 02- JUL- 2024 | 02- JUL- 2024 |
| 1 | 02- AUG- 2024 | 02- AUG- 2024 |
| 1 | 30- AUG- 2024 | 30- AUG- 2024 |
| 1 | 30- SEP- 2024 | 30- SEP- 2024 |

**Item Attachment(s)      Description**



PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221    **Purchase Contract Change No:** 14    **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

**End of Item:** 0020 ------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|------|-------------|-----------|-----------|
| 0021 | 74A110943-5256 | EA | ██████ |

**Description:** ██████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
14

**Provisional Billing Price**
**Item Ext Amount**
████████

**Undefinitized Unit Price**
████████

**Undefinitized Extended Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ██████ | | | ██████ | 10 |
| | | | | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 08- AUG- 2023 | 07- JUN- 2021 |
| 1 | 05- SEP- 2023 | 05- SEP- 2023 |
| 1 | 03- OCT- 2023 | 03- OCT- 2023 |
| 1 | 06- NOV- 2023 | 06- NOV- 2023 |
| 1 | 18- DEC- 2023 | 18- DEC- 2023 |
| 1 | 16- JAN- 2024 | 16- JAN- 2024 |
| 1 | 12- FEB- 2024 | 12- FEB- 2024 |
| 1 | 11- MAR- 2024 | 11- MAR- 2024 |
| 1 | 08- APR- 2024 | 08- APR- 2024 |
| 1 | 06- MAY- 2024 | 06- MAY- 2024 |
| 1 | 04- JUN- 2024 | 04- JUN- 2024 |
| 1 | 02- JUL- 2024 | 02- JUL- 2024 |
| 1 | 02- AUG- 2024 | 02- AUG- 2024 |
| 1 | 30- AUG- 2024 | 30- AUG- 2024 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON    MO    63044
US

**Item Attachment(s)**    **Description**

████████████████████████████████



**Purchase Contract No:** 1668221 **Purchase Contract Change No:** 14 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

Item Attachment(s)     Description

**End of Item:   0021** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|-----------|------------|
| 0022 | 74A110948-2010A | | EA | |

**Description:** ▮▮▮

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
14

Provisional Billing Price
Item Ext Amount

**Undefinitized Unit Price**

**Undefinitized Extended Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▮▮▮ | | | ▮▮▮ | 14 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 22- AUG- 2023 | 26- MAY- 2021 |
| 1 | 19- SEP- 2023 | 19- SEP- 2023 |
| 1 | 23- OCT- 2023 | 23- OCT- 2023 |
| 1 | 04- DEC- 2023 | 04- DEC- 2023 |
| 1 | 03- JAN- 2024 | 03- JAN- 2024 |
| 1 | 29- JAN- 2024 | 29- JAN- 2024 |
| 1 | 26- FEB- 2024 | 26- FEB- 2024 |
| 1 | 25- MAR- 2024 | 25- MAR- 2024 |
| 1 | 22- APR- 2024 | 22- APR- 2024 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

PC FORM Rev 1/19/07


**Purchase Contract No:** **1668221**     **Purchase Contract Change No:** **14**  **PC/PCC Date:** **2022-09-12**
**PC Orig Date:** **09-DEC-2020**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 20- MAY- 2024 | 20- MAY- 2024 |
| 1 | 18- JUN- 2024 | 18- JUN- 2024 |
| 1 | 16- JUL- 2024 | 16- JUL- 2024 |
| 1 | 16- AUG- 2024 | 16- AUG- 2024 |
| 1 | 13- SEP- 2024 | 13- SEP- 2024 |

**Item Attachment(s)       Description**



**End of Item:  0022** – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0023 | 74A110948-2012A | | EA | ▮ |

**Description:** ▮
**Vendor P/N:**
**Issuing Loc:**  ST LOUIS

**Total Qty Ordered**
14

Provisional Billing Price
**Item Ext Amount**
▮

**Undefinitized Unit Price**
▮

**Undefinitized Extended Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**BOEING**

Purchase Contract No:   **1668221**     Purchase Contract Change No:  **14**   PC/PCC Date:   **2022-09-12**
PC Orig Date:   **09-DEC-2020**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | ▮ | 14 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- AUG- 2023 | 26- MAY- 2021 |
| 1 | 19- SEP- 2023 | 19- SEP- 2023 |
| 1 | 23- OCT- 2023 | 23- OCT- 2023 |
| 1 | 04- DEC- 2023 | 04- DEC- 2023 |
| 1 | 03- JAN- 2024 | 03- JAN- 2024 |
| 1 | 29- JAN- 2024 | 29- JAN- 2024 |
| 1 | 26- FEB- 2024 | 26- FEB- 2024 |
| 1 | 25- MAR- 2024 | 25- MAR- 2024 |
| 1 | 22- APR- 2024 | 22- APR- 2024 |
| 1 | 20- MAY- 2024 | 20- MAY- 2024 |
| 1 | 18- JUN- 2024 | 18- JUN- 2024 |
| 1 | 16- JUL- 2024 | 16- JUL- 2024 |
| 1 | 16- AUG- 2024 | 16- AUG- 2024 |
| 1 | 13- SEP- 2024 | 13- SEP- 2024 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO      63044
US

**Item Attachment(s)          Description**



End of Item:   **0023**    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0024 | 74A110956-5054 | EA | ▮ |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Purchase Contract No: | 1668221 | Purchase Contract Change No: | 14 | PC/PCC Date: | **2022-09-12** |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | **09-DEC-2020** |

**Description:** ████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

Total Qty Ordered
9

Provisional Billing Price
**Item Ext Amount**

**Undefinitized Unit Price**

**Undefinitized Extended Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 9 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 20- AUG- 2020 | 20- AUG- 2020 |
| 1 | 06- SEP- 2022 | 06- SEP- 2022 |
| 1 | 04- OCT- 2022 | 04- OCT- 2022 |
| 1 | 08- AUG- 2022 | 08- AUG- 2022 |
| 1 | 07- NOV- 2022 | 07- NOV- 2022 |
| 1 | 16- DEC- 2022 | 16- DEC- 2022 |
| 1 | 13- JAN- 2023 | 13- JAN- 2023 |
| 1 | 10- FEB- 2023 | 10- FEB- 2023 |
| 1 | 10- MAR- 2023 | 10- MAR- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)          Description**



**Purchase Contract No:** 1668221      **Purchase Contract Change No:** 14    **PC/PCC Date:** 2022-09-12
                                                                            **PC Orig Date:** 09-DEC-2020

| Item Attachment(s) | Description |
| --- | --- |
| ██████████████████████████ | |

**End of Item:** 0024 ------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
| --- | --- | --- | --- | --- |
| 0025 | 74A110956-5056 | | EA | ██████ |

**Description:** ██████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
9

**Provisional Billing Price**

**Item Ext Amount**
████████████

**Undefinitized Unit Price**
████████████████

**Undefinitized Extended Amount**
████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| --- | --- | --- | --- | --- |
| ████████████ | | | ████ | 9 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
| --- | --- | --- |
| 1 | 11- JUL- 2022 | 27- JUL- 2020 |
| 1 | 08- AUG- 2022 | 08- AUG- 2022 |
| 1 | 06- SEP- 2022 | 06- SEP- 2022 |
| 1 | 04- OCT- 2022 | 04- OCT- 2022 |
| 1 | 07- NOV- 2022 | 07- NOV- 2022 |
| 1 | 16- DEC- 2022 | 16- DEC- 2022 |
| 1 | 13- JAN- 2023 | 13- JAN- 2023 |
| 1 | 10- FEB- 2023 | 10- FEB- 2023 |
| 1 | 10- MAR- 2023 | 10- MAR- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO    63044
US

| Item Attachment(s) | Description |
| --- | --- |



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221     **Purchase Contract Change No:** 14   **PC/PCC Date:** 2022-09-12
        **PC Orig Date:** 09-DEC-2020

**Item Attachment(s)**     **Description**



**End of Item:** 0025   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|-----------|-----------|
| 0026 | 74A110954-5134 | | EA | ██████ |

**Description:** ██████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
9

Provisional Billing Price
**Item Ext Amount**
██████

**Undefinitized Unit Price**
██████

**Undefinitized Extended Amount**
██████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|---------------|----------------|-----------------|-----|
| ██████ | | | ██████ | 9 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date | Ship To: |
|--------------------|------------------------------|---------------|----------|
| 1 | 08- JUL- 2022 | 29- JUN- 2020 | THE BOEING COMPANY |
| 1 | 08- AUG- 2022 | 08- AUG- 2022 | 1 DAVIDSON LOGISTICS DRIVE |
| 1 | 06- SEP- 2022 | 06- SEP- 2022 | BRIDGETON    MO   63044 |
| 1 | 03- OCT- 2022 | 03- OCT- 2022 | US |
| 1 | 01- NOV- 2022 | 01- NOV- 2022 | |
| 1 | 12- DEC- 2022 | 12- DEC- 2022 | |
| 1 | 09- JAN- 2023 | 09- JAN- 2023 | |
| 1 | 06- FEB- 2023 | 06- FEB- 2023 | |
| 1 | 06- MAR- 2023 | 06- MAR- 2023 | |

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| | | | | |
|---|---|---|---|---|
| **Purchase Contract No:** | **1668221** | **Purchase Contract Change No:** | **14** | **PC/PCC Date:** **2022-09-12** |
| | | | | **PC Orig Date:** **09-DEC-2020** |

**Item Attachment(s)**    **Description**



End of Item:    **0026**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0028 | 74A110686-5016 | | EA | ▮ |

**Description:** ▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
9

Provisional Billing Price
**Item Ext Amount**
▮

**Undefinitized Unit Price**
▮

**Undefinitized Extended Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | ▮ | 9 |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221     **Purchase Contract Change No:** 14   **PC/PCC Date:** **2022-09-12**
   **PC Orig Date:** **09-DEC-2020**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 13- JUN- 2022 | 25- JUN- 2020 |
| 1 | 11- JUL- 2022 | 11- JUL- 2022 |
| 1 | 08- AUG- 2022 | 08- AUG- 2022 |
| 1 | 06- SEP- 2022 | 06- SEP- 2022 |
| 1 | 03- OCT- 2022 | 03- OCT- 2022 |
| 1 | 04- NOV- 2022 | 04- NOV- 2022 |
| 1 | 13- DEC- 2022 | 13- DEC- 2022 |
| 1 | 10- JAN- 2023 | 10- JAN- 2023 |
| 1 | 07- FEB- 2023 | 07- FEB- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON     MO    63044
US

**Item Attachment(s)**     **Description**



**End of Item:**   **0028**   --------------------------------------------------------------------------------

| Item | Part Number |
|---|---|
| 0029 | 74A110687-5010 |

**UM Ordered**
EA

**Unit Price**

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
9

Provisional Billing Price
**Item Ext Amount**

**Undefinitized Unit Price**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| | | | | |
|---|---|---|---|---|
| **Purchase Contract No:** | 1668221 | **Purchase Contract Change No:** 14 | **PC/PCC Date:** | **2022-09-12** |
| | | | **PC Orig Date:** | **09-DEC-2020** |

**Undefinitized Extended Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 9 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 08- AUG- 2022 | 16- JUL- 2020 |
| 1 | 06- SEP- 2022 | 06- SEP- 2022 |
| 1 | 03- OCT- 2022 | 03- OCT- 2022 |
| 1 | 04- NOV- 2022 | 04- NOV- 2022 |
| 1 | 13- DEC- 2022 | 13- DEC- 2022 |
| 1 | 10- JAN- 2023 | 10- JAN- 2023 |
| 1 | 07- FEB- 2023 | 07- FEB- 2023 |
| 1 | 07- MAR- 2023 | 07- MAR- 2023 |
| 1 | 04- APR- 2023 | 04- APR- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)          Description**



**End of Item:   0029** -------------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0030 | 74A110819-2014B | | EA | |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** **1668221**    **Purchase Contract Change No:** **14**    **PC/PCC Date:** **2022-09-12**
**PC Orig Date:** **09-DEC-2020**

**Description:** ██████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
9

**Provisional Billing Price**
**Item Ext Amount**
████████

**Undefinitized Unit Price**
████████████

**Undefinitized Extended Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████ | | | ████ | 9 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 11- JUL- 2022 | 27- JUL- 2020 |
| 1 | 08- AUG- 2022 | 08- AUG- 2022 |
| 1 | 06- SEP- 2022 | 06- SEP- 2022 |
| 1 | 04- OCT- 2022 | 04- OCT- 2022 |
| 1 | 07- NOV- 2022 | 07- NOV- 2022 |
| 1 | 16- DEC- 2022 | 16- DEC- 2022 |
| 1 | 13- JAN- 2023 | 13- JAN- 2023 |
| 1 | 10- FEB- 2023 | 10- FEB- 2023 |
| 1 | 10- MAR- 2023 | 10- MAR- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO   63044
US

**Item Attachment(s)**          **Description**



Purchase Contract No: **1668221**      Purchase Contract Change No: **14**   PC/PCC Date: **2022-09-12**
                                                                            PC Orig Date: **09-DEC-2020**

| Item Attachment(s) | Description |
|---|---|
| ███████████████████ | ███████████████████ |

### End of Item: 0030 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0031 | 74A110820-2012B | | EA | ████████ |

Description: ███████████

Vendor P/N:

Issuing Loc: ST LOUIS

**Total Qty Ordered**
9

Provisional Billing Price
**Item Ext Amount**
████████

**Undefinitized Unit Price**
████████████

**Undefinitized Extended Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███████████ | | | ████████ | 9 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 15- JUL- 2020 | 15- JUL- 2020 |
| 1 | 15- FEB- 2022 | 15- FEB- 2022 |
| 1 | 01- APR- 2022 | 01- APR- 2022 |
| 1 | 02- MAY- 2022 | 02- MAY- 2022 |
| 1 | 31- MAY- 2022 | 31- MAY- 2022 |
| 1 | 25- JUL- 2022 | 25- JUL- 2022 |
| 1 | 22- AUG- 2022 | 22- AUG- 2022 |
| 1 | 19- SEP- 2022 | 19- SEP- 2022 |
| 1 | 27- JUN- 2022 | 27- JUN- 2022 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO   63044
US

| Item Attachment(s) | Description |
|---|---|
| ███████████████████████████ | ███████████████████████████ |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

Purchase Contract No:  **1668221**    Purchase Contract Change No:  **14**   PC/PCC Date:  **2022-09-12**
                                                                            PC Orig Date:  **09-DEC-2020**

Item Attachment(s)     Description



End of Item:  **0031** -------------------------------------------------------------------

| Item | Part Number | | UM Ordered | | Unit Price |
|------|-------------|---|-----------|---|-----------|
| 0032 | 74A110821-2014A | | EA | | ███████ |

Description: ████████████

Vendor P/N:

Issuing Loc:  ST LOUIS

Total Qty Ordered
9

Provisional Billing Price
**Item Ext Amount**
████████

**Undefinitized Unit Price**
████████████

**Undefinitized Extended Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████████████ | | | ███████ | 9 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 06- SEP- 2022 | 06- SEP- 2022 |
| 1 | 04- OCT- 2022 | 04- OCT- 2022 |
| 1 | 07- NOV- 2022 | 07- NOV- 2022 |
| 1 | 16- DEC- 2022 | 16- DEC- 2022 |
| 1 | 13- JAN- 2023 | 13- JAN- 2023 |
| 1 | 10- FEB- 2023 | 10- FEB- 2023 |
| 1 | 10- MAR- 2023 | 10- MAR- 2023 |
| 1 | 07- APR- 2023 | 07- APR- 2023 |
| 1 | 08- MAY- 2023 | 08- MAY- 2023 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No:   **1668221**        Purchase Contract Change No:   **14**   PC/PCC Date:   **2022-09-12**
                                                                                    PC Orig Date:   **09-DEC-2020**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Item Attachment(s)        Description



**End of Item:   0032** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|-----------|
| 0033 | 74A110825-2012C | | EA | |

Description: ▮▮▮▮

Vendor P/N:

Issuing Loc:  ST LOUIS

Total Qty Ordered
9

Provisional Billing Price
**Item Ext Amount**
▮▮▮▮

**Undefinitized Unit Price**
▮▮▮▮

Undefinitized Extended
Amount
▮▮▮▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▮▮▮▮ | | | ▮▮▮▮ | 9 |

Exostar Acknowledgement Required (watermark)

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221 **Purchase Contract Change No:** 14 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 19- SEP- 2022 | 19- SEP- 2022 |
| 1 | 22- AUG- 2022 | 16- JUL- 2020 |
| 1 | 24- OCT- 2022 | 24- OCT- 2022 |
| 1 | 29- NOV- 2022 | 29- NOV- 2022 |
| 1 | 04- JAN- 2023 | 04- JAN- 2023 |
| 1 | 27- JAN- 2023 | 27- JAN- 2023 |
| 1 | 24- FEB- 2023 | 24- FEB- 2023 |
| 1 | 24- MAR- 2023 | 24- MAR- 2023 |
| 1 | 24- APR- 2023 | 24- APR- 2023 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO      63044
US

**Item Attachment(s)    Description**



**End of Item:    0033** ---------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0034 | 74A110965-5022 | | EA | ██████ |

**Description:** ██████████████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
9

Provisional Billing Price
**Item Ext Amount**
████████████

**Undefinitized Unit Price**
████████████

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1668221     **Purchase Contract Change No:** 14    **PC/PCC Date:** **2022-09-12**
                                                                          **PC Orig Date:** **09-DEC-2020**

**Undefinitized Extended Amount** ███████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███████████ | | | | 9 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 04- JAN- 2023 | 03- NOV- 2020 |
| 1 | 20- JAN- 2023 | 20- JAN- 2023 |
| 1 | 17- FEB- 2023 | 17- FEB- 2023 |
| 1 | 17- MAR- 2023 | 17- MAR- 2023 |
| 1 | 17- APR- 2023 | 17- APR- 2023 |
| 1 | 15- MAY- 2023 | 15- MAY- 2023 |
| 1 | 12- JUN- 2023 | 12- JUN- 2023 |
| 1 | 10- JUL- 2023 | 10- JUL- 2023 |
| 1 | 08- AUG- 2023 | 08- AUG- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON       MO    63044
US

**Item Attachment(s)**     **Description**



**End of Item:**   **0034** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0035 | 74A110966-5022 | | EA | ███████████ |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221     **Purchase Contract Change No:** 14    **PC/PCC Date:** 2022-09-12
                                                       **PC Orig Date:** 09-DEC-2020

**Description:** ▮▮▮▮▮▮▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
9

Provisional Billing Price
**Item Ext Amount**
▮▮▮▮▮▮

**Undefinitized Unit Price**
▮▮▮▮▮▮

**Undefinitized Extended Amount**
▮▮▮▮▮▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮▮▮ | | | ▮▮▮▮ | 9 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- NOV- 2022 | 24- NOV- 2020 |
| 1 | 04- JAN- 2023 | 04- JAN- 2023 |
| 1 | 20- JAN- 2023 | 20- JAN- 2023 |
| 1 | 17- FEB- 2023 | 17- FEB- 2023 |
| 1 | 17- MAR- 2023 | 17- MAR- 2023 |
| 1 | 17- APR- 2023 | 17- APR- 2023 |
| 1 | 15- MAY- 2023 | 15- MAY- 2023 |
| 1 | 12- JUN- 2023 | 12- JUN- 2023 |
| 1 | 10- JUL- 2023 | 10- JUL- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON        MO    63044
US

**Item Attachment(s)**     **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**BOEING**

| Purchase Contract No: | **1668221** | Purchase Contract Change No: **14** | PC/PCC Date: | **2022-09-12** |
|---|---|---|---|---|
| | | | PC Orig Date: | **09-DEC-2020** |

**Item Attachment(s)    Description**

██████████████████████████████████████████████

**End of Item:    0035** -----------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0036 | 74A110943-5206 | | EA | ████████ |

Description: ████████████
Vendor P/N:
Issuing Loc: ST LOUIS

**Total Qty Ordered**
9

Provisional Billing Price
**Item Ext Amount**
████████████

**Undefinitized Unit Price**
████████████████

**Undefinitized Extended Amount**
████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████████ | | | ████████ | 9 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 04- JAN- 2023 | 24- NOV- 2020 |
| 1 | 20- JAN- 2023 | 20- JAN- 2023 |
| 1 | 17- FEB- 2023 | 17- FEB- 2023 |
| 1 | 17- MAR- 2023 | 17- MAR- 2023 |
| 1 | 17- APR- 2023 | 17- APR- 2023 |
| 1 | 15- MAY- 2023 | 15- MAY- 2023 |
| 1 | 12- JUN- 2023 | 12- JUN- 2023 |
| 1 | 10- JUL- 2023 | 10- JUL- 2023 |
| 1 | 08- AUG- 2023 | 08- AUG- 2023 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO      63044
US

**Item Attachment(s)    Description**

██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No:   **1668221**     Purchase Contract Change No:  **14**   PC/PCC Date:   **2022-09-12**
PC Orig Date:   **09-DEC-2020**

**Item Attachment(s)        Description**



**End of Item:    0036**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|-----------|------------|
| 0037 | 74A110943-5252 | | EA | ███ |

Description:   ███████
Vendor P/N:
Issuing Loc:   ST LOUIS

Total Qty Ordered
9

Provisional Billing Price
**Item Ext Amount**
███████

**Undefinitized Unit Price**
███████

**Undefinitized Extended Amount**
███

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ███████ | | | ███ | 9 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 04- JAN- 2023 | 24- NOV- 2020 |
| 1 | 20- JAN- 2023 | 20- JAN- 2023 |
| 1 | 17- FEB- 2023 | 17- FEB- 2023 |
| 1 | 17- MAR- 2023 | 17- MAR- 2023 |
| 1 | 17- APR- 2023 | 17- APR- 2023 |
| 1 | 15- MAY- 2023 | 15- MAY- 2023 |
| 1 | 12- JUN- 2023 | 12- JUN- 2023 |
| 1 | 10- JUL- 2023 | 10- JUL- 2023 |
| 1 | 08- AUG- 2023 | 08- AUG- 2023 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

# EXHIBIT D

## *Part 3 of 31*

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1668221 | Purchase Contract Change No: | 14 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 09-DEC-2020 |

**Item Attachment(s)     Description**



**End of Item:     0037** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | | Unit Price |
|---|---|---|---|---|---|
| 0038 | 74A110943-5256 | | EA | | ■ |

**Description:** ■
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

Total Qty Ordered
9

Provisional Billing Price
**Item Ext Amount**
■

**Undefinitized Unit Price**
■

**Undefinitized Extended Amount**
■

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ■ | | | ■ | 9 |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1668221 | Purchase Contract Change No: | 14 | PC/PCC Date: | 2022-09-12 |
| | | | | PC Orig Date: | 09-DEC-2020 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 15- AUG- 2022 | 26- FEB- 2021 |
| 1 | 12- SEP- 2022 | 12- SEP- 2022 |
| 1 | 17- OCT- 2022 | 17- OCT- 2022 |
| 1 | 22- NOV- 2022 | 22- NOV- 2022 |
| 1 | 04- JAN- 2023 | 04- JAN- 2023 |
| 1 | 20- JAN- 2023 | 20- JAN- 2023 |
| 1 | 17- FEB- 2023 | 17- FEB- 2023 |
| 1 | 17- MAR- 2023 | 17- MAR- 2023 |
| 1 | 17- APR- 2023 | 17- APR- 2023 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO   63044
US

**Item Attachment(s)**    **Description**



**End of Item:   0038**  ---------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0039 | 74A110948-2010A | | EA | ██████ |

