Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)** **Description**

## End of Item: 0182

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0183 | 74A120609-5014 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 15- DEC- 2020 | 15- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971  **Purchase Contract Change No:** 13  **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)**  **Description**

[redacted]

**End of Item: 0183** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0184 | 74A140320-5008 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
4

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 24- JAN- 2022 | 24- JAN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement Required

**Item Attachment(s)**  **Description**

[redacted]

**End of Item: 0184** ------------------------------------------------

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0185 | 74A140320-5007 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
4

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 15- DEC- 2021 | 15- DEC- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0185** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0186 | 74A583167-1005 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
12

**Item Ext Amount**
[redacted]

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 12 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 12 | 19- NOV- 2020 | 19- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0186

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0187 | 74A120993-2028 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 15- DEC- 2020 | 15- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0187

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0188 | 74A120974-5082 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 15- DEC- 2020 | 15- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: 1748971 Purchase Contract Change No: 13 PC/PCC Date: 2022-09-12
PC Orig Date: 01-AUG-2019

Item Attachment(s) Description

**End of Item: 0188** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0189 | 74A120974-5086 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 15- DEC- 2020 | 15- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Item Attachment(s) Description

Electronically Acknowledged Exostar Required

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)** **Description**

**End of Item: 0189** -------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0190 | 74A121926-2004A | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 19- NOV- 2020 | 19- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Exostar Acknowledgement Required

**Item Attachment(s)** **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)** **Description**

## End of Item: 0190

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0191 | 74A141419-2001A | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
8

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 5 |
| | | | | 3 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 8 | 21- FEB- 2022 | 21- FEB- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed Acknowledgement Required

**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0191

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0192 | 74A120974-5084 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 15- DEC- 2020 | 15- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0192

Electronically Distributed Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0193 | 74A120974-5085 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 19- NOV- 2020 | 19- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0193

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0194 | 74A120974-5080 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 15- DEC- 2020 | 15- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0194** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0195 | 74A120974-5083 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 6 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 19- NOV- 2020 | 19- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0195** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0196 | 74A120974-5097 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 3 |
| | | | | 3 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 19- NOV- 2020 | 19- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)** **Description**

**End of Item: 0196** ------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0197 | 74A120974-5098 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

Electronically Acknowledged Exostar Required

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |
| | | | | 5 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 19- NOV- 2020 | 19- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: 1748971 Purchase Contract Change No: 13 PC/PCC Date: 2022-09-12
PC Orig Date: 01-AUG-2019

Item Attachment(s) Description

**End of Item: 0197** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0198 | 74A120974-5096 | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
6

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |
| | | | | 2 |
| | | | | 3 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 19- NOV- 2020 | 19- NOV- 2020 |

Ship To:
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Item Attachment(s) Description

Electronically Delivered
Exostar Acknowledgment Required



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)** **Description**

**End of Item: 0198** ----------------------------------------

**Item** 0199 **Part Number** 74A121890-2008A **UM Ordered** EA **Unit Price**

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 02- MAR- 2021 | 20- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed
Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0199

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0200 | 74A121750-5012 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 2 |
| | | | | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 10- DEC- 2020 | 25- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distribution Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)** **Description**

**End of Item: 0200** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0201 | 74A121722-5007 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 3 |
| | | | | 3 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 06- APR- 2021 | 25- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)** **Description**

Electronically Distributed
Exostar Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 162 of 174

Purchase Contract No: 1748971    Purchase Contract Change No: 13    PC/PCC Date: 2022-09-12
PC Orig Date: 01-AUG-2019

Item Attachment(s)    Description

**End of Item: 0201** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0202 | 74A121722-5008 | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
6

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 3 |
| | | | | 3 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 24- MAY- 2021 | 24- MAY- 2021 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Item Attachment(s)    Description

Electronically Distributed
Postal Acknowledgement Required

PC FORM Rev 1/19/07

**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)** **Description**

**End of Item: 0202** ---------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0203 | 74A121722-5007 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 2 |
| | | | | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 24- MAY- 2021 | 24- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed
Star Acknowledgement
Required

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Purchase Contract No: 1748971 Purchase Contract Change No: 13 PC/PCC Date: 2022-09-12
PC Orig Date: 01-AUG-2019

| Item Attachment(s) | Description |
|---|---|
| [redacted] | |

End of Item: 0203 ---------- Line Item Was Updated

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0204 | 74A121722-5008 | EA | [redacted] |

[redacted]

Description: [redacted]
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered: 6

Item Ext Amount: [redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 2<br>4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 24- AUG- 2021 | 24- AUG- 2021 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

| Item Attachment(s) | Description |
|---|---|
| [redacted] | |

Electronically Distributed
Acknowledgement Required







Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

**End of Item: 0204** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0205 | 74A121722-5007 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]
Fixed Price

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 2 |
| | | | [redacted] | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 26- JUL- 2021 | 26- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement Acknowledged

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0205** ---------------------------------------- **Line Item Was Updated**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0206 | 74A121722-5008 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 2 |
| | | | | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 25- OCT- 2021 | 25- OCT- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement

**Item Attachment(s)** **Description**

**End of Item: 0206** ---------------------------------------- **Line Item Was Updated**

**PC Attachment(s)** **Description**



**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

**PC Attachment(s)** **Description**

Terms and conditions clauses applicable to this Purchase Contract, including Purchase Contract changes, are incorporated herein by reference and can be found at http://www.boeingsuppliers.com/terms.html. Unless indicated elsewhere in this Purchase Contract, the version of each incorporated clause applicable to this Purchase Contract is the latest dated version of each clause in effect on the date of the original Purchase contract (Purchase Contract Change No: 00) included on the front page thereof. Unless indicated elsewhere in a subsequent Purchase Contract Change(s), clauses added via such Purchase Contract Change(s) shall be the version of the clause in effect on the date of such Purchase Contract Change(s). Referenced attachments are incorporated herein by reference.

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

The Boeing Company
Purchase Contract/Purchase Contract Change
Page 168 of 174

**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

## PC Attachment(s)

**Attachment 0000.00 0000 0030**

TERMS - **INVOICE PAYMENT TERMS**

This Purchase Contract is subject to the following payment terms. See the General Provisions applicable to this Purchase Contract for important information regarding payment.

Discount: 0%, Discount Days: 0, Net Days: 30

**Attachment H200**

**Attachment H602**

PC FORM Rev 1/19/07



The Boeing Company

Purchase Contract/Purchase Contract Change

Page 169 of 174

Purchase Contract No: 1748971 Purchase Contract Change No: 13 PC/PCC Date: 2022-09-12
PC Orig Date: 01-AUG-2019

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Attachment M100**

M100

SOLICITATION / CONTRACT ATTACHMENTS (VARIABLE)

Variable portion of the clause is listed below:

This clause incorporates by reference all attachments, exhibits, and/or appendices identified below:

a. General Terms Agreement (GTA) Number G1700005 dated 31 May 2019, which modifies GP7 Fixed Price Goods under U.S. Government Prime Contract, incorporated into this procurement.

b. Boeing and GKN MOA-2019- 00007, dated 24 May 2019.

**Attachment M308**

Exclusively Distributed ... Acknowledgement

PC FORM Rev 1/19/07



The Boeing Company

# Purchase Contract/Purchase Contract Change

Page 170 of 174

Purchase Contract No: 1748971 Purchase Contract Change No: 13 PC/PCC Date: 2022-09-12
PC Orig Date: 01-AUG-2019

Attachment PC REV NOTES

Line Item 0025

Attachment CONTRACTS/DPAS RATINGS.

Line Item 0031

Attachment CONTRACTS/DPAS RATINGS.

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 171 of 174

Purchase Contract No: 1748971 Purchase Contract Change No: 13 PC/PCC Date: 2022-09-12
PC Orig Date: 01-AUG-2019

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Line Item 0049

Attachment CONTRACTS/DPAS RATINGS.

Line Item 0078

Attachment CONTRACTS/DPAS RATINGS.

Line Item 0114

Attachment CONTRACTS/DPAS RATINGS.

Electronically Distributed
Star Acknowledgement Required

PC FORM Rev 1/19/07

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 172 of 174

Purchase Contract No: 1748971 Purchase Contract Change No: 13 PC/PCC Date: 2022-09-12
PC Orig Date: 01-AUG-2019

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Line Item 0122
Attachment CONTRACTS/DPAS RATINGS.

Line Item 0146
Attachment CONTRACTS/DPAS RATINGS.

Line Item 0147
Attachment CONTRACTS/DPAS RATINGS.

PC FORM Rev 1/19/07



The Boeing Company

Purchase Contract/Purchase Contract Change

Page 173 of 174

Purchase Contract No: 1748971 Purchase Contract Change No: 13 PC/PCC Date: 2022-09-12
PC Orig Date: 01-AUG-2019

Line Item 0187

Attachment CONTRACTS/DPAS RATINGS.

Electronically Distribution
Exostar Acknowledgement
Required

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1748971 **Purchase Contract Change No:** 13 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 01-AUG-2019

By acceptance of this Purchase Contract, including Purchase Contract changes, whether by written, electronic, or other manner of acceptance, Seller certifies that all Seller representations and certifications applicable to this Purchase Contract included in Seller's SP1 Annual Representations and Certifications (which include, but are not limited to, Debarment, Payment to Influence Certain Federal Transactions, Size and Socioeconomic status) are valid and current, accurate and complete as of the date of acceptance. In particular, pursuant to FAR 52.209-6, by acceptance of this Purchase Contract, Seller certifies that neither it nor its principals are debarred, suspended or proposed for debarment by the United States Federal Government and that Seller is in compliance with 52.203-11. If Seller's status under any of the applicable representations and certifications has changed, Seller must submit a new SP1 prior to accepting this Purchase Contract.

If this is a rated order certified for U.S. national defense use, Seller is required to follow all the provisions of the Defense Priorities and Allocations System regulation (15 CFR part 700) in obtaining controlled materials and other products, services and materials needed to fill this order. If this is a DX rated order, Seller must provide Buyer with written acceptance or rejection of this order within ten (10) working days after receipt. If this is a DO rated order, Seller must promptly provide Buyer with written acceptance or rejection of this order within fifteen (15) working days after receipt. Seller must include in any written rejection of a rated order the reasons for the rejection. Seller's written acknowledgement of this rated order shall constitute written acceptance of this DPAS rating.

When applicable, the DPAS rating is specified in the line item(s) contained in this Purchase Contract.

This purchase contract is subject to Autopay unless a Boeing invoicing location is noted at the line item level.

Seller's commencement of performance or acceptance of this Purchase Contract in any manner shall conclusively evidence acceptance of the Purchase Contract as written.

Total Purchase Contract Values - Definitions:
(1) "Total PC Value" is the sum of the ITEM EXTENDED AMOUNT (or UNDEF. EXT. AMOUNT) for all items on this PC.
(2) "Total Definitized Value" is the total value of all fully definitized line items, and is calculated using the ITEM EXTENDED AMOUNT for those items.
(3) "Total Undefinitzed NTE value" is the total Not-To-Exceed (NTE) value for all line items that are not fully definitized. These line items are identified with a PRICE DESCRIPTION of "Maximum Price", "Estimated Price, "Not To Exceed", "Will Negotiate", "Funding Limitation", or "Advise Price".
(4) "Total PC Funding" is defined by Clause F216 (if applicable to this PC).