**Description:** ████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
9

Provisional Billing Price
**Item Ext Amount**
████████████

**Undefinitized Unit Price**
██████████

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

Purchase Contract No:   **1668221**      Purchase Contract Change No:  **14**   PC/PCC Date:   **2022-09-12**
                                                                               PC Orig Date:   **09-DEC-2020**

**Undefinitized Extended
Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 9 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 09- DEC- 2022 | 13- NOV- 2020 |
| 1 | 06- JAN- 2023 | 06- JAN- 2023 |
| 1 | 03- FEB- 2023 | 03- FEB- 2023 |
| 1 | 03- MAR- 2023 | 03- MAR- 2023 |
| 1 | 31- MAR- 2023 | 31- MAR- 2023 |
| 1 | 01- MAY- 2023 | 01- MAY- 2023 |
| 1 | 30- MAY- 2023 | 30- MAY- 2023 |
| 1 | 26- JUN- 2023 | 26- JUN- 2023 |
| 1 | 25- JUL- 2023 | 25- JUL- 2023 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)        Description**

**End of Item:   0039** -------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0040 | 74A110948-2012A | EA | |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No: 1668221**  **Purchase Contract Change No: 14**  **PC/PCC Date: 2022-09-12**
**PC Orig Date: 09-DEC-2020**

**Description:** ▮▮▮▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
9

Provisional Billing Price
**Item Ext Amount**
▮▮▮▮

**Undefinitized Unit Price**
▮▮▮▮

**Undefinitized Extended Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮▮ | | | ▮▮▮▮ | 9 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 09- DEC- 2022 | 13- NOV- 2020 |
| 1 | 06- JAN- 2023 | 06- JAN- 2023 |
| 1 | 03- FEB- 2023 | 03- FEB- 2023 |
| 1 | 03- MAR- 2023 | 03- MAR- 2023 |
| 1 | 31- MAR- 2023 | 31- MAR- 2023 |
| 1 | 01- MAY- 2023 | 01- MAY- 2023 |
| 1 | 30- MAY- 2023 | 30- MAY- 2023 |
| 1 | 26- JUN- 2023 | 26- JUN- 2023 |
| 1 | 25- JUL- 2023 | 25- JUL- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO      63044
US

**Item Attachment(s)      Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| Purchase Contract No: | **1668221** | Purchase Contract Change No: | **14** | PC/PCC Date: | **2022-09-12** |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | **09-DEC-2020** |

**Item Attachment(s)      Description**

▮▮▮▮▮▮▮▮▮▮▮

**End of Item:   0040**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0041 | 74A110956-5053 | | EA | ▮▮▮▮▮ |

Description: ▮▮▮▮▮▮▮

Vendor P/N:

Issuing Loc: ST LOUIS

**Total Qty Ordered**
4

Provisional Billing Price
**Item Ext Amount**
▮▮▮▮▮

**Undefinitized Unit Price**
▮▮▮▮▮▮

**Undefinitized Extended Amount**
▮▮▮▮▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮▮▮ | | | | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 03- JAN- 2024 | 16- JUN- 2021 |
| 1 | 22- JAN- 2024 | 22- JAN- 2024 |
| 1 | 19- FEB- 2024 | 19- FEB- 2024 |
| 1 | 18- MAR- 2024 | 18- MAR- 2024 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)      Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



Purchase Contract No:  **1668221**      Purchase Contract Change No:  **14**  PC/PCC Date:  **2022-09-12**
                                                                                PC Orig Date:  **09-DEC-2020**

**Item Attachment(s)**    **Description**

**End of Item:**   **0041**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | | Unit Price |
|------|-------------|--|--|------------|--|------------|
| 0042 | 74A110956-5055 | | | EA | | |

            **Description:**                                                   **Total Qty Ordered**
            **Vendor P/N:**                                                          4
            **Issuing Loc:**   ST LOUIS

                                                                Provisional Billing Price
                                                           **Item Ext Amount**

                                                       **Undefinitized Unit Price**

                                                    **Undefinitized Extended Amount**

| Customer Contract | | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|--|----------------|----------------|-----------------|-----|
| | | | | | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 03- JAN- 2024 | 16- JUN- 2021 |
| 1 | 22- JAN- 2024 | 22- JAN- 2024 |
| 1 | 19- FEB- 2024 | 19- FEB- 2024 |
| 1 | 18- MAR- 2024 | 18- MAR- 2024 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON              MO   63044
US

**Item Attachment(s)**    **Description**



**Purchase Contract No:** 1668221     **Purchase Contract Change No:** 14    **PC/PCC Date:** 2022-09-12
                                                        **PC Orig Date:** 09-DEC-2020



**Item Attachment(s)**     **Description**

**End of Item:** 0042 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0043 | 74A110954-5133 | | EA | ▮ |

**Description:** ▮

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
4

Provisional Billing Price
**Item Ext Amount**
▮

**Undefinitized Unit Price**
▮

**Undefinitized Extended Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▮ | | | ▮ | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 28- APR- 2021 | 28- APR- 2021 |
| 1 | 16- JAN- 2024 | 16- JAN- 2024 |
| 1 | 13- FEB- 2024 | 13- FEB- 2024 |
| 1 | 12- MAR- 2024 | 12- MAR- 2024 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON           MO    63044
US

**Item Attachment(s)**     **Description**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No:  **1668221**  Purchase Contract Change No:  **14**  PC/PCC Date:  **2022-09-12**
PC Orig Date:  **09-DEC-2020**

**Item Attachment(s)     Description**



**End of Item:  0043** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|------|-------------|------------|------------|
| 0044 | 74A110686-5015 | EA | |

**Description:**
Vendor P/N:
Issuing Loc:  ST LOUIS

**Total Qty Ordered**
4

Provisional Billing Price
**Item Ext Amount**

**Undefinitized Unit Price**

**Undefinitized Extended Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| | | | | 4 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 24- OCT- 2023 | 28- MAY- 2021 |
| 1 | 05- DEC- 2023 | 05- DEC- 2023 |
| 1 | 03- JAN- 2024 | 03- JAN- 2024 |
| 1 | 30- JAN- 2024 | 30- JAN- 2024 |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**Purchase Contract No:** 1668221     **Purchase Contract Change No:** 14   **PC/PCC Date:** **2022-09-12**
                                                                                  **PC Orig Date:** **09-DEC-2020**

Item Attachment(s)     Description

**End of Item:   0044** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|------------|------------|
| 0045 | 74A110687-5009 | | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
4

Provisional Billing Price
**Item Ext Amount**

**Undefinitized Unit Price**

**Undefinitized Extended Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| | | | | 4 |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** **1668221**     **Purchase Contract Change No:** **14**  **PC/PCC Date:** **2022-09-12**

**PC Orig Date:** **09-DEC-2020**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 27- MAY- 2021 | 27- MAY- 2021 |
| 1 | 30- JAN- 2024 | 30- JAN- 2024 |
| 1 | 27- FEB- 2024 | 27- FEB- 2024 |
| 1 | 26- MAR- 2024 | 26- MAR- 2024 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)        Description**



**End of Item:   0045** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | **UM Ordered** | **Unit Price** |
|---|---|---|---|---|
| 0046 | 74A110819-2013B | | EA | |

**Description:**

**Vendor P/N:**

**Issuing Loc:**  ST LOUIS

**Total Qty Ordered**
4

Provisional Billing Price
**Item Ext Amount**

**Undefinitized Unit Price**

**Undefinitized Extended Amount**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221    **Purchase Contract Change No:** 14    **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

**Customer Contract**      **Prime Contract**      **Customer Order**    **Priority Rating**    **Qty**

▮      ▮    4

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 03- JAN- 2024 | 16- JUN- 2021 |
| 1 | 22- JAN- 2024 | 22- JAN- 2024 |
| 1 | 19- FEB- 2024 | 19- FEB- 2024 |
| 1 | 18- MAR- 2024 | 18- MAR- 2024 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON      MO    63044
US

**Item Attachment(s)**      **Description**



**End of Item: 0046** ------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0047 | 74A110820-2011B | | EA | ▮ |

**Description:** ▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
4

Provisional Billing Price
**Item Ext Amount**
▮

**Undefinitized Unit Price**



PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



Purchase Contract No: **1668221**    Purchase Contract Change No: **14**    PC/PCC Date: **2022-09-12**
PC Orig Date: **09-DEC-2020**

Undefinitized Extended Amount

███████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███████ | | | ███████ | 4 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- JUN- 2021 | 07- JUN- 2021 |
| 1 | 08- JAN- 2024 | 08- JAN- 2024 |
| 1 | 05- FEB- 2024 | 05- FEB- 2024 |
| 1 | 04- MAR- 2024 | 04- MAR- 2024 |

Item Attachment(s)          Description



**End of Item:    0047** --------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0048 | 74A110821-2013A | EA | ███████ |

Description: ███████
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
4

Provisional Billing Price
**Item Ext Amount**
███████

**Undefinitized Unit Price**

PC FORM Rev 1/19/07



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

Purchase Contract No:   **1668221**       Purchase Contract Change No:  **14**   PC/PCC Date:   **2022-09-12**
PC Orig Date:   **09-DEC-2020**

Undefinitized Extended Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 24- JAN- 2024 | 16- JUN- 2021 |
| 1 | 19- FEB- 2024 | 19- FEB- 2024 |
| 1 | 18- MAR- 2024 | 18- MAR- 2024 |
| 1 | 15- APR- 2024 | 15- APR- 2024 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

Item Attachment(s)        Description



**End of Item:    0048**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0049 | 74A110825-2011C | EA | |

**Description:**
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
4

Provisional Billing Price

PC FORM Rev 1/19/07

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

Electronically Filed - St. Louis County - December 22, 2022 - 01:46 PM

| Purchase Contract No: | 1668221 | Purchase Contract Change No: | 14 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 09-DEC-2020 |

**Item Ext Amount**

**Undefinitized Unit Price**

**Undefinitized Extended Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 08- JAN- 2024 | 07- JUN- 2021 |
| 1 | 05- FEB- 2024 | 05- FEB- 2024 |
| 1 | 04- MAR- 2024 | 04- MAR- 2024 |
| 1 | 01- APR- 2024 | 01- APR- 2024 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO    63044
US

**Item Attachment(s)        Description**

**End of Item:  0049** ----------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0050 | 74A110965-5021 | EA | |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**BOEING**

| | | |
|---|---|---|
| **Purchase Contract No:** 1668221 | **Purchase Contract Change No:** 14 | **PC/PCC Date:** 2022-09-12 |
| | | **PC Orig Date:** 09-DEC-2020 |

**Description:** ▮▮▮▮▮▮

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
4

Provisional Billing Price
**Item Ext Amount**

**Undefinitized Unit Price**

**Undefinitized Extended Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | | | ▮▮▮ | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 20- MAY- 2024 | 24- SEP- 2021 |
| 1 | 18- JUN- 2024 | 18- JUN- 2024 |
| 1 | 16- JUL- 2024 | 16- JUL- 2024 |
| 1 | 16- AUG- 2024 | 16- AUG- 2024 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO      63044
US

**Item Attachment(s)      Description**

**End of Item:      0050**  --------------------------------------------------------------

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

![Boeing logo]

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1668221     **Purchase Contract Change No:** 14   **PC/PCC Date:** **2022-09-12**
    **PC Orig Date:** **09-DEC-2020**

| Item | Part Number | | |
|---|---|---|---|
| 0051 | 74A110966-5021 | | |

**Description:** ▮▮▮▮▮▮▮▮▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**UM Ordered**    **Unit Price**
EA    ▮▮▮▮▮▮

**Total Qty Ordered**
4

Provisional Billing Price
**Item Ext Amount**
▮▮▮▮▮▮

**Undefinitized Unit Price**
▮▮▮▮▮▮

**Undefinitized Extended Amount**
▮▮▮▮▮▮

**Customer Contract**
▮▮▮▮▮▮

**Prime Contract**

**Customer Order**

**Priority Rating**    **Qty**
   4

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- APR- 2024 | 24- SEP- 2021 |
| 1 | 20- MAY- 2024 | 20- MAY- 2024 |
| 1 | 18- JUN- 2024 | 18- JUN- 2024 |
| 1 | 16- JUL- 2024 | 16- JUL- 2024 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON    MO    63044
US

**Item Attachment(s)**    **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| | | | | |
|---|---|---|---|---|
| **Purchase Contract No:** | 1668221 | **Purchase Contract Change No:** 14 | **PC/PCC Date:** | **2022-09-12** |
| | | | **PC Orig Date:** | **09-DEC-2020** |

**End of Item:** **0051** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0052 | 74A110943-5205 | | EA | ██████ |

**Description:** ██████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
4

Provisional Billing Price
**Item Ext Amount**
██████

**Undefinitized Unit Price**
███████████

**Undefinitized Extended Amount**
██████

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|---|---|---|---|---|
| ██████ | | | ██████ | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 20- MAY- 2024 | 20- MAY- 2024 |
| 1 | 18- JUN- 2024 | 18- JUN- 2024 |
| 1 | 16- JUL- 2024 | 16- JUL- 2024 |
| 1 | 16- AUG- 2024 | 16- AUG- 2024 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)      Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No: **1668221**   Purchase Contract Change No: **14**   PC/PCC Date: **2022-09-12**
PC Orig Date: **09-DEC-2020**

| Item Attachment(s) | Description |
|---|---|
| ████████ | ████████ |

**End of Item: 0052** - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|---|---|---|---|---|---|
| 0053 | 74A110943-5251 | | | EA | ██████ |

Description: ██████

Vendor P/N:

Issuing Loc: ST LOUIS

Total Qty Ordered
4

Provisional Billing Price
**Item Ext Amount**
██████

**Undefinitized Unit Price**
████████

**Undefinitized Extended Amount**
██████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ██████ | | | ████ | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 20- MAY- 2024 | 14- OCT- 2021 |
| 1 | 18- JUN- 2024 | 18- JUN- 2024 |
| 1 | 16- JUL- 2024 | 16- JUL- 2024 |
| 1 | 16- AUG- 2024 | 16- AUG- 2024 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

| Item Attachment(s) | Description |
|---|---|
| ████████ | ████████ |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No: **1668221**    Purchase Contract Change No: **14**   PC/PCC Date: **2022-09-12**
PC Orig Date: **09-DEC-2020**

**Item Attachment(s)      Description**

End of Item: **0053** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|------|-------------|--|--|-----------|------------|
| 0054 | 74A110943-5255 | | | EA | |

Description: 
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
4

Provisional Billing Price
**Item Ext Amount**

**Undefinitized Unit Price**

**Undefinitized Extended Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| | | | | 1 |
| | | | | 3 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date | Ship To: |
|--------------------|------------------------------|---------------|----------|
| 1 | 20- MAY- 2024 | 14- OCT- 2021 | THE BOEING COMPANY |
| 1 | 18- JUN- 2024 | 18- JUN- 2024 | 1 DAVIDSON LOGISTICS DRIVE |
| 1 | 16- JUL- 2024 | 16- JUL- 2024 | BRIDGETON          MO    63044 |
| 1 | 16- AUG- 2024 | 16- AUG- 2024 | US |

**Item Attachment(s)      Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

![Boeing logo]

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| **Purchase Contract No:** 1668221 | **Purchase Contract Change No:** 14 | **PC/PCC Date:** | **2022-09-12** |
| | | **PC Orig Date:** | **09-DEC-2020** |

**Item Attachment(s)       Description**



**End of Item:   0054**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | |
|---|---|---|---|---|
| 0057 | 74A110956-5053 | | **UM Ordered** EA | **Unit Price** |

**Description:** ▮▮▮▮▮▮▮▮▮▮
**Vendor P/N:**
**Issuing Loc:**  ST LOUIS

**Total Qty Ordered**
14

Provisional Billing Price
**Item Ext Amount**

**Undefinitized Unit Price**

**Undefinitized Extended Amount**

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | | | | 14 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 19- SEP- 2022 | 25- AUG- 2020 |
| 1 | 24- OCT- 2022 | 24- OCT- 2022 |
| 1 | 29- NOV- 2022 | 29- NOV- 2022 |
| 1 | 04- JAN- 2023 | 04- JAN- 2023 |
| 1 | 27- JAN- 2023 | 27- JAN- 2023 |
| 1 | 24- FEB- 2023 | 24- FEB- 2023 |
| 1 | 24- MAR- 2023 | 24- MAR- 2023 |
| 1 | 24- APR- 2023 | 24- APR- 2023 |
| 1 | 22- MAY- 2023 | 22- MAY- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO      63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221   **Purchase Contract Change No:** 14   **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 19- JUN- 2023 | 19- JUN- 2023 |
| 1 | 17- JUL- 2023 | 17- JUL- 2023 |
| 1 | 15- AUG- 2023 | 15- AUG- 2023 |
| 1 | 12- SEP- 2023 | 12- SEP- 2023 |
| 1 | 16- OCT- 2023 | 16- OCT- 2023 |

**Item Attachment(s)**   **Description**



**End of Item:** **0057** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0058 | 74A110956-5055 | | EA | |

**Description:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
14

Provisional Billing Price
**Item Ext Amount**

**Undefinitized Unit Price**

**Undefinitized Extended Amount**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

### The Boeing Company
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1668221          **Purchase Contract Change No:** 14   **PC/PCC Date:** 2022-09-12
                                                                                 **PC Orig Date:** 09-DEC-2020

**Customer Contract**              **Prime Contract**          **Customer Order**      **Priority Rating**   **Qty**

                                                                                                            14

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 24- OCT- 2022 | 25- AUG- 2020 |
| 1 | 29- NOV- 2022 | 29- NOV- 2022 |
| 1 | 04- JAN- 2023 | 04- JAN- 2023 |
| 1 | 27- JAN- 2023 | 27- JAN- 2023 |
| 1 | 24- FEB- 2023 | 24- FEB- 2023 |
| 1 | 24- MAR- 2023 | 24- MAR- 2023 |
| 1 | 24- APR- 2023 | 24- APR- 2023 |
| 1 | 22- MAY- 2023 | 22- MAY- 2023 |
| 1 | 19- JUN- 2023 | 19- JUN- 2023 |
| 1 | 17- JUL- 2023 | 17- JUL- 2023 |
| 1 | 15- AUG- 2023 | 15- AUG- 2023 |
| 1 | 12- SEP- 2023 | 12- SEP- 2023 |
| 1 | 16- OCT- 2023 | 16- OCT- 2023 |
| 1 | 27- NOV- 2023 | 27- NOV- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)          Description**

**End of Item:   0058**  -------------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0059 | 74A110954-5133 | EA | |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No: **1668221**   Purchase Contract Change No: **14**  PC/PCC Date: **2022-09-12**
PC Orig Date: **09-DEC-2020**

Description: ███████

Vendor P/N:

Issuing Loc: ST LOUIS

Total Qty Ordered
14

Provisional Billing Price
**Item Ext Amount**

████████████

**Undefinitized Unit Price**

████████████

**Undefinitized Extended Amount**

████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████ | | | ██████ | 14 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 18- OCT- 2022 | 29- JUL- 2020 |
| 1 | 28- NOV- 2022 | 28- NOV- 2022 |
| 1 | 04- JAN- 2023 | 04- JAN- 2023 |
| 1 | 23- JAN- 2023 | 23- JAN- 2023 |
| 1 | 20- FEB- 2023 | 20- FEB- 2023 |
| 1 | 20- MAR- 2023 | 20- MAR- 2023 |
| 1 | 18- APR- 2023 | 17- APR- 2023 |
| 1 | 16- MAY- 2023 | 16- MAY- 2023 |
| 1 | 19- JUN- 2023 | 19- JUN- 2023 |
| 1 | 17- JUL- 2023 | 17- JUL- 2023 |
| 1 | 14- AUG- 2023 | 14- AUG- 2023 |
| 1 | 11- SEP- 2023 | 11- SEP- 2023 |
| 1 | 09- OCT- 2023 | 09- OCT- 2023 |
| 1 | 20- NOV- 2023 | 20- NOV- 2023 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)     Description**

███████████████████████

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

![BOEING]

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| Purchase Contract No: | 1668221 | Purchase Contract Change No: 14 | PC/PCC Date: 2022-09-12 |
| | | | PC Orig Date: 09-DEC-2020 |

Item Attachment(s)        Description



End of Item: **0059** -------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0060 | 74A110686-5015 | | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
14

Provisional Billing Price
**Item Ext Amount**

**Undefinitized Unit Price**

**Undefinitized Extended
Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 14 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO      63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 06- SEP- 2022 | 07- AUG- 2020 |
| 1 | 03- OCT- 2022 | 03- OCT- 2022 |
| 1 | 01- NOV- 2022 | 01- NOV- 2022 |
| 1 | 12- DEC- 2022 | 12- DEC- 2022 |
| 1 | 09- JAN- 2023 | 09- JAN- 2023 |
| 1 | 06- FEB- 2023 | 06- FEB- 2023 |
| 1 | 06- MAR- 2023 | 06- MAR- 2023 |
| 1 | 03- APR- 2023 | 03- APR- 2023 |
| 1 | 02- MAY- 2023 | 02- MAY- 2023 |
| 1 | 05- JUN- 2023 | 05- JUN- 2023 |
| 1 | 05- JUL- 2023 | 05- JUL- 2023 |
| 1 | 31- JUL- 2023 | 31- JUL- 2023 |
| 1 | 28- AUG- 2023 | 28- AUG- 2023 |
| 1 | 25- SEP- 2023 | 25- SEP- 2023 |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**Purchase Contract No:**    1668221      **Purchase Contract Change No:**   14   **PC/PCC Date:**    **2022-09-12**

                                                                          **PC Orig Date:**    **09-DEC-2020**

**Item Attachment(s)**      **Description**

**End of Item:   0060** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|------------|------------|
| 0061 | 74A110687-5009 | | EA | ████ |

**Description:** ████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
14

Provisional Billing Price
**Item Ext Amount**
████

**Undefinitized Unit Price**
████

**Undefinitized Extended Amount**
████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████ | | | ████ | 14 |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1668221     **Purchase Contract Change No:** 14   **PC/PCC Date:** **2022-09-12**
    **PC Orig Date:** **09-DEC-2020**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|:---:|:---:|:---:|
| 1 | 01- NOV- 2022 | 07- AUG- 2020 |
| 1 | 12- DEC- 2022 | 12- DEC- 2022 |
| 1 | 09- JAN- 2023 | 09- JAN- 2023 |
| 1 | 06- FEB- 2023 | 06- FEB- 2023 |
| 1 | 06- MAR- 2023 | 06- MAR- 2023 |
| 1 | 03- APR- 2023 | 03- APR- 2023 |
| 1 | 02- MAY- 2023 | 02- MAY- 2023 |
| 1 | 05- JUN- 2023 | 05- JUN- 2023 |
| 1 | 05- JUL- 2023 | 05- JUL- 2023 |
| 1 | 31- JUL- 2023 | 31- JUL- 2023 |
| 1 | 28- AUG- 2023 | 28- AUG- 2023 |
| 1 | 25- SEP- 2023 | 25- SEP- 2023 |
| 1 | 24- OCT- 2023 | 24- OCT- 2023 |
| 1 | 05- DEC- 2023 | 05- DEC- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON      MO    63044
US

**Item Attachment(s)**     **Description**



**End of Item:**   **0061** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|:---|:---|:---|:---|:---|
| 0062 | 74A110819-2013B | | EA | █████ |

**Description:** █████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
14

Provisional Billing Price

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1668221     **Purchase Contract Change No:** 14   **PC/PCC Date:** 2022-09-12
    **PC Orig Date:** 09-DEC-2020