Electronically Distributed
Exostar Acknowledgement
Required

**Buyer Name:** Brooke Gibbs **Phone:** [redacted]
**Fax:** [redacted]

**Email Address:** [redacted]
**Loc/Bldg/Ms:** [redacted]

THE BOEING COMPANY
PO BOX 516
ST LOUIS MO 63166-0516
US

**BUYER** ______________________ **DATE** __________
PURCHASING AGENT SIGNATURE

**SELLER** ______________________ **DATE** __________
AUTHORIZED SIGNATURE

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

BOEING

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**Total PC Value:**
**PC Orig Date:** 01-AUG-2019
**Total PC Funding:**
**Total Definitized Value:**
**Total Undefinitized NTE Value:**

**Supplier No.**
**BEST Code:**
**Supplier Address:**
**NAICS:**
**Size Std Emp:**

GKN AEROSPACE N AMERICA INC
142 MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Manufacturer Address:**

142 JS MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Confirm To:**

**Payment Type:**
**Payment Rate:** 0.00%
**Liquidation Type:**
**Liquidation Rate:** 0.00%

Electronically Distributed
Exostar Acknowledgement Required

**All Deliverable line items on this Purchase Contract will ship to the following address unless otherwise specified on the line item(s).**

**Ship To:**
SEE PURCHASE CONTRACT LINE ITEM

**Routing:** Carrier of your choice (FOB Destination Only)
**FOB:** DESTINATION
**Shipping Payment Method:** Prepaid (by Seller)

**Purchase Contract Revision Notes** - Data Not Specifically Altered Remains Unchanged



Electronically Distributed
Exostar Acknowledgement
Required

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0022 | 74A193101-5024 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
5

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 5 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 5 | 14- NOV- 2023 | 14- NOV- 2023 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0022** ------------------------------------------------------------

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0023 | 74A193101-5022 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
2

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 2 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 2 | 16- JUN- 2021 | 16- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Electronically Distributed Acknowledgement

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0023 ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0024 | 74A193101-5021 | EA | [redacted] |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
2

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 2 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 2 | 17- MAY- 2021 | 17- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0024

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0025 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

# EXHIBIT D

## *Part 6 of 31*

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

**Item Ext Amount**

**Customer Contract** **Prime Contract** **Customer Order** **Priority Rating** **Qty**

1

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 24- MAR- 2020 | 24- MAR- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0025** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0026 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 10- APR- 2020 | 10- APR- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

## End of Item: 0026

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0027 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 09- MAR- 2020 | 09- MAR- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0027** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0028 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 13- MAY- 2020 | 13- MAY- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0028

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0029 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |



**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 19- AUG- 2020 | 19- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0029** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0030 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 18- MAR- 2020 | 18- MAR- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

## End of Item: 0030

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0031 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 10- APR- 2020 | 10- APR- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0031** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0032 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 25- FEB- 2020 | 25- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0032** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0033 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 21- APR- 2020 | 21- APR- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0033** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0034 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 15 of 157

Purchase Contract No: 1749275 Purchase Contract Change No: 18 PC/PCC Date: 2022-08-07
PC Orig Date: 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 28- JUL- 2020 | 28- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0034** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0035 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 13- JUL- 2020 | 13- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0035** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0036 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 25- AUG- 2020 | 25- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0036** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0037 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 06- APR- 2020 | 06- APR- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0037** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0038 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

BOEING
The Boeing Company
Purchase Contract/Purchase Contract Change
Page 19 of 157

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 04- MAY- 2020 | 04- MAY- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0038** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0039 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 21- MAY- 2020 | 21- MAY- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0039** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0040 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |


Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 11- JUN- 2020 | 02- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0040** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0041 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 11- JUN- 2020 | 02- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0041** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0042 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 26- MAY- 2020 | 26- MAY- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0042** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0043 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 29- JUN- 2020 | 19- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0043** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0044 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 16- JUL- 2020 | 16- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0044** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0045 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 23- SEP- 2020 | 23- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0045

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0046 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 20- APR- 2021 | 20- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0046** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0047 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

The Boeing Company
Purchase Contract/Purchase Contract Change
Page 28 of 157

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 13- JAN- 2021 | 13- JAN- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0047** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0048 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

PC FORM Rev 1/19/07

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 17- FEB- 2021 | 17- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0048** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0049 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

The Boeing Company
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1749275  **Purchase Contract Change No:** 18  **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 01- MAR- 2021 | 01- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0049** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0050 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 08- MAR- 2021 | 08- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0050** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0051 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 17- MAR- 2021 | 17- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0051** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0052 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 17- JUN- 2020 | 17- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0052** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0053 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 28- JUL- 2020 | 28- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0053** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0054 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 23- JUL- 2020 | 23- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0054** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0055 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 21- OCT- 2020 | 21- OCT- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0055** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0056 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 16- NOV- 2020 | 16- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0056** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0057 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 19- NOV- 2020 | 19- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0057** ----------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0058 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 16- NOV- 2020 | 16- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0058** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0059 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 17- SEP- 2020 | 17- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0059** ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0060 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 23- SEP- 2020 | 23- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0060** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0061 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 05- OCT- 2020 | 05- OCT- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0061** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0062 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 21- OCT- 2020 | 21- OCT- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0062** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0063 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Exostar Redacted

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 03- DEC- 2020 | 03- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0063** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0064 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 01- FEB- 2021 | 01- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0064** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0065 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 16- JUL- 2020 | 16- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0065** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0066 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 19- AUG- 2020 | 19- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0066** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0067 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 08- SEP- 2020 | 08- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0067** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0068 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 25- AUG- 2020 | 25- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0068** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0069 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |


Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 15- OCT- 2020 | 15- OCT- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0069** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0070 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 02- NOV- 2020 | 02- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0070** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0071 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 17- SEP- 2020 | 17- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0071** ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0072 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 15- OCT- 2020 | 15- OCT- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

## End of Item: 0072

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0073 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 05- APR- 2021 | 05- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0073** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0074 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 02- NOV- 2020 | 02- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0074

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0075 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 21- DEC- 2020 | 21- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0075** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0076 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 29- JUN- 2020 | 19- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0076** ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0077 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 15- JUN- 2020 | 15- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0077** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0078 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 08- SEP- 2020 | 08- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0078 ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0079 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
| --- | --- | --- |
| 1 | 05- OCT- 2020 | 05- OCT- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0079** ------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
| --- | --- | --- | --- | --- |
| 0080 | 74A172004-5068 | | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| --- | --- | --- | --- | --- |
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 20- JAN- 2021 | 20- JAN- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0080** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0081 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 08- FEB- 2021 | 08- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0081** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0082 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 23- MAR- 2021 | 23- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0082** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0083 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 08- APR- 2021 | 08- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0083** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0084 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 09- DEC- 2020 | 09- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0084** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0085 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 01- MAR- 2021 | 01- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0085** ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0086 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 17- FEB- 2021 | 17- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0086** --------------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0087 | 74A172004-5067 | EA | | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 08- FEB- 2021 | 08- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0087** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0088 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 09- AUG- 2021 | 09- AUG- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0088** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0089 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275  **Purchase Contract Change No:** 18  **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 11- OCT- 2021 | 11- OCT- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0089** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0090 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 24- MAY- 2021 | 24- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0090** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0091 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

# Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 14- MAY- 2021 | 14- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0091** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0092 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 06- MAY- 2021 | 06- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0092** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0093 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 18- MAY- 2021 | 18- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0093** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0094 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- JUN- 2021 | 07- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0094**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0095 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

BOEING

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 16- JUN- 2021 | 16- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0095** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0096 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |


Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 20- OCT- 2021 | 20- OCT- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0096** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0097 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 18- AUG- 2021 | 18- AUG- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0097** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0098 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 12- FEB- 2021 | 12- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0098** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0099 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 16- SEP- 2021 | 16- SEP- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0099** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0100 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

BOEING

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 24- FEB- 2021 | 24- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0100** ---------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0101 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 20- OCT- 2021 | 20- OCT- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0101** ------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0102 | 74A172004-5068 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 08- DEC- 2021 | 08- DEC- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0102** ----------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0103 | 74A172004-5068 | | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 21- JUL- 2021 | 21- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0103** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0104 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 16- JUN- 2021 | 16- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0104** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0105 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

The Boeing Company

# Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 09- AUG- 2021 | 09- AUG- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0105** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0106 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 09- DEC- 2020 | 09- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0106** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0107 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |



# Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 21- DEC- 2020 | 21- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0107** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0108 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 13- JAN- 2021 | 13- JAN- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0108** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0109 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 20- JAN- 2021 | 20- JAN- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0109** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0110 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 17- MAR- 2021 | 17- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0110** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0111 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 20- APR- 2021 | 20- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0111** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0112 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 03- MAY- 2021 | 03- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0112** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0113 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 06- MAY- 2021 | 06- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0113

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0114 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- SEP- 2021 | 22- SEP- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0114** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0115 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 04- OCT- 2021 | 04- OCT- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0115** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0116 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 12- MAR- 2021 | 12- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0116** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0117 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 08- NOV- 2021 | 08- NOV- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0117**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0118 | 74A172004-5068 | EA | |

**Description:** ACT
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 19- APR- 2022 | 19- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0118** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0119 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- MAR- 2022 | 07- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0119** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0120 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 13- AUG- 2021 | 13- AUG- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0120** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0121 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- MAR- 2022 | 22- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0121** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0122 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 04- APR- 2022 | 04- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0122** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0123 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |


Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- APR- 2022 | 07- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0123** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0124 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 01- FEB- 2021 | 01- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0124** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0125 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 03- DEC- 2020 | 03- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0125** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0126 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 06- JUL- 2021 | 06- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0126** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0127 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 12- JUL- 2021 | 12- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0127** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0128 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

The Boeing Company
Purchase Contract/Purchase Contract Change
Page 109 of 157

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 02- AUG- 2021 | 02- AUG- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0128** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0129 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 30- JUN- 2021 | 30- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0129** ---------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0130 | 74A172004-5067 | EA | | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 08- MAR- 2021 | 08- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0130 ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0131 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 23- MAR- 2021 | 23- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0131** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0132 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |



Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 05- APR- 2021 | 05- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0132** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0133 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |



**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 21- JUL- 2021 | 21- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0133** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0134 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:47 PM

# EXHIBIT D

## *Part 7 of 31*

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 03- MAY- 2021 | 03- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0134** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0135 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 18- MAY- 2021 | 18- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0135** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0136 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- JUN- 2021 | 07- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0136** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0137 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 24- MAY- 2021 | 24- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0137

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0138 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 06- JUL- 2021 | 06- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0138

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0139 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- JUN- 2021 | 22- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0139** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0140 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 02- AUG- 2021 | 02- AUG- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0140**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0141 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275  **Purchase Contract Change No:** 18  **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 16- SEP- 2021 | 16- SEP- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0141** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0142 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 19- NOV- 2020 | 19- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0142** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0143 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 18- NOV- 2021 | 18- NOV- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0143** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0144 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |



**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 15- APR- 2021 | 15- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0144** ------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0145 | 74A172004-5068 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- FEB- 2022 | 07- FEB- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0145** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0146 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

# Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 04- OCT- 2021 | 04- OCT- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0146** ------------------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0147 | 74A172004-5068 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 11- OCT- 2021 | 11- OCT- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0147** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0148 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 16- JUL- 2021 | 16- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0148** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0149 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 01- JUN- 2021 | 01- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0149** ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0150 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 28- JUL- 2021 | 28- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0150** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0151 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 20- DEC- 2021 | 20- DEC- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0151** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0173 | 74A193101-5022 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 17- JUL- 2023 | 17- JUL- 2023 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)** **Description**

**End of Item: 0173** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0196 | 74A193101-5021 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 11- DEC- 2023 | 11- DEC- 2023 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0196** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0197 | 74A193101-5022 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | |

# Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 18- MAR- 2024 | 18- MAR- 2024 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

**End of Item: 0197** ---------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0198 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 08- APR- 2021 | 08- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)** **Description**

**End of Item: 0198** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0199 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 12- JUL- 2021 | 12- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)** **Description**

**End of Item: 0199** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0200 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 18- AUG- 2021 | 18- AUG- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0200** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0201 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 12- FEB- 2021 | 12- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)** **Description**

**End of Item: 0201** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0202 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- SEP- 2021 | 07- SEP- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)** **Description**

**End of Item: 0202** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0203 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 17- JUN- 2020 | 17- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)** **Description**

**End of Item: 0203** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0204 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- JUN- 2021 | 22- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)** **Description**

**End of Item: 0204** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0205 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |


Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- SEP- 2021 | 07- SEP- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0205** -----------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0206 | 74A182302-5054 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
12

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 12 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

The Boeing Company
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 12 | 17- SEP- 2018 | 17- SEP- 2018 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0206** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0207 | 74A193101-5025 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
64