**Item Ext Amount**

▮▮▮▮▮▮▮▮

**Undefinitized Unit Price**

▮▮▮▮▮▮▮▮

**Undefinitized Extended Amount**

▮▮▮▮▮▮▮▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | | | ▮▮▮▮ | 14 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 24- OCT- 2022 | 25- AUG- 2020 |
| 1 | 29- NOV- 2022 | 29- NOV- 2022 |
| 1 | 04- JAN- 2023 | 04- JAN- 2023 |
| 1 | 27- JAN- 2023 | 27- JAN- 2023 |
| 1 | 24- FEB- 2023 | 24- FEB- 2023 |
| 1 | 24- MAR- 2023 | 24- MAR- 2023 |
| 1 | 24- APR- 2023 | 24- APR- 2023 |
| 1 | 22- MAY- 2023 | 22- MAY- 2023 |
| 1 | 19- JUN- 2023 | 19- JUN- 2023 |
| 1 | 17- JUL- 2023 | 17- JUL- 2023 |
| 1 | 15- AUG- 2023 | 15- AUG- 2023 |
| 1 | 12- SEP- 2023 | 12- SEP- 2023 |
| 1 | 16- OCT- 2023 | 16- OCT- 2023 |
| 1 | 27- NOV- 2023 | 27- NOV- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON     MO    63044
US

**Item Attachment(s)**     **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

_BOEING_

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1668221       **Purchase Contract Change No:** 14   **PC/PCC Date:** 2022-09-12
                                                                         **PC Orig Date:** 09-DEC-2020

**Item Attachment(s)     Description**

█████████████████████████████████████

**End of Item:   0062** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0063 | 74A110820-2011B | | EA | ██████ |

**Description:** ████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

Total Qty Ordered: 14

Provisional Billing Price
**Item Ext Amount**

**Undefinitized Unit Price**
██████████████

**Undefinitized Extended Amount**
███████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████ | | | ████ | 14 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 04- OCT- 2022 | 14- AUG- 2020 |
| 1 | 07- NOV- 2022 | 07- NOV- 2022 |
| 1 | 16- DEC- 2022 | 16- DEC- 2022 |
| 1 | 13- JAN- 2023 | 13- JAN- 2023 |
| 1 | 10- FEB- 2023 | 10- FEB- 2023 |
| 1 | 10- MAR- 2023 | 10- MAR- 2023 |
| 1 | 07- APR- 2023 | 07- APR- 2023 |
| 1 | 08- MAY- 2023 | 08- MAY- 2023 |
| 1 | 05- JUN- 2023 | 05- JUN- 2023 |
| 1 | 05- JUL- 2023 | 05- JUL- 2023 |
| 1 | 01- AUG- 2023 | 01- AUG- 2023 |
| 1 | 29- AUG- 2023 | 29- AUG- 2023 |
| 1 | 26- SEP- 2023 | 26- SEP- 2023 |
| 1 | 30- OCT- 2023 | 30- OCT- 2023 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO    63044
US

**Item Attachment(s)     Description**

██████████████████████████

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221    **Purchase Contract Change No:** 14   **PC/PCC Date:** 2022-09-12   **PC Orig Date:** 09-DEC-2020

**Item**   **Attachment(s)**    **Description**



**End of Item:** 0064 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0064 | 74A110821-2013A | | EA | ▮ |

**Description:** ▮

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
14

Provisional Billing Price
**Item Ext Amount**

**Undefinitized Unit Price**
▮

**Undefinitized Extended Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | ▮ | 14 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 29- NOV- 2022 | 25- AUG- 2020 |
| 1 | 04- JAN- 2023 | 04- JAN- 2023 |
| 1 | 27- JAN- 2023 | 27- JAN- 2023 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON    MO   63044
US

PC FORM Rev 1/19/07



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

Purchase Contract No: **1668221**    Purchase Contract Change No: **14**    PC/PCC Date: **2022-09-12**
PC Orig Date: **09-DEC-2020**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 24- FEB- 2023 | 24- FEB- 2023 |
| 1 | 24- MAR- 2023 | 24- MAR- 2023 |
| 1 | 24- APR- 2023 | 24- APR- 2023 |
| 1 | 22- MAY- 2023 | 22- MAY- 2023 |
| 1 | 19- JUN- 2023 | 19- JUN- 2023 |
| 1 | 17- JUL- 2023 | 17- JUL- 2023 |
| 1 | 15- AUG- 2023 | 15- AUG- 2023 |
| 1 | 12- SEP- 2023 | 12- SEP- 2023 |
| 1 | 16- OCT- 2023 | 16- OCT- 2023 |
| 1 | 27- NOV- 2023 | 27- NOV- 2023 |
| 1 | 03- JAN- 2024 | 03- JAN- 2024 |

**Item Attachment(s)**    **Description**



**End of Item:    0064** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0065 | 74A110825-2011C | | EA | ▉ |

Description: ▉
Vendor P/N:
Issuing Loc: ST LOUIS

**Total Qty Ordered**
14

Provisional Billing Price
**Item Ext Amount**
▉

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

The Boeing Company
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1668221 | **Purchase Contract Change No:** 14 | **PC/PCC Date:** 2022-09-12
| | **PC Orig Date:** 09-DEC-2020

**Undefinitized Unit Price**

**Undefinitized Extended Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | A1 | 14 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO   63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- NOV- 2022 | 14- AUG- 2020 |
| 1 | 16- DEC- 2022 | 16- DEC- 2022 |
| 1 | 13- JAN- 2023 | 13- JAN- 2023 |
| 1 | 10- FEB- 2023 | 10- FEB- 2023 |
| 1 | 10- MAR- 2023 | 10- MAR- 2023 |
| 1 | 07- APR- 2023 | 07- APR- 2023 |
| 1 | 08- MAY- 2023 | 08- MAY- 2023 |
| 1 | 05- JUN- 2023 | 05- JUN- 2023 |
| 1 | 05- JUL- 2023 | 05- JUL- 2023 |
| 1 | 01- AUG- 2023 | 01- AUG- 2023 |
| 1 | 29- AUG- 2023 | 29- AUG- 2023 |
| 1 | 26- SEP- 2023 | 26- SEP- 2023 |
| 1 | 30- OCT- 2023 | 30- OCT- 2023 |
| 1 | 11- DEC- 2023 | 11- DEC- 2023 |

**Item Attachment(s)          Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Purchase Contract No: | 1668221 | Purchase Contract Change No: | 14 | PC/PCC Date: | 2022-09-12 |
| | | | | PC Orig Date: | 09-DEC-2020 |

**Item Attachment(s)**   **Description**

███████████████████████████████████

**End of Item: 0065** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | |
|------|-------------|---|---|
| 0066 | 74A110965-5021 | | |

**UM Ordered**: EA

**Unit Price**: ████████

**Description:** ████████████████████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**: 14

Provisional Billing Price
**Item Ext Amount**
████████████████

**Undefinitized Unit Price**
████████████████████

**Undefinitized Extended Amount**
████████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████████████ | | | ████████ | 14 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 31-MAR-2023 | 07-DEC-2020 |
| 1 | 01-MAY-2023 | 01-MAY-2023 |
| 1 | 30-MAY-2023 | 30-MAY-2023 |
| 1 | 26-JUN-2023 | 26-JUN-2023 |
| 1 | 25-JUL-2023 | 25-JUL-2023 |
| 1 | 22-AUG-2023 | 22-AUG-2023 |
| 1 | 19-SEP-2023 | 19-SEP-2023 |
| 1 | 23-OCT-2023 | 23-OCT-2023 |
| 1 | 04-DEC-2023 | 04-DEC-2023 |
| 1 | 03-JAN-2024 | 03-JAN-2024 |
| 1 | 29-JAN-2024 | 29-JAN-2024 |
| 1 | 26-FEB-2024 | 26-FEB-2024 |
| 1 | 25-MAR-2024 | 25-MAR-2024 |
| 1 | 22-APR-2024 | 22-APR-2024 |

**Item Attachment(s)**   **Description**

███████████████████████████████████

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| **Purchase Contract No:** | 1668221 | **Purchase Contract Change No:** 14 | **PC/PCC Date:** 2022-09-12 |
| | | | **PC Orig Date:** 09-DEC-2020 |

**Item Attachment(s)     Description**



**End of Item:    0066** ------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0067 | 74A110966-5021 | | EA | ■■■■ |

**Description:** ■■■■■■■■■

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
14

Provisional Billing Price
**Item Ext Amount**
■■■■■

**Undefinitized Unit Price**
■■■■■

**Undefinitized Extended Amount**
■■■■■

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ■■■■■ | | | ■■■ | 14 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO      63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 03- MAR- 2023 | 07- DEC- 2020 |
| 1 | 31- MAR- 2023 | 31- MAR- 2023 |
| 1 | 01- MAY- 2023 | 01- MAY- 2023 |
| 1 | 30- MAY- 2023 | 30- MAY- 2023 |
| 1 | 26- JUN- 2023 | 26- JUN- 2023 |

PC FORM Rev 1/19/07


**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1668221 **Purchase Contract Change No:** 14 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 25- JUL- 2023 | 25- JUL- 2023 |
| 1 | 22- AUG- 2023 | 22- AUG- 2023 |
| 1 | 19- SEP- 2023 | 19- SEP- 2023 |
| 1 | 23- OCT- 2023 | 23- OCT- 2023 |
| 1 | 04- DEC- 2023 | 04- DEC- 2023 |
| 1 | 03- JAN- 2024 | 03- JAN- 2024 |
| 1 | 29- JAN- 2024 | 29- JAN- 2024 |
| 1 | 26- FEB- 2024 | 26- FEB- 2024 |
| 1 | 25- MAR- 2024 | 25- MAR- 2024 |

**Item Attachment(s)** **Description**



**End of Item:** 0067 --------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0068 | 74A110943-5205 | | EA | ███████ |

**Description:** ███████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
14

Provisional Billing Price
**Item Ext Amount**
███████

**Undefinitized Unit Price**
███████

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221    **Purchase Contract Change No:** 14    **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

**Undefinitized Extended Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▓▓▓▓▓▓▓ | | | ▓▓▓▓▓ | 14 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 31- MAR- 2023 | 07- JAN- 2021 |
| 1 | 01- MAY- 2023 | 01- MAY- 2023 |
| 1 | 30- MAY- 2023 | 30- MAY- 2023 |
| 1 | 26- JUN- 2023 | 26- JUN- 2023 |
| 1 | 25- JUL- 2023 | 25- JUL- 2023 |
| 1 | 22- AUG- 2023 | 22- AUG- 2023 |
| 1 | 19- SEP- 2023 | 19- SEP- 2023 |
| 1 | 23- OCT- 2023 | 23- OCT- 2023 |
| 1 | 04- DEC- 2023 | 04- DEC- 2023 |
| 1 | 03- JAN- 2024 | 03- JAN- 2024 |
| 1 | 29- JAN- 2024 | 29- JAN- 2024 |
| 1 | 26- FEB- 2024 | 26- FEB- 2024 |
| 1 | 25- MAR- 2024 | 25- MAR- 2024 |
| 1 | 22- APR- 2024 | 22- APR- 2024 |

**Item Attachment(s)          Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| Purchase Contract No: | 1668221 | Purchase Contract Change No: | 14 | PC/PCC Date: | **2022-09-12** |
| | | | | PC Orig Date: | **09-DEC-2020** |

**End of Item:** **0068** ------------------------------------------------------------------

| Item | Part Number | | UM Ordered | **Unit Price** |
|------|-------------|---|------------|------------|
| 0069 | 74A110943-5251 | | EA | ■■■■■ |

**Description:** ■■■■■

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
14

Provisional Billing Price
**Item Ext Amount**
■■■■■

**Undefinitized Unit Price**
■■■■■

**Undefinitized Extended Amount**
■■■■■

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|---|---|---|---|---|
| ■■■■■ | | | ■■■■■ | 14 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 31- MAR- 2023 | 07- JAN- 2021 |
| 1 | 01- MAY- 2023 | 01- MAY- 2023 |
| 1 | 30- MAY- 2023 | 30- MAY- 2023 |
| 1 | 26- JUN- 2023 | 26- JUN- 2023 |
| 1 | 25- JUL- 2023 | 25- JUL- 2023 |
| 1 | 22- AUG- 2023 | 22- AUG- 2023 |
| 1 | 19- SEP- 2023 | 19- SEP- 2023 |
| 1 | 23- OCT- 2023 | 23- OCT- 2023 |
| 1 | 04- DEC- 2023 | 04- DEC- 2023 |
| 1 | 03- JAN- 2024 | 03- JAN- 2024 |
| 1 | 29- JAN- 2024 | 29- JAN- 2024 |
| 1 | 26- FEB- 2024 | 26- FEB- 2024 |
| 1 | 25- MAR- 2024 | 25- MAR- 2024 |
| 1 | 22- APR- 2024 | 22- APR- 2024 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

**Item Attachment(s)**          **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| | | | | | |
|---|---|---|---|---|---|
| Purchase Contract No: | **1668221** | Purchase Contract Change No: | **14** | PC/PCC Date: | **2022-09-12** |
| | | | | PC Orig Date: | **09-DEC-2020** |

**Item Attachment(s)**   **Description**



**End of Item:**   **0069** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|---|---|---|---|---|---|
| 0070 | 74A110943-5255 | | | EA | ▮ |

**Description:** ▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
14

Provisional Billing Price
**Item Ext Amount**
▮

**Undefinitized Unit Price**
▮

**Undefinitized Extended Amount**
▮

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|---|---|---|---|---|
| ▮ | | | ▮ | 14 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 03- MAR- 2023 | 09- MAR- 2021 |
| 1 | 31- MAR- 2023 | 31- MAR- 2023 |
| 1 | 01- MAY- 2023 | 01- MAY- 2023 |
| 1 | 30- MAY- 2023 | 30- MAY- 2023 |
| 1 | 26- JUN- 2023 | 26- JUN- 2023 |
| 1 | 25- JUL- 2023 | 25- JUL- 2023 |
| 1 | 22- AUG- 2023 | 22- AUG- 2023 |
| 1 | 19- SEP- 2023 | 19- SEP- 2023 |
| 1 | 23- OCT- 2023 | 23- OCT- 2023 |
| 1 | 04- DEC- 2023 | 04- DEC- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON        MO    63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221 **Purchase Contract Change No:** 14 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 03- JAN- 2024 | 03- JAN- 2024 |
| 1 | 29- JAN- 2024 | 29- JAN- 2024 |
| 1 | 26- FEB- 2024 | 26- FEB- 2024 |
| 1 | 25- MAR- 2024 | 25- MAR- 2024 |

**Item Attachment(s)      Description**



**End of Item:   0070** -------------------------------------------------------

| Item | Part Number | | | UM Ordered | | Unit Price |
|---|---|---|---|---|---|---|
| 0071 | 74A110948-2009A | | | EA | | ■ |

**Description:** ■
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
14

Provisional Billing Price
**Item Ext Amount**
■

**Undefinitized Unit Price**
■

**Undefinitized Extended Amount**
■


**The Boeing Company**
## Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No: **1668221**     Purchase Contract Change No: **14**   PC/PCC Date: **2022-09-12**
                                                                            PC Orig Date: **09-DEC-2020**

**Customer Contract**            **Prime Contract**            **Customer Order**     **Priority Rating**   **Qty**

█████████                                                                                              14

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 17- MAR- 2023 | 18- MAR- 2021 |
| 1 | 17- APR- 2023 | 17- APR- 2023 |
| 1 | 15- MAY- 2023 | 15- MAY- 2023 |
| 1 | 12- JUN- 2023 | 12- JUN- 2023 |
| 1 | 10- JUL- 2023 | 10- JUL- 2023 |
| 1 | 08- AUG- 2023 | 08- AUG- 2023 |
| 1 | 05- SEP- 2023 | 05- SEP- 2023 |
| 1 | 03- OCT- 2023 | 03- OCT- 2023 |
| 1 | 06- NOV- 2023 | 06- NOV- 2023 |
| 1 | 18- DEC- 2023 | 18- DEC- 2023 |
| 1 | 16- JAN- 2024 | 16- JAN- 2024 |
| 1 | 12- FEB- 2024 | 12- FEB- 2024 |
| 1 | 11- MAR- 2024 | 11- MAR- 2024 |
| 1 | 08- APR- 2024 | 08- APR- 2024 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

**Item Attachment(s)       Description**



**End of Item:   0071**  ---------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0072 | 74A110948-2011A | EA | ██████ |

**Description:** ██████                **Total Qty Ordered**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

![Boeing logo]

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

Purchase Contract No: **1668221**     Purchase Contract Change No: **14**  PC/PCC Date: **2022-09-12**
PC Orig Date: **09-DEC-2020**

Vendor P/N:                                                                                    14
Issuing Loc: ST LOUIS

Provisional Billing Price
**Item Ext Amount**

**Undefinitized Unit Price**

**Undefinitized Extended Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 14 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 15- AUG- 2022 | 18- MAR- 2021 |
| 1 | 12- SEP- 2022 | 12- SEP- 2022 |
| 1 | 17- OCT- 2022 | 17- OCT- 2022 |
| 1 | 22- NOV- 2022 | 22- NOV- 2022 |
| 1 | 04- JAN- 2023 | 04- JAN- 2023 |
| 1 | 20- JAN- 2023 | 20- JAN- 2023 |
| 1 | 17- FEB- 2023 | 17- FEB- 2023 |
| 1 | 17- MAR- 2023 | 17- MAR- 2023 |
| 1 | 17- APR- 2023 | 17- APR- 2023 |
| 1 | 15- MAY- 2023 | 15- MAY- 2023 |
| 1 | 12- JUN- 2023 | 12- JUN- 2023 |
| 1 | 10- JUL- 2023 | 10- JUL- 2023 |
| 1 | 08- AUG- 2023 | 08- AUG- 2023 |
| 1 | 05- SEP- 2023 | 05- SEP- 2023 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)       Description**



**Purchase Contract No:** 1668221  **Purchase Contract Change No:** 14  **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

**Item Attachment(s)   Description**

██████████████████████████████████████

**End of Item:   0072** -------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|-----------|-----------|
| 0073 | 74A110601-5907 | | EA | ████ |

**Description:** ████████████████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
18

Provisional Billing Price
**Item Ext Amount**
████████

**Undefinitized Unit Price**
████████

**Undefinitized Extended Amount**
████████

**Line Item Funding Limit**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████████ | | | ████ | 18 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 06- SEP- 2022 | 22- OCT- 2020 |
| 1 | 03- OCT- 2022 | 04- NOV- 2020 |
| 1 | 04- NOV- 2022 | 25- NOV- 2020 |
| 1 | 13- DEC- 2022 | 17- NOV- 2022 |
| 1 | 07- FEB- 2023 | 17- JAN- 2023 |
| 1 | 10- JAN- 2023 | 19- DEC- 2022 |
| 1 | 05- JAN- 2024 | 01- FEB- 2023 |
| 1 | 07- MAR- 2023 | 17- FEB- 2023 |
| 1 | 01- MAR- 2023 | 01- MAR- 2023 |
| 1 | 04- APR- 2023 | 17- MAR- 2023 |
| 1 | 05- MAY- 2023 | 17- APR- 2023 |
| 1 | 05- JUN- 2023 | 17- MAY- 2023 |
| 1 | 05- JUL- 2023 | 19- JUN- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Distributed
Exostar Acknowledgement
Required

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



### The Boeing Company
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1668221      **Purchase Contract Change No:** 14    **PC/PCC Date:** 2022-09-12
     **PC Orig Date:** 09-DEC-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 31- JUL- 2023 | 17- JUL- 2023 |
| 1 | 28- AUG- 2023 | 17- AUG- 2023 |
| 1 | 25- SEP- 2023 | 18- SEP- 2023 |
| 1 | 27- OCT- 2023 | 17- OCT- 2023 |
| 1 | 08- DEC- 2023 | 17- NOV- 2023 |

**Item Attachment(s)**      **Description**



**End of Item: 0073** — — — — — — — — — — — — — — — — — — — — — — — — — — —

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0074 | 74A110601-5908 | | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
23

Provisional Billing Price
**Item Ext Amount**

**Undefinitized Unit Price**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

![Boeing logo]

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1668221 | **Purchase Contract Change No:** 14 | **PC/PCC Date:** 2022-09-12
| | | **PC Orig Date:** 09-DEC-2020

**Undefinitized Extended Amount**

**Line Item Funding Limit**

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|---|---|---|---|---|
| ▮▮▮▮ | | | ▮▮ | 23 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON       MO      63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 27- JUN- 2022 | 22- OCT- 2020 |
| 1 | 25- JUL- 2022 | 26- OCT- 2020 |
| 1 | 22- AUG- 2022 | 16- NOV- 2020 |
| 1 | 19- SEP- 2022 | 08- DEC- 2020 |
| 1 | 21- OCT- 2022 | 16- DEC- 2020 |
| 1 | 28- NOV- 2022 | 29- JAN- 2021 |
| 1 | 04- JAN- 2023 | 18- FEB- 2021 |
| 1 | 24- JAN- 2023 | 10- MAR- 2021 |
| 1 | 21- FEB- 2023 | 17- NOV- 2022 |
| 1 | 21- MAR- 2023 | 19- DEC- 2022 |
| 1 | 21- APR- 2023 | 17- JAN- 2023 |
| 1 | 01- MAR- 2024 | 01- FEB- 2023 |
| 1 | 22- MAY- 2023 | 17- FEB- 2023 |
| 1 | 01- MAR- 2023 | 01- MAR- 2023 |
| 1 | 19- JUN- 2023 | 17- MAR- 2023 |
| 1 | 17- JUL- 2023 | 17- APR- 2023 |
| 1 | 14- AUG- 2023 | 17- MAY- 2023 |
| 1 | 11- SEP- 2023 | 19- JUN- 2023 |
| 1 | 13- OCT- 2023 | 17- JUL- 2023 |
| 1 | 21- NOV- 2023 | 17- AUG- 2023 |
| 1 | 03- JAN- 2024 | 18- SEP- 2023 |
| 1 | 19- JAN- 2024 | 17- OCT- 2023 |
| 1 | 16- FEB- 2024 | 17- NOV- 2023 |

**Item Attachment(s)          Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No:  **1668221**     Purchase Contract Change No:  **14**  PC/PCC Date:  **2022-09-12**

PC Orig Date:  **09-DEC-2020**

Item Attachment(s)      Description

█████████████████████████████████

**End of Item:  0074**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|------|-------------|--|--|------------|------------|
| 0075 | 74A110650-5067 | | | EA | ████████ |

Description:  ██████████████████

Vendor P/N:

Issuing Loc:  ST LOUIS

**Total Qty Ordered**

17

Provisional Billing Price

**Item Ext Amount**

████████████

**Undefinitized Unit Price**

████████████████

**Undefinitized Extended Amount**

████████████

**Line Item Funding Limit**

████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ███████████ | | | ████████ | 17 |

Ship To:

THE BOEING COMPANY

1 DAVIDSON LOGISTICS DRIVE

BRIDGETON              MO      63044

US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 19- SEP- 2022 | 19- SEP- 2022 |
| 1 | 21- OCT- 2022 | 21- OCT- 2022 |
| 1 | 28- NOV- 2022 | 28- NOV- 2022 |
| 1 | 04- JAN- 2023 | 04- JAN- 2023 |
| 1 | 21- FEB- 2023 | 07- FEB- 2023 |
| 1 | 24- JAN- 2023 | 24- JAN- 2023 |
| 1 | 21- APR- 2023 | 17- MAR- 2023 |
| 1 | 22- MAY- 2023 | 07- APR- 2023 |
| 1 | 19- JUN- 2023 | 17- APR- 2023 |
| 1 | 17- JUL- 2023 | 08- MAY- 2023 |
| 1 | 14- AUG- 2023 | 17- MAY- 2023 |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1668221     **Purchase Contract Change No:** 14   **PC/PCC Date:** 2022-09-12
    **PC Orig Date:** 09-DEC-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 13- OCT- 2023 | 19- JUN- 2023 |
| 1 | 21- NOV- 2023 | 17- JUL- 2023 |
| 1 | 03- JAN- 2024 | 17- AUG- 2023 |
| 1 | 19- JAN- 2024 | 18- SEP- 2023 |
| 1 | 16- FEB- 2024 | 17- OCT- 2023 |
| 1 | 11- SEP- 2023 | 11- SEP- 2023 |