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 64 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 18- JUL- 2022 | 18- JUL- 2022 |
| 4 | 16- JUN- 2022 | 16- JUN- 2022 |
| 1 | 17- AUG- 2022 | 27- JUL- 2022 |
| 1 | 19- SEP- 2022 | 29- JUL- 2022 |
| 1 | 17- OCT- 2022 | 16- AUG- 2022 |
| 1 | 14- NOV- 2022 | 18- AUG- 2022 |
| 1 | 12- DEC- 2022 | 26- AUG- 2022 |
| 1 | 17- JAN- 2023 | 30- AUG- 2022 |
| 1 | 14- FEB- 2023 | 31- AUG- 2022 |
| 1 | 20- MAR- 2023 | 14- SEP- 2022 |
| 1 | 17- APR- 2023 | 16- SEP- 2022 |
| 1 | 16- MAY- 2023 | 21- SEP- 2022 |
| 1 | 19- JUN- 2023 | 23- SEP- 2022 |
| 1 | 17- JUL- 2023 | 28- SEP- 2022 |
| 1 | 17- AUG- 2023 | 30- SEP- 2022 |
| 1 | 17- OCT- 2023 | 14- OCT- 2022 |
| 1 | 19- OCT- 2022 | 19- OCT- 2022 |
| 1 | 21- OCT- 2022 | 21- OCT- 2022 |
| 1 | 26- OCT- 2022 | 26- OCT- 2022 |
| 1 | 28- OCT- 2022 | 28- OCT- 2022 |
| 1 | 31- OCT- 2022 | 31- OCT- 2022 |
| 1 | 15- NOV- 2022 | 15- NOV- 2022 |
| 1 | 17- NOV- 2022 | 17- NOV- 2022 |
| 1 | 22- NOV- 2022 | 22- NOV- 2022 |
| 1 | 29- NOV- 2022 | 29- NOV- 2022 |
| 1 | 14- DEC- 2022 | 14- DEC- 2022 |
| 1 | 16- DEC- 2022 | 16- DEC- 2022 |
| 1 | 21- DEC- 2022 | 21- DEC- 2022 |
| 1 | 22- DEC- 2022 | 22- DEC- 2022 |
| 1 | 10- JAN- 2023 | 10- JAN- 2023 |
| 1 | 17- JAN- 2023 | 17- JAN- 2023 |
| 1 | 20- JAN- 2023 | 20- JAN- 2023 |
| 1 | 24- JAN- 2023 | 24- JAN- 2023 |
| 1 | 27- JAN- 2023 | 27- JAN- 2023 |
| 1 | 31- JAN- 2023 | 31- JAN- 2023 |
| 1 | 07- FEB- 2023 | 07- FEB- 2023 |
| 1 | 14- FEB- 2023 | 14- FEB- 2023 |
| 1 | 17- FEB- 2023 | 17- FEB- 2023 |
| 1 | 21- FEB- 2023 | 21- FEB- 2023 |
| 1 | 24- FEB- 2023 | 24- FEB- 2023 |
| 1 | 28- FEB- 2023 | 28- FEB- 2023 |
| 1 | 09- MAR- 2023 | 09- MAR- 2023 |
| 1 | 15- MAR- 2023 | 15- MAR- 2023 |
| 1 | 21- MAR- 2023 | 21- MAR- 2023 |
| 1 | 24- MAR- 2023 | 24- MAR- 2023 |
| 1 | 28- MAR- 2023 | 28- MAR- 2023 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Electronically Distributed
Acknowledgement Required



**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 31- MAR- 2023 | 31- MAR- 2023 |
| 1 | 11- APR- 2023 | 11- APR- 2023 |
| 1 | 14- APR- 2023 | 14- APR- 2023 |
| 1 | 18- APR- 2023 | 18- APR- 2023 |
| 1 | 21- APR- 2023 | 21- APR- 2023 |
| 1 | 25- APR- 2023 | 25- APR- 2023 |
| 1 | 28- APR- 2023 | 28- APR- 2023 |
| 1 | 10- MAY- 2023 | 10- MAY- 2023 |
| 1 | 16- MAY- 2023 | 16- MAY- 2023 |
| 1 | 19- MAY- 2023 | 19- MAY- 2023 |
| 1 | 23- MAY- 2023 | 23- MAY- 2023 |
| 1 | 26- MAY- 2023 | 26- MAY- 2023 |

Distributed Agreement

**Item Attachment(s)** **Description**

**End of Item: 0207** ---------------------------------------- **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0208 | 74A193101-5025 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
7

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 7 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 11- DEC- 2023 | 11- DEC- 2023 |
| 1 | 17- JAN- 2024 | 07- JUN- 2023 |
| 1 | 13- JUN- 2023 | 13- JUN- 2023 |
| 1 | 16- JUN- 2023 | 16- JUN- 2023 |
| 1 | 20- JUN- 2023 | 20- JUN- 2023 |
| 1 | 23- JUN- 2023 | 23- JUN- 2023 |
| 1 | 28- JUN- 2023 | 28- JUN- 2023 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0208** ------------------------------------------------ **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0209 | 74A193101-5026 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
74

**Item Ext Amount**
[redacted]


Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 74 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 18- JUL- 2022 | 18- JUL- 2022 |
| 3 | 16- JUN- 2022 | 16- JUN- 2022 |
| 1 | 17- AUG- 2022 | 27- JUL- 2022 |
| 1 | 19- SEP- 2022 | 29- JUL- 2022 |
| 1 | 17- OCT- 2022 | 16- AUG- 2022 |
| 1 | 14- NOV- 2022 | 18- AUG- 2022 |
| 1 | 12- DEC- 2022 | 24- AUG- 2022 |
| 1 | 17- JAN- 2023 | 26- AUG- 2022 |
| 1 | 14- FEB- 2023 | 30- AUG- 2022 |
| 1 | 20- MAR- 2023 | 31- AUG- 2022 |
| 1 | 17- APR- 2023 | 14- SEP- 2022 |
| 1 | 16- MAY- 2023 | 16- SEP- 2022 |
| 1 | 19- JUN- 2023 | 21- SEP- 2022 |
| 1 | 17- JUL- 2023 | 23- SEP- 2022 |
| 1 | 17- AUG- 2023 | 28- SEP- 2022 |
| 1 | 18- SEP- 2023 | 30- SEP- 2022 |
| 1 | 17- OCT- 2023 | 14- OCT- 2022 |
| 1 | 14- NOV- 2023 | 19- OCT- 2022 |
| 1 | 21- OCT- 2022 | 21- OCT- 2022 |
| 1 | 26- OCT- 2022 | 26- OCT- 2022 |
| 1 | 28- OCT- 2022 | 28- OCT- 2022 |
| 1 | 31- OCT- 2022 | 31- OCT- 2022 |
| 1 | 15- NOV- 2022 | 15- NOV- 2022 |
| 1 | 17- NOV- 2022 | 17- NOV- 2022 |
| 1 | 22- NOV- 2022 | 22- NOV- 2022 |
| 1 | 29- NOV- 2022 | 29- NOV- 2022 |
| 1 | 14- DEC- 2022 | 14- DEC- 2022 |
| 1 | 16- DEC- 2022 | 16- DEC- 2022 |
| 1 | 21- DEC- 2022 | 21- DEC- 2022 |
| 1 | 22- DEC- 2022 | 22- DEC- 2022 |
| 1 | 10- JAN- 2023 | 10- JAN- 2023 |
| 1 | 17- JAN- 2023 | 17- JAN- 2023 |
| 1 | 20- JAN- 2023 | 20- JAN- 2023 |
| 1 | 24- JAN- 2023 | 24- JAN- 2023 |
| 1 | 27- JAN- 2023 | 27- JAN- 2023 |
| 1 | 31- JAN- 2023 | 31- JAN- 2023 |
| 1 | 07- FEB- 2023 | 07- FEB- 2023 |
| 1 | 14- FEB- 2023 | 14- FEB- 2023 |
| 1 | 17- FEB- 2023 | 17- FEB- 2023 |
| 1 | 21- FEB- 2023 | 21- FEB- 2023 |
| 1 | 24- FEB- 2023 | 24- FEB- 2023 |
| 1 | 28- FEB- 2023 | 28- FEB- 2023 |
| 1 | 09- MAR- 2023 | 09- MAR- 2023 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Electronically Distributed
Acknowledgement Required


**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 15- MAR- 2023 | 15- MAR- 2023 |
| 1 | 21- MAR- 2023 | 21- MAR- 2023 |
| 1 | 24- MAR- 2023 | 24- MAR- 2023 |
| 1 | 28- MAR- 2023 | 28- MAR- 2023 |
| 1 | 31- MAR- 2023 | 31- MAR- 2023 |
| 1 | 11- APR- 2023 | 11- APR- 2023 |
| 1 | 14- APR- 2023 | 14- APR- 2023 |
| 1 | 18- APR- 2023 | 18- APR- 2023 |
| 1 | 21- APR- 2023 | 21- APR- 2023 |
| 1 | 25- APR- 2023 | 25- APR- 2023 |
| 1 | 28- APR- 2023 | 28- APR- 2023 |
| 1 | 10- MAY- 2023 | 10- MAY- 2023 |
| 1 | 16- MAY- 2023 | 16- MAY- 2023 |
| 1 | 19- MAY- 2023 | 19- MAY- 2023 |
| 1 | 23- MAY- 2023 | 23- MAY- 2023 |
| 1 | 26- MAY- 2023 | 26- MAY- 2023 |
| 1 | 31- MAY- 2023 | 31- MAY- 2023 |
| 1 | 07- JUN- 2023 | 07- JUN- 2023 |
| 1 | 13- JUN- 2023 | 13- JUN- 2023 |
| 1 | 16- JUN- 2023 | 16- JUN- 2023 |
| 1 | 20- JUN- 2023 | 20- JUN- 2023 |
| 1 | 23- JUN- 2023 | 23- JUN- 2023 |
| 1 | 28- JUN- 2023 | 28- JUN- 2023 |
| 1 | 11- JUL- 2023 | 11- JUL- 2023 |
| 1 | 14- JUL- 2023 | 14- JUL- 2023 |
| 1 | 18- JUL- 2023 | 18- JUL- 2023 |

**Item Attachment(s)** **Description**

Electronically Distributed Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Purchase Contract No:  **1749275**    Purchase Contract Change No:  **18**    PC/PCC Date:  **2022-08-07**
PC Orig Date:  **01-AUG-2019**

| Item Attachment(s) | Description |
|---|---|
| ███████████████████████████ | |

**End of Item:  0210** -------------------------------------------------- Line Item Was Updated

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0210 | 74A193101-5026 | | EA | ████████████ |

Description: ████████████████

Vendor P/N:

Issuing Loc:  ST LOUIS

**Total Qty Ordered**
20

**Item Ext Amount**
████████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███████████████ | | | | 20 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 21- JUL- 2023 | 21- JUL- 2023 |
| 1 | 25- JUL- 2023 | 25- JUL- 2023 |
| 1 | 28- JUL- 2023 | 28- JUL- 2023 |
| 1 | 09- AUG- 2023 | 09- AUG- 2023 |
| 1 | 15- AUG- 2023 | 15- AUG- 2023 |
| 1 | 18- AUG- 2023 | 18- AUG- 2023 |
| 1 | 22- AUG- 2023 | 22- AUG- 2023 |
| 1 | 25- AUG- 2023 | 25- AUG- 2023 |
| 1 | 30- AUG- 2023 | 30- AUG- 2023 |
| 1 | 08- SEP- 2023 | 08- SEP- 2023 |
| 1 | 15- SEP- 2023 | 15- SEP- 2023 |
| 1 | 19- SEP- 2023 | 19- SEP- 2023 |
| 1 | 22- SEP- 2023 | 22- SEP- 2023 |
| 1 | 27- SEP- 2023 | 27- SEP- 2023 |
| 1 | 09- OCT- 2023 | 09- OCT- 2023 |
| 1 | 16- OCT- 2023 | 16- OCT- 2023 |
| 1 | 23- OCT- 2023 | 23- OCT- 2023 |
| 1 | 25- OCT- 2023 | 25- OCT- 2023 |
| 1 | 30- OCT- 2023 | 30- OCT- 2023 |
| 1 | 31- OCT- 2023 | 31- OCT- 2023 |

Ship To:
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES          MO    63301
US

| Item Attachment(s) | Description |
|---|---|
| ███████████████████████████ | |


The Boeing Company

**Purchase Contract/Purchase Contract Change**

Page 151 of 157

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)** **Description**

**End of Item: 0210** ---------------------------------------- **Line Item Was Updated**

**PC Attachment(s)** **Description**

Terms and conditions clauses applicable to this Purchase Contract, including Purchase Contract changes, are incorporated herein by reference and can be found at http://www.boeingsuppliers.com/terms.html. Unless indicated elsewhere in this Purchase Contract, the version of each incorporated

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM



The Boeing Company

Purchase Contract/Purchase Contract Change

Page 152 of 157

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

clause applicable to this Purchase Contract is the latest dated version of each clause in effect on the date of the original Purchase contract (Purchase Contract Change No: 00) included on the front page thereof. Unless indicated elsewhere in a subsequent Purchase Contract Change(s), clauses added via such Purchase Contract Change(s) shall be the version of the clause in effect on the date of such Purchase Contract Change(s). Referenced attachments are incorporated herein by reference.