**Item Attachment(s)**     **Description**



**End of Item:** 0075 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0076 | 74A110650-5068 | | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
23

Provisional Billing Price
**Item Ext Amount**

**Undefinitized Unit Price**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1668221 | Purchase Contract Change No: | 14 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 09-DEC-2020 |

**Undefinitized Extended Amount**

**Line Item Funding Limit**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 23 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 08- AUG- 2022 | 21- OCT- 2020 |
| 1 | 06- SEP- 2022 | 10- NOV- 2020 |
| 1 | 03- OCT- 2022 | 03- DEC- 2020 |
| 1 | 11- JUL- 2022 | 12- OCT- 2020 |
| 1 | 04- NOV- 2022 | 05- JAN- 2021 |
| 1 | 13- DEC- 2022 | 26- JAN- 2021 |
| 1 | 10- JAN- 2023 | 15- FEB- 2021 |
| 1 | 07- FEB- 2023 | 05- MAR- 2021 |
| 1 | 07- MAR- 2023 | 25- MAR- 2021 |
| 1 | 04- APR- 2023 | 14- APR- 2021 |
| 1 | 05- MAY- 2023 | 04- MAY- 2021 |
| 1 | 05- JUN- 2023 | 24- MAY- 2021 |
| 1 | 05- JUL- 2023 | 14- JUN- 2021 |
| 1 | 31- JUL- 2023 | 02- JUL- 2021 |
| 1 | 28- AUG- 2023 | 14- JUL- 2021 |
| 1 | 25- SEP- 2023 | 23- JUL- 2021 |
| 1 | 27- OCT- 2023 | 27- OCT- 2023 |
| 1 | 08- DEC- 2023 | 08- DEC- 2023 |
| 1 | 05- JAN- 2024 | 05- JAN- 2024 |
| 1 | 02- FEB- 2024 | 02- FEB- 2024 |
| 1 | 01- MAR- 2024 | 01- MAR- 2024 |
| 1 | 15- MAR- 2024 | 15- MAR- 2024 |
| 1 | 29- MAR- 2024 | 29- MAR- 2024 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

**Item Attachment(s)          Description**





**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1668221 | Purchase Contract Change No: | 14 | PC/PCC Date: | 2022-09-12 |
| | | | | PC Orig Date: | 09-DEC-2020 |



Item Attachment(s)    Description

End of Item:    0076    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number |
|------|-------------|
| 0077 | 74A110650-5067 |

UM Ordered: EA

Unit Price

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
1

Provisional Billing Price
Item Ext Amount

Undefinitized Unit Price

Undefinitized Extended Amount

Line Item Funding Limit

Customer Contract        Prime Contract        Customer Order    Priority Rating    Qty
                                                                                     1

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 21- MAR- 2023 | 21- MAR- 2023 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO    63044
US



Item Attachment(s)    Description

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Distributed
Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1668221 | Purchase Contract Change No: | 14 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 09-DEC-2020 |

**Item Attachment(s)   Description**



**End of Item:   0077** ----------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0078 | | | EA | ▇▇▇▇ |

**Description:** ▇▇▇▇▇▇▇
**Vendor P/N:** TYPE M74A110601-5907
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

Provisional Billing Price
**Item Ext Amount**
▇▇▇▇▇▇

**Undefinitized Unit Price**
▇▇▇▇▇▇

**Undefinitized Extended Amount**
▇▇▇▇▇

**Line Item Funding Limit**
▇▇▇▇▇

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▇▇▇▇▇ | | | ▇▇▇ | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 09- JUN- 2021 | 09- JUN- 2021 |

**Item Attachment(s)   Description**

▇▇▇▇▇▇▇▇▇▇▇▇▇

PC FORM Rev 1/19/07



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

| | | | | |
|---|---|---|---|---|
| **Purchase Contract No:** | **1668221** | **Purchase Contract Change No:** | **14** | **PC/PCC Date:** **2022-09-12** |
| | | | | **PC Orig Date:** **09-DEC-2020** |

**Item Attachment(s)**     **Description**

███████████████████████

**End of Item: 0078** ------------------------------------------------

| Item 0079 | Part Number | | **UM Ordered** EA | **Unit Price** ██████████ |
|---|---|---|---|---|

**Description:** ████████████

**Vendor P/N:** TYPE M74A110601-5908

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

Provisional Billing Price
**Item Ext Amount**
██████████

**Undefinitized Unit Price**
████████████████

**Undefinitized Extended Amount**
██████████

**Line Item Funding Limit**
██████████

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|---|---|---|---|---|
| ████████████ | | | ████████ | 1 |

| **Quantity Scheduled** | **Contractual On Dock Schedule** | **Required Date** |
|---|---|---|
| 1 | 21- JUN- 2021 | 21- JUN- 2021 |

**Item Attachment(s)**     **Description**

███████████████████████

**End of Item: 0079** ------------------------------------------------

| Item 0080 | Part Number | | **UM Ordered** EA | **Unit Price** ██████████ |
|---|---|---|---|---|

**Description:** ████████████

**Vendor P/N:** TYPE M74A110601-5907

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

Provisional Billing Price
**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

![Boeing logo]

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1668221      **Purchase Contract Change No:** 14      **PC/PCC Date:** 2022-09-12
                                                                                 **PC Orig Date:** 09-DEC-2020

**Undefinitized Unit Price**

**Undefinitized Extended Amount**

**Line Item Funding Limit**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮ | | | ▮▮▮ | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 26- AUG- 2021 | 26- AUG- 2021 |

**Item Attachment(s)        Description**

**End of Item:   0080**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0081 | | | EA | |

**Description:** ▮▮▮
**Vendor P/N:** TYPE M74A110601-5908
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

Provisional Billing Price
**Item Ext Amount**

**Undefinitized Unit Price**

**Undefinitized Extended Amount**

**Line Item Funding Limit**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮ | | | ▮▮▮ | 1 |

Purchase Contract No: **1668221**    Purchase Contract Change No: **14**    PC/PCC Date: **2022-09-12**
                                                                            PC Orig Date: **09-DEC-2020**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 26- AUG- 2021 | 26- AUG- 2021 |

**Item Attachment(s)    Description**

███████████████████████████████████

**End of Item:    0081** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0082 | | | EA | ███████ |

Description: ███████████

Vendor P/N: TYPE M 74A110601-5907

Issuing Loc: ST LOUIS

Total Qty Ordered

1

Provisional Billing Price
**Item Ext Amount**
███████████

**Undefinitized Unit Price**
███████████████

**Undefinitized Extended Amount**
███████████

**Line Item Funding Limit**
███████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███████████ | | | ███████ | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 08- OCT- 2021 | 08- OCT- 2021 |

**Item Attachment(s)    Description**

███████████████████████████████████

**End of Item:    0082** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| | | | | |
|---|---|---|---|---|
| Purchase Contract No: | **1668221** | Purchase Contract Change No: | **14** | PC/PCC Date: **2022-09-12** |
| | | | | PC Orig Date: **09-DEC-2020** |

| Item 0083 | Part Number | | UM Ordered EA | Unit Price ▮ |
|---|---|---|---|---|

**Description:** ▮
**Vendor P/N:** TYPE M 74A110601-5908
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

Provisional Billing Price
**Item Ext Amount**
▮

**Undefinitized Unit Price**
▮

**Undefinitized Extended Amount**
▮

**Line Item Funding Limit**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | ▮ | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 08- OCT- 2021 | 08- OCT- 2021 |

**Item Attachment(s)    Description**
▮

**End of Item:    0083** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item 0084 | Part Number | | UM Ordered EA | Unit Price ▮ |
|---|---|---|---|---|

**Description:** ▮
**Vendor P/N:** TYPE M 74T062295-5101
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

Provisional Billing Price
**Item Ext Amount**
▮

**Undefinitized Unit Price**
▮

**Undefinitized Extended Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No: **1668221**    Purchase Contract Change No: **14**    PC/PCC Date: **2022-09-12**
PC Orig Date: **09-DEC-2020**

Line Item Funding Limit

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▇ | | | ▇ | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 03- NOV- 2021 | 03- NOV- 2021 |

Item Attachment(s)    Description

**End of Item: 0084** --------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0085 | | | EA | ▇ |

Description: ▇
Vendor P/N: TYPE M 74A110650-5067
Issuing Loc: ST LOUIS

Total Qty Ordered
1

Provisional Billing Price
Item Ext Amount

Undefinitized Unit Price

Undefinitized Extended Amount

Line Item Funding Limit

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▇ | | | ▇ | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 04- MAY- 2022 | 04- MAY- 2022 |

Item Attachment(s)    Description

PC FORM Rev 1/19/07

Purchase Contract No: **1668221**   Purchase Contract Change No: **14**   PC/PCC Date: **2022-09-12**   PC Orig Date: **09-DEC-2020**

Item Attachment(s)   Description

███████████████████████████

**End of Item: 0085** ------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0086 | | | EA | |

Description: ████████████

Vendor P/N: TYPE M 74A110650-5068

Issuing Loc: ST LOUIS

Total Qty Ordered   1

Provisional Billing Price

Item Ext Amount

Undefinitized Unit Price

Undefinitized Extended Amount

Line Item Funding Limit

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| █████████ | | | ████████ | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 1 | 04- MAY- 2022 | 04- MAY- 2022 |

Item Attachment(s)   Description

███████████████████████████

**End of Item: 0086** ------------------------------------------------

PC Attachment(s)   Description

███████████████████████████

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** **1668221**          **Purchase Contract Change No:  14**  **PC/PCC Date:** **2022-09-12**
                                                                                    **PC Orig Date:** **09-DEC-2020**

**PC Attachment(s)**          **Description**



Terms and conditions clauses applicable to this Purchase Contract, including Purchase Contract changes, are incorporated herein by reference and can be found at http://www.boeingsuppliers.com/terms.html. Unless indicated elsewhere in this Purchase Contract, the version of each incorporated clause applicable to this Purchase Contract is the latest dated version of each clause in effect on the date of the original Purchase contract (Purchase Contract Change No: 00) included on the front page thereof. Unless indicated elsewhere in a subsequent Purchase Contract Change(s), clauses added via such Purchase Contract Change(s) shall be the version of the clause in effect on the date of such Purchase Contract Change(s). Referenced attachments are incorporated herein by reference.



**Purchase Contract No:** 1668221      **Purchase Contract Change No:** 14   **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

## PC Attachment(s)

**Attachment 0000.00 0000 0030**

TERMS - **INVOICE PAYMENT TERMS**

This Purchase Contract is subject to the following payment terms. See the General Provisions applicable to this Purchase Contract for important information regarding payment.

Discount: 0%,  Discount Days: 0,  Net Days: 30

**Attachment D501**



**Attachment E000-**





Purchase Contract No:  1668221        Purchase Contract Change No:  14    PC/PCC Date:   **2022-09-12**
                                                                          PC Orig Date:   **09-DEC-2020**

Attachment F216



**Purchase Contract No:** 1668221     **Purchase Contract Change No:** 14   PC/PCC Date: **2022-09-12**
    PC Orig Date: **09-DEC-2020**

Attachment F218



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**Purchase Contract No:** 1668221 **Purchase Contract Change No:** 14 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

**Attachment H200**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No: **1668221**    Purchase Contract Change No: **14**    PC/PCC Date: **2022-09-12**
PC Orig Date: **09-DEC-2020**

Attachment H602



Attachment H906



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:**   **1668221**      **Purchase Contract Change No:**  **14**  **PC/PCC Date:**   **2022-09-12**
 **PC Orig Date:**   **09-DEC-2020**

**Attachment M100**

M100

SOLICITATION / CONTRACT ATTACHMENTS (VARIABLE)

Variable portion of the clause is listed below:

This clause incorporates by reference all attachments, exhibits, and/or appendices identified below:

General Terms Agreement (GTA) Number G1700005 dated 31 May 2019, which modifies GP7 Fixed Price Goods under U.S. Government Prime Contract, incorporated into this procurement.

**Purchase Contract No:** 1668221    **Purchase Contract Change No:** 14    **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

**Attachment PC REV NOTES**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No:   1668221     Purchase Contract Change No:   14   PC/PCC Date:   **2022-09-12**
PC Orig Date:   **09-DEC-2020**

Line Item 0007
Attachment F218.



Line Item 0008
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:**   1668221     **Purchase Contract Change No:**   14   **PC/PCC Date:**    **2022-09-12**
   **PC Orig Date:**    **09-DEC-2020**

Line Item 0009
Attachment F218.



Line Item 0011
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221 | **Purchase Contract Change No:** 14 | **PC/PCC Date:** 2022-09-12
| | | **PC Orig Date:** 09-DEC-2020

Line Item 0012
Attachment F218.



Line Item 0013
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221 **Purchase Contract Change No:** 14 PC/PCC Date: **2022-09-12**
PC Orig Date: **09-DEC-2020**

Line Item 0014
Attachment F218.



Line Item 0015
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**The Boeing Company**
## Purchase Contract/Purchase Contract Change
**Page 105 of 139**

**Purchase Contract No:** 1668221     **Purchase Contract Change No:** 14   **PC/PCC Date:** 2022-09-12
                                                                             **PC Orig Date:** 09-DEC-2020

**Line Item 0016**
**Attachment F218.**



**Line Item 0017**
**Attachment F218.**



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:    1668221          Purchase Contract Change No:  14**   PC/PCC Date:      **2022-09-12**
                                                                               PC Orig Date:      **09-DEC-2020**

Line Item 0018
Attachment F218.



Line Item 0019
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221      **Purchase Contract Change No:** 14   **PC/PCC Date:** 2022-09-12
                                                                            **PC Orig Date:** 09-DEC-2020

Line Item 0020
Attachment F218.



Line Item 0021
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:**   **1668221**     **Purchase Contract Change No:**   **14**   **PC/PCC Date:**   **2022-09-12**
  **PC Orig Date:**   **09-DEC-2020**

Line Item 0022
Attachment F218.



Line Item 0023
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221    **Purchase Contract Change No:** 14    **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

Line Item 0024
Attachment F218.



Line Item 0025
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221 **Purchase Contract Change No:** 14 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

Line Item 0026
Attachment F218.



Line Item 0028
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221

**Purchase Contract Change No:** 14

**PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

Line Item 0029
Attachment F218.



Line Item 0030
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221    **Purchase Contract Change No:** 14    PC/PCC Date: **2022-09-12**
                                                                          PC Orig Date: **09-DEC-2020**

Line Item 0031
Attachment F218.



Line Item 0032
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No:   **1668221**    Purchase Contract Change No:   **14**   PC/PCC Date:   **2022-09-12**
PC Orig Date:   **09-DEC-2020**

Line Item 0033
Attachment F218.



Line Item 0034
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221  **Purchase Contract Change No:** 14  **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

Line Item 0035
Attachment F218.



Line Item 0036
Attachment F218.



Purchase Contract No: **1668221**   Purchase Contract Change No: **14**   PC/PCC Date: **2022-09-12**
PC Orig Date: **09-DEC-2020**

Line Item 0037
Attachment F218.



Line Item 0038
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221   **Purchase Contract Change No:** 14   **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

Line Item 0039
Attachment F218.



Line Item 0040
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221 **Purchase Contract Change No:** 14 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

Line Item 0041
Attachment F218.



Line Item 0042
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221    **Purchase Contract Change No:** 14 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

Line Item 0043
Attachment F218.



Line Item 0044
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221   **Purchase Contract Change No:** 14   **PC/PCC Date:** 2022-09-12

**PC Orig Date:** 09-DEC-2020

Line Item 0045
Attachment F218.



Line Item 0046
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:**   **1668221**     **Purchase Contract Change No:**   **14**   PC/PCC Date:   **2022-09-12**
                                                                  PC Orig Date:   **09-DEC-2020**

Line Item 0047
Attachment F218.



Line Item 0048
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221    **Purchase Contract Change No:** 14    **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

Line Item 0049
Attachment F218.



Line Item 0050
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:**   **1668221**     **Purchase Contract Change No:**   **14**   **PC/PCC Date:**   **2022-09-12**
    **PC Orig Date:**   **09-DEC-2020**

Line Item 0051
Attachment F218.



Line Item 0052
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:**   **1668221**     **Purchase Contract Change No:**   **14**   PC/PCC Date:   **2022-09-12**
                                                                  PC Orig Date:   **09-DEC-2020**

Line Item 0053
Attachment F218.



Line Item 0054
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:**   **1668221**      **Purchase Contract Change No:**  **14**  **PC/PCC Date:**   **2022-09-12**

                                                                     **PC Orig Date:**   **09-DEC-2020**

Line Item 0057
Attachment F218.



Line Item 0058
Attachment F218.



PC FORM Rev 1/19/07

**Purchase Contract No:** 1668221 **Purchase Contract Change No:** 14 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 09-DEC-2020

Line Item 0059
Attachment F218.



Line Item 0060
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:**    1668221      **Purchase Contract Change No:**   14   **PC/PCC Date:**    **2022-09-12**

**PC Orig Date:**    **09-DEC-2020**

Line Item 0061
Attachment F218.



Line Item 0062
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221     **Purchase Contract Change No:** 14    **PC/PCC Date:** 2022-09-12
                                                             **PC Orig Date:** 09-DEC-2020

Line Item 0063
Attachment F218.



Line Item 0064
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No: 1668221**     **Purchase Contract Change No: 14**   **PC/PCC Date:** **2022-09-12**
                                                                             **PC Orig Date:** **09-DEC-2020**

Line Item 0065
Attachment F218.



Line Item 0066
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**The Boeing Company**
**Purchase Contract/Purchase Contract Change**

Page 129 of 139

Purchase Contract No: **1668221**　　Purchase Contract Change No: **14**　PC/PCC Date: **2022-09-12**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PC Orig Date: **09-DEC-2020**

Line Item 0067
Attachment F218.



Line Item 0068
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221     **Purchase Contract Change No:** 14   **PC/PCC Date:** 2022-09-12
    **PC Orig Date:** 09-DEC-2020

Line Item 0069
Attachment F218.



Line Item 0070
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221 | **Purchase Contract Change No:** 14 | **PC/PCC Date:** 2022-09-12
| | | **PC Orig Date:** 09-DEC-2020

Line Item 0071
Attachment F218.



Line Item 0072
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No:    **1668221**        Purchase Contract Change No:   14   PC/PCC Date:    **2022-09-12**
PC Orig Date:    **09-DEC-2020**

Line Item 0073
Attachment F218.



Line Item 0074
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221     **Purchase Contract Change No:** 14   **PC/PCC Date:** 2022-09-12
                                                                              **PC Orig Date:** 09-DEC-2020

Line Item 0075
Attachment F218.



Line Item 0076
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221     **Purchase Contract Change No:** 14   **PC/PCC Date:** **2022-09-12**
    **PC Orig Date:** **09-DEC-2020**

Line Item 0077
Attachment F218.



Line Item 0078
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221   **Purchase Contract Change No:** 14   PC/PCC Date: **2022-09-12**
PC Orig Date: **09-DEC-2020**

Line Item 0079
Attachment F218.



Line Item 0080
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No: **1668221**     Purchase Contract Change No: **14**  PC/PCC Date: **2022-09-12**
PC Orig Date: **09-DEC-2020**

Line Item 0081
Attachment F218.



Line Item 0082
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**Purchase Contract No:**    1668221      **Purchase Contract Change No:**   14   **PC/PCC Date:**    **2022-09-12**

**PC Orig Date:**    **09-DEC-2020**

Line Item 0083
Attachment F218.



Line Item 0084
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Page 138 of 139**

**Purchase Contract No:** **1668221**     **Purchase Contract Change No:** **14**  **PC/PCC Date:** **2022-09-12**
     **PC Orig Date:** **09-DEC-2020**

Line Item 0085
Attachment F218.



Line Item 0086
Attachment F218.



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**Purchase Contract No:** 1668221    **Purchase Contract Change No:** 14    **PC/PCC Date:** **2022-09-12**
**PC Orig Date:** **09-DEC-2020**

By acceptance of this Purchase Contract, including Purchase Contract changes, whether by written, electronic, or other manner of acceptance, Seller certifies that all Seller representations and certifications applicable to this Purchase Contract included in Seller's SP1 Annual Representations and Certifications (which include, but are not limited to, Debarment, Payment to Influence Certain Federal Transactions, Size and Socioeconomic status) are valid and current, accurate and complete as of the date of acceptance. In particular, pursuant to FAR 52.209-6, by acceptance of this Purchase Contract, Seller certifies that neither it nor its principals are debarred, suspended or proposed for debarment by the United States Federal Government and that Seller is in compliance with 52.203-11. If Seller's status under any of the applicable representations and certifications has changed, Seller must submit a new SP1 prior to accepting this Purchase Contract.

If this is a rated order certified for U.S. national defense use, Seller is required to follow all the provisions of the Defense Priorities and Allocations System regulation (15 CFR part 700) in obtaining controlled materials and other products, services and materials needed to fill this order. If this is a DX rated order, Seller must provide Buyer with written acceptance or rejection of this order within ten (10) working days after receipt. If this is a DO rated order, Seller must promptly provide Buyer with written acceptance or rejection of this order within fifteen (15) working days after receipt. Seller must include in any written rejection of a rated order the reasons for the rejection. Seller's written acknowledgement of this rated order shall constitute written acceptance of this DPAS rating.

When applicable, the DPAS rating is specified in the line item(s) contained in this Purchase Contract.

This purchase contract is subject to Autopay unless a Boeing invoicing location is noted at the line item level.

Seller's commencement of performance or acceptance of this Purchase Contract in any manner shall conclusively evidence acceptance of the Purchase Contract as written.