Electronically Distributed Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

PC FORM Rev 1/19/07



The Boeing Company

Purchase Contract/Purchase Contract Change

Page 153 of 157

Purchase Contract No: 1749275 Purchase Contract Change No: 18 PC/PCC Date: 2022-08-07

PC Orig Date: 01-AUG-2019

## PC Attachment(s)

**Attachment 0000.00 0000 0030**

TERMS - **INVOICE PAYMENT TERMS**

This Purchase Contract is subject to the following payment terms. See the General Provisions applicable to this Purchase Contract for important information regarding payment.

Discount: 0%, Discount Days: 0, Net Days: 30

**Attachment D501**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 154 of 157

Purchase Contract No: 1749275 Purchase Contract Change No: 18 PC/PCC Date: 2022-08-07
PC Orig Date: 01-AUG-2019

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Attachment H200**

**Attachment M100**

M100

SOLICITATION / CONTRACT ATTACHMENTS (VARIABLE)

Variable portion of the clause is listed below:

This clause incorporates by reference all attachments, exhibits, and/or appendices identified below:

a. General Terms Agreement (GTA) Number G1700005 dated 31 May 2019, which modifies GP7 Fixed Price Goods under U.S. Government Prime Contract, incorporated into this procurement.

b. Boeing and GKN MOA-2019- 00007, dated 24 May 2019.

Electronically Distributed
Exostar Acknowledgement Required

PC FORM Rev 1/19/07



Purchase Contract No: 1749275 Purchase Contract Change No: 18 PC/PCC Date: 2022-08-07
PC Orig Date: 01-AUG-2019

Attachment M308

[redacted]

Electronic Exostar Acknowledgment Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

Page 156 of 157

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Attachment PC REV NOTES**

PC FORM Rev 1/19/07


Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1749275 **Purchase Contract Change No:** 18 **PC/PCC Date:** 2022-08-07
**PC Orig Date:** 01-AUG-2019

By acceptance of this Purchase Contract, including Purchase Contract changes, whether by written, electronic, or other manner of acceptance, Seller certifies that all Seller representations and certifications applicable to this Purchase Contract included in Seller's SP1 Annual Representations and Certifications (which include, but are not limited to, Debarment, Payment to Influence Certain Federal Transactions, Size and Socioeconomic status) are valid and current, accurate and complete as of the date of acceptance. In particular, pursuant to FAR 52.209-6, by acceptance of this Purchase Contract, Seller certifies that neither it nor its principals are debarred, suspended or proposed for debarment by the United States Federal Government and that Seller is in compliance with 52.203-11. If Seller's status under any of the applicable representations and certifications has changed, Seller must submit a new SP1 prior to accepting this Purchase Contract.

If this is a rated order certified for U.S. national defense use, Seller is required to follow all the provisions of the Defense Priorities and Allocations System regulation (15 CFR part 700) in obtaining controlled materials and other products, services and materials needed to fill this order. If this is a DX rated order, Seller must provide Buyer with written acceptance or rejection of this order within ten (10) working days after receipt. If this is a DO rated order, Seller must promptly provide Buyer with written acceptance or rejection of this order within fifteen (15) working days after receipt. Seller must include in any written rejection of a rated order the reasons for the rejection. Seller's written acknowledgement of this rated order shall constitute written acceptance of this DPAS rating.

When applicable, the DPAS rating is specified in the line item(s) contained in this Purchase Contract.

This purchase contract is subject to Autopay unless a Boeing invoicing location is noted at the line item level.

Seller's commencement of performance or acceptance of this Purchase Contract in any manner shall conclusively evidence acceptance of the Purchase Contract as written.

Total Purchase Contract Values - Definitions:
(1) "Total PC Value" is the sum of the ITEM EXTENDED AMOUNT (or UNDEF. EXT. AMOUNT) for all items on this PC.
(2) "Total Definitized Value" is the total value of all fully definitized line items, and is calculated using the ITEM EXTENDED AMOUNT for those items.
(3) "Total Undefinitzed NTE value" is the total Not-To-Exceed (NTE) value for all line items that are not fully definitized. These line items are identified with a PRICE DESCRIPTION of "Maximum Price", "Estimated Price, "Not To Exceed", "Will Negotiate", "Funding Limitation", or "Advise Price".
(4) "Total PC Funding" is defined by Clause F216 (if applicable to this PC).

Electronically Distributed
Eposition Acknowledgement
Required

**Buyer Name:** [redacted] **Phone:** [redacted]
**Fax:** [redacted]

**Email Address:** [redacted]
**Loc/Bldg/Ms:** [redacted]

THE BOEING COMPANY
PO BOX 516
ST LOUIS MO 63166-0516
US

**BUYER** ______________________ **DATE** ____________
**PURCHASING AGENT SIGNATURE**

**SELLER** ______________________ **DATE** ____________
**AUTHORIZED SIGNATURE**

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

BOEING

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**Total PC Value:** **PC Orig Date:** 01-AUG-2019
**Total PC Funding:**
**Total Definitized Value:** **Total Undefinitized NTE Value:**

**Supplier No.** **BEST Code:**
**Supplier Address:** **NAICS:** **Size Std Emp:**

GKN AEROSPACE N AMERICA INC
142 MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Manufacturer Address:**

142 JS MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Confirm To:**

**Payment Type:** **Payment Rate:** 0.00%
**Liquidation Type:** **Liquidation Rate:** 0.00%

**All Deliverable line items on this Purchase Contract will ship to the following address unless otherwise specified on the line item(s).**

**Ship To:**
SEE PURCHASE CONTRACT LINE ITEM

**Routing:** Carrier of your choice (FOB Destination Only)
**FOB:** DESTINATION
**Shipping Payment Method:** Prepaid (by Seller)

Electronically Distributed Exostar Acknowledgement Required

**Purchase Contract Revision Notes** - Data Not Specifically Altered Remains Unchanged





[redacted]

Electronically Distributed
Exostar Acknowledgement
Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

# Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0001 | 74A122650-5020 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 28- SEP- 2020 | 17- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0001 ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0002 | 74A193003-5026 | EA | [redacted] |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
8

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 8 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 8 | 13- DEC- 2021 | 17- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Not Officially Distributed
Acknowledgement

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0002** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0003 | 74A122600-5039 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- SEP- 2020 | 15- MAY- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0003** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0004 | 74A122600-5040 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

The Boeing Company
Purchase Contract/Purchase Contract Change
Page 6 of 30

Purchase Contract No: 1768816 Purchase Contract Change No: 08 PC/PCC Date: 2022-01-25
PC Orig Date: 01-AUG-2019

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- SEP- 2020 | 17- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

| Item Attachment(s) | Description |
|---|---|
| [redacted] | |

**End of Item: 0004** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0005 | 74A193101-5023 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

PC FORM Rev 1/19/07

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 20- MAR- 2023 | 20- MAR- 2023 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

**End of Item: 0005** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0006 | 74A193003-5028 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 02- MAR- 2020 | 02- MAR- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

**End of Item: 0006** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0007 | 74A193003-5025 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
41

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 41 |

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 41 | 13- DEC- 2021 | 17- SEP- 2021 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0007** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0008 | 74A122650-5019 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 28- SEP- 2020 | 15- MAY- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0008** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0009 | 74A193003-5027 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
5

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 5 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 5 | 17- JAN- 2023 | 17- JAN- 2023 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

**End of Item: 0009** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0010 | 74A122600-5040 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 23- SEP- 2020 | 17- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0010** ---------------------------------------------------------------- **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0011 | 74A122650-5019 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 28- SEP- 2020 | 20- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)** **Description**

**End of Item: 0011** ---------------------------------------- **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0012 | 74A193101-5023 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
4

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 01- MAY- 2023 | 01- MAY- 2023 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)** **Description**

**End of Item: 0012** ------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0013 | 74A193003-5025 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
27

**Item Ext Amount**

Electronic Acknowledgment Required Exostar

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 27 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 27 | 17- OCT- 2022 | 17- OCT- 2022 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0013

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0014 | 74A193003-5026 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
25

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 25 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 25 | 13- DEC- 2021 | 18- AUG- 2021 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Exostar Acknowledged Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)** **Description**

## End of Item: 0014

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0015 | 74A193003-5028 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 14- APR- 2022 | 14- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

Electronically Distributed
Exostar Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1768816  **Purchase Contract Change No:** 08  **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)** **Description**

**End of Item: 0015**

| Item | Part Number | UM Ordered | Unit Price |
| --- | --- | --- | --- |
| 0016 | 74A122600-5039 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| --- | --- | --- | --- | --- |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
| --- | --- | --- |
| 0 | 23- SEP- 2020 | 20- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed Exostar Acknowledgement Required



**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0016** ---------------------------------------- **Line Item Was Updated**

**Item** 0017 **Part Number** 74A122650-5020 **UM Ordered** EA **Unit Price** [redacted]

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**

**Item Ext Amount** [redacted]

**Customer Contract** **Prime Contract** **Customer Order** **Priority Rating** **Qty**

[redacted]

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 28- SEP- 2020 | 17- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Distributed Postal Acknowledgement Required





Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)** **Description**

**End of Item: 0017** ---------------------------------------- **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0018 | 74A193003-5025 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
8

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 8 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 8 | 17- JUL- 2023 | 17- JUL- 2023 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**





**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

**Item Attachment(s)** **Description**

**End of Item: 0018** ---------------------------------------- **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0019 | 74A122650-5020 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 12- NOV- 2020 | 12- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

## End of Item: 0019 ---------- Line Item Was Updated

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0020 | 74A193003-5028 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
3

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 3 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 3 | 15- MAY- 2023 | 15- MAY- 2023 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0020 ----------

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Distributed Acknowledgement

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0021 | 74A122600-5039 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 19- OCT- 2020 | 19- OCT- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0021** ---------------------------------------------------------------- **Line Item Was Updated**

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0022 | 74A122600-5040 | EA | | |

**Description:**

**Total Qty Ordered**

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 12- NOV- 2020 | 12- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0022** ---------------------------------------- **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0023 | 74A193003-5026 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
38

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 38 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 38 | 18- APR- 2022 | 18- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

**End of Item: 0023** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0024 | 74A122650-5019 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|



**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 19- OCT- 2020 | 19- OCT- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0024** ---------------------------------------- **Line Item Was Updated**

**PC Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM



**PC Attachment(s)** **Description**

Terms and conditions clauses applicable to this Purchase Contract, including Purchase Contract changes, are incorporated herein by reference and can be found at http://www.boeingsuppliers.com/terms.html. Unless indicated elsewhere in this Purchase Contract, the version of each incorporated clause applicable to this Purchase Contract is the latest dated version of each clause in effect on the date of the original Purchase contract (Purchase Contract Change No: 00) included on the front page thereof. Unless indicated elsewhere in a subsequent Purchase Contract Change(s), clauses added via such Purchase Contract Change(s) shall be the version of the clause in effect on the date of such Purchase Contract Change(s). Referenced attachments are incorporated herein by reference.

Electronically Distributed
Exostar Acknowledgement
Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

Page 27 of 30

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

## PC Attachment(s)

**Attachment 0000.00 0000 0030**

TERMS - **INVOICE PAYMENT TERMS**

This Purchase Contract is subject to the following payment terms. See the General Provisions applicable to this Purchase Contract for important information regarding payment.

Discount: 0%, Discount Days: 0, Net Days: 30

**Attachment H200**

PC FORM Rev 1/19/07





The Boeing Company

Purchase Contract/Purchase Contract Change

Page 28 of 30

Purchase Contract No: 1768816 Purchase Contract Change No: 08 PC/PCC Date: 2022-01-25
PC Orig Date: 01-AUG-2019

**Attachment M100**

M100

SOLICITATION / CONTRACT ATTACHMENTS (VARIABLE)

Variable portion of the clause is listed below:

This clause incorporates by reference all attachments, exhibits, and/or appendices identified below:

a. General Terms Agreement (GTA) Number G1700005 dated 31 May 2019, which modifies GP7 Fixed Price Goods under U.S. Government Prime Contract, incorporated into this procurement.

b. Boeing and GKN MOA-2019- 00007, dated 24 May 2019.