Total Purchase Contract Values - Definitions:
(1) "Total PC Value" is the sum of the ITEM EXTENDED AMOUNT (or UNDEF. EXT. AMOUNT) for all items on this PC.
(2) "Total Definitized Value" is the total value of all fully definitized line items, and is calculated using the ITEM EXTENDED AMOUNT for those items.
(3) "Total Undefinitzed NTE value" is the total Not-To-Exceed (NTE) value for all line items that are not fully definitized. These line items are identified with a PRICE DESCRIPTION of "Maximum Price", "Estimated Price, "Not To Exceed", "Will Negotiate", "Funding Limitation", or "Advise Price".
(4) "Total PC Funding" is defined by Clause F216 (if applicable to this PC).

| | | |
|---|---|---|
| **Buyer Name:** ███████ | **Phone:** ███████ | |
| | **Fax:** ███████ | |
| **Email Address:** ███████ | | |
| **Loc/Bldg/Ms:** ███████ | | |

THE BOEING COMPANY
PO BOX 516
ST LOUIS     MO     63166-0516
US

**BUYER** _____    **DATE** _____
     PURCHASING AGENT SIGNATURE

**SELLER** _____    **DATE** _____
     AUTHORIZED SIGNATURE

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

**BOEING**

| | | |
|---|---|---|
| **Purchase Contract No:** 1717151 | **Purchase Contract Change No:** 05 | **PC/PCC Date:** 2020-08-10 |
| **Total PC Value:** ▮ | | **PC Orig Date:** 03-MAY-2019 |
| **Total PC Funding:** ▮ | | |
| **Total Definitized Value:** ▮ | **Total Undefinitized NTE Value:** ▮ | |

**Supplier No.** ▮                    **BEST Code:** ▮

**Supplier Address:**                 **NAICS:** ▮  **Size Std Emp:** ▮

GKN AEROSPACE N AMERICA INC
142 MCDONNELL BLVD
SAINT LOUIS          MO      63042-3102
US

**Manufacturer Address:**

142 JS MCDONNELL BLVD
HAZELWOOD          MO      63042-3102
US

**Confirm To:** ▮

**Payment Type:**                              **Payment Rate:** 0.00%
**Liquidation Type:**                          **Liquidation Rate:** 0.00%

**All Deliverable line items on this Purchase Contract will ship to the following address unless otherwise specified on the line item(s).**
**Ship To:**
SEE PURCHASE CONTRACT
LINE ITEM

**Routing:** Carrier of your choice (FOB Destination Only)
**FOB:** DESTINATION
**Shipping Payment Method:** Prepaid (by Seller)

---

**Purchase Contract Revision Notes** - Data Not Specifically Altered Remains Unchanged

---

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

*BOEING*

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1717151    **Purchase Contract Change No:** 05   **PC/PCC Date:** 2020-08-10
                                                                            **PC Orig Date:** 03-MAY-2019

| Item<br>0001 | Part Number<br>74A182101-1035 | | UM Ordered<br>EA | Unit Price |
|---|---|---|---|---|
| | **Description:** ███ | | | |
| | **Vendor P/N:** | | | **Total Qty Ordered**<br>5 |
| | **Issuing Loc:** ST LOUIS | | | |
| | | | | **Item Ext Amount** |

| Customer Contract | Prime Contract | Customer Order | Priority<br>Rating | Qty |
|---|---|---|---|---|
| ███ | | | ███ | 5 |

| Quantity<br>Scheduled | Contractual On<br>Dock Schedule | Required<br>Date |
|---|---|---|
| 1 | 02- JUN- 2020 | 29- AUG- 2019 |
| 2 | 02- APR- 2020 | 29- AUG- 2019 |
| 2 | 04- MAY- 2020 | 29- AUG- 2019 |

**Ship To:**
THE BOEING COMPANY
BUILDING 245
8900 FROST AVENUE
BERKELEY               MO   63134
US

**Item Attachment(s)    Description**

**End of Item:    0001** ------------------------------------------------ **Line Item Was Updated**

| Item<br>0002 | Part Number<br>74A182101-2083 | | UM Ordered<br>EA | Unit Price |
|---|---|---|---|---|
| | **Description:** ███ | | | |
| | **Vendor P/N:** | | | **Total Qty Ordered**<br>2 |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No: **1717151**  Purchase Contract Change No: **05**  PC/PCC Date: **2020-08-10**
PC Orig Date: **03-MAY-2019**

Issuing Loc: ST LOUIS

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 2 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 2 | 02- APR- 2020 | 27- AUG- 2018 |

Ship To:
THE BOEING COMPANY
BUILDING 245
8900 FROST AVENUE
BERKELEY          MO    63134
US

**Item Attachment(s)      Description**

**End of Item:   0002** ------------------------------------------------------- Line Item Was Updated

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0003 | 74A182101-1036 | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
11

Item Ext Amount



Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| | | |
|---|---|---|
| **Purchase Contract No:** 1717151 | **Purchase Contract Change No:** 05 | **PC/PCC Date:** 2020-08-10 |
| | | **PC Orig Date:** 03-MAY-2019 |

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 11 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 2 | 02- APR- 2020 | 05- JUN- 2019 |
| 2 | 04- MAY- 2020 | 29- AUG- 2019 |
| 1 | 02- SEP- 2020 | 29- AUG- 2019 |
| 2 | 02- JUN- 2020 | 29- AUG- 2019 |
| 2 | 02- JUL- 2020 | 29- AUG- 2019 |
| 2 | 03- AUG- 2020 | 29- AUG- 2019 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON                    MO    63044
US

**Item Attachment(s)          Description**

**End of Item:    0003** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - **Line Item Was Updated**

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0004 | 74A182101-1035 | | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:**  ST LOUIS

**Total Qty Ordered**
11

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 11 |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

Purchase Contract No: **1717151**   Purchase Contract Change No: **05**  PC/PCC Date: **2020-08-10**
PC Orig Date: **03-MAY-2019**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 2 | 03- AUG- 2020 | 29- AUG- 2019 |
| 1 | 02- JUN- 2020 | 29- AUG- 2019 |
| 2 | 02- SEP- 2020 | 29- AUG- 2019 |
| 2 | 02- JUL- 2020 | 29- AUG- 2019 |
| 2 | 02- OCT- 2020 | 29- AUG- 2019 |
| 2 | 02- NOV- 2020 | 03- SEP- 2019 |

Ship To:
THE BOEING COMPANY
BUILDING 245
8900 FROST AVENUE
BERKELEY          MO    63134
US

**Item Attachment(s)        Description**



**End of Item:    0004**  — — — — — — — — — — — — — — —  Line Item Was Updated

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0005 | 74A182101-2083 | | EA | ▮▮▮▮ |

Description: ▮▮▮▮
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
44

Item Ext Amount
▮▮▮▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮▮ | | | ▮▮▮▮ | 44 |

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM

## The Boeing Company
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1717151 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2020-08-10
**PC Orig Date:** 03-MAY-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 2 | 07- MAY- 2020 | 29- AUG- 2019 |
| 2 | 08- JUN- 2020 | 29- AUG- 2019 |
| 2 | 08- FEB- 2021 | 03- SEP- 2019 |
| 2 | 09- NOV- 2020 | 29- AUG- 2019 |
| 2 | 07- DEC- 2020 | 29- AUG- 2019 |
| 2 | 07- JUL- 2020 | 29- AUG- 2019 |
| 2 | 07- AUG- 2020 | 29- AUG- 2019 |
| 2 | 08- SEP- 2020 | 29- AUG- 2019 |
| 2 | 07- OCT- 2020 | 29- AUG- 2019 |
| 2 | 07- JAN- 2021 | 29- AUG- 2019 |
| 2 | 08- MAR- 2021 | 04- SEP- 2019 |
| 2 | 07- APR- 2021 | 04- SEP- 2019 |
| 2 | 07- MAY- 2021 | 31- JUL- 2020 |
| 2 | 07- JUN- 2021 | 03- AUG- 2020 |
| 2 | 07- JUL- 2021 | 03- AUG- 2020 |
| 2 | 09- AUG- 2021 | 01- SEP- 2020 |
| 2 | 07- SEP- 2021 | 02- SEP- 2020 |
| 2 | 07- OCT- 2021 | 02- SEP- 2020 |
| 2 | 08- NOV- 2021 | 29- SEP- 2020 |
| 2 | 07- DEC- 2021 | 29- SEP- 2020 |
| 2 | 07- JAN- 2022 | 29- SEP- 2020 |
| 2 | 07- FEB- 2022 | 29- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 245
8900 FROST AVENUE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**



**End of Item: 0005** ------------------------------------------------------------- **Line Item Was Updated**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:46 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

Purchase Contract No: **1717151**   Purchase Contract Change No: **05**   PC/PCC Date: **2020-08-10**
PC Orig Date: **03-MAY-2019**

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0006 | 74A182328-2089 | | EA | ▮ |

Description: ▮

Vendor P/N:

Issuing Loc: ST LOUIS

Total Qty Ordered
55

Item Ext Amount
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▮ | | | ▮ | 55 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 2 | 16- APR- 2020 | 29- MAY- 2019 |
| 2 | 16- JUN- 2020 | 29- AUG- 2019 |
| 2 | 18- MAY- 2020 | 29- AUG- 2019 |
| 2 | 16- JUL- 2020 | 29- AUG- 2019 |
| 2 | 16- NOV- 2020 | 29- AUG- 2019 |
| 2 | 16- SEP- 2020 | 29- AUG- 2019 |
| 2 | 16- OCT- 2020 | 29- AUG- 2019 |
| 2 | 19- JAN- 2021 | 29- AUG- 2019 |
| 2 | 17- AUG- 2020 | 29- AUG- 2019 |
| 2 | 16- DEC- 2020 | 29- AUG- 2019 |
| 2 | 16- FEB- 2021 | 29- AUG- 2019 |
| 2 | 16- MAR- 2021 | 29- AUG- 2019 |
| 2 | 16- APR- 2021 | 29- AUG- 2019 |
| 2 | 17- MAY- 2021 | 29- AUG- 2019 |
| 2 | 16- JUN- 2021 | 29- AUG- 2019 |
| 2 | 16- JUL- 2021 | 29- AUG- 2019 |
| 2 | 16- AUG- 2021 | 29- AUG- 2019 |
| 2 | 16- SEP- 2021 | 29- AUG- 2019 |
| 2 | 18- OCT- 2021 | 29- AUG- 2019 |
| 2 | 16- NOV- 2021 | 29- AUG- 2019 |
| 2 | 16- DEC- 2021 | 29- AUG- 2019 |
| 2 | 18- JAN- 2022 | 29- AUG- 2019 |
| 2 | 16- FEB- 2022 | 29- AUG- 2019 |
| 2 | 16- MAR- 2022 | 29- AUG- 2019 |
| 2 | 18- APR- 2022 | 29- AUG- 2019 |
| 2 | 16- MAY- 2022 | 29- AUG- 2019 |
| 2 | 16- JUN- 2022 | 29- AUG- 2019 |
| 1 | 18- JUL- 2022 | 29- AUG- 2019 |

Ship To:
THE BOEING COMPANY
BUILDING 245
8900 FROST AVENUE
BERKELEY          MO   63134
US

Item Attachment(s)          Description

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

# EXHIBIT D

### *Part 4 of 31*

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| | | | | |
|---|---|---|---|---|
| **Purchase Contract No:** | 1717151 | **Purchase Contract Change No:** | 05 | **PC/PCC Date:** 2020-08-10 |
| | | | | **PC Orig Date:** 03-MAY-2019 |

**Item Attachment(s)**     **Description**



**End of Item: 0006** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - **Line Item Was Updated**

| Item | Part Number | | | **UM Ordered** | **Unit Price** |
|---|---|---|---|---|---|
| 0007 | 74A182101-1036 | | | EA | |

**Description:** ▮
**Vendor P/N:** 74A182101-1036
**Internal Order No:** DLARFNAAZQ6AA 01
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
11

**Item Ext Amount**

**Customer Contract**          **Prime Contract**          **Customer Order**     **Priority Rating**     **Qty**

11

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 02- SEP- 2020 | 13- FEB- 2019 |
| 2 | 02- DEC- 2020 | 13- FEB- 2019 |
| 2 | 02- FEB- 2021 | 13- FEB- 2019 |
| 2 | 02- OCT- 2020 | 13- FEB- 2019 |
| 2 | 02- NOV- 2020 | 13- FEB- 2019 |
| 2 | 05- JAN- 2021 | 13- FEB- 2019 |

**Ship To:**
SEE CTS FOR SHIPPING INSTRUCTI
FOR SHIPPING ADDRESS

**Item Attachment(s)**     **Description**


Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| Purchase Contract No: | 1717151 | Purchase Contract Change No: | 05 | PC/PCC Date: | 2020-08-10 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 03-MAY-2019 |

**Item Attachment(s)     Description**



**End of Item:  0007** ----------------------------------------------------- Line Item Was Updated

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0008 | 74A182101-1036 | EA | ▮▮▮▮▮ |

**Description:** ▮▮▮▮▮▮
**Vendor P/N:** 74A182101-1036
**Internal Order No:** COIPFN2ABAR0E 01
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
161

**Item Ext Amount**

**Customer Contract**          **Prime Contract**

**Customer Order**    **Priority Rating**    **Qty**
161

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 161 | 02- MAR- 2021 | 19- JUL- 2019 |

**Ship To:**
SEE CTS FOR SHIPPING INSTRUCTI
FOR SHIPPING ADDRESS

**Item Attachment(s)     Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1717151 | Purchase Contract Change No: | 05 | PC/PCC Date: | 2020-08-10 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 03-MAY-2019 |

**Item Attachment(s)   Description**



**End of Item:   0008** ------------------------------------------------- Line Item Was Updated

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0009 | 74A182328-2089 | | EA | |

| | |
|---|---|
| **Description:** | |
| **Vendor P/N:** | 74A182328-2089 |
| **Internal Order No:** | SRFJFWXABADQE 01 |
| **Issuing Loc:** | ST LOUIS |

**Total Qty Ordered**
32

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | 0049 | | 32 |

**Ship To:**
SEE CTS FOR SHIPPING INSTRUCTI
FOR SHIPPING ADDRESS

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 20- MAY- 2022 | 22- SEP- 2017 |
| 2 | 20- JUN- 2022 | 06- JUN- 2022 |
| 2 | 20- JUL- 2022 | 06- JUL- 2022 |
| 2 | 22- AUG- 2022 | 08- AUG- 2022 |
| 2 | 20- SEP- 2022 | 06- SEP- 2022 |
| 2 | 20- OCT- 2022 | 06- OCT- 2022 |
| 2 | 21- NOV- 2022 | 07- NOV- 2022 |
| 2 | 20- DEC- 2022 | 06- DEC- 2022 |

Purchase Contract No: **1717151**  Purchase Contract Change No: **05**  PC/PCC Date: **2020-08-10**
PC Orig Date: **03-MAY-2019**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 2 | 20- JAN- 2023 | 06- JAN- 2023 |
| 2 | 20- FEB- 2023 | 06- FEB- 2023 |
| 2 | 20- MAR- 2023 | 06- MAR- 2023 |
| 2 | 20- APR- 2023 | 06- APR- 2023 |
| 2 | 22- MAY- 2023 | 08- MAY- 2023 |
| 2 | 20- JUN- 2023 | 06- JUN- 2023 |
| 2 | 20- JUL- 2023 | 06- JUL- 2023 |
| 2 | 21- AUG- 2023 | 07- AUG- 2023 |
| 1 | 20- SEP- 2023 | 06- SEP- 2023 |

**Item Attachment(s)**        **Description**



**End of Item:  0009**  -------------------------------------------------------  **Line Item Was Updated**

**PC Attachment(s)**        **Description**





**The Boeing Company**
# Purchase Contract/Purchase Contract Change

Page 12 of 23

Purchase Contract No: **1717151**     Purchase Contract Change No: **05**   PC/PCC Date: **2020-08-10**
                                                                              PC Orig Date: **03-MAY-2019**

PC Attachment(s)          Description



Terms and Conditions clauses applicable to this contract are incorporated herein by reference and can be found at http://www.boeingsuppliers.com/
terms.html. Unless indicated elsewhere in this contract, the version of each incorporated clause applicable to this purchase contract is the latest
dated version of each clause in effect on the date of the original purchase contract (Purchase Contract Change No: 00) included on the front page
thereof. Unless indicated elsewhere in a subsequent Purchase Contract Change(s), clauses added via such Purchase Contract Change(s) shall be
the version of the clause in effect on the date of such Purchase Contract Change(s). Referenced attachments are incorporated herein by reference.

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Distributed Document
Exostar Acknowledgement Required


**Purchase Contract No:** 1717151     **Purchase Contract Change No:** 05   **PC/PCC Date:** 2020-08-10    **PC Orig Date:** 03-MAY-2019

## PC Attachment(s)

**Attachment 0000.00 0000 0030**

TERMS - **INVOICE PAYMENT TERMS**

This Purchase Contract is subject to the following payment terms. See the General Provisions applicable to this Purchase Contract for important information regarding payment.

Discount: 0%, Discount Days: 0, Net Days: 30

**Attachment M100**

M100

SOLICITATION / CONTRACT ATTACHMENTS (VARIABLE)

Variable portion of the clause is listed below:

This clause incorporates by reference all attachments, exhibits, and/or appendices identified below:

Buyer and Seller have negotiated a General Terms Agreement (Replacement GTA) governing terms and conditions of the Boeing Company General Provisions GP7, (Fixed Price Goods Contract Under U.S. Government Prime Contract) to replace General Terms Agreement G111006 dated Oct. 2011 (Existing GTA). Pending final approval of the Replacement GTA, the Existing GTA will govern this contract for the Goods between the two parties. In the event the Replacement GTA is executed during the performance of this Contract, the parties agree that the Replacement GTA shall apply to this Contract, at no additional cost, as of the date of GTA execution.

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**Purchase Contract No: 1717151**  **Purchase Contract Change No: 05** PC/PCC Date: **2020-08-10**
PC Orig Date: **03-MAY-2019**

**Attachment PC REV NOTES**



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**Purchase Contract No:** 1717151 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2020-08-10
**PC Orig Date:** 03-MAY-2019

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1717151   **Purchase Contract Change No:** 05  **PC/PCC Date:** 2020-08-10
**PC Orig Date:** 03-MAY-2019



**Line Item 0001**
**Attachment H200.**



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1717151    **Purchase Contract Change No:** 05   **PC/PCC Date:** 2020-08-10
**PC Orig Date:** 03-MAY-2019

Line Item 0001
Attachment H602.



Line Item 0002
Attachment H200.



Line Item 0002
Attachment H602.



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1717151  **Purchase Contract Change No:** 05  **PC/PCC Date:** 2020-08-10
**PC Orig Date:** 03-MAY-2019

Line Item 0003
Attachment H200.



Line Item 0003
Attachment H602.



Line Item 0004
Attachment H200.



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1717151**     Purchase Contract Change No: **05**   PC/PCC Date: **2020-08-10**
PC Orig Date: **03-MAY-2019**

Line Item 0004
Attachment H602.



Line Item 0005
Attachment H200.



Line Item 0005
Attachment H602.



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1717151  **Purchase Contract Change No:** 05  **PC/PCC Date:** 2020-08-10
 **PC Orig Date:** 03-MAY-2019

Line Item 0006
Attachment H200.



Line Item 0006
Attachment H602.



Line Item 0007
Attachment H200.



Purchase Contract No:   1717151   Purchase Contract Change No:  05  PC/PCC Date:   2020-08-10
PC Orig Date:   03-MAY-2019

Line Item 0007
Attachment H602.



Line Item 0008
Attachment H200.



Line Item 0008
Attachment H602.



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**Purchase Contract No:** 1717151     **Purchase Contract Change No:** 05   **PC/PCC Date:** **2020-08-10**
  **PC Orig Date:** **03-MAY-2019**

Line Item 0009
Attachment H200.



Line Item 0009
Attachment H602.



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1717151      **Purchase Contract Change No:** 05   **PC/PCC Date:** 2020-08-10
**PC Orig Date:** 03-MAY-2019

If this is a rated order certified for national defense use, Seller is required to follow all the provisions of the Defense Priorities and Allocations System regulation (15 CFR part 700) in obtaining controlled materials and other products, services and materials needed to fill this order. If this is a DX rated order, Seller must provide Buyer with written acceptance or rejection of this order within ten (10) working days after receipt. If this is a DO rated order, Seller must promptly provide Buyer with written acceptance or rejection of this order within fifteen (15) working days after receipt. Seller must include in any written rejection of a rated order the reasons for the rejection. Seller's written acknowledgement of this rated order shall constitute written acceptance of this DPAS rating.

When applicable, the DPAS rating is specified in the line item(s) contained in this Purchase Contract.

This purchase contract is subject to Autopay unless a Boeing invoicing location is noted at the line item level.

Seller's commencement of performance or acceptance of this Purchase Contract in any manner shall conclusively evidence acceptance of the Purchase Contract as written.

Total Purchase Contract Values - Definitions:
(1) "Total PC Value" is the sum of the ITEM EXTENDED AMOUNT (or UNDEF. EXT. AMOUNT) for all items on this PC.
(2) "Total Definitized Value" is the total value of all fully definitized line items, and is calculated using the ITEM EXTENDED AMOUNT for those items.
(3) "Total Undefinitzed NTE value" is the total Not-To-Exceed (NTE) value for all line items that are not fully definitized. These line items are identified with a PRICE DESCRIPTION of "Maximum Price", "Estimated Price, "Not To Exceed", "Will Negotiate", "Funding Limitation", or "Advise Price".
(4) "Total PC Funding" is defined by Clause F216 (if applicable to this PC).

| | | |
|---|---|---|
| **Buyer Name:** | ██████████ | **Phone:** ███████████ |
| | | **Fax:** |
| **Email Address:** | ██████████████ | |
| **Loc/Bldg/Ms:** | | |

THE BOEING COMPANY
PO BOX 516
ST LOUIS                    MO        63166-0516
US

**BUYER** _____        **DATE** _____
PURCHASING AGENT SIGNATURE

**SELLER** _____        **DATE** _____
AUTHORIZED SIGNATURE



## The Boeing Company
## Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| | | |
|---|---|---|
| **Purchase Contract No:** 1748971 | **Purchase Contract Change No:** 13 | **PC/PCC Date:** 2022-09-12 |
| **Total PC Value:** █████████ | | **PC Orig Date:** 01-AUG-2019 |
| **Total PC Funding:** █████████ | | |
| **Total Definitized Value:** █████████ | **Total Undefinitized NTE Value:** ███████ | |

**Supplier No.** ████████    **BEST Code:** █████████

**Supplier Address:**      **NAICS:** ████████ **Size Std Emp:** █████

GKN AEROSPACE N AMERICA INC
142 MCDONNELL BLVD
HAZELWOOD   MO  63042-3102
US

**Manufacturer Address:**

142 JS MCDONNELL BLVD
HAZELWOOD   MO  63042-3102
US

**Confirm To:** Teresa Soest

**Payment Type:**         **Payment Rate:** 0.00%
**Liquidation Type:**        **Liquidation Rate:** 0.00%

**All Deliverable line items on this Purchase Contract will ship to the following address unless otherwise specified on the line item(s).**
**Ship To:**

SEE PURCHASE CONTRACT   **Routing:** Carrier of your choice (FOB Destination
LINE ITEM           Only)
              **FOB:** DESTINATION
      **Shipping Payment Method:** Prepaid (by Seller)

**Purchase Contract Revision Notes** - Data Not Specifically Altered Remains Unchanged





Electronically Distributed
Exostar Acknowledgement
Required

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

Purchase Contract No:  **1748971**     Purchase Contract Change No:  **13**   PC/PCC Date:  **2022-09-12**
                                                                    PC Orig Date:  **01-AUG-2019**

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0002 | 74A120606-5012 | | EA | ▮▮▮▮ |

**Description:** ▮▮▮▮▮▮▮▮▮▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

Total Qty Ordered
6

Item Ext Amount
▮▮▮▮▮▮▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▮▮▮▮ | | | ▮▮▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 27- JUL- 2020 | 27- JUL- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)      Description**



**End of Item:   0002**  ------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0003 | 74A121850-5005 | | EA | ▮▮▮▮ |

▮▮▮▮▮▮
**Description:** ▮▮▮▮▮▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

Total Qty Ordered
6

Item Ext Amount
▮▮▮▮▮

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

Purchase Contract No:  **1748971**      Purchase Contract Change No:  **13**   PC/PCC Date:  **2022-09-12**
PC Orig Date:   **01-AUG-2019**

**Customer Contract**                **Prime Contract**              **Customer Order**     **Priority Rating**  **Qty**

6

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 03- DEC- 2020 | 24- APR- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)      Description**

**End of Item:   0003**

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0004 | 74A121882-5004 | | EA | |

Description:
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
6

Item Ext Amount

**Customer Contract**                **Prime Contract**              **Customer Order**     **Priority Rating**  **Qty**

6

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| | | | | |
|---|---|---|---|---|
| Purchase Contract No: | **1748971** | Purchase Contract Change No: **13** | PC/PCC Date: | **2022-09-12** |
| | | | PC Orig Date: | **01-AUG-2019** |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 21- MAY- 2020 | 21- MAY- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON        MO   63044
US