**Attachment M308**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1768816 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-01-25
**PC Orig Date:** 01-AUG-2019

**Line Item 0001**

**Attachment REVISION NOTES**

Electronic Exostar Access Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

By acceptance of this Purchase Contract, including Purchase Contract changes, whether by written, electronic, or other manner of acceptance, Seller certifies that all Seller representations and certifications applicable to this Purchase Contract included in Seller's SP1 Annual Representations and Certifications (which include, but are not limited to, Debarment, Payment to Influence Certain Federal Transactions, Size and Socioeconomic status) are valid and current, accurate and complete as of the date of acceptance. In particular, pursuant to FAR 52.209-6, by acceptance of this Purchase Contract, Seller certifies that neither it nor its principals are debarred, suspended or proposed for debarment by the United States Federal Government and that Seller is in compliance with 52.203-11. If Seller's status under any of the applicable representations and certifications has changed, Seller must submit a new SP1 prior to accepting this Purchase Contract.

If this is a rated order certified for U.S. national defense use, Seller is required to follow all the provisions of the Defense Priorities and Allocations System regulation (15 CFR part 700) in obtaining controlled materials and other products, services and materials needed to fill this order. If this is a DX rated order, Seller must provide Buyer with written acceptance or rejection of this order within ten (10) working days after receipt. If this is a DO rated order, Seller must promptly provide Buyer with written acceptance or rejection of this order within fifteen (15) working days after receipt. Seller must include in any written rejection of a rated order the reasons for the rejection. Seller's written acknowledgement of this rated order shall constitute written acceptance of this DPAS rating.

When applicable, the DPAS rating is specified in the line item(s) contained in this Purchase Contract.

This purchase contract is subject to Autopay unless a Boeing invoicing location is noted at the line item level.

Seller's commencement of performance or acceptance of this Purchase Contract in any manner shall conclusively evidence acceptance of the Purchase Contract as written.

Total Purchase Contract Values - Definitions:
(1) "Total PC Value" is the sum of the ITEM EXTENDED AMOUNT (or UNDEF. EXT. AMOUNT) for all items on this PC.
(2) "Total Definitized Value" is the total value of all fully definitized line items, and is calculated using the ITEM EXTENDED AMOUNT for those items.
(3) "Total Undefinitzed NTE value" is the total Not-To-Exceed (NTE) value for all line items that are not fully definitized. These line items are identified with a PRICE DESCRIPTION of "Maximum Price", "Estimated Price, "Not To Exceed", "Will Negotiate", "Funding Limitation", or "Advise Price".
(4) "Total PC Funding" is defined by Clause F216 (if applicable to this PC).

Electronically Distributed Acknowledgement Required

**Buyer Name:** [redacted]
**Phone:** [redacted]
**Fax:**
**Email Address:** [redacted]
**Loc/Bldg/Ms:** [redacted]

THE BOEING COMPANY
PO BOX 516
ST LOUIS MO 63166-0516
US

**BUYER** ______________________________ **DATE** ____________
PURCHASING AGENT SIGNATURE

**SELLER** ______________________________ **DATE** ____________
AUTHORIZED SIGNATURE

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1852425 **Purchase Contract Change No:** 06 **PC/PCC Date:** 2020-07-15
**Total PC Value:** [redacted] **PC Orig Date:** 19-DEC-2019
**Total PC Funding:** [redacted]
**Total Definitized Value:** [redacted] **Total Undefinitized NTE Value:** [redacted]

**Supplier No.** [redacted] **BEST Code:** [redacted]
**Supplier Address:** **NAICS:** [redacted] **Size Std Emp:** [redacted]

GKN AEROSPACE N AMERICA INC
142 MCDONNELL BLVD
SAINT LOUIS MO 63042-3102
US

**Manufacturer Address:**

142 JS MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Confirm To:** [redacted]

**Payment Type:** **Payment Rate:** 0.00%
**Liquidation Type:** Ordinary **Liquidation Rate:** 0.00%

**All Deliverable line items on this Purchase Contract will ship to the following address unless otherwise specified on the line item(s).**

**Ship To:**
SEE PURCHASE CONTRACT
LINE ITEM

**Routing:** Carrier of your choice (FOB Destination Only)
**FOB:** DESTINATION
**Shipping Payment Method:** Prepaid (by Seller)

Electronically Distributed
Exostar Acknowledgement Required

**Purchase Contract Revision Notes** - Data Not Specifically Altered Remains Unchanged





Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1852425 **Purchase Contract Change No:** 06 **PC/PCC Date:** 2020-07-15
**PC Orig Date:** 19-DEC-2019

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0001 | 74A120991-5026 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
5

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 5 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 5 | 15- JUL- 2020 | 15- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0001** ---------------------------------------- Line Item Was Updated

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0002 | 74A192050-5101 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
7

**Item Ext Amount**
[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 3 of 17

Purchase Contract No: 1852425 Purchase Contract Change No: 06 PC/PCC Date: 2020-07-15
PC Orig Date: 19-DEC-2019

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 7 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 7 | 15- JUL- 2020 | 15- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0002** ------------------------------------------------------------ **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0003 | 74A192056-1006 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
3

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 3 |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1852425 **Purchase Contract Change No:** 06 **PC/PCC Date:** 2020-07-15
**PC Orig Date:** 19-DEC-2019

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 3 | 15- JUL- 2020 | 15- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0003** ---------------------------------------- **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0004 | 74A192053-1004 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 24- APR- 2020 | 24- APR- 2020 |
| 2 | 15- JUL- 2020 | 15- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1852425 **Purchase Contract Change No:** 06 **PC/PCC Date:** 2020-07-15
**PC Orig Date:** 19-DEC-2019

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0004** ---------------------------------------- **Line Item Was Updated**

Electronically Exostar Acknowledge Required

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0005 | 74A192055-1006 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
5

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 5 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 27- MAY- 2020 | 27- MAY- 2020 |
| 4 | 28- APR- 2020 | 28- APR- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1852425 **Purchase Contract Change No:** 06 **PC/PCC Date:** 2020-07-15
**PC Orig Date:** 19-DEC-2019

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0005

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0006 | 74A192091-1003 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
43

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 43 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 20 | 15- JUL- 2020 | 08- JUL- 2020 |
| 20 | 15- JUL- 2020 | 15- JUL- 2020 |
| 3 | 20- JUL- 2020 | 20- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distar Acknowledge Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1852425 **Purchase Contract Change No:** 06 **PC/PCC Date:** 2020-07-15
**PC Orig Date:** 19-DEC-2019

**Item Attachment(s)** **Description**

**End of Item: 0006** ---------------------------------------- **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0007 | 74A192056-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
4

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 4 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 15- JUL- 2020 | 15- JUL- 2020 |
| 1 | 12- OCT- 2020 | 15- JUL- 2020 |
| 1 | 12- OCT- 2020 | 15- JUL- 2020 |
| 1 | 12- OCT- 2020 | 15- JUL- 2020 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

Electronically Distribution Exempt Acknowledgement Required

**Item Attachment(s)** **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1852425 **Purchase Contract Change No:** 06 **PC/PCC Date:** 2020-07-15
**PC Orig Date:** 19-DEC-2019

**Item Attachment(s)** **Description**

**End of Item: 0007** ---------------------------------------- **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0008 | 74A192091-1003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
45

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 45 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 10 | 15- JUN- 2021 | 15- JUL- 2020 |
| 10 | 15- JUL- 2021 | 15- JUL- 2020 |
| 10 | 16- AUG- 2021 | 15- JUL- 2020 |
| 10 | 15- SEP- 2021 | 15- JUL- 2020 |
| 5 | 15- OCT- 2021 | 15- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Electronically Distributed
Acknowledgement Required

**Item Attachment(s)** **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

| Purchase Contract No: | **1852425** | Purchase Contract Change No: | **06** | PC/PCC Date: | **2020-07-15** |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | **19-DEC-2019** |

**Item Attachment(s)**     **Description**

███████████████████████████████████████

**End of Item:**   **0008**   -------------------------------------------------------- Line Item Was Updated

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0009 | 74A192109-1003 | | EA | ████████ |

     **Description:** FAIRING
     **Vendor P/N:**
     **Issuing Loc:** ST LOUIS

**Total Qty Ordered**
130

**Item Ext Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███████████ | | | ████████ | 24 |
| | | | | 106 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 10 | 15- JUN- 2021 | 15- JUL- 2020 |
| 10 | 15- JUL- 2021 | 15- JUL- 2020 |
| 10 | 16- AUG- 2021 | 15- JUL- 2020 |
| 10 | 15- SEP- 2021 | 15- JUL- 2020 |
| 10 | 15- OCT- 2021 | 15- JUL- 2020 |
| 10 | 15- NOV- 2021 | 15- JUL- 2020 |
| 10 | 15- DEC- 2021 | 15- JUL- 2020 |
| 10 | 18- JAN- 2022 | 15- JUL- 2020 |
| 10 | 15- FEB- 2022 | 15- JUL- 2020 |
| 10 | 15- MAR- 2022 | 15- JUL- 2020 |
| 10 | 15- APR- 2022 | 15- JUL- 2020 |
| 10 | 16- MAY- 2022 | 15- JUL- 2020 |
| 10 | 15- JUN- 2022 | 15- JUL- 2020 |

Ship To:
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES      MO    63301
US

**Item Attachment(s)**     **Description**

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████



**Purchase Contract No:** 1852425 **Purchase Contract Change No:** 06 **PC/PCC Date:** 2020-07-15
**PC Orig Date:** 19-DEC-2019

**Item Attachment(s)** **Description**

**End of Item: 0009** ---------------------------------------- **Line Item Was Updated**

**PC Attachment(s)** **Description**

Terms and Conditions clauses applicable to this contract are incorporated herein by reference and can be found at http://www.boeingsuppliers.com/terms.html. Unless indicated elsewhere in this contract, the version of each incorporated clause applicable to this purchase contract is the latest dated version of each clause in effect on the date of the original purchase contract (Purchase Contract Change No: 00) included on the front page thereof. Unless indicated elsewhere in a subsequent Purchase Contract Change(s), clauses added via such Purchase Contract Change(s) shall be the version of the clause in effect on the date of such Purchase Contract Change(s). Referenced attachments are incorporated herein by reference.

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

The Boeing Company
Purchase Contract/Purchase Contract Change
Page 11 of 17

Purchase Contract No: 1852425 Purchase Contract Change No: 06 PC/PCC Date: 2020-07-15
PC Orig Date: 19-DEC-2019

## PC Attachment(s)

**Attachment 0000.00 0000 0030**

TERMS - **INVOICE PAYMENT TERMS**

This Purchase Contract is subject to the following payment terms. See the General Provisions applicable to this Purchase Contract for important information regarding payment.

Discount: 0%, Discount Days: 0, Net Days: 30

**Attachment D501**

Electronically Distributed
Exostar Acknowledgement
Required

PC FORM Rev 1/19/07



The Boeing Company

Purchase Contract/Purchase Contract Change

Page 12 of 17

Purchase Contract No: 1852425 Purchase Contract Change No: 06 PC/PCC Date: 2020-07-15
PC Orig Date: 19-DEC-2019

Attachment E000-

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM



The Boeing Company

Purchase Contract/Purchase Contract Change

Page 13 of 17

Purchase Contract No: 1852425 Purchase Contract Change No: 06 PC/PCC Date: 2020-07-15
PC Orig Date: 19-DEC-2019

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1852425 **Purchase Contract Change No:** 06 **PC/PCC Date:** 2020-07-15
**PC Orig Date:** 19-DEC-2019

**Attachment H200**

**Attachment H602**

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 15 of 17

Purchase Contract No: 1852425 Purchase Contract Change No: 06 PC/PCC Date: 2020-07-15
PC Orig Date: 19-DEC-2019

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Attachment M100**

M100

SOLICITATION / CONTRACT ATTACHMENTS (VARIABLE)

Variable portion of the clause is listed below:

This clause incorporates by reference all attachments, exhibits, and/or appendices identified below:

A. General Terms Agreement (GTA) Number G1700005 dated 31 May 2019, which modifies GP7 Fixed Price Goods under U.S. Government Prime Contract, incorporated into this procurement.
B. Boeing and GKN MOA-2018-00007, dated 24 May 2019

Electronically Distributed
Exostar Acknowledgement Required

PC FORM Rev 1/19/07

Purchase Contract No: 1852425 Purchase Contract Change No: 06 PC/PCC Date: 2020-07-15
PC Orig Date: 19-DEC-2019

Attachment REV NOTES

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM


Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1852425 **Purchase Contract Change No:** 06 **PC/PCC Date:** 2020-07-15
**PC Orig Date:** 19-DEC-2019

If this is a rated order certified for national defense use, Seller is required to follow all the provisions of the Defense Priorities and Allocations System regulation (15 CFR part 700) in obtaining controlled materials and other products, services and materials needed to fill this order. If this is a DX rated order, Seller must provide Buyer with written acceptance or rejection of this order within ten (10) working days after receipt. If this is a DO rated order, Seller must promptly provide Buyer with written acceptance or rejection of this order within fifteen (15) working days after receipt. Seller must include in any written rejection of a rated order the reasons for the rejection. Seller's written acknowledgement of this rated order shall constitute written acceptance of this DPAS rating.