**Item Attachment(s)**     **Description**



**End of Item:  0004** --------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0005 | 74A121740-5006 | | EA | |

Description:
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
6

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON        MO   63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 10- DEC- 2020 | 22- MAY- 2020 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



| Purchase Contract No: | 1748971 | Purchase Contract Change No: | 13 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 01-AUG-2019 |

**Item Attachment(s)     Description**

**End of Item:   0005** --------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0006 | 74A120608-5009 | | EA | |

**Description:**

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
12

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 12 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 12 | 23- JUN- 2020 | 23- JUN- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                     MO     63044
US

**Item Attachment(s)     Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

*BOEING*

| | | | |
|---|---|---|---|
| Purchase Contract No: | **1748971** | Purchase Contract Change No: **13** | PC/PCC Date: **2022-09-12** |
| | | | PC Orig Date: **01-AUG-2019** |



**Item Attachment(s)     Description**

**End of Item:   0006** -----------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0007 | 74A121812-5023 | | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- JUN- 2020 | 23- JUN- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US



**Item Attachment(s)     Description**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**       Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

**Item Attachment(s)      Description**



**End of Item:   0007** - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|------|-------------|------------|------------|
| 0008 | 74A121724-5005 | EA | ▮ |

**Description:** ▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▮ | | | ▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 17- DEC- 2020 | 24- APR- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON             MO   63044
US

**Item Attachment(s)      Description**

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1748971 | Purchase Contract Change No: 13 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|
| | | | PC Orig Date: | 01-AUG-2019 |

**Item Attachment(s)     Description**

█████████████████████████████████

**End of Item:   0008** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0009 | 74A120609-5013 | | EA | ████████ |

**Description:** ████████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████ | | | ████████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 27- JUL- 2020 | 27- JUL- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

**Item Attachment(s)     Description**

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

**End of Item:   0009** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**BOEING**

| | | |
|---|---|---|
| **Purchase Contract No:** 1748971 | **Purchase Contract Change No:** 13 | **PC/PCC Date:** 2022-09-12 |
| | | **PC Orig Date:** 01-AUG-2019 |

| Item | Part Number | | |
|---|---|---|---|
| 0010 | 74A121880-5004 | **UM Ordered** EA | **Unit Price** ▮ |
| | **Description:** ▮ | | **Total Qty Ordered** 6 |
| | **Vendor P/N:** | | |
| | **Issuing Loc:** ST LOUIS | | **Item Ext Amount** ▮ |

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|---|---|---|---|---|
| ▮ | | | ▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 01- SEP- 2020 | 22- MAY- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON     MO   63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)**      **Description**



**End of Item: 0010** ---------------------------------------------------------------

| Item | Part Number | | |
|---|---|---|---|
| 0011 | 74A121890-2008A | **UM Ordered** EA | **Unit Price** ▮ |
| | **Description:** ▮ | | **Total Qty Ordered** 6 |
| | **Vendor P/N:** | | |
| | **Issuing Loc:** ST LOUIS | | **Item Ext Amount** |



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**      Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

**Customer Contract**                 **Prime Contract**               **Customer Order**     **Priority Rating**     **Qty**
                                                                                                                        6

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 02- MAR- 2021 | 24- JUN- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)        Description**



**End of Item:   0011** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0012 | 74A120604-5012 | | EA | |

Description:
Vendor P/N:
Issuing Loc:   ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

**Customer Contract**          **Prime Contract**          **Customer Order**     **Priority Rating**     **Qty**
                                                                                                         6



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| | | | | |
|---|---|---|---|---|
| **Purchase Contract No:** | 1748971 | **Purchase Contract Change No:** 13 | **PC/PCC Date:** | **2022-09-12** |
| | | | **PC Orig Date:** | **01-AUG-2019** |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 27- JUL- 2020 | 27- JUL- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)      Description**



**End of Item:    0012** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|---|---|---|---|---|---|
| 0013 | 74A121833-5003 | | | EA | |

**Description:** ▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | | 6 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- APR- 2020 | 23- APR- 2020 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1748971    **Purchase Contract Change No:** 13  **PC/PCC Date:** **2022-09-12**
**PC Orig Date:** **01-AUG-2019**

**Item Attachment(s)    Description**



**End of Item: 0013** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|------|-------------|--|--|------------|------------|
| 0014 | 74A121730-5005 | | | EA | ▮ |

**Description:** ▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▮ | | | ▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 23- APR- 2020 | 23- APR- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO   63044
US

**Item Attachment(s)    Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**BOEING**

| | | | |
|---|---|---|---|
| Purchase Contract No: | 1748971 | Purchase Contract Change No: 13 | PC/PCC Date: 2022-09-12 |
| | | | PC Orig Date: 01-AUG-2019 |

**Item Attachment(s)      Description**



**End of Item:   0014** ------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0015 | 74A121812-5021 | | EA | |

Description:
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 21- MAY- 2020 | 21- MAY- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO   63044
US

**Item Attachment(s)      Description**



PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1748971 | Purchase Contract Change No: | 13 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 01-AUG-2019 |

**Item Attachment(s)     Description**

End of Item:  **0015**  -------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0016 | 74A121820-5006 | | EA | |

**Description:**

**Vendor P/N:**

**Issuing Loc:**  ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 03- AUG- 2020 | 22- MAY- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)     Description**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| **Purchase Contract No:** | 1748971 | **Purchase Contract Change No:** 13 | **PC/PCC Date:** 2022-09-12 |
| | | | **PC Orig Date:** 01-AUG-2019 |

**Item Attachment(s)    Description**



**End of Item:    0016**  -------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0017 | 74A121890-2007A | | EA | |

**Description:**

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 09- MAR- 2021 | 22- MAY- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO    63044
US

**Item Attachment(s)    Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**   Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

| Item Attachment(s) | Description |
|---|---|

███████████████████████████████████████████

End of Item:   **0017**   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0018 | 74A121833-5004 | | EA | ████████ |

Description:   ██████████     Total Qty Ordered
Vendor P/N:                          6
Issuing Loc:   ST LOUIS

Item Ext Amount
████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████████ | | | ████████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 21- MAY- 2020 | 21- MAY- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO   63044
US

| Item Attachment(s) | Description |
|---|---|



End of Item:   **0018**   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971    **Purchase Contract Change No:** 13  **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|-----------|-----------|
| 0019 | 74A121724-5006 | | EA | ███████ |

Description:  ███████████
Vendor P/N:
Issuing Loc:  ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ███████ | | | ████████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 08-JUN-2020 | 22-MAY-2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON            MO    63044
US

**Item Attachment(s)**    **Description**



**End of Item:  0019** --------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|-----------|-----------|
| 0020 | 74A121854-5004 | ███████ | EA | ███████ |

Description:  ███████
Vendor P/N:
Issuing Loc:  ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
████████



Purchase Contract No: **1748971**     Purchase Contract Change No: **13**     PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

**Customer Contract**     **Prime Contract**     **Customer Order**     **Priority Rating**     **Qty**

6

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 21- MAY- 2020 | 21- MAY- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON       MO    63044
US

**Item Attachment(s)**     **Description**



End of Item:   **0020** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0021 | 74A121882-5003 | | EA | |

**Description:**

**Vendor P/N:**                                              **Total Qty Ordered**
**Issuing Loc:**  ST LOUIS                                              6

**Item Ext Amount**

**Customer Contract**     **Prime Contract**     **Customer Order**     **Priority Rating**     **Qty**

6

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:**   **1748971**      **Purchase Contract Change No:**  **13**    **PC/PCC Date:**   **2022-09-12**
                                                       **PC Orig Date:**   **01-AUG-2019**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 24- APR- 2020 | 24- APR- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON             MO    63044
US

**Item Attachment(s)**     **Description**



**End of Item:**   **0021**   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0022 | 74A120606-5011 | | EA | ▮ |

**Description:** ▮
**Vendor P/N:**
**Issuing Loc:**  ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | ▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- JUN- 2020 | 23- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON             MO    63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**     Purchase Contract Change No: **13**     PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

**Item Attachment(s)     Description**



**End of Item: 0022** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|------------|------------|
| 0023 | 74A121726-5012 | | EA | ███████ |

**Description:** ████████████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

Total Qty Ordered
6

Item Ext Amount
███████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ██████████ | | | ████████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 16- JUN- 2021 | 22- MAY- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)     Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** **1748971**    **Purchase Contract Change No:** **13**   PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

**Item Attachment(s)**    **Description**



**End of Item:**   **0023**   ------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|------------|------------|
| 0024 | 74A121850-5006 | | EA | ▮ |

**Description:** ▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▮ | | | ▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 03- DEC- 2020 | 22- MAY- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)**    **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



![Boeing logo]

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1748971  **Purchase Contract Change No:** 13  **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

Item Attachment(s)   Description

---

**End of Item:** 0024 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|------------|------------|
| 0025 | 74A121722-5005 | | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 0 | 06- APR- 2021 | 22- MAY- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

Item Attachment(s)   Description

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

![Boeing logo]

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| **Purchase Contract No:** | 1748971 | **Purchase Contract Change No:** 13 | **PC/PCC Date:** 2022-09-12 |
| | | | **PC Orig Date:** 01-AUG-2019 |

**Item Attachment(s)     Description**

[REDACTED]

**End of Item:   0025**  ----------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0026 | 74A121854-5003 | | EA | [REDACTED] |

**Description:** [REDACTED]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[REDACTED]

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|---|---|---|---|---|
| [REDACTED] | | | [REDACTED] | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- APR- 2020 | 23- APR- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

**Item Attachment(s)     Description**




Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971     **Purchase Contract Change No:** 13   **PC/PCC Date:** 2022-09-12
     **PC Orig Date:** 01-AUG-2019

**Item Attachment(s)**     **Description**



**End of Item: 0026** ----------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|-----------|-----------|
| 0027 | 74A120607-5014 | | EA | |

**Description:** ▮▮▮▮▮▮▮▮

**Total Qty Ordered**
6

**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▮▮▮▮▮ | | | ▮▮▮▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 27- JUL- 2020 | 27- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON      MO    63044
US

**Item Attachment(s)**     **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**BOEING**

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1748971 | Purchase Contract Change No: | 13 | PC/PCC Date: | 2022-09-12 |
| | | | | PC Orig Date: | 01-AUG-2019 |

**End of Item:** 0027 ----------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|-----------|-----------|
| 0028 | 74A121730-5006 | | EA | ▇▇▇▇▇ |

**Description:** ▇▇▇▇▇▇▇▇
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▇▇▇▇▇▇

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▇▇▇▇▇ | | | ▇▇▇ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 24- NOV- 2020 | 24- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO   63044
US

**Item Attachment(s)    Description**



**End of Item:** 0028 ----------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|-----------|-----------|
| 0029 | 74A120974-5095 | | EA | ▇▇▇▇▇ |

**Description:** ▇▇▇▇▇
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**   Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

Item Ext Amount

**Customer Contract**   **Prime Contract**   **Customer Order**   **Priority Rating**   **Qty**   6

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- JUN- 2020 | 23- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES   MO  63301
US

**Item Attachment(s)**   **Description**



**End of Item:  0029** -------------------------------------

| Item | Part Number |
|---|---|
| 0030 | 74A670531-2004 |

Description:
Vendor P/N:
Issuing Loc:  ST LOUIS

**UM Ordered**  EA

**Unit Price**

**Total Qty Ordered**  10

**Item Ext Amount**

**Customer Contract**   **Prime Contract**   **Customer Order**   **Priority Rating**   **Qty**   3

PC FORM Rev 1/19/07


Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971     **Purchase Contract Change No:** 13   **PC/PCC Date:** **2022-09-12**
                                                                                 **PC Orig Date:** **01-AUG-2019**

█████████████                   ████ 7

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 10 | 15- JAN- 2020 | 22- NOV- 2019 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON         MO    63044
US

**Item Attachment(s)**      **Description**



**End of Item: 0030** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|---|---|---|---|---|---|
| 0031 | 74A121722-5006 | | | EA | ████████ |

**Description:** ████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**

████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

████████████████

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 06- APR- 2021 | 24- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON         MO    63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:**   **1748971**     **Purchase Contract Change No:**   **13**   **PC/PCC Date:**   **2022-09-12**
                                                                     **PC Orig Date:**   **01-AUG-2019**

**Item Attachment(s)**     **Description**



**End of Item:**   **0031** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|------|-------------|------------|------------|
| 0032 | 74A121726-5011 | EA | ■■■■■ |

**Description:** ■■■■■■
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

**Customer Contract**          **Prime Contract**          **Customer Order**    **Priority Rating**    **Qty**
6

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 03- DEC- 2020 | 24- APR- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON        MO    63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No:  1748971          Purchase Contract Change No:  13   PC/PCC Date:  2022-09-12
                                                                          PC Orig Date:  01-AUG-2019

Item Attachment(s)          Description



End of Item:  0032  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0033 | 74A120604-5011 | | EA | ████████ |

Description: ████████████████

Vendor P/N:

Issuing Loc: ST LOUIS

Total Qty Ordered
6

Item Ext Amount
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████ | | | ████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- JUN- 2020 | 23- JUN- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

Item Attachment(s)          Description

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| | | | | |
|---|---|---|---|---|
| Purchase Contract No: | **1748971** | Purchase Contract Change No: | **13** | PC/PCC Date: **2022-09-12** |
| | | | | PC Orig Date: **01-AUG-2019** |

**Item Attachment(s)     Description**



**End of Item:   0033** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|---|---|---|---|---|---|
| 0034 | 74A120974-5079 | | | EA | ███████ |

Description: ████████

Vendor P/N:

Issuing Loc: ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████ | | | ████████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- JUN- 2020 | 23- JUN- 2020 |

Ship To:
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES                MO    63301
US

**Item Attachment(s)     Description**





Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No:   1748971          Purchase Contract Change No:  13   PC/PCC Date:   2022-09-12
                                                                        PC Orig Date:   01-AUG-2019

**Item Attachment(s)          Description**

███████████████████████████████████████

**End of Item:   0034** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0035 | 74A120607-5013 | | EA | |

Description:  ████████████████
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
6

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███████ | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- JUN- 2020 | 23- JUN- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO   63044
US

**Routing:**  Carrier of your choice (FOB Destination Only)

**Item Attachment(s)          Description**



PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1748971     **Purchase Contract Change No:** 13   **PC/PCC Date:** 2022-09-12
                                                                           **PC Orig Date:** 01-AUG-2019

**Item Attachment(s)      Description**

███████████████████████████████

**End of Item:   0035** ------------------------------------------------------------------------------------------

| Item | Part Number | | | | UM Ordered | Unit Price |
|------|-------------|--|--|--|------------|------------|
| 0036 | 74A670531-2003 | | | | EA | ██████ |
| | **Description:** ██████ | | | | | **Total Qty Ordered** |
| | **Vendor P/N:** | | | | | 11 |
| | **Issuing Loc:** ST LOUIS | | | | | **Item Ext Amount** |
| | | | | | | ██████ |

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ███████ | | | ██████ | 4 |
| | | | | 7 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 11 | 15- JAN- 2020 | 26- AUG- 2019 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON            MO    63044
US

**Item Attachment(s)      Description**

███████████████████████████████████████

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| Purchase Contract No: | **1748971** | Purchase Contract Change No: | **13** | PC/PCC Date: | **2022-09-12** |
| | | | | PC Orig Date: | **01-AUG-2019** |

**End of Item:   0036**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0037 | 74A120974-5097 | | EA | ███████ |

**Description:** ███████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
███████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ███████ | | | ███████ | 2 |
| | | | | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 23- JUN- 2020 | 23- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES          MO    63301
US

**Item Attachment(s)     Description**

███████████████████████████████

**End of Item:   0037**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0038 | 74A120991-5026 | | EA | ███████ |

**Description:** ███████████

**Total Qty Ordered**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971  **Purchase Contract Change No:** 13  PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

**Vendor P/N:**
**Issuing Loc:** ST LOUIS  6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- JUN- 2020 | 23- JUN- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO   63044
US

**Item Attachment(s)     Description**



**End of Item:  0038**  -------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0039 | 74A121820-5005 | EA | |

Description:

**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**     Purchase Contract Change No: **13**  PC/PCC Date: **2022-09-12**
                                                                           PC Orig Date: **01-AUG-2019**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | ▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 03- AUG- 2020 | 24- APR- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO   63044
US

**Item Attachment(s)      Description**



End of Item:   **0039**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0040 | 74A121752-5012 | | EA | ▮ |

| Description: | ▮ |
|---|---|
| Vendor P/N: | |
| Issuing Loc: | ST LOUIS |

Total Qty Ordered
                6

Item Ext Amount
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | ▮ | 6 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| | | | |
|---|---|---|---|
| Purchase Contract No: | **1748971** | Purchase Contract Change No: **13** | PC/PCC Date: **2022-09-12** |
| | | | PC Orig Date: **01-AUG-2019** |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 07- APR- 2020 | 25- MAR- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)          Description**



**End of Item:   0040** ------------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0041 | 74A121740-5005 | | EA | ███████ |

**Description:** ██████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ██████ | | | ██████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 05- JAN- 2021 | 24- APR- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| **Purchase Contract No:** | **1748971** | **Purchase Contract Change No:** 13 | **PC/PCC Date:** 2022-09-12 |
| | | | **PC Orig Date:** 01-AUG-2019 |

**Item Attachment(s)        Description**



**End of Item:   0041** -------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0042 | 74A121880-5003 | | EA | ▮ |

**Description:** ▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▮

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|---|---|---|---|---|
| ▮ | | | ▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 01- SEP- 2020 | 24- APR- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)        Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1748971 | Purchase Contract Change No: | 13 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 01-AUG-2019 |

**Item Attachment(s)    Description**



**End of Item:    0042** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|---|---|---|---|---|---|
| 0043 | 74A120974-5083 | | | EA | ███████ |

**Description:** ███████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
███████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███████ | | | ███████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- JUN- 2020 | 23- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES          MO   63301
US

**Item Attachment(s)    Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971     **Purchase Contract Change No:** 13   **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)**    **Description**



**End of Item:** 0043 -----------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|-----------|-----------|
| 0044 | 74A121752-5011 | | EA | ■■■■ |

**Description:** ■■■■■■
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
■■■■

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ■■■■ | | | ■■■■ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 07- APR- 2020 | 24- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON     MO   63044
US

**Item Attachment(s)**    **Description**

**BOEING**

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| | | | | |
|---|---|---|---|---|
| **Purchase Contract No:** | **1748971** | **Purchase Contract Change No:** | **13** | **PC/PCC Date:** **2022-09-12** |
| | | | | **PC Orig Date:** **01-AUG-2019** |

**Item Attachment(s)**     **Description**

███████████████████████████████

**End of Item:    0044** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0045 | 74A120974-5081 | | EA | ████ |

**Description:** ██████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████ | | | ████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 27- JUL- 2020 | 27- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)**     **Description**

███████████████████████████████

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| | | | | |
|---|---|---|---|---|
| Purchase Contract No: | 1748971 | Purchase Contract Change No: | 13 | PC/PCC Date: **2022-09-12** |
| | | | | PC Orig Date: **01-AUG-2019** |

**End of Item: 0045** --------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0046 | 74A120974-5085 | | EA | ██████ |

Description: ████████
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered: 6

Item Ext Amount
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ██████████ | | | ████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 27- JUL- 2020 | 27- JUL- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO      63044
US

Item Attachment(s)        Description



**End of Item: 0046** --------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0047 | 74A120609-5014 | | EA | ██████ |

Description: ████████████
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered: 6

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**     Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

Item Ext Amount

**Customer Contract**            **Prime Contract**          **Customer Order**     **Priority Rating**     **Qty**

6

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 24- AUG- 2020 | 24- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON             MO   63044
US

**Item Attachment(s)      Description**

**End of Item:   0047**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0048 | 74A120974-5086 | | EA | |

Description:
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
6

Item Ext Amount

**Customer Contract**            **Prime Contract**          **Customer Order**     **Priority Rating**     **Qty**

6

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**   Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 24- AUG- 2020 | 24- AUG- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)        Description**



End of Item: **0048** -----------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0049 | 74A120993-2028 | | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 24- AUG- 2020 | 24- AUG- 2020 |

**Purchase Contract No:** 1748971    **Purchase Contract Change No:** 13    **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| Item Attachment(s) | Description |
|---|---|



**End of Item:** 0049 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0050 | 74A120610-5012 | | EA | ███ |

**Description:** ███████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
███

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███ | | | ███ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 24- AUG- 2020 | 24- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

| Item Attachment(s) | Description |
|---|---|

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**  Purchase Contract Change No: **13**  PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

**Item Attachment(s)**     **Description**



End of Item: **0050** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0051 | 74A120610-5011 | | EA | ▉ |

Description: ▉
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
6

**Item Ext Amount**
▉

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▉ | | | ▉ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 27- JUL- 2020 | 27- JUL- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)**     **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)** **Description**



**End of Item:** 0051 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|------|-------------|--|--|------------|------------|
| 0052 | 74A121926-2004A | | | EA | ▮ |

**Description:** ▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▮ | | | ▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 27- JUL- 2020 | 27- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| Purchase Contract No: | 1748971 | Purchase Contract Change No: 13 | PC/PCC Date: **2022-09-12** |
| | | | PC Orig Date: **01-AUG-2019** |

**Item Attachment(s)    Description**

████████████████████████████████████

**End of Item:    0052** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0053 | 74A120974-5080 | EA | ████████ |

**Description:** ███████████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████ | | | ████████ | 2 |
| | | | | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 27- JUL- 2020 | 27- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES            MO    63301
US

**Item Attachment(s)    Description**





Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| Purchase Contract No: | 1748971 | Purchase Contract Change No: | 13 | PC/PCC Date: | 2022-09-12 |
| | | | | PC Orig Date: | 01-AUG-2019 |

**End of Item:    0053** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0054 | 74A141419-2001A | | EA | ██████ |

**Description:** ██████████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

Total Qty Ordered
8

Item Ext Amount
████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████████████ | | | ████████ | 8 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 8 | 22- NOV- 2021 | 22- NOV- 2021 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON        MO    63044
US

**Item Attachment(s)    Description**



**End of Item:    0054** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0055 | 74A583167-1005 | | EA | ██████ |

**Description:** ██████████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

Total Qty Ordered
12

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

Purchase Contract No:    **1748971**         Purchase Contract Change No:  **13**   PC/PCC Date:    **2022-09-12**
                                                                          PC Orig Date:    **01-AUG-2019**

**Item Ext Amount**
███████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████████ | | | | 12 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 12 | 27- JUL- 2020 | 27- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO   63044
US

**Item Attachment(s)        Description**

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

**End of Item:    0055**  ----------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0056 | 74A140320-5008 | | EA | ████████████ |

████████████████        ████████████████████████

Description:  ████████████████████████
Vendor P/N:
Issuing Loc:  ST LOUIS

**Total Qty Ordered**
4

**Item Ext Amount**
████████████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**   Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

■■■■■■  ■ 4

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 22- NOV- 2021 | 22- NOV- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

**Item Attachment(s)      Description**

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**End of Item:  0056** ------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0057 | 74A120974-5096 | | EA | ■■■■■ |

Description: ■■■■■■
Vendor P/N:
Issuing Loc: ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
■■■■■■

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ■■■■■ | | | ■■■■ | 2 |
| | | | | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 27- JUL- 2020 | 27- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES          MO     63301
US

Purchase Contract No: **1748971**      Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**

PC Orig Date: **01-AUG-2019**

| Item Attachment(s) | Description |
| --- | --- |



End of Item:   **0057** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
| --- | --- | --- | --- | --- |
| 0058 | 74A120974-5084 | | EA | |