When applicable, the DPAS rating is specified in the line item(s) contained in this Purchase Contract.

This purchase contract is subject to Autopay unless a Boeing invoicing location is noted at the line item level.

Seller's commencement of performance or acceptance of this Purchase Contract in any manner shall conclusively evidence acceptance of the Purchase Contract as written.

Total Purchase Contract Values - Definitions:
(1) "Total PC Value" is the sum of the ITEM EXTENDED AMOUNT (or UNDEF. EXT. AMOUNT) for all items on this PC.
(2) "Total Definitized Value" is the total value of all fully definitized line items, and is calculated using the ITEM EXTENDED AMOUNT for those items.
(3) "Total Undefinitzed NTE value" is the total Not-To-Exceed (NTE) value for all line items that are not fully definitized. These line items are identified with a PRICE DESCRIPTION of "Maximum Price", "Estimated Price, "Not To Exceed", "Will Negotiate", "Funding Limitation", or "Advise Price".
(4) "Total PC Funding" is defined by Clause F216 (if applicable to this PC).

Electronically Distributed
Explicit Acknowledgement
Required

**Buyer Name:** [redacted] **Phone:** [redacted]
**Fax:**

**Email Address:** [redacted]
**Loc/Bldg/Ms:**

THE BOEING COMPANY
PO BOX 516
ST LOUIS MO 63166-0516
US

**BUYER** ______________________________ **DATE** ______________
PURCHASING AGENT SIGNATURE

**SELLER** ______________________________ **DATE** ______________
AUTHORIZED SIGNATURE

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19

**Total PC Value:** [redacted] **PC Orig Date:** 12-FEB-2020

**Total PC Funding:**

**Total Definitized Value:** **Total Undefinitized NTE Value:** [redacted]

**Strategic Agreement No:** 19SS019

**Supplier No.** [redacted] **BEST Code:** [redacted]

**Supplier Address:**

GKN AEROSPACE N AMERICA INC
142 MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Manufacturer Address:**

142 JS MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Confirm To:** [redacted]

**Payment Type:** **Payment Rate:** 0.00%

**Liquidation Type:** Ordinary **Liquidation Rate:** 0.00%

**All Deliverable line items on this Purchase Contract will ship to the following address unless otherwise specified on the line item(s).**

**Ship To:**

SEE PURCHASE CONTRACT LINE ITEM

**Routing:** Carrier of your choice (FOB Destination Only)

**FOB:** DESTINATION

**Shipping Payment Method:** Prepaid (by Seller)

Electronically Distributed
Exostar Acknowledgement Required

**Purchase Contract Revision Notes** - Data Not Specifically Altered Remains Unchanged

[redacted]


Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0001 | 74A140101-5035 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 03- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

...lly Distributed ...ledgement

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0001** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0002 | 74B110056-2001 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
48

**Item Ext Amount**
[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 48 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 48 | 10- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0002** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0003 | 74A121752-5012 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 21- DEC- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0003

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0004 | 74A140101-5037 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 03- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0004** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0005 | 74A140101-5040 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 03- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM
Electronically Exostar Acknowledgement Required

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0005**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0006 | 74A140101-5039 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 03- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed External Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 7 of 98

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0006** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0007 | 74A140116-5009 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| N00019-18-C-1046 | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 30- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Star Acknowledgement
Required

**Item Attachment(s)** **Description**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**End of Item: 0007** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0008 | 74A141201-5003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 27- OCT- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0008** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0009 | 74A140112-5010 | EA | |

# Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 03- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Distributed ... agement

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0009

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0010 | 74A140101-5038 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 03- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0010** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0011 | 74A140116-5010 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 03- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

# EXHIBIT D

## *Part 8 of 31*

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399     **Purchase Contract Change No:** 05     **PC/PCC Date:** 2022-09-19
                                                                              **PC Orig Date:** 12-FEB-2020

**Item Attachment(s)      Description**



**End of Item:   0011** -------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|------------|------------|
| 0012 | 74A140112-5009 | | EA | █████ |

**Description:** ████████████████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████████ | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 24 | 03- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO   63044
US

**Item Attachment(s)      Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Purchase Contract No: 1881399 Purchase Contract Change No: 05 PC/PCC Date: 2022-09-19
PC Orig Date: 12-FEB-2020

Item Attachment(s) Description

**End of Item: 0012** ------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0013 | 74A121752-5011 | EA | | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
24

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 21- DEC- 2020 | 12- FEB- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Exostar Acknowledgement Required

Item Attachment(s) Description

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

| Item Attachment(s) | Description |
|---|---|
| [redacted] | |

## End of Item: 0013

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0014 | 74A120991-5026 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 03- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distribution Kyoster Acknowledgement Required

| Item Attachment(s) | Description |
|---|---|
| [redacted] | |

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0014

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0015 | 74A121880-5004 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 12- MAY- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0015

Electronically Distributed Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0016 | 74A121820-5006 | EA | [redacted] |

[redacted]
**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 13- APR- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Acknowledgement

**Item Attachment(s)** **Description**
[redacted]

**End of Item: 0016** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0017 | 74A140320-5008 | EA | [redacted] |

[redacted]
**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 01- DEC- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0017** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0018 | 74A121854-5004 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 08- DEC- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0018** ------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0019 | 74A121833-5004 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 30- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 18 of 98

Purchase Contract No: 1881399 Purchase Contract Change No: 05 PC/PCC Date: 2022-09-19
PC Orig Date: 12-FEB-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Item Attachment(s) Description

**End of Item: 0019** ------------------------------------------------

Electronically Exostar Acknowledgement Required

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0020 | 74A121882-5003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| N00019-18-C-1046 | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 01- DEC- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Item Attachment(s) Description

PC FORM Rev 1/19/07



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0020**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0021 | 74A140101-5036 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 03- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed External Acknowledgment Required

**Item Attachment(s)** **Description**


Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

| Purchase Contract No: | 1881399 | Purchase Contract Change No: | 05 | PC/PCC Date: | 2022-09-19 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 12-FEB-2020 |

**Item Attachment(s)      Description**

███████████████████████

**End of Item:   0021** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0022 | 74A121882-5004 | | EA | ███ |

Description: ███████

Vendor P/N:

Issuing Loc:  ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
███████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███████ | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 01- DEC- 2020 | 12- FEB- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON            MO    63044
US

**Item Attachment(s)      Description**

███████████████████████

# Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

## End of Item: 0022 ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0023 | 74A121724-5005 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 16- DEC- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0023 ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0024 | 74A121740-5005 | EA | [redacted] |

[redacted]

**Description:** [redacted]

**Total Qty Ordered**

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Vendor P/N:**
**Issuing Loc:** ST LOUIS

24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 31- AUG- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0024

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0025 | 74A120991-5025 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 03- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0025** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0026 | 74A121880-5003 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 12- MAY- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM



**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0026** ----------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0027 | 74A121730-5005 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 26- MAY- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Acknowledged Exostar Required



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

## End of Item: 0027

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0028 | 74A121730-5006 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 26- MAY- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Exostar Acknowledge Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 26 of 98

Purchase Contract No: 1881399 Purchase Contract Change No: 05 PC/PCC Date: 2022-09-19
PC Orig Date: 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0028** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0029 | 74A121724-5006 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 16- DEC- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed Acknowledgement Required

PC FORM Rev 1/19/07



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0029**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0030 | 74A121740-5006 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 17- AUG- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed
Star Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0030

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0031 | 74A121850-5005 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 10- AUG- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

## End of Item: 0031

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0032 | 74A140320-5007 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 01- DEC- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0032

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0033 | 74A121726-5011 | EA | [redacted] |

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Purchase Contract No: 1881399 Purchase Contract Change No: 05 PC/PCC Date: 2022-09-19
PC Orig Date: 12-FEB-2020

Description: [redacted]
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
24

Item Ext Amount
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 10- AUG- 2021 | 12- FEB- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Distributed Judgement

Item Attachment(s) Description

[redacted]

**End of Item: 0033** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0034 | 74A121812-5023 | EA | [redacted] |

[redacted]

Description: [redacted]
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
24

Item Ext Amount
[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Purchase Contract No: 1881399 Purchase Contract Change No: 05 PC/PCC Date: 2022-09-19
PC Orig Date: 12-FEB-2020

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- FEB- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Item Attachment(s) Description

[redacted]

**End of Item: 0034** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0035 | 74A121812-5021 | EA | [redacted] |

[redacted]

Description: [redacted]
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
24

Item Ext Amount
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |


Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- FEB- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0035

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0036 | 74A121854-5003 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- OCT- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

## End of Item: 0036

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0037 | 74A121820-5005 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 13- APR- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Exostar Acknowledgment Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 34 of 98

Purchase Contract No: 1881399 Purchase Contract Change No: 05 PC/PCC Date: 2022-09-19
PC Orig Date: 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0037** ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0038 | 74A121850-5006 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 10- AUG- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

PC FORM Rev 1/19/07

Electronically Delivered Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0038**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0039 | 74A121833-5003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 30- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
External Acknowledgement Required

**Item Attachment(s)** **Description**





**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0039** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0040 | 74A121726-5012 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 10- AUG- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed Postal Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0040** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0041 | 74A120604-5012 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 03- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
For Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]





Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**End of Item: 0041** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0042 | 74A141308-5005 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 08- JUN- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement

**Item Attachment(s)** **Description**

**End of Item: 0042** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0043 | 74A141306-2006 | EA | |

**Description:**
**Vendor P/N:**

**Total Qty Ordered**
24

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Issuing Loc:** ST LOUIS

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 01- NOV- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0043** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0044 | 74A141114-5016 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 05- OCT- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0044** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0045 | 74A141201-5004 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 27- OCT- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0045** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0046 | 74A120607-5013 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 22- DEC- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**BOEING**

| | | | | | |
|---|---|---|---|---|---|
| Purchase Contract No: | 1881399 | Purchase Contract Change No: 05 | PC/PCC Date: | 2022-09-19 |
| | | | PC Orig Date: | 12-FEB-2020 |

Item Attachment(s)    Description



**End of Item: 0046** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0047 | 74A120974-5097 | | EA | ██ |

Description: ██
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
24

Item Ext Amount
██

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ██ | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 30- NOV- 2020 | 12- FEB- 2020 |

Ship To:
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES      MO   63301
US

Item Attachment(s)    Description

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0047

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0048 | 74A120606-5011 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 08- DEC- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Dispatched
Exostar Acknowledgement Required



**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0048** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0049 | 74A121890-2007A | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 19- OCT- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distribution Acknowledgement Required
Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0049

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0050 | 74A120606-5012 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 08- DEC- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed
Vendor Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

## End of Item: 0050

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0051 | 74A120608-5009 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
48

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 48 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 48 | 22- DEC- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0051

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0052 | 74A120607-5014 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 22- DEC- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0052

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0053 | 74A141308-5006 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 48 of 98

Purchase Contract No: 1881399 Purchase Contract Change No: 05 PC/PCC Date: 2022-09-19
PC Orig Date: 12-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 08- JUN- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0053** ------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0054 | 74A140115-5021 | | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 07- OCT- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0054** ---

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0055 | 74A141306-2005 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

Exostar Acknowledgement Required

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 01- NOV- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0055**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0056 | 74A140115-5022 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 07- OCT- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Exostar Acknowledged Required

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0056** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0057 | 74A121890-2008A | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| N00019-18-C-1046 | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 01- NOV- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed Exostar Acknowledgement Required

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0057** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0058 | 74A141114-5015 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 05- OCT- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed External Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 53 of 98

Purchase Contract No: 1881399 Purchase Contract Change No: 05 PC/PCC Date: 2022-09-19
PC Orig Date: 12-FEB-2020

Item Attachment(s) Description

[redacted]

**End of Item: 0058** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0059 | 74A120974-5083 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Item Attachment(s) Description

[redacted]