**Description:**

**Vendor P/N:**

**Issuing Loc:**  ST LOUIS

Total Qty Ordered

6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| --- | --- | --- | --- | --- |
| | | | | 2 |
| | | | | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
| --- | --- | --- |
| 6 | 27- JUL- 2020 | 27- JUL- 2020 |

Ship To:
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES        MO    63301
US

| Item Attachment(s) | Description |
| --- | --- |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronica Acknowl
Exostar Required

Purchase Contract No: **1748971**     Purchase Contract Change No: **13**  PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

Item Attachment(s)     Description



**End of Item:   0058** ------------------------------------------------

| Item | Part Number | | | UM Ordered | Unit Price |
|------|-------------|--|--|------------|------------|
| 0059 | 74A120974-5082 | | | EA | ▮ |
| | Description: ▮ | | | | Total Qty Ordered |
| | Vendor P/N: | | | | 6 |
| | Issuing Loc: ST LOUIS | | | | Item Ext Amount |
| | | | | | ▮ |

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▮ | | | ▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 24- AUG- 2020 | 24- AUG- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON            MO     63044
US

Item Attachment(s)     Description

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**  Purchase Contract Change No: **13**  PC/PCC Date: **2022-09-12**

PC Orig Date: **01-AUG-2019**

**Item Attachment(s)**   **Description**

█████████████████████████████████████████████████

**End of Item:  0059** ----------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0060 | 74A140320-5007 | | EA | ████████ |

Description: ████████████████████████

Vendor P/N:

Issuing Loc:  ST LOUIS

**Total Qty Ordered**

4

**Item Ext Amount**

████████████████

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|-----------------------|--------------------|--------------------|--------------------|---------|
| ████████████████ | | | ████████ | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 4 | 25- OCT- 2021 | 25- OCT- 2021 |

Ship To:

THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO   63044
US

**Item Attachment(s)**   **Description**

█████████████████████████████████████████████████

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**     Purchase Contract Change No: **13**  PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

**Item Attachment(s)      Description**

**End of Item:   0060** --------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|-----------|-----------|
| 0061 | 74A120974-5098 | | EA | |

Description: ▮
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|---------------|----------------|-----------------|-----|
| ▮ | | | ▮ | 3 |
| | | | | 3 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 27- JUL- 2020 | 27- JUL- 2020 |

Ship To:
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES           MO    63301
US

**Item Attachment(s)      Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| Purchase Contract No: | 1748971 | Purchase Contract Change No: | 13 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 01-AUG-2019 |

**End of Item:  0061** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0072 | 74A121730-5005 ▮▮▮▮ | | EA | ▮▮▮▮ |

**Description:** ▮▮▮▮▮▮▮
**Vendor P/N:**
**Issuing Loc:**  ST LOUIS

Total Qty Ordered  6

Item Ext Amount  ▮▮▮▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮▮ | | | ▮▮▮▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- JUN- 2020 | 23- JUN- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO      63044
US

**Routing:**  Carrier of your choice (FOB Destination Only)

| Item Attachment(s) | Description |
|---|---|



**End of Item:   0072** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0073 | 74A120609-5013 ▮▮▮▮ | | EA | ▮▮▮▮ |

**Description:** ▮▮▮▮▮▮▮
**Vendor P/N:**

Total Qty Ordered  6

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1748971   **Purchase Contract Change No:** 13   **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

**Issuing Loc:** ST LOUIS

**Item Ext Amount** ███████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███████ | | | ███████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- SEP- 2020 | 23- SEP- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON         MO   63044
US

**Item Attachment(s)     Description**

**End of Item:   0073** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|---|---|---|---|---|---|
| 0074 | 74A121724-5006 | | | EA | ███████ |

**Description:** ███████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount** ███████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**    Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**

PC Orig Date: **01-AUG-2019**

███████████                                                               ████████  6

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 27- JUL- 2020 | 27- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON               MO    63044
US

**Item Attachment(s)      Description**

████████████████████████████████████████████████████████████████████████████████

End of Item:  **0074**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number |
|---|---|
| 0075 | 74A121882-5003 |

**Description:**
**Vendor P/N:**
**Issuing Loc:**  ST LOUIS

**UM Ordered**
EA

**Unit Price**
███████████

**Total Qty Ordered**
6

**Item Ext Amount**
███████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███████████ | | | ███████████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- JUN- 2020 | 23- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON               MO    63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| Purchase Contract No: | **1748971** | Purchase Contract Change No: | **13** | PC/PCC Date: | **2022-09-12** |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | **01-AUG-2019** |

**Item Attachment(s)**     **Description**



**End of Item:   0075**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0076 | 74A120991-5026 | | EA | ▮ |

**Description:** ▮

**Vendor P/N:**

**Issuing Loc:**  ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | ▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 24- AUG- 2020 | 24- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

**Item Attachment(s)**     **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No:  **1748971**    Purchase Contract Change No:  **13**    PC/PCC Date:  **2022-09-12**
PC Orig Date:  **01-AUG-2019**

**Item Attachment(s)        Description**



**End of Item:    0076** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0077 | 74A121854-5004 | | EA | |

**Description:** ███
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

Total Qty Ordered
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ███ | | | ███ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 27- JUL- 2020 | 27- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON            MO    63044
US

**Item Attachment(s)        Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No:  **1748971**     Purchase Contract Change No:  **13**     PC/PCC Date:  **2022-09-12**
PC Orig Date:  **01-AUG-2019**

**Item Attachment(s)      Description**



**End of Item:   0077**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|------|-------------|------------|------------|
| 0078 | 74A121722-5005 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:**  ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 0 | 06- APR- 2021 | 27- JUL- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO     63044
US

**Item Attachment(s)      Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| | | | | |
|---|---|---|---|---|
| Purchase Contract No: | **1748971** | Purchase Contract Change No: **13** | PC/PCC Date: | **2022-09-12** |
| | | | PC Orig Date: | **01-AUG-2019** |

**Item Attachment(s)     Description**

█████████████████████████████████████████████

**End of Item:   0078**  -------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0079 | 74A121820-5005 | | EA | ████ |

**Description:** ██████████████████████

**Vendor P/N:**

**Issuing Loc:**  ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ██████ | | | ████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 03- AUG- 2020 | 24- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)     Description**

█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**BOEING**

| | |
|---|---|
| Purchase Contract No: **1748971** | Purchase Contract Change No: **13**  PC/PCC Date: **2022-09-12** |
| | PC Orig Date: **01-AUG-2019** |

### End of Item: **0079** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0080 | 74A121850-5005 | EA | ▮▮▮▮ |

**Description:** ▮▮▮▮▮▮▮▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▮▮▮▮▮▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮▮▮ | | | ▮▮▮▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 03- DEC- 2020 | 24- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)     Description**

### End of Item: **0080** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0081 | 74A121726-5012 | EA | ▮▮▮▮ |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:**    1748971      **Purchase Contract Change No:**   13    **PC/PCC Date:**    **2022-09-12**

                                                                           **PC Orig Date:**    **01-AUG-2019**

**Description:** █████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███████ | | | ███████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 16- JUN- 2021 | 27- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON       MO    63044
US

**Item Attachment(s)**      **Description**



**End of Item:**    **0081**   — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0082 | 74A121812-5021 | EA | ██████ |

**Description:** ████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

Purchase Contract No: **1748971**     Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**
                                                                           PC Orig Date: **01-AUG-2019**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | ▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 27- JUL- 2020 | 27- JUL- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)        Description**



**End of Item:    0082** ---------------------------------------------------------------

| Item | Part Number | | | UM Ordered | Unit Price |
|---|---|---|---|---|---|
| 0083 | 74A670531-2004 | | | EA | ▮ |

Description: ▮
Vendor P/N:
Issuing Loc: ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | ▮ | 9 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No:   1748971        Purchase Contract Change No:  13   PC/PCC Date:   **2022-09-12**
PC Orig Date:   **01-AUG-2019**

████████████                                                                    ████████   15

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- MAR- 2020 | 24- MAR- 2020 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON              MO      63044
US

Item Attachment(s)        Description



**End of Item:   0083**  -------------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0084 | 74A121724-5005 | | EA | ████████ |

████████████

Description:  ████████████
Vendor P/N:
Issuing Loc:  ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████████ | | | ████████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 17- DEC- 2020 | 24- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON              MO      63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| Purchase Contract No: | 1748971 | Purchase Contract Change No: | 13 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 01-AUG-2019 |

**Item Attachment(s)**     **Description**



**End of Item:  0084** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0085 | 74A121880-5004 | | EA | |

**Description:** ███

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 6

**Item Ext Amount** ███

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███ | | | ███ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 01- SEP- 2020 | 27- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO      63044
US

**Item Attachment(s)**     **Description**

PC FORM Rev 1/19/07

| Purchase Contract No: | 1748971 | Purchase Contract Change No: | 13 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 01-AUG-2019 |

**Item Attachment(s)      Description**



---

**End of Item:   0085** --------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0086 | 74A120604-5011 | | EA | ▮ |

|  | |
|---|---|
| Description: | ▮ |
| Vendor P/N: | |
| Issuing Loc: | ST LOUIS |

**Total Qty Ordered**
6

**Item Ext Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | ▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 24- AUG- 2020 | 24- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO   63044
US

**Item Attachment(s)      Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**    Purchase Contract Change No: **13**  PC/PCC Date: **2022-09-12**
                                                                          PC Orig Date: **01-AUG-2019**

**Item Attachment(s)**    **Description**



**End of Item:   0086** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|-----------|-----------|
| 0087 | 74A121854-5003 | | EA | |

Description: ▮

Vendor P/N:

Issuing Loc:  ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|---------------|----------------|-----------------|-----|
| ▮ | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 23- JUN- 2020 | 23- JUN- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)**    **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**   Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

### End of Item: 0087 ----------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0088 | 74A120608-5009 | | EA | ██████ |

Description: ████████████████

Total Qty Ordered
12

Vendor P/N:

Issuing Loc: ST LOUIS

Item Ext Amount
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████████ | | | ██████ | 12 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 12 | 24- AUG- 2020 | 24- AUG- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

**Item Attachment(s)      Description**



### End of Item: 0088 ----------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0089 | 74A121833-5004 | | EA | ██████ |

Description: ██████

Total Qty Ordered
6

Vendor P/N:

Issuing Loc: ST LOUIS

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| Purchase Contract No: | **1748971** | Purchase Contract Change No: | **13** | PC/PCC Date: | **2022-09-12** |
| | | | | PC Orig Date: | **01-AUG-2019** |

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 27- JUL- 2020 | 27- JUL- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO   63044
US

**Item Attachment(s)          Description**

**End of Item:   0089** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0090 | 74A121730-5006 | | EA | |

Description:
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
6

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

PC FORM Rev 1/19/07



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:**   **1748971**     **Purchase Contract Change No:**   **13**   **PC/PCC Date:**   **2022-09-12**

**PC Orig Date:**   **01-AUG-2019**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 24- NOV- 2020 | 25- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON      MO   63044
US

**Item Attachment(s)**     **Description**



**End of Item:**   **0090** -------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0091 | 74A120974-5083 | | EA | ▮ |

**Description:** ▮

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | ▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- SEP- 2020 | 23- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES      MO   63301
US

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971     **Purchase Contract Change No:** 13    **PC/PCC Date:** 2022-09-12
                                                                        **PC Orig Date:** 01-AUG-2019

**Item Attachment(s)**     **Description**



**End of Item: 0091** ------------------------------------------------

| Item | Part Number | | | UM Ordered | Unit Price |
|------|-------------|---|---|-----------|-----------|
| 0092 | 74A121880-5003 | | | EA | ▮ |

**Description:** ▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▮

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|------|------|------|------|------|
| ▮ | | | ▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|------|------|------|
| 6 | 01-SEP-2020 | 24-JUN-2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON       MO    63044
US

**Item Attachment(s)**     **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**    Purchase Contract Change No: **13**    PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

| Item Attachment(s) | Description |
|---|---|

**End of Item: 0092** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0093 | 74A121740-5006 | | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
6

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 10- DEC- 2020 | 27- JUL- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO    63044
US

| Item Attachment(s) | Description |
|---|---|



PC FORM Rev 1/19/07

Purchase Contract No: **1748971**    Purchase Contract Change No: **13**    PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Item Attachment(s)    Description



End of Item:    **0093**    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|-----------|-----------|
| 0094 | 74A670531-2003 | | EA | |

Description: ▮
Vendor P/N:
Issuing Loc:  ST LOUIS

**Total Qty Ordered**
16

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | ▮ | 6 |
| | | | | 10 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 16 | 15- JAN- 2020 | 16- DEC- 2019 |

Ship To:
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON         MO    63044
US

Item Attachment(s)    Description



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

*BOEING*

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| | | |
|---|---|---|
| **Purchase Contract No:** 1748971 | **Purchase Contract Change No:** 13 | **PC/PCC Date:** 2022-09-12 |
| | | **PC Orig Date:** 01-AUG-2019 |

**Item Attachment(s)      Description**

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**End of Item:  0094** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0096 | 74A120606-5012 | | EA | ■■■■■ |

**Description:** ■■■■■■■■■■
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
■■■■■■■■

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ■■■■■■ | | | ■■■■ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- SEP- 2020 | 23- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO      63044
US

**Item Attachment(s)      Description**

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**End of Item:  0096** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

Purchase Contract No: **1748971**     Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**
                                                                            PC Orig Date: **01-AUG-2019**

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|-----------|-----------|
| 0097 | 74A121833-5003 | | EA | ■ |

Description: ■
Vendor P/N:
Issuing Loc: ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ■ | | | ■ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 23- JUN- 2020 | 23- JUN- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

**Item Attachment(s)        Description**



**End of Item:   0097**  -------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|-----------|-----------|
| 0098 | 74A120607-5013 | | EA | ■ |

Description: ■
Vendor P/N:
Issuing Loc: ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

PC FORM Rev 1/19/07



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No:   **1748971**         Purchase Contract Change No:   **13**   PC/PCC Date:   **2022-09-12**
                                                                                      PC Orig Date:   **01-AUG-2019**

**Customer Contract**             **Prime Contract**             **Customer Order**   **Priority Rating**   **Qty**
                                                                                                            6

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 24- AUG- 2020 | 24- AUG- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON            MO    63044
US

**Item Attachment(s)**        **Description**



End of Item:   **0098**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0099 | 74A120974-5085 | | EA | |

**Description:**
**Vendor P/N:**                                                   **Total Qty Ordered**
**Issuing Loc:**  ST LOUIS                                              6

                                                                 **Item Ext Amount**

**Customer Contract**             **Prime Contract**             **Customer Order**   **Priority Rating**   **Qty**
                                                                                                            6

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No:  **1748971**   Purchase Contract Change No:  **13**   PC/PCC Date:  **2022-09-12**
PC Orig Date:  **01-AUG-2019**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- SEP- 2020 | 23- SEP- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO     63044
US

**Item Attachment(s)      Description**



End of Item:   **0099**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0100 | 74A120974-5079 | | EA | |

Description:
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
6

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 24- AUG- 2020 | 24- AUG- 2020 |

Ship To:
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES               MO     63301
US

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| Purchase Contract No: | 1748971 | Purchase Contract Change No: 13 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|
| | | | PC Orig Date: | 01-AUG-2019 |

**Item Attachment(s)**   **Description**



**End of Item:   0100** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0101 | 74A120974-5095 | | EA | |

**Description:**

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 5 |
| | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 24- AUG- 2020 | 24- AUG- 2020 |

Ship To:
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES          MO    63301
US

**Item Attachment(s)**   **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

![Boeing logo]

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| Purchase Contract No: | **1748971** | Purchase Contract Change No: | **13** |

| | |
|---|---|
| PC/PCC Date: | **2022-09-12** |
| PC Orig Date: | **01-AUG-2019** |

**Item Attachment(s)     Description**



**End of Item:   0101** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0102 | 74A120610-5011 | | EA | ■■■■■ |

Description: ■■■■■■■■■■■■■■
Vendor P/N:
Issuing Loc:  ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
■■■■■■

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ■■■■■ | | | ■■■■■ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- SEP- 2020 | 23- SEP- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)     Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**BOEING**

| Purchase Contract No: | 1748971 | Purchase Contract Change No: | 13 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 01-AUG-2019 |

**Item Attachment(s)    Description**



**End of Item:   0102**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | | Unit Price |
|---|---|---|---|---|---|---|
| 0103 | 74A120974-5097 | | | EA | | |

**Description:**

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 2 |
| | | | | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- SEP- 2020 | 23- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES          MO    63301
US

**Item Attachment(s)    Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1748971 | Purchase Contract Change No: | 13 | PC/PCC Date: | 2022-09-12 |
| | | | | PC Orig Date: | 01-AUG-2019 |

**Item Attachment(s)     Description**

████████████████████████████████

---

**End of Item:   0103** -------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
| 0104 | 74A121752-5011 | | EA | ████████ |

**Description:** ████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| ████████ | | | ████████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- APR- 2020 | 23- APR- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)     Description**

████████████████████████████████

# EXHIBIT D

*Part 5 of 31*

![Boeing logo]

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

Purchase Contract No: **1748971**   Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

**Item Attachment(s)     Description**

███████████████████████████████

**End of Item:   0104**  ----------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|-----------|-----------|
| 0105 | 74A121752-5012 | | EA | ███████ |

████████████████
**Description:** ████████████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
██████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███████████ | | | ███████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 21- MAY- 2020 | 21- MAY- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON            MO   63044
US

**Item Attachment(s)     Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| Purchase Contract No: | 1748971 | Purchase Contract Change No: 13 | PC/PCC Date: | 2022-09-12 |
| | | | PC Orig Date: | 01-AUG-2019 |

### End of Item:  0105  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
| 0106 | 74A121890-2007A | | EA | ▉ |

**Description:** ▉
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▉

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| ▉ | | | ▉ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 09- MAR- 2021 | 27- JUL- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                          MO    63044
US

**Item Attachment(s)     Description**



### End of Item:  0106  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
| 0107 | 74A121882-5004 | | EA | ▉ |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



![BOEING]

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1748971    **Purchase Contract Change No:** 13   **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

**Description:** ▇▇▇▇▇
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▇▇▇▇

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▇▇▇▇ | | | ▇▇▇▇ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 27- JUL- 2020 | 27- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON    MO   63044
US

**Item Attachment(s)     Description**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**End of Item:  0107** -------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0108 | 74A121726-5011 | EA | ▇▇▇▇ |

**Description:** ▇▇▇▇
**Vendor P/N:** ▇▇▇▇
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▇▇▇▇

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| Purchase Contract No: | 1748971 | Purchase Contract Change No: | 13 | PC/PCC Date: | 2022-09-12 |
| | | | | PC Orig Date: | 01-AUG-2019 |

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮ | | | ▮▮▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 03- DEC- 2020 | 24- JUN- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON      MO   63044
US

**Item Attachment(s)**     **Description**



**End of Item:   0108** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0109 | 74A121820-5006 | | EA | ▮▮▮ |

           **Description:**   ▮▮▮▮▮▮

           **Vendor P/N:**

           **Issuing Loc:**   ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▮▮▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮ | | | ▮▮▮ | 6 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

![Boeing]

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1748971          **Purchase Contract Change No:** 13     **PC/PCC Date:** **2022-09-12**
                                                                                    **PC Orig Date:** **01-AUG-2019**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 03- AUG- 2020 | 27- JUL- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

**Item Attachment(s)          Description**



**End of Item:  0109** -------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0110 | 74A121850-5006 | | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:**  ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 03- DEC- 2020 | 27- JUL- 2020 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1748971 | Purchase Contract Change No: | 13 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 01-AUG-2019 |

**Item Attachment(s)          Description**



**End of Item:   0110**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0111 | 74A121812-5023 | | EA | ▮▮▮ |

**Description:** ▮▮▮▮▮▮▮
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▮▮▮▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮▮ | | | ▮▮▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 24- AUG- 2020 | 24- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO      63044
US

**Item Attachment(s)          Description**

▮▮▮▮▮▮▮

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| | | | |
|---|---|---|---|
| Purchase Contract No: | **1748971** | Purchase Contract Change No: 13 | PC/PCC Date: **2022-09-12** |
| | | | PC Orig Date: **01-AUG-2019** |

**Item Attachment(s)        Description**



End of Item:   **0111**  --------------------------------------------------------------------

| Item | Part Number | | | UM Ordered | Unit Price |
|---|---|---|---|---|---|
| 0112 | 74A121890-2008A | | | EA | ▉▉▉▉ |

**Description:** ▉▉▉▉▉
**Vendor P/N:**
**Issuing Loc:**  ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▉▉▉▉

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▉▉▉▉ | | | ▉▉▉▉ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 02- MAR- 2021 | 25- AUG- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO      63044
US

**Item Attachment(s)        Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**    Purchase Contract Change No: **13**    PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

**Item Attachment(s)**    **Description**



End of Item: **0112**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | | UM Ordered | Unit Price |
|------|-------------|--|--|--|------------|------------|
| 0113 | 74A120606-5011 | | | | EA | ■■■■■ |

Description: ■■■■■■■■■■

Vendor P/N:

Issuing Loc: ST LOUIS

Total Qty Ordered: 6

Item Ext Amount: ■■■■■

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ■■■■■ | | | ■■■■■ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 24- AUG- 2020 | 24- AUG- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON    MO    63044
US

**Item Attachment(s)**    **Description**



Purchase Contract No: **1748971**   Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Item Attachment(s)**   **Description**



**End of Item: 0113** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|---|---|---|---|---|---|
| 0114 | 74A121722-5006 | | | EA | |

Description:

Vendor P/N:

Issuing Loc: ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 06- APR- 2021 | 25- AUG- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)**   **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**     Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**
                                                                            PC Orig Date: **01-AUG-2019**

Item Attachment(s)     Description



**End of Item:   0114** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0115 | 74A120609-5014 | | EA | |

Description: ▮▮▮▮▮▮▮▮▮▮
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
6

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

Item Attachment(s)     Description


Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| Purchase Contract No: | 1748971 | Purchase Contract Change No: | 13 | PC/PCC Date: | 2022-09-12 |
| | | | | PC Orig Date: | 01-AUG-2019 |

**End of Item: 0115** ------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0116 | 74A120974-5096 | | EA | ███████ |

**Description:** ███████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
███████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ███████ | | | ███████ | 2 |
| | | | | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES      MO   63301
US

**Item Attachment(s)      Description**



**End of Item: 0116** ------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0117 | 74A120974-5098 | | EA | ███████ |

**Description:** ███████

**Total Qty Ordered**



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1748971 | Purchase Contract Change No: 13 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|
| | | | PC Orig Date: | 01-AUG-2019 |

**Vendor P/N:**
**Issuing Loc:** ST LOUIS

6

**Item Ext Amount**



| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES    MO    63301
US

**Item Attachment(s)    Description**



**End of Item:    0117** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0118 | 74A120610-5012 | EA | |

**Description:**

**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

PC FORM Rev 1/19/07



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

Purchase Contract No: **1748971**    Purchase Contract Change No: **13**    PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮▮▮ | | | ▮▮▮▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON     MO   63044
US

**Item Attachment(s)**     **Description**



End of Item: **0118** -------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0119 | 74A141419-2001A | | EA | ▮▮▮▮▮ |

Description: ▮▮▮▮▮
Vendor P/N:
Issuing Loc: ST LOUIS

**Total Qty Ordered**
8

**Item Ext Amount**
▮▮▮▮▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮▮▮ | | | ▮▮▮▮ | 1 |
| | | | | 7 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

Purchase Contract No: **1748971**     Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 8 | 24- JAN- 2022 | 24- JAN- 2022 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON            MO    63044
US

**Item Attachment(s)**     **Description**



End of Item: **0119** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|---|---|---|---|---|---|
| 0120 | 74A121926-2004A | | | EA | ■■■■■ |