Electronically Distributed
Kyostat Acknowledgement Required

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0059 ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0060 | 74A120604-5011 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 03- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0060 ---

Electronically Distributed Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

| Purchase Contract No: | 1881399 | Purchase Contract Change No: 05 | PC/PCC Date: | 2022-09-19 |
| | | | PC Orig Date: | 12-FEB-2020 |

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|------------|------------|
| 0061 | 74A120974-5085 | | EA | ▇▇▇▇▇ |

**Description:** ▇▇▇▇▇
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
▇▇▇▇▇

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ▇▇▇▇▇ | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 24 | 03- DEC- 2020 | 12- FEB- 2020 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)**     **Description**



End of Item:   0061   -------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|------------|------------|
| 0062 | 74A120974-5095 | | EA | ▇▇▇▇▇ |

**Description:** ▇▇▇▇▇
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
▇▇▇▇▇

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 01- DEC- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

**End of Item: 0062** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0063 | 74A120974-5081 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- FEB- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0063** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0064 | 74A121926-2003A | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 07- DEC- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0064** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0065 | 74A120610-5011 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- OCT- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Exostar Acknowledgment Required



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0065

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0066 | 74A120609-5014 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 29- SEP- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed
External Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0066** ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0067 | 74A120610-5012 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- OCT- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Exostar Acknowledgement Required

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**End of Item: 0067** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0068 | 74A141419-2001A | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
48

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 48 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 48 | 04- MAY- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Acknowledgement

**Item Attachment(s)** **Description**

**End of Item: 0068** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0069 | 74A141448-2001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 10- DEC- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0069** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0070 | 74A121926-2004A | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 07- DEC- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0070 ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0071 | 74A120974-5082 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- FEB- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0071** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0072 | 74A120609-5013 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

Electronically Acknowledged Exostar Required

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 29- SEP- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0072** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0073 | 74A120974-5096 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 01- DEC- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Electronically Distributed External Acknowledgement Required

**Item Attachment(s)** **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0073

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0074 | 74A120974-5080 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 09- DEC- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Electronically Distributed Postal Acknowledgement Received

**Item Attachment(s)** **Description**

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0074** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0075 | 74A120974-5086 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 03- DEC- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0075** ------------------------------------------------------------



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0076 | 74A120974-5098 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 30- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0076** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0077 | 74A141448-2002 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 10- DEC- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0077** ------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0078 | 74A120974-5079 | EA | | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 09- DEC- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

## End of Item: 0078

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0079 | 74A120974-5084 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0079**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0080 | 74A122650-5020 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

Electronically Acknowledged Exostar Required

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 07- JUN- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

## End of Item: 0080

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0081 | 74A122650-5019 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 07- JUN- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Exostar Acknowledged Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0081** ----------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
| --- | --- | --- | --- | --- |
| 0082 | 74A122600-5039 | EA | | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| --- | --- | --- | --- | --- |
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
| --- | --- | --- |
| 24 | 02- JUN- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed Acknowledgement Required
Exostar



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0082**

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0083 | 74A122600-5040 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 02- JUN- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically District External Acknowledgement Required

**Item Attachment(s)** **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0083

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0084 | 74A121750-5012 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 02- FEB- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Foster Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0084** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0085 | 74A121750-5011 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 02- FEB- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0085** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0086 | 74A121710-5029 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 14- DEC- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**End of Item: 0086** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0087 | 74A121710-5031 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 14- DEC- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0087** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0088 | 74A120974-5097 | EA | |



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
43

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
|  | | | | 12<br>24<br>7 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 43 | 30- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Electronically Distributed Acknowledgement

**Item Attachment(s)** **Description**

## End of Item: 0088

| Item | Part Number | UM Ordered |
|---|---|---|
| 0089 | 74A120974-5096 | EA |

**Unit Price**

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
37

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 12<br>19<br>6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 37 | 01- DEC- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0089** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0090 | 74A120974-5098 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
38

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 12 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

20
6

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 38 | 30- NOV- 2020 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

**End of Item: 0090** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0091 | 74A120813-5017 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
31

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 31 | 26- OCT- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0091**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0092 | 74A120813-5018 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
28

**Item Ext Amount**

**Customer Contract** **Prime Contract** **Customer Order** **Priority Rating** **Qty**

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 28 | 26- OCT- 2021 | 12- FEB- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronic Exostar Acknowledgement Required

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0092** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0093 | 74A140110-5057 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- OCT- 2020 | 24- APR- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Acknowledged Exostar Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 84 of 98

Purchase Contract No: 1881399 Purchase Contract Change No: 05 PC/PCC Date: 2022-09-19
PC Orig Date: 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0093** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0094 | 74A140110-5058 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 19- OCT- 2020 | 24- APR- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Exostar Acknowledgement Required

**Item Attachment(s)** **Description**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

| Item Attachment(s) | Description |
|---|---|
| [redacted] | |

**End of Item: 0094** ----------------------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0095 | 74A140111-5018 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- OCT- 2020 | 24- APR- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Vendor Acknowledgement Required

| Item Attachment(s) | Description |
|---|---|
| [redacted] | |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

## End of Item: 0095 ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0096 | 74A140111-5017 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- OCT- 2020 | 24- APR- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0096 ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0097 | 74A121722-5007 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**

**Total Qty Ordered**
24

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Issuing Loc:** ST LOUIS

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- JAN- 2023 | 25- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0097

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0098 | 74A121722-5008 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- JAN- 2023 | 25- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0098** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0099 | 74A121722-5008 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
32

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 32 |



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 89 of 98

Purchase Contract No: 1881399 Purchase Contract Change No: 05 PC/PCC Date: 2022-09-19
PC Orig Date: 12-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 32 | 09- JAN- 2023 | 24- APR- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0099** ---------------------------------------- **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0100 | 74A121722-5007 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
28

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 28 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 28 | 06- JAN- 2023 | 24- APR- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

PC FORM Rev 1/19/07

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0100** ------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0101 | 74A121722-5007 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
3

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |
| | | | | 2 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 3 | 06- JAN- 2023 | 24- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Acknowledged Exostar Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**Item Attachment(s)** **Description**

**End of Item: 0101** ---------------------------------------------------------------- **Line Item Was Updated**

Electronically Acknowledged
Exostar
Required

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0102 | 74A121722-5008 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
3

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |
| | | | | 2 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 3 | 09- JAN- 2023 | 24- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**




The Boeing Company

Purchase Contract/Purchase Contract Change

Page 92 of 98

Purchase Contract No: 1881399 Purchase Contract Change No: 05 PC/PCC Date: 2022-09-19
PC Orig Date: 12-FEB-2020

Item Attachment(s) Description

End of Item: 0102 ---------------------------------------- Line Item Was Updated

PC Attachment(s) Description

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM


**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

**PC Attachment(s)** **Description**

Terms and conditions clauses applicable to this Purchase Contract, including Purchase Contract changes, are incorporated herein by reference and can be found at http://www.boeingsuppliers.com/terms.html. Unless indicated elsewhere in this Purchase Contract, the version of each incorporated clause applicable to this Purchase Contract is the latest dated version of each clause in effect on the date of the original Purchase contract (Purchase Contract Change No: 00) included on the front page thereof. Unless indicated elsewhere in a subsequent Purchase Contract Change(s), clauses added via such Purchase Contract Change(s) shall be the version of the clause in effect on the date of such Purchase Contract Change(s). Referenced attachments are incorporated herein by reference.

Electronically Distributed
Exostar Acknowledgement
Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 94 of 98

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

## PC Attachment(s)

**Attachment 0000.00 0000 0030**

TERMS - **INVOICE PAYMENT TERMS**

This Purchase Contract is subject to the following payment terms. See the General Provisions applicable to this Purchase Contract for important information regarding payment.

Discount: 0%, Discount Days: 0, Net Days: 30

**Attachment D501**

**Attachment E000-**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM



The Boeing Company

Purchase Contract/Purchase Contract Change

Page 95 of 98

Purchase Contract No: 1881399 Purchase Contract Change No: 05 PC/PCC Date: 2022-09-19

PC Orig Date: 12-FEB-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Attachment H200**

**Attachment H602**

Electronically Distributed via Exostar Requires Acknowledgement

**Attachment M100**

M100

SOLICITATION / CONTRACT ATTACHMENTS (VARIABLE)

Variable portion of the clause is listed below:

This clause incorporates by reference all attachments, exhibits, and/or appendices identified below:

A. General Terms Agreement (GTA) Number G1700005 dated 31 May 2019, which modifies GP7 Fixed Price Goods under U.S. Government Prime Contract, incorporated into this procurement.
B. Boeing and GKN MOA-2018- 00007, dated 24 May 2019

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Purchase Contract No: 1881399 Purchase Contract Change No: 05 PC/PCC Date: 2022-09-19
PC Orig Date: 12-FEB-2020

Attachment REV NOTES

Line Item 0091

Attachment CONTRACTS/DPAS RATINGS.

Line Item 0092

Attachment CONTRACTS/DPAS RATINGS.

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 97 of 98

Purchase Contract No: 1881399 Purchase Contract Change No: 05 PC/PCC Date: 2022-09-19

PC Orig Date: 12-FEB-2020

Electronically Distributed
Exostar Acknowledgement
Required

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1881399 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 12-FEB-2020

By acceptance of this Purchase Contract, including Purchase Contract changes, whether by written, electronic, or other manner of acceptance, Seller certifies that all Seller representations and certifications applicable to this Purchase Contract included in Seller's SP1 Annual Representations and Certifications (which include, but are not limited to, Debarment, Payment to Influence Certain Federal Transactions, Size and Socioeconomic status) are valid and current, accurate and complete as of the date of acceptance. In particular, pursuant to FAR 52.209-6, by acceptance of this Purchase Contract, Seller certifies that neither it nor its principals are debarred, suspended or proposed for debarment by the United States Federal Government and that Seller is in compliance with 52.203-11. If Seller's status under any of the applicable representations and certifications has changed, Seller must submit a new SP1 prior to accepting this Purchase Contract.

If this is a rated order certified for U.S. national defense use, Seller is required to follow all the provisions of the Defense Priorities and Allocations System regulation (15 CFR part 700) in obtaining controlled materials and other products, services and materials needed to fill this order. If this is a DX rated order, Seller must provide Buyer with written acceptance or rejection of this order within ten (10) working days after receipt. If this is a DO rated order, Seller must promptly provide Buyer with written acceptance or rejection of this order within fifteen (15) working days after receipt. Seller must include in any written rejection of a rated order the reasons for the rejection. Seller's written acknowledgement of this rated order shall constitute written acceptance of this DPAS rating.

When applicable, the DPAS rating is specified in the line item(s) contained in this Purchase Contract.

This purchase contract is subject to Autopay unless a Boeing invoicing location is noted at the line item level.

Seller's commencement of performance or acceptance of this Purchase Contract in any manner shall conclusively evidence acceptance of the Purchase Contract as written.

Total Purchase Contract Values - Definitions:
(1) "Total PC Value" is the sum of the ITEM EXTENDED AMOUNT (or UNDEF. EXT. AMOUNT) for all items on this PC.
(2) "Total Definitized Value" is the total value of all fully definitized line items, and is calculated using the ITEM EXTENDED AMOUNT for those items.
(3) "Total Undefinitzed NTE value" is the total Not-To-Exceed (NTE) value for all line items that are not fully definitized. These line items are identified with a PRICE DESCRIPTION of "Maximum Price", "Estimated Price, "Not To Exceed", "Will Negotiate", "Funding Limitation", or "Advise Price".
(4) "Total PC Funding" is defined by Clause F216 (if applicable to this PC).