Description: ■■■■■
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
6

Item Ext Amount
■■■■■

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ■■■■ | | | ■■■■ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON            MO    63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971     **Purchase Contract Change No:** 13   **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

| Item Attachment(s) | Description |
|---|---|



**End of Item: 0120** - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0121 | 74A120974-5081 | | EA | ███ |

**Description:** ███
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
███

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███ | | | ███ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- SEP- 2020 | 23- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON      MO   63044
US

| Item Attachment(s) | Description |
|---|---|

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

Purchase Contract No: **1748971**   Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

**Item Attachment(s)**   **Description**



**End of Item:   0121**   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0122 | 74A120993-2028 | | EA | ▮ |

**Description:** ▮

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | | |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 26- OCT- 2020 | 26- OCT- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON        MO    63044
US

**Item Attachment(s)**   **Description**





Purchase Contract No: **1748971**    Purchase Contract Change No: **13**    PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

Item Attachment(s)      Description



**End of Item:  0122** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|-----------|
| 0123 | 74A120974-5086 | | EA | |

Description: ▮
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
6

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▮ | | | ▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO   63044
US

Item Attachment(s)      Description



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| Purchase Contract No: | 1748971 | Purchase Contract Change No: 13 | PC/PCC Date: | **2022-09-12** |
|---|---|---|---|---|
| | | | PC Orig Date: | **01-AUG-2019** |

**Item Attachment(s)     Description**

█████████████████████████████████████████████

End of Item:   0123   -----------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0124 | 74A120607-5014 | | EA | ████████ |

**Description:** ████████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

Total Qty Ordered: 6

Item Ext Amount: █████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ██████████ | | | ████████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO    63044
US

**Item Attachment(s)     Description**

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

End of Item:   0124   -----------------------------------------------

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**     Purchase Contract Change No: **13**  PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0125 | 74A140320-5007 | EA | ▓▓▓▓ |

Description: ▓▓▓▓▓▓▓▓▓
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
4

Item Ext Amount
▓▓▓▓▓

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▓▓▓▓▓ | | | ▓▓▓ | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 22- NOV- 2021 | 22- NOV- 2021 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

Item Attachment(s)          Description



**End of Item:   0125** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0126 | 74A120974-5080 | EA | ▓▓▓▓ |

Description: ▓▓▓▓▓
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
6

Item Ext Amount
▓▓▓▓▓

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



The Boeing Company
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1748971     **Purchase Contract Change No:** 13   **PC/PCC Date:** **2022-09-12**
                                                                            **PC Orig Date:** **01-AUG-2019**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████ | | | ████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES          MO     63301
US

**Item Attachment(s)      Description**

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

**End of Item:   0126** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0127 | 74A120604-5012 | | EA | ████████ |

**Description:** ██████████████████████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████ | | | ████ | 6 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



Purchase Contract No: **1748971**   Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON        MO    63044
US

**Item Attachment(s)        Description**

**End of Item:   0127** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|---|---|---|---|---|---|
| 0128 | 74A120974-5082 | | | EA | ▮ |

Description: ▮
Vendor P/N:
Issuing Loc:  ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | ▮ | 6 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON        MO    63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



Purchase Contract No:   **1748971**     Purchase Contract Change No:   **13**   PC/PCC Date:   **2022-09-12**
PC Orig Date:   **01-AUG-2019**

Item Attachment(s)        Description

End of Item:   **0128**   -----------------------------------------

| Item | Part Number | | | UM Ordered | Unit Price |
|------|-------------|---|---|-----------|-----------|
| 0129 | 74A140320-5008 | | | EA | |

Description:
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
4

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|----------------|-----|
| | | | | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 4 | 15- DEC- 2021 | 15- DEC- 2021 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

Item Attachment(s)        Description

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| Purchase Contract No: | 1748971 | Purchase Contract Change No: | 13 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 01-AUG-2019 |

**Item Attachment(s)        Description**



End of Item:   0129   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0130 | 74A120974-5084 | | EA | |

**Description:** ⬛

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
⬛

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ⬛ | | | ⬛ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES          MO    63301
US

**Item Attachment(s)        Description**





Purchase Contract No:     **1748971**          Purchase Contract Change No:   13   PC/PCC Date:      **2022-09-12**
                                                                                    PC Orig Date:      **01-AUG-2019**

Item Attachment(s)          Description



**End of Item:     0130**  — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0131 | 74A583167-1005 | | EA | ▮ |

Description: ▮
Vendor P/N:
Issuing Loc:  ST LOUIS

**Total Qty Ordered**
12

**Item Ext Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▮ | | | ▮ | 12 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 12 | 23- SEP- 2020 | 23- SEP- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO     63044
US

Item Attachment(s)          Description

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| Purchase Contract No: | 1748971 | Purchase Contract Change No: | 13 | PC/PCC Date: | **2022-09-12** |
| | | | | PC Orig Date: | **01-AUG-2019** |

**Item Attachment(s)**　　**Description**



End of Item: 0131 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|-----------|-----------|
| 0140 | 74A120606-5012 | | EA | |
| | Description: | | | Total Qty Ordered |
| | Vendor P/N: | | | 6 |
| | Issuing Loc: ST LOUIS | | | |
| | | | | Item Ext Amount |

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 19- NOV- 2020 | 19- NOV- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON　　　　　　　MO　63044
US

**Item Attachment(s)**　　**Description**

End of Item: 0140 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971     **Purchase Contract Change No:** 13     **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|------------|------------|
| 0141 | 74A121740-5005 | | EA | ███████ |

**Description:** ████████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 6

**Item Ext Amount** ████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████████ | | | ███████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 05- JAN- 2021 | 25- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

**Item Attachment(s)     Description**



**End of Item:  0141** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|------------|------------|
| 0142 | 74A121730-5006 | | EA | ███████ |

**Description:** ████████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 6

**Item Ext Amount**



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

## The Boeing Company
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1748971     **Purchase Contract Change No:** 13   **PC/PCC Date:** **2022-09-12**
    **PC Orig Date:** **01-AUG-2019**

**Customer Contract**      **Prime Contract**      **Customer Order**      **Priority Rating**    **Qty**

                                                                6

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 24- NOV- 2020 | 26- OCT- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON           MO    63044
US

**Item Attachment(s)**      **Description**

**End of Item:**   **0142**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0143 | 74A121882-5004 | | EA | |

**Description:** ▮

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

**Customer Contract**      **Prime Contract**      **Customer Order**      **Priority Rating**    **Qty**

                                                                 6

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

Purchase Contract No: **1748971**    Purchase Contract Change No: **13**  PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)**          **Description**

**End of Item:   0143** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | |
|---|---|---|---|
| 0144 | 74A121724-5005 | | |

UM Ordered
EA

Unit Price

**Description:**
**Vendor P/N:**
**Issuing Loc:**  ST LOUIS

Total Qty Ordered
6

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 17- DEC- 2020 | 25- AUG- 2020 |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| Purchase Contract No: | **1748971** | Purchase Contract Change No: | **13** | PC/PCC Date: | **2022-09-12** |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | **01-AUG-2019** |

**Item Attachment(s)**    **Description**



**End of Item:    0144** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0145 | 74A121880-5003 | | EA | ▉ |

| | | |
|---|---|---|
| **Description:** | ▉ | **Total Qty Ordered** |
| **Vendor P/N:** | | 6 |
| **Issuing Loc:** | ST LOUIS | |

**Item Ext Amount**
▉

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▉ | | | ▉ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- SEP- 2020 | 23- SEP- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)**    **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**　　Purchase Contract Change No: **13**　PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

**Item Attachment(s)**　　**Description**



**End of Item:**　**0145** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0146 | 74A121722-5005 | | EA | |

　　　Description:　████████████
　　　Vendor P/N:
　　　Issuing Loc: ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 06- APR- 2021 | 24- SEP- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON　　　　　MO　63044
US

**Item Attachment(s)**　　**Description**



PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**    Purchase Contract Change No: **13**    PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

Item Attachment(s)     Description



**End of Item: 0146** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0147 | 74A121722-5006 | | EA | |

Description: ▮▮▮▮▮▮▮▮▮
Vendor P/N:
Issuing Loc: ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 06- APR- 2021 | 26- OCT- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO    63044
US

Item Attachment(s)     Description

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| | | | |
|---|---|---|---|
| Purchase Contract No: | **1748971** | Purchase Contract Change No: **13** | PC/PCC Date: **2022-09-12** |
| | | | PC Orig Date: **01-AUG-2019** |

**Item Attachment(s)**     **Description**

[REDACTED]

**End of Item:** 0147 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | |
|---|---|---|---|
| 0148 | 74A121833-5004 | UM Ordered: EA | Unit Price [REDACTED] |
| | Description: [REDACTED] | | Total Qty Ordered: 6 |
| | Vendor P/N: | | |
| | Issuing Loc: ST LOUIS | | Item Ext Amount [REDACTED] |

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [REDACTED] | | | [REDACTED] | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO   63044
US

**Item Attachment(s)**     **Description**

[REDACTED]

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

_BOEING_

| | | |
|---|---|---|
| **Purchase Contract No:** 1748971 | **Purchase Contract Change No:** 13 | **PC/PCC Date:** 2022-09-12 |
| | | **PC Orig Date:** 01-AUG-2019 |

**Item Attachment(s)      Description**

█████████████████████████████████████████

**End of Item:     0148** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0149 | 74A121833-5003 | | EA | ██████████ |

**Description:** ████████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
████████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███████████ | | | ██████████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 24- AUG- 2020 | 24- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON               MO    63044
US

**Item Attachment(s)      Description**

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

**End of Item:     0149** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**BOEING**

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:**    **1748971**      **Purchase Contract Change No:**   **13**    **PC/PCC Date:**    **2022-09-12**
                                                             **PC Orig Date:**    **01-AUG-2019**

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|------------|------------|
| 0150 | 74A121880-5004 | | EA | ■■■■■■ |
| | **Description:** ■■■■■■■■ | | | |
| | **Vendor P/N:** | | | **Total Qty Ordered** |
| | **Issuing Loc:** ST LOUIS | | | 6 |

**Item Ext Amount**
■■■■■■■

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ■■■■■■ | | | ■■■■ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON        MO    63044
US

**Item Attachment(s)**      **Description**

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**End of Item:**    **0150**   -------------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|------------|------------|
| 0151 | 74A120609-5013 | | EA | ■■■■■■ |
| | **Description:** ■■■■■■■■ | | | |
| | **Vendor P/N:** | | | **Total Qty Ordered** |
| | **Issuing Loc:** ST LOUIS | | | 6 |

**Item Ext Amount**
■■■■■■

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1748971 | Purchase Contract Change No: | 13 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 01-AUG-2019 |

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮ | | | ▮▮▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 19- NOV- 2020 | 19- NOV- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)     Description**



**End of Item:   0151**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0152 | 74A120607-5013 | | EA | ▮▮▮ |

**Description:** ▮▮▮

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▮▮▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮ | | | ▮▮▮ | 6 |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| Purchase Contract No: | **1748971** | Purchase Contract Change No: | **13** | PC/PCC Date: | **2022-09-12** |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | **01-AUG-2019** |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 19- NOV- 2020 | 19- NOV- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO      63044
US

**Item Attachment(s)          Description**



**End of Item:    0152**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0153 | 74A121752-5011 | | EA | |

Description:
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
6

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO      63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- JUN- 2020 | 23- JUN- 2020 |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971     **Purchase Contract Change No:** 13    **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)**     **Description**



**End of Item: 0153** --------------------------------------------

| Item | Part Number | | | UM Ordered | Unit Price |
|------|-------------|--|--|------------|------------|
| 0154 | 74A121752-5012 | | | EA | ████ |

**Description:** ████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 6

**Item Ext Amount** ████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████ | | | ████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 27- JUL- 2020 | 27- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON     MO   63044
US

**Item Attachment(s)**     **Description**

Purchase Contract No: **1748971**   Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Item Attachment(s)**   **Description**



**End of Item:   0154**  -----------------------------------------------------------------

| Item | Part Number | | | UM Ordered | Unit Price |
|------|-------------|--|--|-----------|-----------|
| 0155 | 74A121854-5003 | | | EA | ████ |

Description:  ████████████████
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
6

Item Ext Amount
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████████ | | | ████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 23- SEP- 2020 | 23- SEP- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)**   **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| | | | |
|---|---|---|---|
| Purchase Contract No: | **1748971** | Purchase Contract Change No: **13** | PC/PCC Date: **2022-09-12** |
| | | | PC Orig Date: **01-AUG-2019** |

**Item Attachment(s)     Description**

**End of Item:     0155** -----------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0156 | 74A120604-5011 | | EA | |

Description:
Vendor P/N:
Issuing Loc:  ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)     Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| | | | |
|---|---|---|---|
| Purchase Contract No: | **1748971** | Purchase Contract Change No: **13** | PC/PCC Date: **2022-09-12** |
| | | | PC Orig Date: **01-AUG-2019** |

**Item Attachment(s)          Description**

█████████████████████████████

**End of Item:    0156** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0157 | 74A121882-5003 | | EA | ████████ |

**Description:** ████████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ██████████ | | | ████████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- SEP- 2020 | 23- SEP- 2020 |

Ship To:

THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)          Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1748971 | Purchase Contract Change No: 13 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|
| | | | PC Orig Date: | 01-AUG-2019 |

**End of Item: 0157** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0158 | 74A121730-5005 | | EA | ▮▮▮▮ |

| | | | |
|---|---|---|---|
| **Description:** | ▮▮▮▮▮▮▮ | | **Total Qty Ordered** |
| **Vendor P/N:** | | | 6 |
| **Issuing Loc:** ST LOUIS | | | **Item Ext Amount** |
| | | | ▮▮▮▮ |

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮▮ | | | ▮▮▮▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date | |
|---|---|---|---|
| 6 | 24- AUG- 2020 | 24- AUG- 2020 | |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)    Description**



**End of Item: 0158** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0159 | 74A120607-5014 | | EA | ▮▮▮▮ |

| | | | |
|---|---|---|---|
| **Description:** | ▮▮▮▮▮▮ | | **Total Qty Ordered** |
| **Vendor P/N:** | | | 6 |
| **Issuing Loc:** ST LOUIS | | | |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

![Boeing]

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1748971     **Purchase Contract Change No:** 13    **PC/PCC Date:** **2022-09-12**
**PC Orig Date:** **01-AUG-2019**

**Item Ext Amount**
█████████████

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|---|---|---|---|---|
| ████████████ | | | ████████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 19- NOV- 2020 | 19- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON       MO   63044
US

**Item Attachment(s)**     **Description**



**End of Item: 0159** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0160 | 74A120606-5011 | | EA | ████████ |

**Description:** ██████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 6

**Item Ext Amount**
███████████

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|---|---|---|---|---|
| ███████████ | | | ███████ | 6 |



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1748971    **Purchase Contract Change No:** 13   **PC/PCC Date:** 2022-09-12

**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 19- NOV- 2020 | 19- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON      MO    63044
US

**Item Attachment(s)**     **Description**

**End of Item: 0160** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|---|---|---|---|---|---|
| 0161 | 74A120608-5009 | | | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
12

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 12 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 12 | 19- NOV- 2020 | 19- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON      MO    63044
US

Purchase Contract No: **1748971**     Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Item Attachment(s)**     **Description**



**End of Item: 0161** -------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0162 | 74A120974-5079 | | EA | ▮ |

Description: ▮
Vendor P/N:
Issuing Loc: ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▮ | | | ▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 19- NOV- 2020 | 19- NOV- 2020 |

Ship To:
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES    MO   63301
US

**Item Attachment(s)**     **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No:   **1748971**        Purchase Contract Change No:   **13**   PC/PCC Date:   **2022-09-12**
PC Orig Date:   **01-AUG-2019**

Item Attachment(s)        Description



End of Item:   **0162**   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|------------|------------|
| 0163 | 74A120604-5012 | | EA | |

Description: ████████████████████████

Vendor P/N:

Issuing Loc:   ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ███████ | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 19- NOV- 2020 | 19- NOV- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO   63044
US

Item Attachment(s)        Description

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| Purchase Contract No: | **1748971** | Purchase Contract Change No: | **13** | PC/PCC Date: | **2022-09-12** |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | **01-AUG-2019** |

**Item Attachment(s)     Description**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**End of Item:    0163** ----------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0164 | 74A120610-5011 | | EA | ▮▮▮▮▮▮ |

**Description:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▮▮▮▮▮▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | | | ▮▮▮▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 19- NOV- 2020 | 19- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)     Description**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**   Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

**Item Attachment(s)**   **Description**

███████████████████████████████

**End of Item: 0164** ----------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0165 | 74A121854-5004 | | EA | ██████ |

Description: ████████████████   Total Qty Ordered
Vendor P/N:   6
Issuing Loc: ST LOUIS

Item Ext Amount
█████████████

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|------------------------|--------------------|--------------------|----------------------|---------|
| ████████████ | | | █████████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO   63044
US

**Item Attachment(s)**   **Description**

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

**End of Item: 0165** ----------------------------------------------

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:**  **1748971**     **Purchase Contract Change No:**  **13**   **PC/PCC Date:**  **2022-09-12**
                                                                     **PC Orig Date:**   **01-AUG-2019**

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0166 | 74A121850-5005 | | EA | ███████ |

**Description:** ████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
███████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████████████ | | | ████████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 03- DEC- 2020 | 25- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO     63044
US

**Item Attachment(s)    Description**



**End of Item:    0166**  ----------------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0167 | 74A121726-5012 | | EA | ███████ |

**Description:** ████████████

**Total Qty Ordered**

PC FORM Rev 1/19/07



## The Boeing Company
## Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971    **Purchase Contract Change No:** 13    **PC/PCC Date:** 2022-09-12

**PC Orig Date:** 01-AUG-2019

**Vendor P/N:** 6

**Issuing Loc:** ST LOUIS

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | ▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 16- JUN- 2021 | 26- OCT- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON    MO   63044
US

**Item Attachment(s)**    **Description**



**End of Item:** 0167 -----------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0168 | 74A121726-5011 | EA | ▮ |

**Description:** ▮

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

PC FORM Rev 1/19/07



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No:  **1748971**       Purchase Contract Change No:  **13**   PC/PCC Date:  **2022-09-12**
PC Orig Date:  **01-AUG-2019**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                     MO    63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 03- DEC- 2020 | 25- AUG- 2020 |

**Item Attachment(s)          Description**



**End of Item:   0168** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0169 | 74A121820-5005 | EA | |

Description:
Vendor P/N:
Issuing Loc:  ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No:  **1748971**  Purchase Contract Change No:  **13**  PC/PCC Date:  **2022-09-12**
PC Orig Date:  **01-AUG-2019**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 24- AUG- 2020 | 24- AUG- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)**     **Description**



**End of Item:   0169** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | |
|---|---|---|---|
| 0171 | 74A120974-5095 | | |

Description:
Vendor P/N:
Issuing Loc:  ST LOUIS

**UM Ordered**
EA

**Unit Price**

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

Ship To:
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES                  MO    63301
US

![Boeing logo]

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| | | | | |
|---|---|---|---|---|
| Purchase Contract No: | **1748971** | Purchase Contract Change No: **13** | PC/PCC Date: | **2022-09-12** |
| | | | PC Orig Date: | **01-AUG-2019** |

**Item Attachment(s)**　　　**Description**



**End of Item: 0171** ---------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0172 | 74A121724-5006 | | EA | ▮ |

**Description:** ▮
**Vendor P/N:** ▮
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▮

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|---|---|---|---|---|
| ▮ | | | ▮ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON　　　　　MO　63044
US

**Item Attachment(s)**　　　**Description**

Purchase Contract No:   **1748971**        Purchase Contract Change No:   **13**   PC/PCC Date:   **2022-09-12**
PC Orig Date:   **01-AUG-2019**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Item Attachment(s)        Description



**End of Item:   0172** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0173 | 74A670531-2003 | | EA | ▮ |

Description: ▮
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
36

Item Ext Amount
▮

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▮ | | | ▮ | 15 |
| | | | | 21 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 36 | 21- MAY- 2020 | 21- MAY- 2020 |

Ship To:
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON        MO    63044
US

Item Attachment(s)        Description

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

| Purchase Contract No: | 1748971 | Purchase Contract Change No: | 13 | PC/PCC Date: | 2022-09-12 |
| | | | | PC Orig Date: | 01-AUG-2019 |

**Item Attachment(s)    Description**

███████████████████████████████████

**End of Item:   0173** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0174 | 74A120991-5026 | | EA | ████ |

**Description:** ████████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ██████████ | | | ████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO    63044
US

**Item Attachment(s)    Description**



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| Purchase Contract No: | 1748971 | Purchase Contract Change No: 13 | PC/PCC Date: **2022-09-12** |
| | | | PC Orig Date: **01-AUG-2019** |

**Item Attachment(s)**     **Description**

█████████████████████████████████████████

**End of Item:  0174** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0175 | 74A121740-5006 | | EA | ████████ |

**Description:** ██████████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
██████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████ | | | ████████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 10- DEC- 2020 | 26- OCT- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO      63044
US

**Item Attachment(s)**     **Description**

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

**End of Item:  0175** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**     Purchase Contract Change No: **13**   PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0176 | 74A121812-5021 | EA | ██████ |

**Description:** ████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

Total Qty Ordered
6

Item Ext Amount
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████ | | | ██████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- SEP- 2020 | 23- SEP- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON            MO   63044
US

Item Attachment(s)     Description



End of Item:   **0176**   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0177 | 74A121890-2007A | EA | ██████ |

**Description:** ████████

Total Qty Ordered

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

Purchase Contract No: **1748971**    Purchase Contract Change No: 13    PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

Vendor P/N:                                                                    6
Issuing Loc: ST LOUIS

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON            MO  63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 09- MAR- 2021 | 24- SEP- 2020 |

**Item Attachment(s)**    **Description**



**End of Item:  0177** ---------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0178 | 74A121812-5023 | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

![Boeing logo]

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1748971    **Purchase Contract Change No:** 13    **PC/PCC Date:** 2022-09-12
                                                                            **PC Orig Date:** 01-AUG-2019

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▇▇▇▇ | | | ▇▇▇ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO   63044
US

**Item Attachment(s)          Description**



**End of Item:  0178** - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0179 | 74A121820-5006 | EA | ▇▇▇ |

**Description:** ▇▇▇▇
**Vendor P/N:**
**Issuing Loc:**  ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
▇▇▇

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ▇▇▇▇ | | | ▇▇▇ | 6 |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**    Purchase Contract Change No: **13**    PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 26- OCT- 2020 | 26- OCT- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO      63044
US

**Item Attachment(s)          Description**



End of Item:    **0179**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number |
|---|---|
| 0180 | 74A121850-5006 |

UM Ordered
EA

Unit Price

Description:
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
6

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO      63044
US

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 03- DEC- 2020 | 26- OCT- 2020 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**    Purchase Contract Change No: **13**    PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

**Item Attachment(s)**    **Description**



**End of Item:   0180** -----------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0181 | 74A120974-5081 | | EA | ███████ |

Description: ██████████
Vendor P/N:
Issuing Loc: ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████████ | | | ████████ | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 19- NOV- 2020 | 19- NOV- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO   63044
US

**Item Attachment(s)**    **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: **1748971**     Purchase Contract Change No: **13**  PC/PCC Date: **2022-09-12**
PC Orig Date: **01-AUG-2019**

**Item Attachment(s)     Description**



---

End of Item:   **0181**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | | UM Ordered | Unit Price |
|------|-------------|--|--|------------|------------|
| 0182 | 74A120610-5012 | | | EA | |

Description:
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
6

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 6 | 15- DEC- 2020 | 15- DEC- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON            MO    63044
US

**Item Attachment(s)     Description**