Electronically Distributed
Exostar Acknowledgement Required

**Buyer Name:** [redacted] **Phone:** [redacted]
**Fax:**

**Email Address:** [redacted]
**Loc/Bldg/Ms:** [redacted]

THE BOEING COMPANY
PO BOX 516
ST LOUIS MO 63166-0516
US

**BUYER** ______________________ **DATE** __________
PURCHASING AGENT SIGNATURE

**SELLER** ______________________ **DATE** __________
AUTHORIZED SIGNATURE



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20

**PC Orig Date:** 26-FEB-2020

**Total PC Value:** [redacted]
**Total PC Funding:**
**Total Definitized Value:**

**Total Undefinitized NTE Value:** [redacted]

**Strategic Agreement No:** 19SS019

**Supplier No.** [redacted] **BEST Code:** [redacted]

**Supplier Address:**

GKN AEROSPACE N AMERICA INC
142 MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Manufacturer Address:**

142 JS MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Confirm To:** [redacted]

**Payment Type:** **Payment Rate:** 0.00%

**Liquidation Type:** Ordinary **Liquidation Rate:** 0.00%

**All Deliverable line items on this Purchase Contract will ship to the following address unless otherwise specified on the line item(s).**

**Ship To:**

SEE PURCHASE CONTRACT
LINE ITEM

**Routing:** Carrier of your choice (FOB Destination Only)

**FOB:** DESTINATION

**Shipping Payment Method:** Prepaid (by Seller)

Electronically Distributed
Exostar Acknowledgement Required

**Purchase Contract Revision Notes** - Data Not Specifically Altered Remains Unchanged

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0001 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 24- FEB- 2021 | 24- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0001** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0002 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**

**Total Qty Ordered**
1

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

**Issuing Loc:** ST LOUIS

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 02- DEC- 2021 | 02- DEC- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

## End of Item: 0002

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0003 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 14- DEC- 2021 | 14- DEC- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0003 ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0004 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 12- JAN- 2022 | 12- JAN- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0004** -----------------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0005 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 12- JAN- 2022 | 12- JAN- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0005** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0006 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 19- JAN- 2022 | 19- JAN- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0006** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0007 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 31- JAN- 2022 | 31- JAN- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0007** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0008 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM


# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
| --- | --- | --- |
| 1 | 10- FEB- 2022 | 10- FEB- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0008** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
| --- | --- | --- | --- |
| 0009 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| --- | --- | --- | --- | --- |
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

# EXHIBIT D

## *Part 9 of 31*

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- FEB- 2022 | 22- FEB- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0009** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0010 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 10- MAR- 2022 | 10- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0010** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0011 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 12 of 150

Purchase Contract No: 1889856 Purchase Contract Change No: 12 PC/PCC Date: 2022-09-20
PC Orig Date: 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- MAR- 2022 | 22- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0011** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0012 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

PC FORM Rev 1/19/07

# Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 04- APR- 2022 | 04- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0012** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0013 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 13- APR- 2022 | 13- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0013** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0014 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 15 of 150

Purchase Contract No: 1889856 Purchase Contract Change No: 12 PC/PCC Date: 2022-09-20
PC Orig Date: 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 02- MAY- 2022 | 02- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0014** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0015 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 12- MAY- 2022 | 12- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0015** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0016 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 23- MAY- 2022 | 23- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0016** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0017 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 06- JUN- 2022 | 06- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0017** ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0018 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 21- JUN- 2022 | 21- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0018 ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0019 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 05- JUL- 2022 | 05- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0019** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0020 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 14- JUL- 2022 | 14- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0020** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0021 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 26- JUL- 2022 | 26- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0021** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0022 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 11- AUG- 2022 | 11- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0022** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0023 | 74A172004-5067 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 23- AUG- 2022 | 23- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0023** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0024 | 74A172004-5067 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 06- SEP- 2022 | 06- SEP- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0024** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0025 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 26 of 150

Purchase Contract No: 1889856 Purchase Contract Change No: 12 PC/PCC Date: 2022-09-20
PC Orig Date: 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 15- NOV- 2021 | 15- NOV- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0025** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0026 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

PC FORM Rev 1/19/07

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 02- DEC- 2021 | 02- DEC- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0026** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0027 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

 Purchase Contract No: 1889856 | Purchase Contract Change No: 12 | PC/PCC Date: 2022-09-20
PC Orig Date: 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 14- DEC- 2021 | 14- DEC- 2021 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0027** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0028 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 12- JAN- 2022 | 12- JAN- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0028** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0029 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 25- JAN- 2022 | 25- JAN- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0029** --------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0030 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 10- FEB- 2022 | 10- FEB- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0030** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0031 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- FEB- 2022 | 22- FEB- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0031** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0032 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 10- MAR- 2022 | 10- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0032** --------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0033 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856  **Purchase Contract Change No:** 12  **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- MAR- 2022 | 22- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0033** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0034 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- APR- 2022 | 07- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0034** ----------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0035 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 19- APR- 2022 | 19- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0035** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0036 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 05- MAY- 2022 | 05- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0036** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0037 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 16- MAY- 2022 | 16- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0037** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0038 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 01- JUN- 2022 | 01- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0038** ---------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0039 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 13- JUN- 2022 | 13- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0039** ---------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0040 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 29- JUN- 2022 | 29- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0040** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0041 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 05- JUL- 2022 | 05- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0041** ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0042 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 11- JUL- 2022 | 11- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0042** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0043 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 14- JUL- 2022 | 14- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0043** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0044 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 20- JUL- 2022 | 20- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0044** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0045 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 26- JUL- 2022 | 26- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0045** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0046 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 11- AUG- 2022 | 11- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0046** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0047 | 74A172004-5068 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 23- AUG- 2022 | 23- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

**End of Item: 0047** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0048 | 74A172004-5068 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 06- SEP- 2022 | 06- SEP- 2022 |

**Ship To:**
THE BOEING COMPANY
BUILDING 75 DOCK
8181 AVIATION DRIVE
BERKELEY MO 63134
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0048** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0049 | 74A183220-1001 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 21- OCT- 2021 | 21- OCT- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0049** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0050 | 74A183220-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM


**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 04- NOV- 2021 | 04- NOV- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0050** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0051 | 74A183220-1001 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- NOV- 2021 | 22- NOV- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0051** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0052 | 74A183220-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- DEC- 2021 | 07- DEC- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0052** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0053 | 74A183220-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |



**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 04- JAN- 2022 | 04- JAN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0053** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0054 | 74A183220-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 19- JAN- 2022 | 19- JAN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0054** ---------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0055 | 74A183220-1001 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 02- FEB- 2022 | 02- FEB- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0055** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0056 | 74A183220-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |



**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 16- FEB- 2022 | 16- FEB- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0056** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0057 | 74A183220-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 02- MAR- 2022 | 02- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0057** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0058 | 74A183220-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 16- MAR- 2022 | 16- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0058** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0059 | 74A183220-1001 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 30- MAR- 2022 | 30- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0059** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0060 | 74A183220-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |



**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 14- APR- 2022 | 14- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0060** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0061 | 74A183220-1001 | EA | [redacted] |

[redacted]
**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM



**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 28- APR- 2022 | 28- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0061** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0062 | 74A183220-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 12- MAY- 2022 | 12- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0062** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0063 | 74A183220-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| N00019-18-C-1046 | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 26- MAY- 2022 | 26- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0063** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0064 | 74A183220-1001 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

# Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 13- JUN- 2022 | 13- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0064** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0065 | 74A183220-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 27- JUN- 2022 | 27- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0065** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0066 | 74A183220-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 12- JUL- 2022 | 12- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0066** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0067 | 74A183220-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 26- JUL- 2022 | 26- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0067** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0068 | 74A183220-1001 | EA | $ |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 09- AUG- 2022 | 09- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0068** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0069 | 74A183220-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 23- AUG- 2022 | 23- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0069** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0070 | 74A183220-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| N00019-18-C-1046 | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- SEP- 2022 | 07- SEP- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0070** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0071 | 74A183220-1001 | EA | [redacted] |

Fracture Critical
**Description:** INBD HINGE
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
$8,987.5600

Fixed Price

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 21- SEP- 2022 | 21- SEP- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0071** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0072 | 74A183220-1001 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
$8,987.5600

Fixed Price

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

[redacted]

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 06- OCT- 2022 | 06- OCT- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0072** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0073 | 74A183220-1002 | EA | |

Fracture Critical
**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
| --- | --- | --- |
| 1 | 21- OCT- 2021 | 21- OCT- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0073** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
| --- | --- | --- | --- |
| 0074 | 74A183220-1002 | EA | |

Fracture Critical
**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| --- | --- | --- | --- | --- |
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856  **Purchase Contract Change No:** 12  **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 04- NOV- 2021 | 04- NOV- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0074** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0075 | 74A183220-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 76 of 150

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- NOV- 2021 | 22- NOV- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0075** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0076 | 74A183220-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

PC FORM Rev 1/19/07



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- DEC- 2021 | 07- DEC- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0076** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0077 | 74A183220-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 04- JAN- 2022 | 04- JAN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0077** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0078 | 74A183220-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |



**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 19- JAN- 2022 | 19- JAN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0078** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0079 | 74A183220-1002 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

# Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 02- FEB- 2022 | 02- FEB- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0079** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0080 | 74A183220-1002 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 16- FEB- 2022 | 16- FEB- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0080** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0081 | 74A183220-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 82 of 150

Purchase Contract No: 1889856 Purchase Contract Change No: 12 PC/PCC Date: 2022-09-20

PC Orig Date: 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 02- MAR- 2022 | 02- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0081** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0082 | 74A183220-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 16- MAR- 2022 | 16- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0082** ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0083 | 74A183220-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 30- MAR- 2022 | 30- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0083** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0084 | 74A183220-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 14- APR- 2022 | 14- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0084** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0085 | 74A183220-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 28- APR- 2022 | 28- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0085** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0086 | 74A183220-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM


Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 12- MAY- 2022 | 12- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0086** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0087 | 74A183220-1002 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 26- MAY- 2022 | 26- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0087** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0088 | 74A183220-1002 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 13- JUN- 2022 | 13- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0088** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0089 | 74A183220-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |



Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 27- JUN- 2022 | 27- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0089** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0090 | 74A183220-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 12- JUL- 2022 | 12- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0090

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0091 | 74A183220-1002 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 26- JUL- 2022 | 26- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0091** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0092 | 74A183220-1002 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 09- AUG- 2022 | 09- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0092** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0093 | 74A183220-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 23- AUG- 2022 | 23- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0093** ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0094 | 74A183220-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

The Boeing Company
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
| --- | --- | --- |
| 1 | 07- SEP- 2022 | 07- SEP- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0094** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
| --- | --- | --- | --- |
| 0095 | 74A183220-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| --- | --- | --- | --- | --- |
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 96 of 150

Purchase Contract No: 1889856 Purchase Contract Change No: 12 PC/PCC Date: 2022-09-20
PC Orig Date: 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 21- SEP- 2022 | 21- SEP- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0095** ---------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0096 | 74A183220-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

PC FORM Rev 1/19/07



# Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 06- OCT- 2022 | 06- OCT- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0096** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0097 | 74A183230-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |


**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 08- APR- 2022 | 08- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0097** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0098 | 74A183230-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

# Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 20- JUL- 2021 | 20- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0098** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0099 | 74A183230-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 10- AUG- 2021 | 10- AUG- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0099** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0100 | 74A183230-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 29- OCT- 2021 | 29- OCT- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0100** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0101 | 74A183230-1002 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 18- JUL- 2022 | 18- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0101** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0102 | 74A183230-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- SEP- 2022 | 22- SEP- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0102** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0103 | 74A183230-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 21- APR- 2022 | 21- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0103** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0104 | 74A183230-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |


**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 24- MAY- 2021 | 24- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0104** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0105 | 74A183230-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 12- JUL- 2021 | 12- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0105** ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0106 | 74A183230-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

# Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 05- OCT- 2021 | 05- OCT- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0106** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0107 | 74A183230-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Purchase Contract No: 1889856 | Purchase Contract Change No: 12 | PC/PCC Date: 2022-09-20 | PC Orig Date: 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 08- OCT- 2021 | 08- OCT- 2021 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Item Attachment(s) Description

End of Item: 0107 ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0108 | 74A183230-1002 | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
1

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 29- NOV- 2021 | 29- NOV- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0108** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0109 | 74A183230-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |



# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 09- SEP- 2021 | 09- SEP- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0109** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0110 | 74A183230-1002 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 13- AUG- 2021 | 13- AUG- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0110** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0111 | 74A183230-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
| --- | --- | --- |
| 1 | 03- SEP- 2021 | 03- SEP- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0111** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
| --- | --- | --- | --- |
| 0112 | 74A183230-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| --- | --- | --- | --- | --- |
| | | | | 1 |

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 02- DEC- 2021 | 02- DEC- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0112** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0113 | 74A183230-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 05- JAN- 2022 | 05- JAN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0113** ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0114 | 74A183230-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 30- SEP- 2021 | 30- SEP- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0114** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0115 | 74A183230-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 27- MAY- 2021 | 27- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0115** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0116 | 74A183230-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 117 of 150

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 18- JUN- 2021 | 18- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0116** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0117 | 74A183230-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 15- JUL- 2021 | 15- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0117** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0118 | 74A183230-1002 | EA | [redacted] |

[redacted]
**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:48 PM