# EXHIBIT D

***Part 10 of 31***

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 01- FEB- 2022 | 01- FEB- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0118** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0119 | 74A183230-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |



**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 03- NOV- 2021 | 03- NOV- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0119** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0120 | 74A183230-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 19- JAN- 2022 | 19- JAN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0120** ----------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0121 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 18- JUN- 2021 | 18- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0121** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0122 | 74A183230-1001 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

BOEING
The Boeing Company
Purchase Contract/Purchase Contract Change
Page 123 of 150

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 05- OCT- 2021 | 05- OCT- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0122** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0123 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

PC FORM Rev 1/19/07

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 05- JAN- 2022 | 05- JAN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0123** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0124 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 01- FEB- 2022 | 01- FEB- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0124** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0125 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 20- JUL- 2021 | 20- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0125** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0126 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 29- OCT- 2021 | 29- OCT- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0126** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0127 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 29- NOV- 2021 | 29- NOV- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0127** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0128 | 74A183230-1001 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 08- APR- 2022 | 08- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0128** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0129 | 74A183230-1001 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 27- MAY- 2021 | 27- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0129** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0130 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 18- JUL- 2022 | 18- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0130** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0131 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 24- MAY- 2021 | 24- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0131** ---------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0132 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 30- SEP- 2021 | 30- SEP- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0132** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0133 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 09- SEP- 2021 | 09- SEP- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0133** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0134 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 13- AUG- 2021 | 13- AUG- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0134** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0135 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 10- AUG- 2021 | 10- AUG- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0135** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0136 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 08- OCT- 2021 | 08- OCT- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0136** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0137 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

# Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 02- DEC- 2021 | 02- DEC- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0137** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0138 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 03- SEP- 2021 | 03- SEP- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0138** ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0139 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 15- JUL- 2021 | 15- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0139** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0140 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 03- NOV- 2021 | 03- NOV- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0140** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0141 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 19- JAN- 2022 | 19- JAN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0141** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0142 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 12- JUL- 2021 | 12- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0142** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0143 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 22- SEP- 2022 | 22- SEP- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0143** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0144 | 74A183230-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 21- APR- 2022 | 21- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0144** ------------------------------------------------------------------------

**PC Attachment(s)** **Description**

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

**PC Attachment(s)** **Description**

Terms and conditions clauses applicable to this Purchase Contract, including Purchase Contract changes, are incorporated herein by reference and can be found at http://www.boeingsuppliers.com/terms.html. Unless indicated elsewhere in this Purchase Contract, the version of each incorporated clause applicable to this Purchase Contract is the latest dated version of each clause in effect on the date of the original Purchase contract (Purchase Contract Change No: 00) included on the front page thereof. Unless indicated elsewhere in a subsequent Purchase Contract Change(s), clauses added via such Purchase Contract Change(s) shall be the version of the clause in effect on the date of such Purchase Contract Change(s). Referenced attachments are incorporated herein by reference.

Electronically Distributed
Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 147 of 150

Purchase Contract No: 1889856 Purchase Contract Change No: 12 PC/PCC Date: 2022-09-20
PC Orig Date: 26-FEB-2020

## PC Attachment(s)

**Attachment 0000.00 0000 0030**

TERMS - **INVOICE PAYMENT TERMS**

This Purchase Contract is subject to the following payment terms. See the General Provisions applicable to this Purchase Contract for important information regarding payment.

Discount: 0%, Discount Days: 0, Net Days: 30

**Attachment D001_**

**Attachment D501**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company
Purchase Contract/Purchase Contract Change
Page 148 of 150

Purchase Contract No: 1889856 Purchase Contract Change No: 12 PC/PCC Date: 2022-09-20
PC Orig Date: 26-FEB-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Attachment E000-**

**Attachment H200**

**Attachment M100**

M100

SOLICITATION / CONTRACT ATTACHMENTS (VARIABLE)

Variable portion of the clause is listed below:

This clause incorporates by reference all attachments, exhibits, and/or appendices identified below:

a. General Terms Agreement (GTA) Number G1700005 dated 31 May 2019, which modifies GP7 Fixed Price Goods under U.S. Government Prime Contract, incorporated into this procurement.

b. Boeing and GKN MOA-2019- 00007, dated 24 May 2019

PC FORM Rev 1/19/07

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

**Attachment REVISION NOTES**

Electronic Exostar Acknowledgment Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

BOEING

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1889856 **Purchase Contract Change No:** 12 **PC/PCC Date:** 2022-09-20
**PC Orig Date:** 26-FEB-2020

By acceptance of this Purchase Contract, including Purchase Contract changes, whether by written, electronic, or other manner of acceptance, Seller certifies that all Seller representations and certifications applicable to this Purchase Contract included in Seller's SP1 Annual Representations and Certifications (which include, but are not limited to, Debarment, Payment to Influence Certain Federal Transactions, Size and Socioeconomic status) are valid and current, accurate and complete as of the date of acceptance. In particular, pursuant to FAR 52.209-6, by acceptance of this Purchase Contract, Seller certifies that neither it nor its principals are debarred, suspended or proposed for debarment by the United States Federal Government and that Seller is in compliance with 52.203-11. If Seller's status under any of the applicable representations and certifications has changed, Seller must submit a new SP1 prior to accepting this Purchase Contract.

If this is a rated order certified for U.S. national defense use, Seller is required to follow all the provisions of the Defense Priorities and Allocations System regulation (15 CFR part 700) in obtaining controlled materials and other products, services and materials needed to fill this order. If this is a DX rated order, Seller must provide Buyer with written acceptance or rejection of this order within ten (10) working days after receipt. If this is a DO rated order, Seller must promptly provide Buyer with written acceptance or rejection of this order within fifteen (15) working days after receipt. Seller must include in any written rejection of a rated order the reasons for the rejection. Seller's written acknowledgement of this rated order shall constitute written acceptance of this DPAS rating.

When applicable, the DPAS rating is specified in the line item(s) contained in this Purchase Contract.

This purchase contract is subject to Autopay unless a Boeing invoicing location is noted at the line item level.

Seller's commencement of performance or acceptance of this Purchase Contract in any manner shall conclusively evidence acceptance of the Purchase Contract as written.

Total Purchase Contract Values - Definitions:
(1) "Total PC Value" is the sum of the ITEM EXTENDED AMOUNT (or UNDEF. EXT. AMOUNT) for all items on this PC.
(2) "Total Definitized Value" is the total value of all fully definitized line items, and is calculated using the ITEM EXTENDED AMOUNT for those items.
(3) "Total Undefinitzed NTE value" is the total Not-To-Exceed (NTE) value for all line items that are not fully definitized. These line items are identified with a PRICE DESCRIPTION of "Maximum Price", "Estimated Price, "Not To Exceed", "Will Negotiate", "Funding Limitation", or "Advise Price".
(4) "Total PC Funding" is defined by Clause F216 (if applicable to this PC).

Electronically Distributed
Exostar Acknowledgement
Required

**Buyer Name:** [redacted] **Phone:** [redacted]
**Fax:** [redacted]

**Email Address:** [redacted]
**Loc/Bldg/Ms:** [redacted]

THE BOEING COMPANY
PO BOX 516
ST LOUIS MO 63166-0516
US

**BUYER** ______________________ **DATE** __________
**PURCHASING AGENT SIGNATURE**

**SELLER** ______________________ **DATE** __________
**AUTHORIZED SIGNATURE**



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**Total PC Value:** **PC Orig Date:** 04-MAR-2020
**Total PC Funding:**
**Total Definitized Value:** **Total Undefinitized NTE Value:**
**Strategic Agreement No:** 19SS019

**Supplier No.** **BEST Code:**

**Supplier Address:**

GKN AEROSPACE N AMERICA INC
142 MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Manufacturer Address:**

142 JS MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Confirm To:**

**Payment Type:** **Payment Rate:** 0.00%
**Liquidation Type:** **Liquidation Rate:** 0.00%

**All Deliverable line items on this Purchase Contract will ship to the following address unless otherwise specified on the line item(s).**

**Ship To:**

SEE PURCHASE CONTRACT LINE ITEM

**Routing:** Carrier of your choice (FOB Destination Only)
**FOB:** DESTINATION
**Shipping Payment Method:** Prepaid (by Seller)

Electronically Distributed
Exostar Acknowledgement Required

**Purchase Contract Revision Notes** - Data Not Specifically Altered Remains Unchanged



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM



Electronically Distributed
Exostar Acknowledgement
Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0001 | 74A121710-5031 | EA | | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:** F
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- OCT- 2022 | 25- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0001 ----------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0002 | 74A121752-5012 | EA | | [redacted] |

[redacted]

**Description:** [redacted]

**Total Qty Ordered**





Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Vendor P/N:**
**Issuing Loc:** ST LOUIS

24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 18- MAY- 2021 | 22- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Distributed
Agreement

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0002** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0003 | 74A121752-5011 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 18- MAY- 2021 | 22- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0003** ----------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0004 | 74A121750-5012 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Excerpted ... Distributed ... Document



**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 13- JUL- 2021 | 25- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0004** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0005 | 74A121750-5011 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 13- JUL- 2021 | 25- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0005

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0006 | 74A121833-5004 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- APR- 2021 | 20- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronic Exostar Acknowledgment Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0006** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0007 | 74A121854-5003 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- APR- 2021 | 20- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed
Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

**End of Item: 0007** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0008 | 74A121880-5003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 30- NOV- 2021 | 26- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distribution Acknowledgement Required
Kyocera

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0008** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0009 | 74A121710-5029 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- OCT- 2022 | 25- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Vendor Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]



**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

## End of Item: 0009 ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0010 | 74A121833-5003 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- APR- 2021 | 20- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0010 ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0011 | 74A140320-5007 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**

**Total Qty Ordered**
24

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Issuing Loc:** ST LOUIS

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- APR- 2021 | 20- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0011** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0012 | 74A140320-5008 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

24

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- APR- 2021 | 20- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0012

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0013 | 74A121740-5006 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 03- MAY- 2022 | 26- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

## End of Item: 0013

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0014 | 74A121730-5005 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 28- JUL- 2020 | 28- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Acknowledged Exostar Required

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

**End of Item: 0014** -----------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0015 | 74A121850-5005 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 05- APR- 2022 | 26- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

**End of Item: 0015** ---------------------------------------------------------------- **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0016 | 74A121820-5005 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 19- OCT- 2021 | 26- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Exostar Acknowledgement Required

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

**End of Item: 0016** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0017 | 74A121820-5006 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 19- OCT- 2021 | 26- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Star Acknowledgement Required

**Item Attachment(s)** **Description**

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**End of Item: 0017** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0018 | 74A121724-5005 | EA | [redacted] |

[redacted]
**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 27- JUL- 2021 | 26- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0018** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0019 | 74A121724-5006 | EA | [redacted] |

[redacted]
**Description:** [redacted]
**Vendor P/N:**

**Total Qty Ordered**
24

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Distributed
Acknowledgement
d

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Issuing Loc:** ST LOUIS

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- DEC- 2021 | 26- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0019** ---------------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0020 | 74A121850-5006 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |


**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 05- APR- 2022 | 26- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0020** ---------------------------------------- **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0021 | 74A121726-5012 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 05- APR- 2022 | 26- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

**End of Item: 0021** ---------------------------------------- **Line Item Was Updated**

Electronic Exostar Acknowledgement Required

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0022 | 74A121740-5005 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 03- MAY- 2022 | 26- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0022** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0023 | 74A121726-5011 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 05- APR- 2022 | 26- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Exostar Acknowledge Required



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

**End of Item: 0023** ---------------------------------------- **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0024 | 74A121882-5003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- APR- 2021 | 20- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Exostar Acknowledgement Required

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 24 of 84

Purchase Contract No: 1894231 Purchase Contract Change No: 05 PC/PCC Date: 2022-09-12
PC Orig Date: 04-MAR-2020

Item Attachment(s) Description

**End of Item: 0024** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0025 | 74A141201-5004 | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
24

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 30- SEP- 2022 | 24- MAY- 2021 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Item Attachment(s) Description

Electronically Distributed Acknowledgement Required

PC FORM Rev 1/19/07



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

| Item Attachment(s) | Description |
|---|---|
| [redacted] | |

**End of Item: 0025** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0026 | 74A141201-5003 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 30- SEP- 2022 | 24- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

| Item Attachment(s) | Description |
|---|---|
| [redacted] | |

Electronically Distributed
Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0026

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0027 | 74A141308-5006 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 11- JAN- 2022 | 24- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0027

Electronically Distributed Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0028 | 74A120991-5025 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 09- MAR- 2021 | 09- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

lly Distributed
ledgement

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0028** ---------------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0029 | 74A121880-5004 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]


Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 30- NOV- 2021 | 24- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0029

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0030 | 74A141308-5005 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 11- JAN- 2022 | 24- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0030 ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0031 | 74A140112-5010 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 09- MAR- 2021 | 09- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0031**

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0032 | 74A121854-5004 | EA | | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- APR- 2021 | 20- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Exostar Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

**End of Item: 0032** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0033 | 74A140101-5040 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 09- MAR- 2021 | 09- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
External Acknowledgement Required

**Item Attachment(s)** **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0033** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0034 | 74A140101-5038 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 09- MAR- 2021 | 09- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed
Star Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

## End of Item: 0034

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0035 | 74A121882-5004 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- APR- 2021 | 20- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0035

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0036 | 74A140116-5009 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 09- MAR- 2021 | 09- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0036

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0037 | 74A120991-5026 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 09- MAR- 2021 | 09- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0037** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0038 | 74A140101-5036 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 09- MAR- 2021 | 09- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0038** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0039 | 74A140116-5010 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 09- MAR- 2021 | 09- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Exostar Acknowledgment Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

**End of Item: 0039** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0040 | 74A140101-5037 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 09- MAR- 2021 | 09- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
External Acknowledgement
Required

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0040** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0041 | 74A140101-5039 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 09- MAR- 2021 | 09- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed
Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**End of Item: 0041** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0042 | 74A140112-5009 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 09- MAR- 2021 | 09- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0042** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0043 | 74A121730-5006 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**

**Total Qty Ordered**
24

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Issuing Loc:** ST LOUIS

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 28- JUL- 2020 | 28- JUL- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0043** ----------------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0044 | 74A121812-5021 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 10- AUG- 2021 | 24- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0044** ----------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0045 | 74A121890-2007A | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 26- JUL- 2022 | 24- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

| Purchase Contract No: | 1894231 | Purchase Contract Change No: 05 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|
| | | | PC Orig Date: | 04-MAR-2020 |

**Item Attachment(s)     Description**



**End of Item:  0045** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0046 | 74A121890-2008A | | EA | ██████ |

**Description:** ██████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
██████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ██████ | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 26- JUL- 2022 | 24- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)     Description**

██████

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

**End of Item: 0046** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0047 | 74B110056-2001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
48

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 48 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 48 | 15- DEC- 2020 | 15- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Exostar Acknowledgement Required

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

**End of Item: 0047** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0048 | 74A121812-5023 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 10- AUG- 2021 | 24- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Exostar Acknowledgement Required

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12

**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

**End of Item: 0048** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0049 | 74A140115-5021 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 26- JAN- 2021 | 26- JAN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distribution Acknowledgement Required Exostar

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

**End of Item: 0049** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0050 | 74A140115-5022 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 26- JAN- 2021 | 26- JAN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Star Acknowledgement Required

**Item Attachment(s)** **Description**

**Purchase Contract No:** 1894231     **Purchase Contract Change No:** 05     **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

| Item Attachment(s) | Description |
|---|---|
| ██████████████████████████████████████ | |

## End of Item: 0050 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0051 | 74A141114-5016 | | EA | ███████████ |

████████████████████████
**Description:** ████████████████████████
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
████████████████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████████ | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date | Ship To: |
|---|---|---|---|
| 24 | 26- JAN- 2021 | 26- JAN- 2021 | THE BOEING COMPANY |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

| Item Attachment(s) | Description |
|---|---|
| ██████████████████████████████████████████████████████████████ | |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 48 of 84

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**End of Item: 0051** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0052 | 74A120606-5011 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- APR- 2021 | 20- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement

**Item Attachment(s)** **Description**

**End of Item: 0052** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0053 | 74A120604-5012 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- MAR- 2021 | 23- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0053**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0054 | 74A120604-5011 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- MAR- 2021 | 23- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0054

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0055 | 74A120974-5084 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 10- AUG- 2021 | 24- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

**End of Item: 0055** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0056 | 74A120606-5012 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- APR- 2021 | 20- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Exostar Acknowledgment Required

**Item Attachment(s)** **Description**

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

**End of Item: 0056** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0057 | 74A120608-5009 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
48

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 48 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 48 | 18- MAY- 2021 | 18- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

| Purchase Contract No: | 1894231 | Purchase Contract Change No: | 05 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 04-MAR-2020 |

**Item Attachment(s)**     **Description**

█████████████████████████████████

**End of Item: 0057** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0058 | 74A140101-5035 | | EA | ████ |

**Description:** ████████     **Total Qty Ordered**
**Vendor P/N:**     24
**Issuing Loc:** ST LOUIS

**Item Ext Amount**

████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ██████ | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 09- MAR- 2021 | 09- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON     MO     63044
US

**Item Attachment(s)**     **Description**

█████████████████████████████████

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

| Purchase Contract No: | 1894231 | Purchase Contract Change No: 05 | PC/PCC Date: | 2022-09-12 |
|---|---|---|---|---|
| | | | PC Orig Date: | 04-MAR-2020 |

**End of Item:   0058**   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0059 | 74A141114-5015 | | EA | ████ |

**Description:** ████████████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████ | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 26- JAN- 2021 | 26- JAN- 2021 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)       Description**

████████████████████████████████████████

**End of Item:   0059**   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0060 | 74A120607-5013 | EA | ████ |



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 18- MAY- 2021 | 18- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Distributed ... Judgement

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0060** ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0061 | 74A120607-5014 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 18- MAY- 2021 | 18- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0061** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0062 | 74A120974-5096 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 57 of 84

Purchase Contract No: 1894231 Purchase Contract Change No: 05 PC/PCC Date: 2022-09-12
PC Orig Date: 04-MAR-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 10- AUG- 2021 | 24- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

**End of Item: 0062** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0063 | 74A121926-2004A | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- APR- 2021 | 20- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

**End of Item: 0063** ---------------------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0064 | 74A120974-5095 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 10- AUG- 2021 | 24- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

Electronically Exostar Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0064

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0065 | 74A120610-5012 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- FEB- 2021 | 23- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Exostar Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 60 of 84

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

**End of Item: 0065** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0066 | 74A141419-2001A | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
48

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 48 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 48 | 16- NOV- 2021 | 24- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Star Acknowledgement Required

**Item Attachment(s)** **Description**

PC FORM Rev 1/19/07



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0066** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0067 | 74A120974-5097 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 24

**Item Ext Amount** [redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 10- AUG- 2021 | 24- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Electronically Distributed
Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0067** ------------------------------------------------------------

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0068 | 74A141306-2006 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 26- JUL- 2022 | 24- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0068** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0069 | 74A141306-2005 | EA | [redacted] |

[redacted]

**Description:** [redacted]

**Total Qty Ordered**



**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Vendor P/N:**
**Issuing Loc:** ST LOUIS

24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 26- JUL- 2022 | 24- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Distributed ... ement

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0069

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0070 | 74A120974-5080 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| --- | --- | --- | --- | --- |
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
| --- | --- | --- |
| 24 | 10- AUG- 2021 | 24- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

**End of Item: 0070** ----------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
| --- | --- | --- | --- |
| 0071 | 74A141448-2002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| --- | --- | --- | --- | --- |
| | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- APR- 2021 | 20- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0071** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0072 | 74A120974-5079 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 10- AUG- 2021 | 24- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

**End of Item: 0072** ----------------------------------------

Electronically Exostar Acknowledgement Required

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0073 | 74A120974-5083 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 10- AUG- 2021 | 24- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

**End of Item: 0073** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0074 | 74A120609-5014 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 12- JAN- 2021 | 12- JAN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Exostar Acknowledgement Required

**Item Attachment(s)** **Description**

# EXHIBIT D

## *Part 11 of 31*

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

**End of Item: 0074** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0075 | 74A120974-5098 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 10- AUG- 2021 | 24- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Distributed Postal Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0075** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0076 | 74A120609-5013 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 12- JAN- 2021 | 12- JAN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0076** ----------------------------------------

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0077 | 74A120610-5011 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- FEB- 2021 | 23- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0077** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0078 | 74A121926-2003A | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- APR- 2021 | 20- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0078

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0079 | 74A141448-2001 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 20- APR- 2021 | 20- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0079** ---------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0080 | 74A120974-5082 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 10- AUG- 2021 | 26- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Purchase Contract No: 1894231 Purchase Contract Change No: 05 PC/PCC Date: 2022-09-12
PC Orig Date: 04-MAR-2020

Item Attachment(s) Description

**End of Item: 0080** ---------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0081 | 74A120974-5086 | EA | | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
24

Item Ext Amount

Electronically Exostar Acknowledgement Required

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 10- AUG- 2021 | 26- JUL- 2021 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Item Attachment(s) Description

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

**End of Item: 0081** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0082 | 74A120974-5085 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 10- AUG- 2021 | 26- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Distributed Exostar Acknowledgement Required

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0082

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0083 | 74A120974-5081 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 10- AUG- 2021 | 26- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed Ariba/Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**End of Item: 0083** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0084 | 74A122600-5040 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- JAN- 2022 | 17- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement Required

**Item Attachment(s)** **Description**

**End of Item: 0084** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0085 | 74A122650-5019 | EA | |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 11- JAN- 2022 | 17- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0085** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0086 | 74A122650-5020 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

 Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 11- JAN- 2022 | 17- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0086** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0087 | 74A122600-5039 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 79 of 84

Purchase Contract No: 1894231 Purchase Contract Change No: 05 PC/PCC Date: 2022-09-12

PC Orig Date: 04-MAR-2020

24

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- JAN- 2022 | 17- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0087** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0088 | | LT | |

**Description:**
**Vendor P/N:** TYPE M
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

**Item Attachment(s)** **Description**

PC FORM Rev 1/19/07



**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

## End of Item: 0088 ---------------------------------------------------------------------------

**PC Attachment(s)** **Description**

Terms and conditions clauses applicable to this Purchase Contract, including Purchase Contract changes, are incorporated herein by reference and can be found at http://www.boeingsuppliers.com/terms.html. Unless indicated elsewhere in this Purchase Contract, the version of each incorporated clause applicable to this Purchase Contract is the latest dated version of each clause in effect on the date of the original Purchase contract (Purchase Contract Change No: 00) included on the front page thereof. Unless indicated elsewhere in a subsequent Purchase Contract Change(s), clauses added via such Purchase Contract Change(s) shall be the version of the clause in effect on the date of such Purchase Contract Change(s). Referenced attachments are incorporated herein by reference.

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

## PC Attachment(s)

**Attachment 0000.00 0000 0030**

TERMS - **INVOICE PAYMENT TERMS**

This Purchase Contract is subject to the following payment terms. See the General Provisions applicable to this Purchase Contract for important information regarding payment.

Discount: 0%, Discount Days: 0, Net Days: 30

**Attachment D501**

**Attachment E000-**

Externally Distributed / Non-Endorsement / Allowed





Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Attachment H200**

**Attachment H602**

Electronically Distributed
Exostar Acknowledgement Required

**Attachment M100**

M100

SOLICITATION / CONTRACT ATTACHMENTS (VARIABLE)

Variable portion of the clause is listed below:

This clause incorporates by reference all attachments, exhibits, and/or appendices identified below:

a. General Terms Agreement (GTA) Number G1700005 dated 31 May 2019, which modifies GP7 Fixed Price Goods under U.S. Government Prime Contract, incorporated into this procurement.
b. Boeing and GKN MOA-2019- 00007, dated 24 May 2019

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 83 of 84

Purchase Contract No: 1894231 Purchase Contract Change No: 05 PC/PCC Date: 2022-09-12
PC Orig Date: 04-MAR-2020

Attachment PC REVISION NOTES

Electronic Exostar Acknowledgement Required

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1894231 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2022-09-12
**PC Orig Date:** 04-MAR-2020

By acceptance of this Purchase Contract, including Purchase Contract changes, whether by written, electronic, or other manner of acceptance, Seller certifies that all Seller representations and certifications applicable to this Purchase Contract included in Seller's SP1 Annual Representations and Certifications (which include, but are not limited to, Debarment, Payment to Influence Certain Federal Transactions, Size and Socioeconomic status) are valid and current, accurate and complete as of the date of acceptance. In particular, pursuant to FAR 52.209-6, by acceptance of this Purchase Contract, Seller certifies that neither it nor its principals are debarred, suspended or proposed for debarment by the United States Federal Government and that Seller is in compliance with 52.203-11. If Seller's status under any of the applicable representations and certifications has changed, Seller must submit a new SP1 prior to accepting this Purchase Contract.

If this is a rated order certified for U.S. national defense use, Seller is required to follow all the provisions of the Defense Priorities and Allocations System regulation (15 CFR part 700) in obtaining controlled materials and other products, services and materials needed to fill this order. If this is a DX rated order, Seller must provide Buyer with written acceptance or rejection of this order within ten (10) working days after receipt. If this is a DO rated order, Seller must promptly provide Buyer with written acceptance or rejection of this order within fifteen (15) working days after receipt. Seller must include in any written rejection of a rated order the reasons for the rejection. Seller's written acknowledgement of this rated order shall constitute written acceptance of this DPAS rating.

When applicable, the DPAS rating is specified in the line item(s) contained in this Purchase Contract.

This purchase contract is subject to Autopay unless a Boeing invoicing location is noted at the line item level.

Seller's commencement of performance or acceptance of this Purchase Contract in any manner shall conclusively evidence acceptance of the Purchase Contract as written.

Total Purchase Contract Values - Definitions:
(1) "Total PC Value" is the sum of the ITEM EXTENDED AMOUNT (or UNDEF. EXT. AMOUNT) for all items on this PC.
(2) "Total Definitized Value" is the total value of all fully definitized line items, and is calculated using the ITEM EXTENDED AMOUNT for those items.
(3) "Total Undefinitzed NTE value" is the total Not-To-Exceed (NTE) value for all line items that are not fully definitized. These line items are identified with a PRICE DESCRIPTION of "Maximum Price", "Estimated Price, "Not To Exceed", "Will Negotiate", "Funding Limitation", or "Advise Price".
(4) "Total PC Funding" is defined by Clause F216 (if applicable to this PC).

Electronically Distributed Exostar Acknowledgement Required

**Buyer Name:** [redacted] **Phone:** [redacted]
**Fax:**
**Email Address:** [redacted]
**Loc/Bldg/Ms:**
THE BOEING COMPANY
PO BOX 516
ST LOUIS MO 63166-0516
US

**BUYER** ______________________ **DATE** __________
PURCHASING AGENT SIGNATURE

**SELLER** ______________________ **DATE** __________
AUTHORIZED SIGNATURE


Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1903432 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2021-03-04
**Total PC Value:** [redacted] **PC Orig Date:** 20-MAR-2020
**Total PC Funding:** [redacted]
**Total Definitized Value:** [redacted] **Total Undefinitized NTE Value:** [redacted]
**Strategic Agreement No:** 19SS019

**Supplier No.** [redacted] **BEST Code:** [redacted]

**Supplier Address:**

GKN AEROSPACE N AMERICA INC
142 MCDONNELL BLVD
SAINT LOUIS MO 63042-3102
US

**Manufacturer Address:**

142 JS MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Confirm To:** [redacted]

**Payment Type:** **Payment Rate:** 0.00%
**Liquidation Type:** Ordinary **Liquidation Rate:** 0.00%

**All Deliverable line items on this Purchase Contract will ship to the following address unless otherwise specified on the line item(s).**

**Ship To:**

SEE PURCHASE CONTRACT LINE ITEM

**Routing:** Carrier of your choice (FOB Destination Only)
**FOB:** DESTINATION
**Shipping Payment Method:** Prepaid (by Seller)

Electronically Distributed Exostar Acknowledgement Required

**Purchase Contract Revision Notes** - Data Not Specifically Altered Remains Unchanged

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1903432 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2021-03-04
**PC Orig Date:** 20-MAR-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0001 | 74A120815-5002A | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
22

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 3 |
| | | | | 19 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 22 | 07- DEC- 2020 | 24- JUN- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

ally Distributed
wledgement

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0001 ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0002 | 74A182101-1033 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
365

**Item Ext Amount**
[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1903432 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2021-03-04
**PC Orig Date:** 20-MAR-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 365 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 365 | 25- JAN- 2021 | 25- JAN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0002** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0003 | 74A830874-2007 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
4

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 4 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1903432 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2021-03-04
**PC Orig Date:** 20-MAR-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 20- NOV- 2020 | 20- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0003** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0004 | 74A350739-5005 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
4

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 22- NOV- 2021 | 22- NOV- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

Item Attachment(s) Description

[redacted]

**End of Item: 0004** ----------------------------------------------------------------------------------

PC Attachment(s) Description

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1903432 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2021-03-04
**PC Orig Date:** 20-MAR-2020

**PC Attachment(s)** **Description**

Terms and Conditions clauses applicable to this contract are incorporated herein by reference and can be found at http://www.boeingsuppliers.com/terms.html. Unless indicated elsewhere in this contract, the version of each incorporated clause applicable to this purchase contract is the latest dated version of each clause in effect on the date of the original purchase contract (Purchase Contract Change No: 00) included on the front page thereof. Unless indicated elsewhere in a subsequent Purchase Contract Change(s), clauses added via such Purchase Contract Change(s) shall be the version of the clause in effect on the date of such Purchase Contract Change(s). Referenced attachments are incorporated herein by reference.

Electronically Distributed
Exostar Acknowledgement
Required

The Boeing Company

# Purchase Contract/Purchase Contract Change

Page 7 of 11

**Purchase Contract No:** 1903432 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2021-03-04
**PC Orig Date:** 20-MAR-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

## PC Attachment(s)

**Attachment 0000.00 0000 0030**

TERMS - **INVOICE PAYMENT TERMS**

This Purchase Contract is subject to the following payment terms. See the General Provisions applicable to this Purchase Contract for important information regarding payment.

Discount: 0%, Discount Days: 0, Net Days: 30

**Attachment D501**

**Attachment E000-**

PC FORM Rev 1/19/07



The Boeing Company

Purchase Contract/Purchase Contract Change

Page 8 of 11

Purchase Contract No: 1903432 Purchase Contract Change No: 05 PC/PCC Date: 2021-03-04
PC Orig Date: 20-MAR-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Attachment H200**

**Attachment H602**

Electronically Distributed
Exostar Acknowledgement Required

PC FORM Rev 1/19/07


Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company

**Purchase Contract/Purchase Contract Change**

Page 9 of 11

**Purchase Contract No:** 1903432 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2021-03-04
**PC Orig Date:** 20-MAR-2020

**Attachment M100**

M100

SOLICITATION / CONTRACT ATTACHMENTS (VARIABLE)

Variable portion of the clause is listed below:

This clause incorporates by reference all attachments, exhibits, and/or appendices identified below:

a. General Terms Agreement (GTA) Number G1700005 dated 31 May 2019, which modifies GP7 Fixed Price Goods under U.S. Government Prime Contract, incorporated into this procurement.

b. Boeing and GKN MOA-2019- 00007, dated 24 May 2019

**Attachment PC REV NOTES**

**Line Item 0004**

**Attachment CONTRACTS/DPAS RATINGS.**

PC FORM Rev 1/19/07


Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 10 of 11

**Purchase Contract No:** 1903432 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2021-03-04
**PC Orig Date:** 20-MAR-2020

Electronically Distributed
Exostar Acknowledgement
Required

PC FORM Rev 1/19/07


# Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1903432 **Purchase Contract Change No:** 05 **PC/PCC Date:** 2021-03-04
**PC Orig Date:** 20-MAR-2020

If this is a rated order certified for national defense use, Seller is required to follow all the provisions of the Defense Priorities and Allocations System regulation (15 CFR part 700) in obtaining controlled materials and other products, services and materials needed to fill this order. If this is a DX rated order, Seller must provide Buyer with written acceptance or rejection of this order within ten (10) working days after receipt. If this is a DO rated order, Seller must promptly provide Buyer with written acceptance or rejection of this order within fifteen (15) working days after receipt. Seller must include in any written rejection of a rated order the reasons for the rejection. Seller's written acknowledgement of this rated order shall constitute written acceptance of this DPAS rating.

When applicable, the DPAS rating is specified in the line item(s) contained in this Purchase Contract.

This purchase contract is subject to Autopay unless a Boeing invoicing location is noted at the line item level.

Seller's commencement of performance or acceptance of this Purchase Contract in any manner shall conclusively evidence acceptance of the Purchase Contract as written.

Total Purchase Contract Values - Definitions:
(1) "Total PC Value" is the sum of the ITEM EXTENDED AMOUNT (or UNDEF. EXT. AMOUNT) for all items on this PC.
(2) "Total Definitized Value" is the total value of all fully definitized line items, and is calculated using the ITEM EXTENDED AMOUNT for those items.
(3) "Total Undefinitzed NTE value" is the total Not-To-Exceed (NTE) value for all line items that are not fully definitized. These line items are identified with a PRICE DESCRIPTION of "Maximum Price", "Estimated Price, "Not To Exceed", "Will Negotiate", "Funding Limitation", or "Advise Price".
(4) "Total PC Funding" is defined by Clause F216 (if applicable to this PC).

Electronically Distributed
Explicit Acknowledgement Required

**Buyer Name:** [redacted] **Phone:** [redacted]
**Fax:**

**Email Address:** [redacted]
**Loc/Bldg/Ms:**

THE BOEING COMPANY
PO BOX 516
ST LOUIS MO 63166-0516
US

**BUYER** ______________________ **DATE** ____________
**PURCHASING AGENT SIGNATURE**

**SELLER** ______________________ **DATE** ____________
**AUTHORIZED SIGNATURE**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1914184 **Purchase Contract Change No:** 06 **PC/PCC Date:** 2022-09-19

**Total PC Value:** [redacted] **PC Orig Date:** 15-APR-2020

**Total PC Funding:**

**Total Definitized Value:** **Total Undefinitized NTE Value:** [redacted]

**Strategic Agreement No:** 19SS019

**Supplier No.** [redacted] **BEST Code:** [redacted]

**Supplier Address:**

GKN AEROSPACE N AMERICA INC
142 MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Manufacturer Address:**

142 JS MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Confirm To:** [redacted]

**Payment Type:** **Payment Rate:** 0.00%

**Liquidation Type:** Ordinary **Liquidation Rate:** 0.00%

**All Deliverable line items on this Purchase Contract will ship to the following address unless otherwise specified on the line item(s).**

**Ship To:**

SEE PURCHASE CONTRACT LINE ITEM

**Routing:** Carrier of your choice (FOB Destination Only)

**FOB:** DESTINATION

**Shipping Payment Method:** Prepaid (by Seller)

Electronically Distributed Boostar Acknowledgement Required

**Purchase Contract Revision Notes** - Data Not Specifically Altered Remains Unchanged

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1914184 **Purchase Contract Change No:** 06 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 15-APR-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0001 | 74A121722-5007 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 18- JAN- 2023 | 22- MAY- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Acknowledgement

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0001** ------------------------------------------------ **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0002 | 74A121722-5007 | EA | [redacted] |

[redacted]

**Purchase Contract No:** 1914184 **Purchase Contract Change No:** 06 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 15-APR-2020

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 18- JAN- 2023 | 03- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Distributed
Judgement

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0002** ------------------------------------------------------------ **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0003 | 74A121722-5008 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1914184 **Purchase Contract Change No:** 06 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 15-APR-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- JAN- 2023 | 03- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0003** ---------------------------------------- **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0004 | 74A121722-5008 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**


Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1914184 **Purchase Contract Change No:** 06 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 15-APR-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- JAN- 2023 | 22- MAY- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0004** ------------------------------------------------------------ **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0005 | 74A305306-1011 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1914184 **Purchase Contract Change No:** 06 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 15-APR-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 01- MAR- 2021 | 03- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0005** ---------------------------------------------------------------------------------

**PC Attachment(s)** **Description**

Terms and conditions clauses applicable to this Purchase Contract, including Purchase Contract changes, are incorporated herein by reference and can be found at http://www.boeingsuppliers.com/terms.html. Unless indicated elsewhere in this Purchase Contract, the version of each incorporated clause applicable to this Purchase Contract is the latest dated version of each clause in effect on the date of the original Purchase contract (Purchase Contract Change No: 00) included on the front page thereof. Unless indicated elsewhere in a subsequent Purchase Contract Change(s), clauses added via such Purchase Contract Change(s) shall be the version of the clause in effect on the date of such Purchase Contract Change(s). Referenced attachments are incorporated herein by reference.

 The Boeing Company

Purchase Contract/Purchase Contract Change

Page 7 of 9

Purchase Contract No: 1914184 Purchase Contract Change No: 06 PC/PCC Date: 2022-09-19

PC Orig Date: 15-APR-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

## PC Attachment(s)

**Attachment 0000.00 0000 0030**

TERMS - **INVOICE PAYMENT TERMS**

This Purchase Contract is subject to the following payment terms. See the General Provisions applicable to this Purchase Contract for important information regarding payment.

Discount: 0%, Discount Days: 0, Net Days: 30

**Attachment E000-**

**Attachment M100**

M100

SOLICITATION / CONTRACT ATTACHMENTS (VARIABLE)

Variable portion of the clause is listed below:

This clause incorporates by reference all attachments, exhibits, and/or appendices identified below:

A. General Terms Agreement (GTA) Number G1700005 dated 31 May 2019, which modifies GP7 Fixed Price Goods under U.S. Government Prime Contract, incorporated into this procurement.
B. Boeing and GKN MOA-2018- 00007, dated 24 May 2019

Electronically Distributed Exostar Agreement Required

PC FORM Rev 1/19/07



The Boeing Company

Purchase Contract/Purchase Contract Change

Page 8 of 9

Purchase Contract No: 1914184 Purchase Contract Change No: 06 PC/PCC Date: 2022-09-19

PC Orig Date: 15-APR-2020

Attachment REV NOTES

Electronically Delivered
Exostar Acknowledgement
Required

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1914184 **Purchase Contract Change No:** 06 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 15-APR-2020

By acceptance of this Purchase Contract, including Purchase Contract changes, whether by written, electronic, or other manner of acceptance, Seller certifies that all Seller representations and certifications applicable to this Purchase Contract included in Seller's SP1 Annual Representations and Certifications (which include, but are not limited to, Debarment, Payment to Influence Certain Federal Transactions, Size and Socioeconomic status) are valid and current, accurate and complete as of the date of acceptance. In particular, pursuant to FAR 52.209-6, by acceptance of this Purchase Contract, Seller certifies that neither it nor its principals are debarred, suspended or proposed for debarment by the United States Federal Government and that Seller is in compliance with 52.203-11. If Seller's status under any of the applicable representations and certifications has changed, Seller must submit a new SP1 prior to accepting this Purchase Contract.

If this is a rated order certified for U.S. national defense use, Seller is required to follow all the provisions of the Defense Priorities and Allocations System regulation (15 CFR part 700) in obtaining controlled materials and other products, services and materials needed to fill this order. If this is a DX rated order, Seller must provide Buyer with written acceptance or rejection of this order within ten (10) working days after receipt. If this is a DO rated order, Seller must promptly provide Buyer with written acceptance or rejection of this order within fifteen (15) working days after receipt. Seller must include in any written rejection of a rated order the reasons for the rejection. Seller's written acknowledgement of this rated order shall constitute written acceptance of this DPAS rating.

When applicable, the DPAS rating is specified in the line item(s) contained in this Purchase Contract.

This purchase contract is subject to Autopay unless a Boeing invoicing location is noted at the line item level.

Seller's commencement of performance or acceptance of this Purchase Contract in any manner shall conclusively evidence acceptance of the Purchase Contract as written.

Total Purchase Contract Values - Definitions:
(1) "Total PC Value" is the sum of the ITEM EXTENDED AMOUNT (or UNDEF. EXT. AMOUNT) for all items on this PC.
(2) "Total Definitized Value" is the total value of all fully definitized line items, and is calculated using the ITEM EXTENDED AMOUNT for those items.
(3) "Total Undefinitzed NTE value" is the total Not-To-Exceed (NTE) value for all line items that are not fully definitized. These line items are identified with a PRICE DESCRIPTION of "Maximum Price", "Estimated Price, "Not To Exceed", "Will Negotiate", "Funding Limitation", or "Advise Price".
(4) "Total PC Funding" is defined by Clause F216 (if applicable to this PC).

Electronically Distributed
Exostar Acknowledgement Required

**Buyer Name:** [redacted] **Phone:** [redacted]
**Fax:**

**Email Address:** [redacted]
**Loc/Bldg/Ms:** [redacted]

THE BOEING COMPANY
PO BOX 516
ST LOUIS MO 63166-0516
US

**BUYER** ______________________ **DATE** __________
PURCHASING AGENT SIGNATURE

**SELLER** ______________________ **DATE** __________
AUTHORIZED SIGNATURE

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1919464 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-09-19
**Total PC Value:** [redacted] **PC Orig Date:** 21-APR-2020
**Total PC Funding:**
**Total Definitized Value:** **Total Undefinitized NTE Value:** [redacted]
**Strategic Agreement No:** 19SS019

**Supplier No.** [redacted] **BEST Code:** [redacted]

**Supplier Address:**

GKN AEROSPACE N AMERICA INC
142 MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Manufacturer Address:**

142 JS MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Confirm To:** [redacted]

**Payment Type:** **Payment Rate:** 0.00%
**Liquidation Type:** Ordinary **Liquidation Rate:** 0.00%

**All Deliverable line items on this Purchase Contract will ship to the following address unless otherwise specified on the line item(s).**

**Ship To:**
SEE PURCHASE CONTRACT LINE ITEM

**Routing:** Carrier of your choice (FOB Destination Only)
**FOB:** DESTINATION
**Shipping Payment Method:** Prepaid (by Seller)

Electronically Distributed
Pstar Acknowledgement Required

**Purchase Contract Revision Notes** - Data Not Specifically Altered Remains Unchanged

[redacted]



Electronically Distributed
Exostar Acknowledgement
Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1919464 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 21-APR-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0001 | 74A304509-5565 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 17- MAY- 2022 | 25- AUG- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0001

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0002 | 74A120813-5021 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1919464 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 21-APR-2020

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- JAN- 2022 | 26- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0002 ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0003 | 74A120813-5021 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1919464 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 21-APR-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- JAN- 2022 | 26- OCT- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0003** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0004 | 74A120813-5022 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- JAN- 2022 | 26- OCT- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1919464 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 21-APR-2020

**Item Attachment(s)** **Description**

## End of Item: 0004

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0005 | 74A120813-5022 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

Electronically Exostar Acknowledged Required

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- JAN- 2022 | 26- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1919464 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 21-APR-2020

**Item Attachment(s)** **Description**

**End of Item: 0005** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0010 | 74A121760-5017 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- JAN- 2023 | 25- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Exostar Acknowledgement Required

**Item Attachment(s)** **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1919464 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 21-APR-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0010**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0011 | 74A121760-5018 [redacted] | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- JAN- 2023 | 25- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distribution Exostar Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1919464 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 21-APR-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0011

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0012 | 74A304016-5151 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- MAY- 2021 | 25- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed
Star Acknowledgement
Required

**Purchase Contract No:** 1919464 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 21-APR-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0012** ---------- **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0013 | 74A304016-5152 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- MAY- 2021 | 24- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0013** ---------- **Line Item Was Updated**

Electronically Distributed Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM



The Boeing Company

# Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1919464 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 21-APR-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0014 | 74A304135-5147 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 17- MAY- 2022 | 25- AUG- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0014** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0015 | 74A304135-5147 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1919464 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 21-APR-2020

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 17- MAY- 2022 | 25- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0015** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0016 | 74A304135-5148 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1919464 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 21-APR-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 17- MAY- 2022 | 25- AUG- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0016** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0017 | 74A304135-5148 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 17- MAY- 2022 | 25- AUG- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1919464 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 21-APR-2020

| Item Attachment(s) | Description |
|---|---|

[redacted]

**End of Item: 0017** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0018 | 74A305005-5143 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

Electronically Exostar Acknowl Required

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 16- AUG- 2021 | 25- JAN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

| Item Attachment(s) | Description |
|---|---|

[redacted]


The Boeing Company
Purchase Contract/Purchase Contract Change
Page 15 of 21

Purchase Contract No: 1919464 Purchase Contract Change No: 08 PC/PCC Date: 2022-09-19
PC Orig Date: 21-APR-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

| Item Attachment(s) | Description |
|---|---|

**End of Item: 0018** ------------------------------------------------------------------------

| PC Attachment(s) | Description |
|---|---|

Terms and conditions clauses applicable to this Purchase Contract, including Purchase Contract changes, are incorporated herein by reference and can be found at http://www.boeingsuppliers.com/terms.html. Unless indicated elsewhere in this Purchase Contract, the version of each incorporated

PC FORM Rev 1/19/07



The Boeing Company
Purchase Contract/Purchase Contract Change

Page 16 of 21

**Purchase Contract No:** 1919464 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 21-APR-2020

clause applicable to this Purchase Contract is the latest dated version of each clause in effect on the date of the original Purchase contract (Purchase Contract Change No: 00) included on the front page thereof. Unless indicated elsewhere in a subsequent Purchase Contract Change(s), clauses added via such Purchase Contract Change(s) shall be the version of the clause in effect on the date of such Purchase Contract Change(s). Referenced attachments are incorporated herein by reference.

Electronically Distributed
Exostar Acknowledgement
Required

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company
Purchase Contract/Purchase Contract Change
Page 17 of 21

**Purchase Contract No:** 1919464 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 21-APR-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

## PC Attachment(s)

**Attachment 0000.00 0000 0030**

TERMS - **INVOICE PAYMENT TERMS**

This Purchase Contract is subject to the following payment terms. See the General Provisions applicable to this Purchase Contract for important information regarding payment.

Discount: 0%, Discount Days: 0, Net Days: 30

**Attachment D501**

**Attachment E000-**

PC FORM Rev 1/19/07



**Purchase Contract No:** 1919464 **Purchase Contract Change No:** 08 **PC/PCC Date:** 2022-09-19
**PC Orig Date:** 21-APR-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Attachment H200**

**Attachment H602**

Electronically Distributed Exostar Receipt Acknowledgement

**Attachment M100**

M100

SOLICITATION / CONTRACT ATTACHMENTS (VARIABLE)

Variable portion of the clause is listed below:

This clause incorporates by reference all attachments, exhibits, and/or appendices identified below:

a. General Terms Agreement (GTA) Number G1700005 dated 31 May 2019, which modifies GP7 Fixed Price Goods under U.S. Government Prime Contract, incorporated into this procurement.
b. Boeing and GKN MOA-2019- 00007, dated 24 May 2019

The Boeing Company
Purchase Contract/Purchase Contract Change
Page 19 of 21

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Purchase Contract No: 1919464 Purchase Contract Change No: 08 PC/PCC Date: 2022-09-19
PC Orig Date: 21-APR-2020

**Attachment PC REVISION NOTES**

**Line Item 0001**

**Attachment D501.**

**Line Item 0012**

**Attachment D501.**

PC FORM Rev 1/19/07



The Boeing Company
Purchase Contract/Purchase Contract Change
Page 20 of 21

Purchase Contract No: 1919464 Purchase Contract Change No: 08 PC/PCC Date: 2022-09-19
PC Orig Date: 21-APR-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Line Item 0013**

**Attachment D501.**

**Line Item 0014**

**Attachment D501.**

**Line Item 0015**

**Attachment D501.**

**Line Item 0016**

**Attachment D501.**

**Line Item 0017**

**Attachment D501.**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No: 1919464** **Purchase Contract Change No: 08** **PC/PCC Date: 2022-09-19**
**PC Orig Date: 21-APR-2020**

By acceptance of this Purchase Contract, including Purchase Contract changes, whether by written, electronic, or other manner of acceptance, Seller certifies that all Seller representations and certifications applicable to this Purchase Contract included in Seller's SP1 Annual Representations and Certifications (which include, but are not limited to, Debarment, Payment to Influence Certain Federal Transactions, Size and Socioeconomic status) are valid and current, accurate and complete as of the date of acceptance. In particular, pursuant to FAR 52.209-6, by acceptance of this Purchase Contract, Seller certifies that neither it nor its principals are debarred, suspended or proposed for debarment by the United States Federal Government and that Seller is in compliance with 52.203-11. If Seller's status under any of the applicable representations and certifications has changed, Seller must submit a new SP1 prior to accepting this Purchase Contract.

If this is a rated order certified for U.S. national defense use, Seller is required to follow all the provisions of the Defense Priorities and Allocations System regulation (15 CFR part 700) in obtaining controlled materials and other products, services and materials needed to fill this order. If this is a DX rated order, Seller must provide Buyer with written acceptance or rejection of this order within ten (10) working days after receipt. If this is a DO rated order, Seller must promptly provide Buyer with written acceptance or rejection of this order within fifteen (15) working days after receipt. Seller must include in any written rejection of a rated order the reasons for the rejection. Seller's written acknowledgement of this rated order shall constitute written acceptance of this DPAS rating.

When applicable, the DPAS rating is specified in the line item(s) contained in this Purchase Contract.

This purchase contract is subject to Autopay unless a Boeing invoicing location is noted at the line item level.

Seller's commencement of performance or acceptance of this Purchase Contract in any manner shall conclusively evidence acceptance of the Purchase Contract as written.

Total Purchase Contract Values - Definitions:
(1) "Total PC Value" is the sum of the ITEM EXTENDED AMOUNT (or UNDEF. EXT. AMOUNT) for all items on this PC.
(2) "Total Definitized Value" is the total value of all fully definitized line items, and is calculated using the ITEM EXTENDED AMOUNT for those items.
(3) "Total Undefinitzed NTE value" is the total Not-To-Exceed (NTE) value for all line items that are not fully definitized. These line items are identified with a PRICE DESCRIPTION of "Maximum Price", "Estimated Price, "Not To Exceed", "Will Negotiate", "Funding Limitation", or "Advise Price".
(4) "Total PC Funding" is defined by Clause F216 (if applicable to this PC).

Electronically Acknowledgement Required

**Buyer Name:** [redacted]

**Phone:** [redacted]
**Fax:**

**Email Address:** [redacted]
**Loc/Bldg/Ms:**

THE BOEING COMPANY
PO BOX 516
ST LOUIS MO 63166-0516
US

**BUYER** ______________________________ **DATE** ______________
PURCHASING AGENT SIGNATURE

**SELLER** ______________________________ **DATE** ______________
AUTHORIZED SIGNATURE



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1937313 **Purchase Contract Change No:** 03 **PC/PCC Date:** 2020-12-10

**Total PC Value:**
**Total PC Funding:**
**Total Definitized Value:**

**PC Orig Date:** 01-JUN-2020

**Total Undefinitized NTE Value:**

**Supplier No.** **BEST Code:**

**Supplier Address:** **NAICS:** **Size Std Emp:**

GKN AEROSPACE N AMERICA INC
142 MCDONNELL BLVD
SAINT LOUIS MO 63042-3102
US

**Manufacturer Address:**

142 JS MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Confirm To:**

**Payment Type:** **Payment Rate:** 0.00%
**Liquidation Type:** Ordinary **Liquidation Rate:** 0.00%

**All Deliverable line items on this Purchase Contract will ship to the following address unless otherwise specified on the line item(s).**

**Ship To:**
SEE PURCHASE CONTRACT
LINE ITEM

**Routing:** Carrier of your choice (FOB Destination Only)
**FOB:** DESTINATION
**Shipping Payment Method:** Prepaid (by Seller)

**Purchase Contract Revision Notes** - Data Not Specifically Altered Remains Unchanged

Electronically Distributed
Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

# Purchase Contract/Purchase Contract Change

Purchase Contract No: 1937313 Purchase Contract Change No: 03 PC/PCC Date: 2020-12-10
PC Orig Date: 01-JUN-2020

**Item** 0007 **Part Number**
**UM Ordered** LT
**Unit Price** [redacted]

**Description:** [redacted]
**Vendor P/N:** TYPE M
**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 1
**Item Ext Amount** [redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0007** ---

**Item** 0008 **Part Number**
**UM Ordered** LT
**Unit Price** [redacted]

**Description:** [redacted]
**Vendor P/N:** TYPE M
**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 1
**Item Ext Amount** [redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 1 |

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0008** ---

**Item** 0009 **Part Number** 74A203215-5007
**UM Ordered** EA
**Unit Price** [redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 20
**Item Ext Amount** [redacted]

Electronically Distributed
Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1937313 **Purchase Contract Change No:** 03 **PC/PCC Date:** 2020-12-10
**PC Orig Date:** 01-JUN-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 20 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 20 | 21- APR- 2021 | 01- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0009** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0010 | 74A203215-5007 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1937313 **Purchase Contract Change No:** 03 **PC/PCC Date:** 2020-12-10
**PC Orig Date:** 01-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 21- APR- 2021 | 01- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0010 ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0011 | 74A203215-5007 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 21- APR- 2021 | 01- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1937313 **Purchase Contract Change No:** 03 **PC/PCC Date:** 2020-12-10
**PC Orig Date:** 01-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0011** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0012 | 74A203215-5009 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
20

**Item Ext Amount**

Electronically Acknowledged
Exostar Acknowledgement Required

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 20 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 20 | 21- APR- 2021 | 01- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1937313 **Purchase Contract Change No:** 03 **PC/PCC Date:** 2020-12-10
**PC Orig Date:** 01-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0012** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0013 | 74A203215-5009 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 21- APR- 2021 | 21- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed
Exostar Acknowledgement Required

**Purchase Contract No:** 1937313 **Purchase Contract Change No:** 03 **PC/PCC Date:** 2020-12-10
**PC Orig Date:** 01-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0013** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0014 | 74A203215-5009 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 21- APR- 2021 | 01- SEP- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed Kyostar Acknowledgement Required
Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

| Purchase Contract No: | 1937313 | Purchase Contract Change No: | 03 | PC/PCC Date: | 2020-12-10 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 01-JUN-2020 |

**Item Attachment(s)     Description**

████████████████████████████████████

End of Item:   0014   ----------------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0015 | | | LT | ████████ |

**Description:** ███████████████████████

**Vendor P/N:** TYPE M

**Issuing Loc:** ST LOUIS

Total Qty Ordered
1

**Item Ext Amount**
█████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███████████ | | | | 1 |

**Item Attachment(s)     Description**

██████████████████████████

End of Item:   0015   -------------------------------------------------  Line Item Was Updated

**PC Attachment(s)     Description**

██████████████████████████████████████


Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1937313 **Purchase Contract Change No:** 03 **PC/PCC Date:** 2020-12-10
**PC Orig Date:** 01-JUN-2020

| PC Attachment(s) | Description |
| --- | --- |

Terms and Conditions clauses applicable to this contract are incorporated herein by reference and can be found at http://www.boeingsuppliers.com/terms.html. Unless indicated elsewhere in this contract, the version of each incorporated clause applicable to this purchase contract is the latest dated version of each clause in effect on the date of the original purchase contract (Purchase Contract Change No: 00) included on the front page thereof. Unless indicated elsewhere in a subsequent Purchase Contract Change(s), clauses added via such Purchase Contract Change(s) shall be the version of the clause in effect on the date of such Purchase Contract Change(s). Referenced attachments are incorporated herein by reference.

Electronically Distributed
Exostar Acknowledgement
Required

**Purchase Contract No:** 1937313 **Purchase Contract Change No:** 03 **PC/PCC Date:** 2020-12-10
**PC Orig Date:** 01-JUN-2020

## PC Attachment(s)

**Attachment 0000.00 0000 0030**

TERMS - **INVOICE PAYMENT TERMS**

This Purchase Contract is subject to the following payment terms. See the General Provisions applicable to this Purchase Contract for important information regarding payment.

Discount: 0%, Discount Days: 0, Net Days: 30

**Attachment E000-**

**Attachment H200**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Distributed Star Agreement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1937313 **Purchase Contract Change No:** 03 **PC/PCC Date:** 2020-12-10
**PC Orig Date:** 01-JUN-2020

**Attachment M100**

M100

SOLICITATION / CONTRACT ATTACHMENTS (VARIABLE)

Variable portion of the clause is listed below:

This clause incorporates by reference all attachments, exhibits, and/or appendices identified below:

A. General Terms Agreement (GTA) Number G1700005 dated 31 May 2019, which modifies GP7 Fixed Price Goods under U.S. Government Prime Contract, incorporated into this procurement.
B. Boeing and GKN MOA-2018-00007, dated 24 May 2019

Electronically Distributed
Exostar Acknowledgement Required



**Purchase Contract No:** 1937313     **Purchase Contract Change No:** 03   **PC/PCC Date:** 2020-12-10
    **PC Orig Date:** 01-JUN-2020

**Attachment REV NOTES**



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1937313     **Purchase Contract Change No:** 03    **PC/PCC Date:** 2020-12-10
                                                                    **PC Orig Date:** 01-JUN-2020



Electronically Distributed
Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1937313 **Purchase Contract Change No:** 03 **PC/PCC Date:** 2020-12-10
**PC Orig Date:** 01-JUN-2020

If this is a rated order certified for national defense use, Seller is required to follow all the provisions of the Defense Priorities and Allocations System regulation (15 CFR part 700) in obtaining controlled materials and other products, services and materials needed to fill this order. If this is a DX rated order, Seller must provide Buyer with written acceptance or rejection of this order within ten (10) working days after receipt. If this is a DO rated order, Seller must promptly provide Buyer with written acceptance or rejection of this order within fifteen (15) working days after receipt. Seller must include in any written rejection of a rated order the reasons for the rejection. Seller's written acknowledgement of this rated order shall constitute written acceptance of this DPAS rating.

When applicable, the DPAS rating is specified in the line item(s) contained in this Purchase Contract.

This purchase contract is subject to Autopay unless a Boeing invoicing location is noted at the line item level.

Seller's commencement of performance or acceptance of this Purchase Contract in any manner shall conclusively evidence acceptance of the Purchase Contract as written.

Total Purchase Contract Values - Definitions:
(1) "Total PC Value" is the sum of the ITEM EXTENDED AMOUNT (or UNDEF. EXT. AMOUNT) for all items on this PC.
(2) "Total Definitized Value" is the total value of all fully definitized line items, and is calculated using the ITEM EXTENDED AMOUNT for those items.
(3) "Total Undefinitzed NTE value" is the total Not-To-Exceed (NTE) value for all line items that are not fully definitized. These line items are identified with a PRICE DESCRIPTION of "Maximum Price", "Estimated Price, "Not To Exceed", "Will Negotiate", "Funding Limitation", or "Advise Price".
(4) "Total PC Funding" is defined by Clause F216 (if applicable to this PC).

Electronically Distributed
Seller Acknowledgement Required

**Buyer Name:** [redacted] **Phone:** [redacted]
**Fax:** [redacted]

**Email Address:** [redacted]
**Loc/Bldg/Ms:** [redacted]

THE BOEING COMPANY
PO BOX 516
ST LOUIS MO 63166-0516
US

**BUYER** ______________________ **DATE** __________
PURCHASING AGENT SIGNATURE

**SELLER** ______________________ **DATE** __________
AUTHORIZED SIGNATURE



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

BOEING

The Boeing Company

# Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| **Purchase Contract No:** 1938051 | **Purchase Contract Change No:** 33 | **PC/PCC Date:** 2022-08-08 | |
| **Total PC Value:** [redacted] | | **PC Orig Date:** 22-JUN-2020 | |
| **Total PC Funding:** | | | |
| **Total Definitized Value:** | **Total Undefinitized NTE Value:** [redacted] | | |

**Supplier No.** [redacted] **BEST Code:** [redacted]

**Supplier Address:** **NAICS:** [redacted] **Size Std Emp:** [redacted]

GKN AEROSPACE N AMERICA INC
142 MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Manufacturer Address:**

142 JS MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Confirm To:** [redacted]

**Payment Type:** **Payment Rate:** 0.00%

**Liquidation Type:** Ordinary **Liquidation Rate:** 0.00%

**All Deliverable line items on this Purchase Contract will ship to the following address unless otherwise specified on the line item(s).**

**Ship To:**

SEE PURCHASE CONTRACT LINE ITEM

**Routing:** Carrier of your choice (FOB Destination Only)

**FOB:** DESTINATION

**Shipping Payment Method:** Prepaid (by Seller)

Electronically Distributed
Exostar Acknowledgement Required

**Purchase Contract Revision Notes** - Data Not Specifically Altered Remains Unchanged

[redacted]



Electronically Distributed
Exostar Acknowledgement
Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0001 | 74A192055-1007 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
11

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 11 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 15- MAR- 2021 | 05- FEB- 2021 |
| 4 | 15- APR- 2021 | 09- FEB- 2021 |
| 3 | 17- MAY- 2021 | 05- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0001** ------------------------------------------------------------------------

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0002 | 74A192088-1002A | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
15

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 15 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 03- MAY- 2021 | 16- FEB- 2021 |
| 4 | 03- JUN- 2021 | 16- MAR- 2021 |
| 7 | 06- JUL- 2021 | 13- APR- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

Not Officially Distributed / Acknowledgement

**Item Attachment(s)** **Description**

**End of Item: 0002** ---------------------------------------------------------------------------

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0003 | 74A192095-1005 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
23

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 13 |
| | | | | 10 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 3 | 03- MAY- 2021 | 28- APR- 2021 |
| 4 | 03- JUN- 2021 | 27- MAY- 2021 |
| 4 | 06- JUL- 2021 | 28- JUN- 2021 |
| 3 | 03- AUG- 2021 | 29- JUL- 2021 |
| 7 | 03- SEP- 2021 | 03- SEP- 2021 |
| 2 | 04- OCT- 2021 | 04- OCT- 2021 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Publicly Distributed Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM



![Boeing logo]

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| **Purchase Contract No:** | 1938051 | **Purchase Contract Change No:** 33 | **PC/PCC Date:** 2022-08-08 |
| | | | **PC Orig Date:** 22-JUN-2020 |

**Item Attachment(s)**    **Description**

████████████████████████████████████████

**End of Item:   0003** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0004 | 74A192055-1004 | | EA | ████████ |

**Description:** ██████████████
**Vendor P/N:**
**Issuing Loc:**  ST LOUIS

**Total Qty Ordered**
5

**Item Ext Amount**
████████████

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|---|---|---|---|---|
| ██████████ | | | | 5 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date | Ship To: |
|---|---|---|---|
| 4 | 05- APR- 2021 | 23- MAR- 2021 | THE BOEING COMPANY |
| 1 | 05- MAY- 2021 | 20- APR- 2021 | 1 DAVIDSON LOGISTICS DRIVE |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON        MO    63044
US

**Item Attachment(s)**    **Description**

████████████████████████████████████████████████████████████████





Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0004** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0005 | 74A192055-1002 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 05- APR- 2021 | 23- MAR- 2021 |
| 2 | 05- MAY- 2021 | 20- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| | | | | |
|---|---|---|---|---|
| **Purchase Contract No:** | 1938051 | **Purchase Contract Change No:** 33 | **PC/PCC Date:** | **2022-08-08** |
| | | | **PC Orig Date:** | **22-JUN-2020** |

**Item Attachment(s)       Description**

███████████████████████████████████████

**End of Item:   0005** -------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0006 | 74A192098-1001A | | EA | ████ |

**Description:** ████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
5

**Item Ext Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███████████ | | | | 5 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 29- MAR- 2021 | 14- JAN- 2021 |
| 1 | 29- APR- 2021 | 12- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO   63044
US

**Item Attachment(s)       Description**

████████████████████████████████████████████

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

BOEING

The Boeing Company
**Purchase Contract/Purchase Contract Change**

Page 9 of 116

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Item Attachment(s) | Description |
|---|---|

**End of Item: 0006** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0007 | 74A192055-1006 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 7

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 7 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 3 | 13- APR- 2021 | 30- JUL- 2020 |
| 4 | 13- MAY- 2021 | 12- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

| Item Attachment(s) | Description |
|---|---|

Electronically Distributed
Ar Acknowledgement
Required

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company
Purchase Contract/Purchase Contract Change
Page 10 of 116

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0007** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0008 | 74A192053-1004 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
10

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 10 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 13- APR- 2021 | 06- APR- 2021 |
| 4 | 13- MAY- 2021 | 04- MAY- 2021 |
| 2 | 14- JUN- 2021 | 02- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Electronically Acknowledgement Required

**Item Attachment(s)** **Description**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

## End of Item: 0008

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0009 | 74A192055-1008 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
14

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 14 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 06- APR- 2021 | 06- APR- 2021 |
| 4 | 06- MAY- 2021 | 06- MAY- 2021 |
| 4 | 07- JUN- 2021 | 07- JUN- 2021 |
| 2 | 06- JUL- 2021 | 06- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed
Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0009** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0010 | 74A192056-1008 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
18

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 18 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 3 | 14- APR- 2021 | 14- APR- 2021 |
| 4 | 14- MAY- 2021 | 14- MAY- 2021 |
| 4 | 14- JUN- 2021 | 14- JUN- 2021 |
| 3 | 14- JUL- 2021 | 14- JUL- 2021 |
| 4 | 16- AUG- 2021 | 16- AUG- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed Acknowledgement Required

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0010** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0011 | 74A192054-1009 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
10

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 10 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 10 | 03- AUG- 2021 | 30- MAR- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Distributed Exostar Acknowledgment Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 14 of 116

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0011** -----------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0012 | 74A192055-1005 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
8

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 8 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 3 | 23- JUN- 2021 | 19- FEB- 2021 |
| 5 | 23- JUL- 2021 | 08- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Exostar Acknowledgement Required

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

## End of Item: 0012

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0013 | 74A192056-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 3 | 23- JUN- 2021 | 09- FEB- 2021 |
| 3 | 23- JUL- 2021 | 23- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Exostar Acknowledged Required



BOEING
The Boeing Company
Purchase Contract/Purchase Contract Change
Page 16 of 116

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Item Attachment(s) Description

**End of Item: 0013** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0014 | 74A192056-1007 | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
13

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 13 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 3 | 16- JUN- 2021 | 16- MAR- 2021 |
| 4 | 16- JUL- 2021 | 06- JUL- 2021 |
| 4 | 16- AUG- 2021 | 03- AUG- 2021 |
| 2 | 16- SEP- 2021 | 31- AUG- 2021 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Item Attachment(s) Description

Electronically Exostar Acknowledgement Required

PC FORM Rev 1/19/07

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0014** ----------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0015 | 74A192099-1004 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
19

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 19 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 3 | 04- AUG- 2021 | 26- MAY- 2021 |
| 4 | 07- SEP- 2021 | 07- SEP- 2021 |
| 4 | 04- OCT- 2021 | 04- OCT- 2021 |
| 4 | 04- NOV- 2021 | 04- NOV- 2021 |
| 4 | 06- DEC- 2021 | 06- DEC- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronic Exostar Acknowledgement Required



**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0015** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0016 | 74A192091-1004 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
49

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 49 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 16- AUG- 2021 | 16- AUG- 2021 |
| 4 | 15- SEP- 2021 | 15- SEP- 2021 |
| 4 | 15- OCT- 2021 | 15- OCT- 2021 |
| 4 | 15- NOV- 2021 | 15- NOV- 2021 |
| 4 | 15- DEC- 2021 | 15- DEC- 2021 |
| 4 | 18- JAN- 2022 | 18- JAN- 2022 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Exostar Acknowledgement Required


Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 15- FEB- 2022 | 15- FEB- 2022 |
| 4 | 16- MAY- 2022 | 16- MAY- 2022 |
| 4 | 15- MAR- 2022 | 15- MAR- 2022 |
| 4 | 15- JUN- 2022 | 15- JUN- 2022 |
| 3 | 15- JUL- 2022 | 15- JUL- 2022 |
| 4 | 15- APR- 2022 | 15- APR- 2022 |

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0016** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0017 | 74A192090-1002A | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
16

**Item Ext Amount**
[redacted]



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 16 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 20- SEP- 2021 | 20- SEP- 2021 |
| 4 | 18- OCT- 2021 | 18- OCT- 2021 |
| 4 | 18- NOV- 2021 | 18- NOV- 2021 |
| 4 | 18- AUG- 2021 | 05- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0017** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0018 | 74A192094-1003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
9

**Item Ext Amount**



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 9 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 2 | 30- JUN- 2021 | 27- AUG- 2020 |
| 4 | 30- JUL- 2021 | 30- JUL- 2021 |
| 3 | 30- AUG- 2021 | 30- AUG- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0018** --------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0019 | 74A192109-1004 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
97

**Item Ext Amount**


Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 10 | 25- OCT- 2021 | 18- AUG- 2021 |
| 25 | 26- AUG- 2022 | 26- AUG- 2022 |
| 25 | 09- MAR- 2023 | 09- MAR- 2023 |
| 25 | 07- SEP- 2023 | 07- SEP- 2023 |
| 12 | 19- MAR- 2024 | 19- MAR- 2024 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0019

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0020 | 74A192088-1002A | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
10

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 10 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 10- NOV- 2021 | 14- JUN- 2021 |
| 4 | 10- DEC- 2021 | 13- JUL- 2021 |
| 2 | 10- JAN- 2022 | 10- AUG- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0020** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0021 | 74A192053-1004 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
12

**Item Ext Amount**




Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 12 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 2 | 21- OCT- 2021 | 02- JUN- 2021 |
| 4 | 21- DEC- 2021 | 21- DEC- 2021 |
| 2 | 21- JAN- 2022 | 21- JAN- 2022 |
| 4 | 22- NOV- 2021 | 22- NOV- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0021** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0022 | 74A192055-1005 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**

**Total Qty Ordered**
21

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Issuing Loc:** ST LOUIS

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 21 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 3 | 21- OCT- 2021 | 05- APR- 2021 |
| 4 | 21- JAN- 2022 | 25- OCT- 2021 |
| 4 | 22- NOV- 2021 | 23- AUG- 2021 |
| 4 | 21- DEC- 2021 | 23- SEP- 2021 |
| 4 | 21- FEB- 2022 | 29- NOV- 2021 |
| 2 | 21- MAR- 2022 | 18- JAN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Distributed ... Agreement

**Item Attachment(s)** **Description**

**End of Item: 0022** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0023 | 74A192095-1006 | EA | |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
19

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

[redacted]

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 17 | 27- JUN- 2022 | 27- JUN- 2022 |
| 2 | 30- SEP- 2021 | 30- SEP- 2021 |
| 0 | 25- OCT- 2022 | 25- OCT- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Distributed Judgement

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0023** ------------------------------------------------------------------

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0024 | 74A192055-1004 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
2

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 2 | 18- OCT- 2021 | 23- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Acknowledgement

**Item Attachment(s)** **Description**



# EXHIBIT D

***Part 12 of 31***

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**End of Item: 0024** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0025 | 74A192054-1010 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
20

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 20 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 29- NOV- 2021 | 23- JUL- 2021 |
| 4 | 21- FEB- 2022 | 18- OCT- 2021 |
| 4 | 21- MAR- 2022 | 16- NOV- 2021 |
| 4 | 20- JAN- 2022 | 20- SEP- 2021 |
| 4 | 04- JAN- 2022 | 20- AUG- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

Officially Distributed
Acknowledgement
Required

**Item Attachment(s)** **Description**

BOEING
The Boeing Company
Purchase Contract/Purchase Contract Change
Page 29 of 116

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

**End of Item: 0025** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0026 | 74A192055-1007 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
13

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 13 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 20- SEP- 2021 | 20- SEP- 2021 |
| 4 | 22- NOV- 2021 | 03- AUG- 2021 |
| 4 | 20- OCT- 2021 | 06- JUL- 2021 |
| 4 | 20- DEC- 2021 | 31- AUG- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Not Officially Distributed Acknowledgment Copy

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**End of Item: 0026** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0027 | 74A192090-1001A | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
17

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 17 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 17 | 01- DEC- 2021 | 26- OCT- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed Acknowledgement

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**End of Item: 0027** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0028 | 74A192089-1003 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
66

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

[redacted]

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 10 | 15- NOV- 2021 | 15- NOV- 2021 |
| 10 | 27- JAN- 2022 | 27- JAN- 2022 |
| 10 | 26- APR- 2022 | 26- APR- 2022 |
| 10 | 27- JUN- 2022 | 27- JUN- 2022 |
| 1 | 08- AUG- 2022 | 08- AUG- 2022 |
| 10 | 26- SEP- 2022 | 26- SEP- 2022 |
| 10 | 28- NOV- 2022 | 28- NOV- 2022 |
| 5 | 07- MAR- 2023 | 07- MAR- 2023 |
| 0 | 04- MAY- 2023 | 04- MAY- 2023 |
| 0 | 07- AUG- 2023 | 07- AUG- 2023 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Not To Be Distributed
Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0028** ---------------------------------------- **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0029 | 74A192093-1004 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
37

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 10 | 16- NOV- 2021 | 16- NOV- 2021 |
| 20 | 28- APR- 2022 | 28- APR- 2022 |
| 7 | 27- SEP- 2022 | 27- SEP- 2022 |
| 0 | 09- MAR- 2023 | 09- MAR- 2023 |
| 0 | 08- AUG- 2023 | 08- AUG- 2023 |
| 0 | 11- SEP- 2023 | 10- SEP- 2021 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM
Electronically Distributed Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

## End of Item: 0029

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0030 | 74A192095-1005 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
33

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 33 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 02- NOV- 2021 | 02- NOV- 2021 |
| 8 | 28- MAR- 2022 | 28- MAR- 2022 |
| 4 | 14- DEC- 2021 | 14- DEC- 2021 |
| 7 | 24- MAY- 2022 | 24- MAY- 2022 |
| 8 | 26- JAN- 2022 | 26- JAN- 2022 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

Electronically Delivered Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0030** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0031 | 74A192109-1003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
115

**Item Ext Amount**

Electronically Acknowledged Exostar Required

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 115 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 15 | 20- OCT- 2021 | 19- OCT- 2021 |
| 15 | 22- NOV- 2021 | 22- NOV- 2021 |
| 15 | 20- DEC- 2021 | 20- DEC- 2021 |
| 15 | 20- JAN- 2022 | 20- JAN- 2022 |
| 15 | 21- FEB- 2022 | 21- FEB- 2022 |
| 15 | 21- MAR- 2022 | 21- MAR- 2022 |
| 15 | 20- APR- 2022 | 20- APR- 2022 |
| 10 | 20- MAY- 2022 | 20- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0031** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0032 | 74A192088-1002A | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
13

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 13 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 25- OCT- 2021 | 06- AUG- 2021 |
| 4 | 24- NOV- 2021 | 14- SEP- 2021 |
| 1 | 24- JAN- 2022 | 09- NOV- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 04- JAN- 2022 | 12- OCT- 2021 |

**Item Attachment(s)** **Description**

**End of Item: 0032** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0033 | 74A192089-1004 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
108

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM



**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 20 | 02- NOV- 2021 | 06- MAY- 2021 |
| 20 | 02- DEC- 2021 | 04- AUG- 2021 |
| 20 | 07- FEB- 2022 | 07- FEB- 2022 |
| 20 | 04- JAN- 2022 | 28- OCT- 2021 |
| 20 | 01- JUN- 2022 | 01- JUN- 2022 |
| 8 | 25- AUG- 2022 | 25- AUG- 2022 |
| 0 | 21- NOV- 2022 | 21- NOV- 2022 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

**End of Item: 0033** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0034 | 74A192093-1003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
38

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 08- DEC- 2021 | 08- DEC- 2021 |
| 4 | 20- JAN- 2022 | 20- JAN- 2022 |
| 4 | 21- FEB- 2022 | 21- FEB- 2022 |
| 4 | 21- MAR- 2022 | 21- MAR- 2022 |
| 4 | 19- APR- 2022 | 19- APR- 2022 |
| 4 | 18- MAY- 2022 | 18- MAY- 2022 |
| 4 | 20- JUN- 2022 | 20- JUN- 2022 |
| 4 | 14- JUL- 2022 | 14- JUL- 2022 |
| 4 | 17- AUG- 2022 | 17- AUG- 2022 |
| 2 | 19- SEP- 2022 | 19- SEP- 2022 |
| 0 | 17- OCT- 2022 | 17- OCT- 2022 |
| 0 | 16- NOV- 2022 | 16- NOV- 2022 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Electronically Distributed Acknowledgement

**Item Attachment(s)** **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**End of Item: 0034** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0035 | 74A192091-1004 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
55

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 8 | 20- DEC- 2021 | 20- DEC- 2021 |
| 8 | 31- JAN- 2022 | 31- JAN- 2022 |
| 1 | 30- NOV- 2021 | 30- NOV- 2021 |
| 8 | 01- MAR- 2022 | 01- MAR- 2022 |
| 8 | 28- APR- 2022 | 28- APR- 2022 |
| 8 | 31- MAY- 2022 | 31- MAY- 2022 |
| 8 | 28- JUN- 2022 | 28- JUN- 2022 |
| 6 | 28- JUL- 2022 | 28- JUL- 2022 |
| 0 | 30- MAR- 2022 | 30- MAR- 2022 |
| 0 | 29- AUG- 2022 | 29- AUG- 2022 |
| 0 | 27- SEP- 2022 | 27- SEP- 2022 |
| 0 | 26- OCT- 2022 | 26- OCT- 2022 |
| 0 | 29- NOV- 2022 | 29- NOV- 2022 |
| 0 | 09- JAN- 2023 | 09- JAN- 2023 |
| 0 | 08- FEB- 2023 | 08- FEB- 2023 |
| 0 | 10- APR- 2023 | 10- APR- 2023 |
| 0 | 08- MAY- 2023 | 08- MAY- 2023 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Electronically Distributed
External Acknowledgement Required

**Item Attachment(s)** **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0035** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0036 | 74A192097-1006 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
32

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 32 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 20 | 01- DEC- 2021 | 01- DEC- 2021 |
| 12 | 10- OCT- 2022 | 10- OCT- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Disstar Acknowledgement Required

The Boeing Company
Purchase Contract/Purchase Contract Change
Page 41 of 116

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0036** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0037 | 74A192056-1006 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 29- NOV- 2021 | 03- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - Enstar Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 42 of 116

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0037** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0038 | 74A192056-1002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
10

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 10 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 04- JAN- 2022 | 19- NOV- 2021 |
| 2 | 02- FEB- 2022 | 04- JAN- 2022 |
| 4 | 02- DEC- 2021 | 20- OCT- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed Exostar Acknowledge Required

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0038** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0039 | 74A192091-1003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
44

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 20 | 29- JUN- 2022 | 29- JUN- 2022 |
| 20 | 04- JAN- 2022 | 20- DEC- 2021 |
| 4 | 31- MAR- 2022 | 31- MAR- 2022 |
| 0 | 27- OCT- 2022 | 27- OCT- 2022 |
| 0 | 06- FEB- 2023 | 06- FEB- 2023 |
| 0 | 09- MAY- 2023 | 09- MAY- 2023 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

Electronically Distributed Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0039

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0040 | 74A192088-1001A | EA | | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
15

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 15 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 07- FEB- 2022 | 30- MAR- 2021 |
| 4 | 28- FEB- 2022 | 04- NOV- 2021 |
| 4 | 07- MAR- 2022 | 07- DEC- 2021 |
| 4 | 06- APR- 2022 | 18- JAN- 2022 |
| 2 | 06- MAY- 2022 | 15- FEB- 2022 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Exostar Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0040** ----------------------------------------------------------------

Electronically Exostar Acknowledgement Required

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0041 | 74A192055-1006 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 3 | 10- JAN- 2022 | 26- OCT- 2021 |
| 3 | 09- FEB- 2022 | 29- NOV- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 46 of 116

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

Item Attachment(s) Description

**End of Item: 0041** ------------------------------------------------------------

Electronically Acknowledged Exostar Required

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0042 | 74A192056-1004 | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered: 21

Item Ext Amount:

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 21 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 10- JAN- 2022 | 07- DEC- 2021 |
| 4 | 09- FEB- 2022 | 19- JAN- 2022 |
| 4 | 09- MAR- 2022 | 17- FEB- 2022 |
| 4 | 11- APR- 2022 | 28- MAR- 2022 |
| 4 | 09- MAY- 2022 | 18- APR- 2022 |
| 1 | 09- JUN- 2022 | 17- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 47 of 116

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0042** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0043 | 74A192054-1011 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 28- JUN- 2022 | 15- DEC- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

PC FORM Rev 1/19/07



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0043** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0044 | 74A192054-1012 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
9

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 9 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 9 | 28- JUN- 2022 | 15- DEC- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

Electronic Exostar Acknowledgement Required

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0044** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0045 | 74A192055-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
10

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 15- FEB- 2022 | 18- JAN- 2022 |
| 4 | 01- MAR- 2022 | 15- FEB- 2022 |
| 2 | 15- MAR- 2022 | 15- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronic Exostar Ack Required

Purchase Contract No: 1938051    Purchase Contract Change No: 33    PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

Item Attachment(s)    Description

[redacted]

**End of Item: 0045** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0046 | 74A192054-1009 | EA | [redacted] |

Description: [redacted]
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
20

Item Ext Amount
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 20 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 27- JUN- 2022 | 14- MAR- 2022 |
| 1 | 05- JUL- 2022 | 11- APR- 2022 |
| 1 | 11- JUL- 2022 | 09- MAY- 2022 |
| 1 | 18- JUL- 2022 | 07- JUN- 2022 |

Ship To:
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 25- JUL- 2022 | 06- JUL- 2022 |
| 1 | 03- AUG- 2022 | 03- AUG- 2022 |
| 1 | 30- AUG- 2022 | 30- AUG- 2022 |
| 1 | 20- JUN- 2022 | 15- DEC- 2021 |
| 1 | 03- OCT- 2022 | 03- OCT- 2022 |
| 1 | 31- OCT- 2022 | 31- OCT- 2022 |
| 1 | 30- NOV- 2022 | 30- NOV- 2022 |
| 1 | 09- JAN- 2023 | 09- JAN- 2023 |
| 1 | 07- FEB- 2023 | 07- FEB- 2023 |
| 1 | 07- MAR- 2023 | 07- MAR- 2023 |
| 1 | 04- APR- 2023 | 04- APR- 2023 |
| 1 | 02- MAY- 2023 | 02- MAY- 2023 |
| 1 | 31- MAY- 2023 | 31- MAY- 2023 |
| 1 | 28- JUN- 2023 | 28- JUN- 2023 |
| 1 | 31- JUL- 2023 | 31- JUL- 2023 |
| 1 | 28- AUG- 2023 | 28- AUG- 2023 |

Not Officially Distributed Without Acknowledgement

**Item Attachment(s)** **Description**

**End of Item: 0046** ------------------------------------------------------------

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0047 | 74A192055-1003 | EA |  |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
19

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 19 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 15- FEB- 2022 | 20- JAN- 2022 |
| 4 | 01- MAR- 2022 | 17- FEB- 2022 |
| 4 | 16- MAR- 2022 | 16- MAR- 2022 |
| 4 | 13- APR- 2022 | 13- APR- 2022 |
| 3 | 11- MAY- 2022 | 11- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement

**Item Attachment(s)** **Description**

**End of Item: 0047** ----------------------------------------


Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0048 | 74A192054-1011 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
8

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 8 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 8 | 25- JAN- 2022 | 25- JAN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed ... Acknowledgement

**Item Attachment(s)** **Description**

**End of Item: 0048** ---------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0049 | 74A192090-1002A | EA | |



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

[redacted]

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 31- MAY- 2022 | 09- MAY- 2022 |
| 2 | 07- JUN- 2022 | 07- JUN- 2022 |
| 0 | 06- JUL- 2022 | 06- JUL- 2022 |
| 0 | 17- MAY- 2022 | 09- FEB- 2022 |
| 0 | 03- AUG- 2022 | 03- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Lawfully Distributed Acknowledgement

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0049** ----------------------------------------

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0050 | 74A192054-1012 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
15

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 15 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 3 | 12- SEP- 2022 | 23- FEB- 2022 |
| 4 | 11- OCT- 2022 | 29- MAR- 2022 |
| 4 | 28- NOV- 2022 | 27- APR- 2022 |
| 4 | 04- JAN- 2023 | 26- MAY- 2022 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0050** ------------------------------------------------------------



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0051 | 74A192090-1001A | EA |  |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
12

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 9 | 29- JUN- 2022 | 29- JUN- 2022 |
| 3 | 31- MAY- 2022 | 09- FEB- 2022 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

Officially Distributed / Acknowledgement

**Item Attachment(s)** **Description**

**End of Item: 0051** ---------------------------------------------------------------------------

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0052 | 74A192053-1003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
15

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 15 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 03- FEB- 2022 | 03- FEB- 2022 |
| 4 | 03- MAR- 2022 | 03- MAR- 2022 |
| 4 | 19- JUL- 2022 | 19- JUL- 2022 |
| 3 | 17- OCT- 2022 | 17- OCT- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0052** ------------------------------------------------------------

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0053 | 74A192109-1003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 11- JAN- 2023 | 11- JAN- 2023 |
| 0 | 13- FEB- 2023 | 13- FEB- 2023 |
| 0 | 13- MAR- 2023 | 13- MAR- 2023 |
| 0 | 11- APR- 2023 | 11- APR- 2023 |
| 0 | 11- MAY- 2023 | 11- MAY- 2023 |
| 0 | 12- JUN- 2023 | 12- JUN- 2023 |
| 0 | 11- JUL- 2023 | 11- JUL- 2023 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0053

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0054 | 74A192089-1004 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**
[redacted]

**Customer Contract** **Prime Contract** **Customer Order** **Priority Rating** **Qty**

[redacted]

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 31- JAN- 2023 | 31- JAN- 2023 |
| 0 | 25- APR- 2023 | 25- APR- 2023 |
| 0 | 24- JUL- 2023 | 24- JUL- 2023 |
| 0 | 13- NOV- 2023 | 13- NOV- 2023 |
| 0 | 21- FEB- 2024 | 21- FEB- 2024 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Not Electronically Distributed - Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0054

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0055 | 74A192056-1002 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
8

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 8 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 26- MAY- 2022 | 26- APR- 2022 |
| 1 | 16- JUN- 2022 | 24- MAY- 2022 |
| 1 | 29- JUN- 2022 | 22- JUN- 2022 |
| 1 | 20- JUL- 2022 | 20- JUL- 2022 |
| 1 | 17- AUG- 2022 | 17- AUG- 2022 |
| 1 | 15- SEP- 2022 | 15- SEP- 2022 |
| 1 | 13- OCT- 2022 | 13- OCT- 2022 |
| 1 | 14- NOV- 2022 | 14- NOV- 2022 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

Electronically Distributed
Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0055** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0056 | 74A192055-1004 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
2

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 2 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 2 | 03- MAY- 2022 | 03- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically District Acknowledgement Exodus Required

**Item Attachment(s)** **Description**

Purchase Contract No: 1938051    Purchase Contract Change No: 33    PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

Item Attachment(s)    Description

**End of Item: 0056** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0057 | 74A192055-1004 | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
7

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 7 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 16- MAY- 2022 | 05- APR- 2022 |
| 3 | 16- JUN- 2022 | 04- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Item Attachment(s)    Description

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically District External Acknowledgement Required



**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0057

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0058 | 74A192056-1001 | EA | | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
11

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 11 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 16- MAY- 2022 | 12- AUG- 2021 |
| 4 | 16- JUN- 2022 | 05- APR- 2022 |
| 4 | 18- JUL- 2022 | 04- MAY- 2022 |
| 2 | 16- AUG- 2022 | 03- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM
Electronically Distributed
External Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0058** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0059 | 74A192056-1006 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
10

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 10 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 16- MAY- 2022 | 05- APR- 2022 |
| 4 | 16- JUN- 2022 | 04- MAY- 2022 |
| 2 | 18- JUL- 2022 | 03- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Electronic Acknowledgement Required

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0059

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0060 | 74A192095-1005 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
8

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 8 | 25- JUL- 2022 | 25- JUL- 2022 |
| 0 | 13- JUN- 2022 | 25- MAY- 2022 |
| 0 | 22- SEP- 2022 | 22- SEP- 2022 |
| 0 | 24- OCT- 2022 | 24- OCT- 2022 |
| 0 | 22- NOV- 2022 | 22- NOV- 2022 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

## End of Item: 0060

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0061 | 74A192055-1008 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
16

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 16 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 27- JUL- 2022 | 27- JUL- 2022 |
| 4 | 21- NOV- 2022 | 21- NOV- 2022 |
| 4 | 27- MAR- 2023 | 27- MAR- 2023 |
| 4 | 20- JUL- 2023 | 20- JUL- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Exostar Acknowledged Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

Item Attachment(s) Description

End of Item: 0061 ------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0062 | 74A192095-1006 | EA | | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 25- AUG- 2022 | 25- AUG- 2022 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Item Attachment(s) Description

Electronically Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0062** ------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0063 | 74A192093-1003 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 21- DEC- 2022 | 21- DEC- 2022 |
| 0 | 31- JAN- 2023 | 31- JAN- 2023 |
| 0 | 28- FEB- 2023 | 28- FEB- 2023 |
| 0 | 28- MAR- 2023 | 28- MAR- 2023 |
| 0 | 25- APR- 2023 | 25- APR- 2023 |
| 0 | 23- MAY- 2023 | 23- MAY- 2023 |
| 0 | 21- JUN- 2023 | 21- JUN- 2023 |
| 0 | 24- JUL- 2023 | 24- JUL- 2023 |
| 0 | 21- AUG- 2023 | 21- AUG- 2023 |
| 0 | 18- SEP- 2023 | 18- SEP- 2023 |
| 0 | 16- OCT- 2023 | 16- OCT- 2023 |
| 0 | 13- NOV- 2023 | 13- NOV- 2023 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Electronically Acknowledged Exostar Required

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 13- DEC- 2023 | 13- DEC- 2023 |

Item Attachment(s) Description

[redacted]

End of Item: 0063 ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0064 | 74A192089-1003 | EA | [redacted] |

Description: [redacted]
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered

Item Ext Amount
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 08- AUG- 2022 | 08- AUG- 2022 |
| 0 | 10- JAN- 2023 | 10- JAN- 2023 |
| 0 | 08- MAR- 2023 | 08- MAR- 2023 |
| 0 | 03- MAY- 2023 | 03- MAY- 2023 |
| 0 | 29- JUN- 2023 | 29- JUN- 2023 |
| 0 | 28- AUG- 2023 | 28- AUG- 2023 |
| 0 | 24- OCT- 2023 | 24- OCT- 2023 |
| 0 | 03- JAN- 2024 | 03- JAN- 2024 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0064** ---------------------------------------- **Line Item Was Updated**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0065 | 74A192109-1004 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
82

**Item Ext Amount**
[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 25 | 16- FEB- 2023 | 16- FEB- 2023 |
| 25 | 15- MAY- 2023 | 15- MAY- 2023 |
| 32 | 14- SEP- 2023 | 14- SEP- 2023 |
| 0 | 14- DEC- 2023 | 14- DEC- 2023 |
| 0 | 26- MAR- 2024 | 26- MAR- 2024 |
| 0 | 24- JUN- 2024 | 24- JUN- 2024 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

**End of Item: 0065** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0066 | 74A192099-1003 | EA | |

**Description:**

**Total Qty Ordered**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 28- FEB- 2023 | 28- FEB- 2023 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0066** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0067 | 74A192056-1008 | EA | |

**Description:**
**Vendor P/N:**

**Total Qty Ordered**
13



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08

**PC Orig Date:** 22-JUN-2020

**Issuing Loc:** ST LOUIS

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 13 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 25- APR- 2023 | 25- APR- 2023 |
| 4 | 21- AUG- 2023 | 21- AUG- 2023 |
| 4 | 13- DEC- 2023 | 13- DEC- 2023 |
| 1 | 17- APR- 2024 | 17- APR- 2024 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0067

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0068 | 74A192054-1009 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
7

**Item Ext Amount**



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | DO-A1 | 7 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 04- DEC- 2023 | 04- DEC- 2023 |
| 1 | 16- JAN- 2024 | 16- JAN- 2024 |
| 1 | 14- FEB- 2024 | 14- FEB- 2024 |
| 1 | 14- MAR- 2024 | 14- MAR- 2024 |
| 1 | 15- APR- 2024 | 15- APR- 2024 |
| 1 | 13- MAY- 2024 | 13- MAY- 2024 |
| 1 | 12- JUN- 2024 | 12- JUN- 2024 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

Distributed ... dgement

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0068 ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0069 | 74A192055-1002 | EA | [redacted] |

**Description:** [redacted]

**Total Qty Ordered**



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Vendor P/N:** 8
**Issuing Loc:** ST LOUIS

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 8 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 05- JUL- 2022 | 13- JUN- 2022 |
| 4 | 04- AUG- 2022 | 13- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Distributed
Agreement

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0069 ------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0070 | 74A192055-1001 | EA | | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 05- JUL- 2022 | 13- JUN- 2022 |
| 2 | 04- AUG- 2022 | 13- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0070 ------------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0071 | 74A192053-1003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
5

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 5 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 5 | 17- OCT- 2022 | 17- OCT- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0071** ----------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0072 | 74A192089-5005 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
83

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 83 |



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 5 | 30- AUG- 2022 | 30- AUG- 2022 |
| 10 | 30- SEP- 2022 | 30- SEP- 2022 |
| 10 | 31- OCT- 2022 | 31- OCT- 2022 |
| 9 | 30- NOV- 2022 | 30- NOV- 2022 |
| 8 | 04- JAN- 2023 | 04- JAN- 2023 |
| 10 | 30- JAN- 2023 | 30- JAN- 2023 |
| 10 | 28- FEB- 2023 | 28- FEB- 2023 |
| 10 | 30- MAR- 2023 | 30- MAR- 2023 |
| 11 | 01- MAY- 2023 | 01- MAY- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0072

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0073 | 74A192089-5006 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
103

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 7 | 30- AUG- 2022 | 30- AUG- 2022 |
| 14 | 30- SEP- 2022 | 30- SEP- 2022 |
| 14 | 31- OCT- 2022 | 31- OCT- 2022 |
| 11 | 30- NOV- 2022 | 30- NOV- 2022 |
| 11 | 04- JAN- 2023 | 04- JAN- 2023 |
| 12 | 30- JAN- 2023 | 30- JAN- 2023 |
| 14 | 28- FEB- 2023 | 28- FEB- 2023 |
| 14 | 30- MAR- 2023 | 30- MAR- 2023 |
| 6 | 01- MAY- 2023 | 01- MAY- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0073** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0074 | 74A192090-5004 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
11

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 11 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 2 | 31- OCT- 2022 | 31- OCT- 2022 |
| 3 | 30- NOV- 2022 | 30- NOV- 2022 |
| 2 | 04- JAN- 2023 | 04- JAN- 2023 |
| 2 | 30- JAN- 2023 | 30- JAN- 2023 |
| 2 | 28- FEB- 2023 | 28- FEB- 2023 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Item Attachment(s) Description

[redacted]

End of Item: 0074 ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0075 | 74A192090-5003 | EA | [redacted] |

Description: [redacted]
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
7

Item Ext Amount
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 2 | 31- OCT- 2022 | 22- AUG- 2022 |
| 3 | 30- NOV- 2022 | 30- NOV- 2022 |
| 2 | 04- JAN- 2023 | 04- JAN- 2023 |
| 0 | 05- DEC- 2024 | 05- DEC- 2024 |
| 0 | 21- JAN- 2025 | 21- JAN- 2025 |
| 0 | 19- MAR- 2025 | 19- MAR- 2025 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Routing:** Carrier of your choice (FOB Destination Only)

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0075** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0076 | 74A192091-5005 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
74

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 74 |

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08

**PC Orig Date:** 22-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 30- SEP- 2022 | 30- SEP- 2022 |
| 12 | 31- OCT- 2022 | 31- OCT- 2022 |
| 8 | 30- NOV- 2022 | 30- NOV- 2022 |
| 5 | 04- JAN- 2023 | 04- JAN- 2023 |
| 10 | 30- JAN- 2023 | 30- JAN- 2023 |
| 12 | 28- FEB- 2023 | 28- FEB- 2023 |
| 11 | 30- MAR- 2023 | 30- MAR- 2023 |
| 10 | 01- MAY- 2023 | 01- MAY- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0076** ------------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0077 | 74A192091-5006 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
57

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 57 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 31- OCT- 2022 | 31- OCT- 2022 |
| 8 | 30- NOV- 2022 | 30- NOV- 2022 |
| 5 | 04- JAN- 2023 | 04- JAN- 2023 |
| 10 | 30- JAN- 2023 | 30- JAN- 2023 |
| 10 | 28- FEB- 2023 | 28- FEB- 2023 |
| 10 | 30- MAR- 2023 | 30- MAR- 2023 |
| 8 | 01- MAY- 2023 | 01- MAY- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0077** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0078 | 74A192093-5005 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
57

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 3 | 30- AUG- 2022 | 30- AUG- 2022 |
| 6 | 30- SEP- 2022 | 30- SEP- 2022 |
| 6 | 31- OCT- 2022 | 31- OCT- 2022 |
| 4 | 30- NOV- 2022 | 30- NOV- 2022 |
| 4 | 04- JAN- 2023 | 04- JAN- 2023 |
| 6 | 30- JAN- 2023 | 30- JAN- 2023 |
| 6 | 28- FEB- 2023 | 28- FEB- 2023 |
| 6 | 30- MAR- 2023 | 30- MAR- 2023 |
| 6 | 01- MAY- 2023 | 01- MAY- 2023 |
| 6 | 30- MAY- 2023 | 30- MAY- 2023 |
| 4 | 30- JUN- 2023 | 30- JUN- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Distributed ... ement

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0078** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0079 | 74A192095-5009 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
15

**Item Ext Amount**
[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company
# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 15 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 2 | 31- OCT- 2022 | 31- OCT- 2022 |
| 2 | 30- NOV- 2022 | 30- NOV- 2022 |
| 2 | 04- JAN- 2023 | 04- JAN- 2023 |
| 5 | 30- JAN- 2023 | 30- JAN- 2023 |
| 4 | 28- FEB- 2023 | 28- FEB- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0079** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0080 | 74A192095-5010 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
35

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|



**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 4 | 30- SEP- 2022 | 27- JUL- 2022 |
| 8 | 31- OCT- 2022 | 26- OCT- 2022 |
| 4 | 30- NOV- 2022 | 30- NOV- 2022 |
| 4 | 04- JAN- 2023 | 04- JAN- 2023 |
| 5 | 30- JAN- 2023 | 30- JAN- 2023 |
| 5 | 28- FEB- 2023 | 28- FEB- 2023 |
| 5 | 30- MAR- 2023 | 30- MAR- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0080

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0081 | 74A192099-5007 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
18

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

18

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 2 | 30- AUG- 2022 | 30- AUG- 2022 |
| 4 | 30- SEP- 2022 | 30- SEP- 2022 |
| 4 | 31- OCT- 2022 | 31- OCT- 2022 |
| 4 | 30- NOV- 2022 | 30- NOV- 2022 |
| 3 | 04- JAN- 2023 | 04- JAN- 2023 |
| 1 | 30- JAN- 2023 | 30- JAN- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0081

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0082 | 74A192109-5007 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
136

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 136 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 10 | 30- AUG- 2022 | 30- AUG- 2022 |
| 20 | 30- SEP- 2022 | 30- SEP- 2022 |
| 20 | 31- OCT- 2022 | 31- OCT- 2022 |
| 14 | 30- NOV- 2022 | 30- NOV- 2022 |
| 14 | 04- JAN- 2023 | 04- JAN- 2023 |
| 14 | 30- JAN- 2023 | 30- JAN- 2023 |
| 22 | 28- FEB- 2023 | 28- FEB- 2023 |
| 22 | 30- MAR- 2023 | 30- MAR- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0082** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0083 | 74A192109-5008 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
81

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

BOEING

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 18 | 31- OCT- 2022 | 31- OCT- 2022 |
| 14 | 30- NOV- 2022 | 30- NOV- 2022 |
| 12 | 04- JAN- 2023 | 04- JAN- 2023 |
| 14 | 30- JAN- 2023 | 30- JAN- 2023 |
| 14 | 28- FEB- 2023 | 28- FEB- 2023 |
| 9 | 30- MAR- 2023 | 30- MAR- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0083** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0084 | 74A192093-5006 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
61

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 3 | 30- AUG- 2022 | 30- AUG- 2022 |
| 6 | 30- SEP- 2022 | 30- SEP- 2022 |
| 6 | 31- OCT- 2022 | 31- OCT- 2022 |
| 4 | 30- NOV- 2022 | 30- NOV- 2022 |
| 4 | 04- JAN- 2023 | 04- JAN- 2023 |
| 6 | 30- JAN- 2023 | 30- JAN- 2023 |
| 6 | 28- FEB- 2023 | 28- FEB- 2023 |
| 6 | 30- MAR- 2023 | 30- MAR- 2023 |
| 6 | 01- MAY- 2023 | 01- MAY- 2023 |
| 6 | 30- MAY- 2023 | 30- MAY- 2023 |
| 6 | 30- JUN- 2023 | 30- JUN- 2023 |
| 2 | 31- JUL- 2023 | 31- JUL- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Distributed ... ement

**Item Attachment(s)** **Description**

**End of Item: 0084** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0085 | | LT | |

**Description:**
**Vendor P/N:** TYPE M
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 1 |

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0085 ------------------------------------------------------------

**PC Attachment(s)** **Description**

[redacted]

Terms and conditions clauses applicable to this Purchase Contract, including Purchase Contract changes, are incorporated herein by reference and can be found at http://www.boeingsuppliers.com/terms.html. Unless indicated elsewhere in this Purchase Contract, the version of each incorporated clause applicable to this Purchase Contract is the latest dated version of each clause in effect on the date of the original Purchase contract (Purchase Contract Change No: 00) included on the front page thereof. Unless indicated elsewhere in a subsequent Purchase Contract Change(s), clauses added via such Purchase Contract Change(s) shall be the version of the clause in effect on the date of such Purchase Contract Change(s). Referenced attachments are incorporated herein by reference.

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

## PC Attachment(s)

**Attachment 0000.00 0000 0030**

TERMS - **INVOICE PAYMENT TERMS**

This Purchase Contract is subject to the following payment terms. See the General Provisions applicable to this Purchase Contract for important information regarding payment.

Discount: 0%, Discount Days: 0, Net Days: 30

Electronically Distributed
Exostar Acknowledgement
Required



The Boeing Company

# Purchase Contract/Purchase Contract Change

Page 93 of 116

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Attachment D501**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM



The Boeing Company

# Purchase Contract/Purchase Contract Change

Page 94 of 116

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM



The Boeing Company

**Purchase Contract/Purchase Contract Change**

Page 95 of 116

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Attachment E000-**

PC FORM Rev 1/19/07





Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM



# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

Page 99 of 116

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

PC FORM Rev 1/19/07

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 100 of 116

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08

PC Orig Date: 22-JUN-2020

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 101 of 116

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM



The Boeing Company

Purchase Contract/Purchase Contract Change

Page 102 of 116

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Attachment H200**

**Attachment H602**

Electronically Distributed
Exostar Acknowledgement Required

**Attachment M100**

M100

SOLICITATION / CONTRACT ATTACHMENTS (VARIABLE)

Variable portion of the clause is listed below:

This clause incorporates by reference all attachments, exhibits, and/or appendices identified below:

a. General Terms Agreement (GTA) Number G1700005 dated 31 May 2019, which modifies GP7 Fixed Price Goods under U.S. Government Prime Contract, incorporated into this procurement.
b. Boeing and GKN MOA-2019- 00007, dated 24 May 2019

PC FORM Rev 1/19/07



The Boeing Company

# Purchase Contract/Purchase Contract Change

Page 103 of 116

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Attachment PC REVISION NOTES**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company
Purchase Contract/Purchase Contract Change
Page 104 of 116

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

PC FORM Rev 1/19/07

BOEING
The Boeing Company
Purchase Contract/Purchase Contract Change
Page 105 of 116

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company
Purchase Contract/Purchase Contract Change
Page 106 of 116

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 107 of 116

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM



BOEING
The Boeing Company
Purchase Contract/Purchase Contract Change
Page 108 of 116

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Line Item 0019**

**Attachment CONTRACTS/DPAS RATINGS.**

**Line Item 0023**

**Attachment CONTRACTS/DPAS RATINGS.**

**Line Item 0024**

**Attachment CONTRACTS/DPAS RATINGS.**

Electronically Distributed
Supplier Acknowledgement Required

PC FORM Rev 1/19/07

BOEING
The Boeing Company
Purchase Contract/Purchase Contract Change
Page 109 of 116

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Line Item 0028**

**Attachment CONTRACTS/DPAS RATINGS.**

**Line Item 0029**

**Attachment CONTRACTS/DPAS RATINGS.**

**Line Item 0033**

**Attachment CONTRACTS/DPAS RATINGS.**

**Line Item 0034**

**Attachment CONTRACTS/DPAS RATINGS.**

Electronically Distributed Per Acknowledgement Required

PC FORM Rev 1/19/07

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

Line Item 0035

Attachment CONTRACTS/DPAS RATINGS.

Line Item 0039

Attachment CONTRACTS/DPAS RATINGS.

Line Item 0045

Attachment CONTRACTS/DPAS RATINGS.

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM


The Boeing Company

Purchase Contract/Purchase Contract Change

Page 111 of 116

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Line Item 0049**

**Attachment CONTRACTS/DPAS RATINGS.**

**Line Item 0051**

**Attachment CONTRACTS/DPAS RATINGS.**

**Line Item 0053**

**Attachment CONTRACTS/DPAS RATINGS.**

**Line Item 0054**

**Attachment CONTRACTS/DPAS RATINGS.**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

**Line Item 0060**
**Attachment CONTRACTS/DPAS RATINGS.**

**Line Item 0062**
**Attachment CONTRACTS/DPAS RATINGS.**

**Line Item 0063**
**Attachment CONTRACTS/DPAS RATINGS.**

**Line Item 0064**
**Attachment CONTRACTS/DPAS RATINGS.**

Electronic Distribution Acknowledgement Required

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change
Page 113 of 116

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

**Line Item 0065**
**Attachment CONTRACTS/DPAS RATINGS.**

**Line Item 0066**
**Attachment CONTRACTS/DPAS RATINGS.**

**Line Item 0073**
**Attachment CONTRACTS/DPAS RATINGS.**

**Line Item 0075**
**Attachment CONTRACTS/DPAS RATINGS.**

Electronic Distribution
Supplier Acknowledgement
Required

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company
Purchase Contract/Purchase Contract Change
Page 114 of 116

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

**Line Item 0078**

**Attachment CONTRACTS/DPAS RATINGS.**

**Line Item 0080**

**Attachment CONTRACTS/DPAS RATINGS.**

**Line Item 0083**

**Attachment CONTRACTS/DPAS RATINGS.**

**Line Item 0084**

**Attachment CONTRACTS/DPAS RATINGS.**

Electronic Distribution Acknowledgement Required

PC FORM Rev 1/19/07



The Boeing Company
Purchase Contract/Purchase Contract Change
Page 115 of 116

Purchase Contract No: 1938051 Purchase Contract Change No: 33 PC/PCC Date: 2022-08-08
PC Orig Date: 22-JUN-2020

Electronically Distributed
Exostar Acknowledgement
Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1938051 **Purchase Contract Change No:** 33 **PC/PCC Date:** 2022-08-08
**PC Orig Date:** 22-JUN-2020

By acceptance of this Purchase Contract, including Purchase Contract changes, whether by written, electronic, or other manner of acceptance, Seller certifies that all Seller representations and certifications applicable to this Purchase Contract included in Seller's SP1 Annual Representations and Certifications (which include, but are not limited to, Debarment, Payment to Influence Certain Federal Transactions, Size and Socioeconomic status) are valid and current, accurate and complete as of the date of acceptance. In particular, pursuant to FAR 52.209-6, by acceptance of this Purchase Contract, Seller certifies that neither it nor its principals are debarred, suspended or proposed for debarment by the United States Federal Government and that Seller is in compliance with 52.203-11. If Seller's status under any of the applicable representations and certifications has changed, Seller must submit a new SP1 prior to accepting this Purchase Contract.

If this is a rated order certified for U.S. national defense use, Seller is required to follow all the provisions of the Defense Priorities and Allocations System regulation (15 CFR part 700) in obtaining controlled materials and other products, services and materials needed to fill this order. If this is a DX rated order, Seller must provide Buyer with written acceptance or rejection of this order within ten (10) working days after receipt. If this is a DO rated order, Seller must promptly provide Buyer with written acceptance or rejection of this order within fifteen (15) working days after receipt. Seller must include in any written rejection of a rated order the reasons for the rejection. Seller's written acknowledgement of this rated order shall constitute written acceptance of this DPAS rating.

When applicable, the DPAS rating is specified in the line item(s) contained in this Purchase Contract.

This purchase contract is subject to Autopay unless a Boeing invoicing location is noted at the line item level.

Seller's commencement of performance or acceptance of this Purchase Contract in any manner shall conclusively evidence acceptance of the Purchase Contract as written.

Total Purchase Contract Values - Definitions:
(1) "Total PC Value" is the sum of the ITEM EXTENDED AMOUNT (or UNDEF. EXT. AMOUNT) for all items on this PC.
(2) "Total Definitized Value" is the total value of all fully definitized line items, and is calculated using the ITEM EXTENDED AMOUNT for those items.
(3) "Total Undefinitzed NTE value" is the total Not-To-Exceed (NTE) value for all line items that are not fully definitized. These line items are identified with a PRICE DESCRIPTION of "Maximum Price", "Estimated Price, "Not To Exceed", "Will Negotiate", "Funding Limitation", or "Advise Price".
(4) "Total PC Funding" is defined by Clause F216 (if applicable to this PC).

Electronically Distributed
Acknowledgement
Required

**Buyer Name:** [redacted] **Phone:**
**Fax:**
**Email Address:** [redacted]
**Loc/Bldg/Ms:** [redacted]

THE BOEING COMPANY
PO BOX 516
ST LOUIS MO 63166-0516
US

**BUYER** ______________________ **DATE** ____________
**PURCHASING AGENT SIGNATURE**

**SELLER** ______________________ **DATE** ____________
**AUTHORIZED SIGNATURE**



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**Total PC Value:** [redacted] **PC Orig Date:** 19-JUN-2020
**Total PC Funding:**
**Total Definitized Value:** **Total Undefinitized NTE Value:** [redacted]
**Strategic Agreement No:** 19SS019

**Supplier No.** [redacted] **BEST Code:** [redacted]

**Supplier Address:**

GKN AEROSPACE N AMERICA INC
142 MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Manufacturer Address:**

142 JS MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Confirm To:** [redacted]

**Payment Type:** **Payment Rate:** 0.00%
**Liquidation Type:** **Liquidation Rate:** 0.00%

Electronically Distributed
Exostar Acknowledgement Required

**All Deliverable line items on this Purchase Contract will ship to the following address unless otherwise specified on the line item(s).**

**Ship To:**

SEE PURCHASE CONTRACT LINE ITEM

**Routing:** Carrier of your choice (FOB Destination Only)
**FOB:** DESTINATION
**Shipping Payment Method:** Prepaid (by Seller)

**Purchase Contract Revision Notes** - Data Not Specifically Altered Remains Unchanged

[redacted]



Electronically Distribution
Exostar Acknowledgement
Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0001 | 74A120974-5081 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 01- JUL- 2021 | 01- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0001 ---------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0002 | 74A120974-5082 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 01- JUL- 2021 | 01- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0002

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0003 | 74A120991-5025 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |



**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 11- MAR- 2021 | 11- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0003** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0004 | 74A120991-5026 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 11- MAR- 2021 | 11- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0004**

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0005 | 74A121812-5021 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 01- JUL- 2021 | 01- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Item Attachment(s) | Description |
|---|---|
| [redacted] | |

**End of Item: 0005** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0006 | 74A121812-5023 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 02- JUL- 2021 | 02- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

| Item Attachment(s) | Description |
|---|---|
| [redacted] | |

Electronically Deliver Exostar Acknowledge Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0006** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0007 | 74A121820-5005 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 19- AUG- 2021 | 19- AUG- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Exostar Acknowledgement Required

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0007** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0008 | 74A121820-5006 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 19- AUG- 2021 | 19- AUG- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0008** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0009 | 74A121850-5005 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 16- DEC- 2021 | 16- DEC- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**End of Item: 0009** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0010 | 74A121850-5006 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 16- DEC- 2021 | 16- DEC- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement Required

**Item Attachment(s)** **Description**

**End of Item: 0010** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0011 | 74A121882-5003 | EA | |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 08- APR- 2021 | 08- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Distributed ... Judgement

**Item Attachment(s)** **Description**

## End of Item: 0011

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0012 | 74A121882-5004 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 08- APR- 2021 | 08- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0012** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0013 | 74A121890-2007A | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
1

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 1 |

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 1 | 24- FEB- 2022 | 24- FEB- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0013

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0014 | 74A121890-2008A | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
2

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 2 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 2 | 08- MAR- 2022 | 08- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:49 PM

Purchase Contract No: **1949711**   Purchase Contract Change No: **10**   PC/PCC Date: **2022-10-07**
PC Orig Date: **19-JUN-2020**

Item Attachment(s)     Description



**End of Item:  0014** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|--|------------|------------|
| 0015 | 74A140112-5009 | | EA | ████ |

Description: ██████████████
Vendor P/N:
Issuing Loc:  ST LOUIS

Total Qty Ordered
24

Item Ext Amount
████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████ | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 24 | 11- MAR- 2021 | 11- MAR- 2021 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

Item Attachment(s)     Description

# EXHIBIT D

***Part 13 of 31***

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0015

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0016 | 74A140112-5010 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 11- MAR- 2021 | 11- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Acknowledged Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0016** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0017 | 74A140115-5021 | EA |  |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 12- FEB- 2021 | 12- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distribution Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0017** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0018 | 74A140115-5022 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 12- FEB- 2021 | 12- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Star Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0018** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0019 | 74A140116-5009 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 11- MAR- 2021 | 11- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0019** ----------------------------------------

Electronically Distributed
Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0020 | 74A140116-5010 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 11- MAR- 2021 | 11- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0021 | 74A140320-5007 | EA | [redacted] |

[redacted]
**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 08- APR- 2021 | 08- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0021** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0022 | 74A140320-5008 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 08- APR- 2021 | 08- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0022** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0023 | 74A141114-5015 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 09- FEB- 2021 | 09- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0023** ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0024 | 74A141114-5016 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 11- FEB- 2021 | 11- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronic Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0024** ------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0025 | 74A141308-5005 | EA | | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 14- OCT- 2021 | 14- OCT- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Exostar Acknowledged Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Purchase Contract No: 1949711 Purchase Contract Change No: 10 PC/PCC Date: 2022-10-07
PC Orig Date: 19-JUN-2020

Item Attachment(s) Description

[redacted]

**End of Item: 0025**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0026 | 74A141308-5006 | EA | [redacted] |

Description: [redacted]
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered: 24

Item Ext Amount: [redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 14- OCT- 2021 | 14- OCT- 2021 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Item Attachment(s) Description

[redacted]

Electronically Distributed Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0026** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0027 | 74A141419-2001A | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
48

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 48 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 48 | 05- JAN- 2021 | 05- JAN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed
Electronically Acknowledgement
Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 27 of 114

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**End of Item: 0027** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0028 | 74A141448-2001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 19- APR- 2021 | 19- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Acknowledgement

**Item Attachment(s)** **Description**

**End of Item: 0028** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0029 | 74A141448-2002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

PC FORM Rev 1/19/07



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 28 of 114

Purchase Contract No: 1949711 Purchase Contract Change No: 10 PC/PCC Date: 2022-10-07
PC Orig Date: 19-JUN-2020

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 19- APR- 2021 | 19- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0029** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0030 | 74A172352-5009 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

PC FORM Rev 1/19/07

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 01- JUL- 2021 | 01- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0030** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0031 | 74A172352-5010 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 01- JUL- 2021 | 01- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Item Attachment(s) | Description |
|---|---|

[redacted]

**End of Item: 0031** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0032 | 74A183275-2005 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 17- JUN- 2021 | 17- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

| Item Attachment(s) | Description |
|---|---|

[redacted]

Electronically Exostar Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Item Attachment(s) | Description |
|---|---|
| [redacted] | |

**End of Item: 0032** ---------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0033 | 74A183275-2006 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 17- JUN- 2021 | 17- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
External Acknowledgement Required

| Item Attachment(s) | Description |
|---|---|
| [redacted] | |



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Purchase Contract No: **1949711**   Purchase Contract Change No: **10**   PC/PCC Date: **2022-10-07**
PC Orig Date: **19-JUN-2020**

**Item Attachment(s)    Description**

███████████████████████████

**End of Item:    0033** ------------------------------------------------

| Item | Part Number | | | UM Ordered | | Unit Price |
|------|-------------|--|--|------------|--|------------|
| 0034 | 74A192049-5103 | | | EA | | ███ |
| | Description: ███████ | | | | | **Total Qty Ordered** |
| | Vendor P/N: | | | | | 24 |
| | Issuing Loc: ST LOUIS | | | | | **Item Ext Amount** |
| | | | | | | ███████ |

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████████ | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 24 | 18- MAR- 2021 | 18- MAR- 2021 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO      63044
US

**Item Attachment(s)    Description**

███████████████████████████



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**End of Item: 0034** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0035 | 74A192049-5104 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 0 | 18- MAR- 2021 | 18- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0035** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0036 | 74A192049-5111 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 08- MAR- 2021 | 08- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0036** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0037 | 74A192049-5112 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 08- MAR- 2021 | 08- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0037** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0038 | 74A192050-5101 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 18- MAR- 2021 | 18- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

| Purchase Contract No: | 1949711 | Purchase Contract Change No: | 10 | PC/PCC Date: | 2022-10-07 |
| | | | | PC Orig Date: | 19-JUN-2020 |

**Item Attachment(s)**    **Description**



**End of Item:    0038** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|------|-------------|---|------------|------------|
| 0039 | 74A192050-5102 | | EA | ██████ |

**Description:** ████████████

**Vendor P/N:**

**Issuing Loc:**  ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|-------------------|----------------|----------------|-----------------|-----|
| ████████ | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|--------------------|------------------------------|---------------|
| 24 | 18- MAR- 2021 | 18- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON            MO      63044
US

**Item Attachment(s)**    **Description**



PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0039** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0040 | 74A202111-5003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 15- APR- 2021 | 15- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed External Acknowledgement Required

**Item Attachment(s)** **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0040** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0041 | 74A202111-5004 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 12- APR- 2021 | 12- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Star Acknowledgement Required

**Item Attachment(s)** **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

## End of Item: 0041

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0043 | 74A202153-2003 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 24

**Item Ext Amount** [redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- MAR- 2021 | 04- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0043

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0044 | 74A202153-2005 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 24

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- MAR- 2021 | 04- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0044** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0045 | 74A202153-2007 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
| --- | --- | --- |
| 24 | 04- MAR- 2021 | 04- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0045 ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
| --- | --- | --- | --- |
| 0046 | 74A202153-2015 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| --- | --- | --- | --- | --- |
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
| --- | --- | --- |
| 24 | 04- MAR- 2021 | 04- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0046** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0047 | 74A202155-2003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- FEB- 2021 | 25- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Exostar Acknowledgement Required

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0047** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0048 | 74A202155-2011 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- FEB- 2021 | 25- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically District Acknowledgement Required
Exocutar Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0048**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0049 | 74A202202-2001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- APR- 2021 | 23- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Vendor Acknowledgement Required

**Item Attachment(s)** **Description**





Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**End of Item: 0049** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0050 | 74A202202-2002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- APR- 2021 | 23- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0050** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0051 | 74A202247-2003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- FEB- 2021 | 25- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0051

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0052 | 74A203155-2001 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 47 of 114

Purchase Contract No: 1949711 Purchase Contract Change No: 10 PC/PCC Date: 2022-10-07
PC Orig Date: 19-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 10- JUN- 2021 | 10- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0052** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0053 | 74A203230-2007 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- MAR- 2021 | 04- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

PC FORM Rev 1/19/07

Exostar Action Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0053** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0054 | 74A203230-2009 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- MAR- 2021 | 04- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Exostar Acknowledged Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0054** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0055 | 74A203231-2009 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| N00019-18-C-1046 | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- MAR- 2021 | 04- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed External Acknowledgement Required

**Item Attachment(s)** **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 50 of 114

Purchase Contract No: 1949711 Purchase Contract Change No: 10 PC/PCC Date: 2022-10-07
PC Orig Date: 19-JUN-2020

Item Attachment(s) Description

**End of Item: 0055** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0056 | 74A203231-2011 | EA |  |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
24

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- MAR- 2021 | 04- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Star Acknowledgement Required

Item Attachment(s) Description

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 51 of 114

Purchase Contract No: 1949711 Purchase Contract Change No: 10 PC/PCC Date: 2022-10-07
PC Orig Date: 19-JUN-2020

**End of Item: 0056** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0057 | 74A203234-2001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- MAR- 2021 | 04- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement

**Item Attachment(s)** **Description**

**End of Item: 0057** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0058 | 74A203234-2005 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- MAR- 2021 | 04- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0058** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0059 | 74A305021-1017 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 07- JAN- 2021 | 07- JAN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0059 ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0060 | 74A305021-1021 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
12

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 12 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 12 | 07- JAN- 2021 | 07- JAN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Item Attachment(s) | Description |
|---|---|
| [redacted] | |

**End of Item: 0060** ------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0061 | 74A305214-5101 | EA | | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 01- APR- 2021 | 01- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

| Item Attachment(s) | Description |
|---|---|
| [redacted] | |

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Purchase Contract No: 1949711 Purchase Contract Change No: 10 PC/PCC Date: 2022-10-07
PC Orig Date: 19-JUN-2020

Item Attachment(s) Description

End of Item: 0061 ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0062 | 74A305243-2001 | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
6

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 19- AUG- 2021 | 19- AUG- 2021 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
External Acknowledgement Required

Item Attachment(s) Description



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0062

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0063 | 74A305244-1001 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| N00019-18-C-1046 | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 12- APR- 2021 | 12- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Exostar Acknowledgement
Required

**Item Attachment(s)** **Description**

[redacted]



**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**End of Item: 0063** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0064 | 74A305261-2001A | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 10- JUN- 2021 | 10- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0064** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0065 | 74A305280-2001A | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 58 of 114

Purchase Contract No: 1949711 Purchase Contract Change No: 10 PC/PCC Date: 2022-10-07
PC Orig Date: 19-JUN-2020

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 05- APR- 2021 | 05- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0065** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0066 | 74A305281-2003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

Fixed Price

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

PC FORM Rev 1/19/07

Purchase Contract No: 1949711 Purchase Contract Change No: 10 PC/PCC Date: 2022-10-07
PC Orig Date: 19-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 15- APR- 2021 | 15- APR- 2021 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Item Attachment(s) Description

[redacted]

End of Item: 0066 ------------------------------------------------------------

Item 0067
Part Number 74A305320-1009
UM Ordered EA
Unit Price [redacted]

Description: [redacted]
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered 6

Item Ext Amount [redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 12- NOV- 2021 | 12- NOV- 2021 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0067**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0068 | 74A305320-1011 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 04- NOV- 2021 | 04- NOV- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Exostar Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0068** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0069 | 74A305320-1013 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
18

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 18 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 18 | 21- OCT- 2021 | 21- OCT- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed External Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0069**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0070 | 74A305320-1015 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
18

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 18 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 18 | 25- OCT- 2021 | 25- OCT- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Star Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**End of Item: 0070** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0071 | 74A305350-1013 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 17- JUN- 2021 | 17- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement

| Item Attachment(s) | Description |
|---|---|
| [redacted] | |

**End of Item: 0071** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0072 | 74A305350-5131 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 17- JUN- 2021 | 17- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Excerpted Document Distributed

**End of Item: 0072** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0073 | 74A305371-1001 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 18- NOV- 2021 | 18- NOV- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0073** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0074 | 74A305470-2003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 30- NOV- 2020 | 30- NOV- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Purchase Contract No: 1949711 Purchase Contract Change No: 10 PC/PCC Date: 2022-10-07
PC Orig Date: 19-JUN-2020

Item Attachment(s) Description

**End of Item: 0074** ------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0075 | 74A305471-2005A | EA | | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
24

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 06- MAY- 2021 | 06- MAY- 2021 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Item Attachment(s) Description

Electronically Exostar Acknowledgment Required



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0075** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0076 | 74A305623-1017 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 10- DEC- 2020 | 10- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed External Acknowledgement Required

**Item Attachment(s)** **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Item Attachment(s) | Description |
|---|---|

[redacted]

**End of Item: 0076** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0077 | 74A305623-1019 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 10- DEC- 2020 | 10- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Star Acknowledgement Required

| Item Attachment(s) | Description |
|---|---|

[redacted]



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

## End of Item: 0077

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0078 | 74A305623-1021 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 10- DEC- 2020 | 10- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0078

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0079 | 74A305629-2003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- MAY- 2021 | 24- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0079** ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0080 | 74A305629-2005 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- MAY- 2021 | 24- MAY- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0080** ----------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0081 | 74A305632-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 16- FEB- 2021 | 16- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0081** ---

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0082 | 74A305632-1003 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 16- FEB- 2021 | 16- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Purchase Contract No: 1949711 Purchase Contract Change No: 10 PC/PCC Date: 2022-10-07
PC Orig Date: 19-JUN-2020

| Item Attachment(s) | Description |
| --- | --- |
| [redacted] | |

**End of Item: 0082** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
| --- | --- | --- | --- |
| 0083 | 74A305632-1005 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| --- | --- | --- | --- | --- |
| [redacted] | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
| --- | --- | --- |
| 6 | 25- FEB- 2021 | 25- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

| Item Attachment(s) | Description |
| --- | --- |
| [redacted] | |

Electronically Distributed External Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM



**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| Purchase Contract No: | 1949711 | Purchase Contract Change No: 10 | PC/PCC Date: **2022-10-07** |
| | | | PC Orig Date: **19-JUN-2020** |

**Item Attachment(s)    Description**

█████████████████████████████████████

---

**End of Item:    0083** ------------------------------------------------

| Item | Part Number | | |
|---|---|---|---|
| 0084 | 74A305632-1006 | | |

**UM Ordered**
EA

**Unit Price**
████████

Description: ████████

Vendor P/N:

Issuing Loc: ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████ | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 25- FEB- 2021 | 25- FEB- 2021 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                MO    63044
US

**Item Attachment(s)    Description**

█████████████████████████████████████



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**End of Item: 0085** (see below)

**End of Item: 0084** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0085 | 74A305632-1009 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 25- FEB- 2021 | 25- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0085** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0086 | 74A305632-1010 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 25- FEB- 2021 | 25- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0086

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0087 | 74A305632-2005A | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 04- MAR- 2021 | 04- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0087** ---------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0088 | 74A305632-2007A | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 04- MAR- 2021 | 04- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0088** ------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0089 | 74A305632-2009 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 10- DEC- 2020 | 10- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Exostar Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM



![Boeing logo]

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| | | | |
|---|---|---|---|
| **Purchase Contract No:** | 1949711 | **Purchase Contract Change No:** 10 | **PC/PCC Date:** 2022-10-07 |
| | | | **PC Orig Date:** 19-JUN-2020 |

**Item Attachment(s)**      **Description**

[BLACK REDACTED BOX]

**End of Item:    0089** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | **UM Ordered** | **Unit Price** |
|---|---|---|---|---|
| 0090 | 74A305632-2010 | | EA | [REDACTED] |

**Description:** [REDACTED]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[REDACTED]

| **Customer Contract** | **Prime Contract** | **Customer Order** | **Priority Rating** | **Qty** |
|---|---|---|---|---|
| [REDACTED] | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 10- DEC- 2020 | 10- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)**      **Description**

[BLACK REDACTED BOX]

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0090

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0091 | 74A305632-2015 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 10- DEC- 2020 | 10- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed
Star Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

## End of Item: 0091

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0092 | 74A305632-2016 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 10- DEC- 2020 | 10- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0092

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0093 | 74A305632-2017 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 10- DEC- 2020 | 10- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**
[redacted]

## End of Item: 0093

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0094 | 74A305632-2018 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 10- DEC- 2020 | 10- DEC- 2020 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0094

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0095 | 74A305814-1005 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- FEB- 2021 | 25- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0095** ----------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0096 | 74A314855-2019 | | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 04- MAR- 2021 | 04- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Acknowledged
Exostar Required

Purchase Contract No: 1949711 Purchase Contract Change No: 10 PC/PCC Date: 2022-10-07
PC Orig Date: 19-JUN-2020

Item Attachment(s) Description

End of Item: 0096

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0099 | 74A350816-2001 | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
6

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 04- MAR- 2021 | 04- MAR- 2021 |

Ship To:
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

Item Attachment(s) Description

Electronically Distributed
External Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0099** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0100 | 74A350817-2017 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 03- JUN- 2021 | 03- JUN- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

Electronically Distributed
Star Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**End of Item: 0100** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0101 | 74A350817-2019 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 10- JUN- 2021 | 10- JUN- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0101** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0102 | 74A350864-2005A | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 04- MAR- 2021 | 04- MAR- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0102 ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0103 | 74A350864-2006A | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
| --- | --- | --- |
| 6 | 04- MAR- 2021 | 04- MAR- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0103** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
| --- | --- | --- | --- |
| 0104 | 74A350868-2005 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| --- | --- | --- | --- | --- |
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
| --- | --- | --- |
| 6 | 04- FEB- 2021 | 04- FEB- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 90 of 114

Purchase Contract No: 1949711 Purchase Contract Change No: 10 PC/PCC Date: 2022-10-07
PC Orig Date: 19-JUN-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Item Attachment(s)** **Description**

**End of Item: 0104** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0105 | 74A350868-2006 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

Electronically Acknowledged Exostar Required

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 04- FEB- 2021 | 04- FEB- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

PC FORM Rev 1/19/07



**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0105** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0106 | 74A661135-5005 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
19

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 19 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 19 | 07- JAN- 2021 | 07- JAN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed External Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 92 of 114

Purchase Contract No: 1949711 Purchase Contract Change No: 10 PC/PCC Date: 2022-10-07
PC Orig Date: 19-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0106 ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0107 | 74A670531-2003 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 04- FEB- 2021 | 04- FEB- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

Electronically Distributed
Star Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]

PC FORM Rev 1/19/07



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

## End of Item: 0107

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0108 | 74A670531-2004 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 04- FEB- 2021 | 04- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement

**Item Attachment(s)** **Description**

## End of Item: 0108

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0109 | 74A830697-2003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 07- JAN- 2021 | 07- JAN- 2021 |

**Ship To:**
BCWS
14150 MISSOURI BOTTOM ROAD
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0109

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0110 | 74A830874-2007 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |


Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
| --- | --- | --- |
| 6 | 07- JAN- 2021 | 07- JAN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0110** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
| --- | --- | --- | --- |
| 0111 | 74A830914-2001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| --- | --- | --- | --- | --- |
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
| --- | --- | --- |
| 24 | 21- JAN- 2021 | 21- JAN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0111** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0112 | 74A880803-2005 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 03- JUN- 2021 | 03- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Exostar Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0112** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0113 | 74A880804-2003A | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 29- APR- 2021 | 29- APR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
External Acknowledgement Required

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0113** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0114 | 74A880869-5005 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 01- JUL- 2021 | 01- JUL- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Star Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**End of Item: 0114** -----------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0115 | 74B110056-2001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
48

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 48 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 48 | 18- MAR- 2021 | 18- MAR- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0115** -----------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0116 | 74A140110-5057 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 12- JAN- 2021 | 12- JAN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0116

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0117 | 74A140110-5058 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
8

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 8 |

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 8 | 11- JAN- 2021 | 11- JAN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0117** ---------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0118 | 74A140111-5017 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 12- JAN- 2021 | 12- JAN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0118** ------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0119 | 74A140111-5018 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

Electronically Exostar Acknowledgement Required

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 12- JAN- 2021 | 12- JAN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Purchase Contract No: 1949711 Purchase Contract Change No: 10 PC/PCC Date: 2022-10-07
PC Orig Date: 19-JUN-2020

Item Attachment(s) Description

**End of Item: 0119** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0120 | 74A120813-5021 | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
24

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 03- MAR- 2022 | 03- MAR- 2022 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Item Attachment(s) Description

Electronically Distributed External Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

| Purchase Contract No: | 1949711 | Purchase Contract Change No: | 10 | PC/PCC Date: | 2022-10-07 |
| | | | | PC Orig Date: | 19-JUN-2020 |

**Item Attachment(s)    Description**

█████████████████████████████████████

**End of Item:   0120** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
| 0121 | 74A120813-5022 | | EA | ████ |

**Description:** ████
**Vendor P/N:**
**Issuing Loc:**  ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| ████ | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 03- MAR- 2022 | 03- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                 MO     63044
US

**Item Attachment(s)    Description**

█████████████████████████████████████



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**End of Item: 0121** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0123 | 74A670531-2003 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
18

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 18 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 18 | 04- FEB- 2021 | 04- FEB- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0123** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0124 | 74A202151-2007 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**
[redacted]

## End of Item: 0124 ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0125 | 74A121890-2007B | EA | [redacted] |

[redacted]
**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
23

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | [redacted] | 23 |

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 7 | 26- MAY- 2023 | 26- MAY- 2023 |
| 8 | 26- JUN- 2023 | 26- JUN- 2023 |
| 8 | 26- JUL- 2023 | 26- JUL- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0125** ---------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0126 | 74A121890-2008B | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
22

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 22 |

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 8 | 09- JUN- 2023 | 09- JUN- 2023 |
| 8 | 10- JUL- 2023 | 10- JUL- 2023 |
| 6 | 09- AUG- 2023 | 09- AUG- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0126** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0127 | 74A305371-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
3

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 3 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 3 | 03- NOV- 2023 | 03- NOV- 2023 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 109 of 114

Purchase Contract No: 1949711 Purchase Contract Change No: 10 PC/PCC Date: 2022-10-07
PC Orig Date: 19-JUN-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Item Attachment(s) Description

End of Item: 0127 ---------------------------------------- Line Item Was Updated

PC Attachment(s) Description

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

Terms and conditions clauses applicable to this Purchase Contract, including Purchase Contract changes, are incorporated herein by reference and can be found at http://www.boeingsuppliers.com/terms.html. Unless indicated elsewhere in this Purchase Contract, the version of each incorporated clause applicable to this Purchase Contract is the latest dated version of each clause in effect on the date of the original Purchase contract (Purchase Contract Change No: 00) included on the front page thereof. Unless indicated elsewhere in a subsequent Purchase Contract Change(s), clauses added via such Purchase Contract Change(s) shall be the version of the clause in effect on the date of such Purchase Contract Change(s). Referenced attachments are incorporated herein by reference.

Electronically Distributed
Exostar Acknowledgement
Required


**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

## PC Attachment(s)

**Attachment 0000.00 0000 0030**

TERMS - **INVOICE PAYMENT TERMS**

This Purchase Contract is subject to the following payment terms. See the General Provisions applicable to this Purchase Contract for important information regarding payment.

Discount: 0%, Discount Days: 0, Net Days: 30

**Attachment D501**

**Attachment H200**



The Boeing Company
Purchase Contract/Purchase Contract Change
Page 112 of 114

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Attachment H602**

**Attachment M100**

M100

SOLICITATION / CONTRACT ATTACHMENTS (VARIABLE)

Variable portion of the clause is listed below:

This clause incorporates by reference all attachments, exhibits, and/or appendices identified below:

a. General Terms Agreement (GTA) Number G1700005 dated 31 May 2019, which modifies GP7 Fixed Price Goods under U.S. Government Prime Contract, incorporated into this procurement.
b. Boeing and GKN MOA-2019- 00007, dated 24 May 2019

Electronically Distributed
Exostar Acknowledgement
Required

PC FORM Rev 1/19/07

# EXHIBIT D

## *Part 14 of 31*

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

Attachment PC REVISION NOTES

Electronic Exostar Acknowledgment Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949711 **Purchase Contract Change No:** 10 **PC/PCC Date:** 2022-10-07
**PC Orig Date:** 19-JUN-2020

By acceptance of this Purchase Contract, including Purchase Contract changes, whether by written, electronic, or other manner of acceptance, Seller certifies that all Seller representations and certifications applicable to this Purchase Contract included in Seller's SP1 Annual Representations and Certifications (which include, but are not limited to, Debarment, Payment to Influence Certain Federal Transactions, Size and Socioeconomic status) are valid and current, accurate and complete as of the date of acceptance. In particular, pursuant to FAR 52.209-6, by acceptance of this Purchase Contract, Seller certifies that neither it nor its principals are debarred, suspended or proposed for debarment by the United States Federal Government and that Seller is in compliance with 52.203-11. If Seller's status under any of the applicable representations and certifications has changed, Seller must submit a new SP1 prior to accepting this Purchase Contract.

If this is a rated order certified for U.S. national defense use, Seller is required to follow all the provisions of the Defense Priorities and Allocations System regulation (15 CFR part 700) in obtaining controlled materials and other products, services and materials needed to fill this order. If this is a DX rated order, Seller must provide Buyer with written acceptance or rejection of this order within ten (10) working days after receipt. If this is a DO rated order, Seller must promptly provide Buyer with written acceptance or rejection of this order within fifteen (15) working days after receipt. Seller must include in any written rejection of a rated order the reasons for the rejection. Seller's written acknowledgement of this rated order shall constitute written acceptance of this DPAS rating.

When applicable, the DPAS rating is specified in the line item(s) contained in this Purchase Contract.

This purchase contract is subject to Autopay unless a Boeing invoicing location is noted at the line item level.

Seller's commencement of performance or acceptance of this Purchase Contract in any manner shall conclusively evidence acceptance of the Purchase Contract as written.

Total Purchase Contract Values - Definitions:
(1) "Total PC Value" is the sum of the ITEM EXTENDED AMOUNT (or UNDEF. EXT. AMOUNT) for all items on this PC.
(2) "Total Definitized Value" is the total value of all fully definitized line items, and is calculated using the ITEM EXTENDED AMOUNT for those items.
(3) "Total Undefinitzed NTE value" is the total Not-To-Exceed (NTE) value for all line items that are not fully definitized. These line items are identified with a PRICE DESCRIPTION of "Maximum Price", "Estimated Price, "Not To Exceed", "Will Negotiate", "Funding Limitation", or "Advise Price".
(4) "Total PC Funding" is defined by Clause F216 (if applicable to this PC).

Electronically Distributed
Exposure Acknowledgement
Required

**Buyer Name:** [redacted] **Phone:** [redacted]
**Fax:**

**Email Address:** [redacted]
**Loc/Bldg/Ms:** [redacted]

THE BOEING COMPANY
PO BOX 516
ST LOUIS MO 63166-0516
US

**BUYER** ______________________ **DATE** __________
PURCHASING AGENT SIGNATURE

**SELLER** ______________________ **DATE** __________
AUTHORIZED SIGNATURE



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**Total PC Value:** **PC Orig Date:** 30-JUN-2020
**Total PC Funding:**
**Total Definitized Value:** **Total Undefinitized NTE Value:**
**Strategic Agreement No:** 19SS019

**Supplier No.** **BEST Code:**

**Supplier Address:**

GKN AEROSPACE N AMERICA INC
142 MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Manufacturer Address:**

142 JS MCDONNELL BLVD
HAZELWOOD MO 63042-3102
US

**Confirm To:**

**Payment Type:** **Payment Rate:** 0.00%
**Liquidation Type:** Ordinary **Liquidation Rate:** 0.00%

**All Deliverable line items on this Purchase Contract will ship to the following address unless otherwise specified on the line item(s).**

**Ship To:**
SEE PURCHASE CONTRACT LINE ITEM

**Routing:** Carrier of your choice (FOB Destination Only)
**FOB:** DESTINATION
**Shipping Payment Method:** Prepaid (by Seller)

Electronically Distributed Exostar Acknowledgement Required

**Purchase Contract Revision Notes** - Data Not Specifically Altered Remains Unchanged



[redacted]

Electronically Distributed
Exostar Acknowledgement
Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 3 of 148

Purchase Contract No: 1949734 Purchase Contract Change No: 15 PC/PCC Date: 2022-06-16
PC Orig Date: 30-JUN-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0001 | 74A120604-5011 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- JUN- 2022 | 23- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0001

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0002 | 74A120604-5012 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 24

**Item Ext Amount**

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- JUN- 2022 | 23- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0002** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0003 | 74A120606-5011 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- JUN- 2022 | 23- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0003** ----------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0004 | 74A120606-5012 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- JUN- 2022 | 23- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

| | | | | |
|---|---|---|---|---|
| Purchase Contract No: | 1949734 | Purchase Contract Change No: 15 | PC/PCC Date: | 2022-06-16 |
| | | | PC Orig Date: | 30-JUN-2020 |

**Item Attachment(s)**      **Description**



---

**End of Item:   0004**  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0005 | 74A120607-5013 | | EA | |

**Description:**

**Vendor P/N:**

**Issuing Loc:**  ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- JUN- 2022 | 23- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)**      **Description**



**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0005**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0006 | 74A120607-5014 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- JUN- 2022 | 23- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Distributed External Acknowledgement Required



**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0006** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0007 | 74A120608-5009 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
48

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 48 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 48 | 23- JUN- 2022 | 23- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Distributed
Exostar Acknowledgement
Required



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**End of Item: 0007** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0008 | 74A120609-5013 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- JUL- 2022 | 25- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Acknowledgement

**Item Attachment(s)** **Description**

**End of Item: 0008** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0009 | 74A120609-5014 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24


Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- JUL- 2022 | 25- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**
[redacted]

## End of Item: 0009

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0010 | 74A120610-5011 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- JUL- 2022 | 25- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0010** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0011 | 74A120610-5012 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- JUL- 2022 | 25- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

## End of Item: 0011

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0012 | 74A120974-5079 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- JUN- 2022 | 23- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

Electronically Exostar Acknowledgement Required

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0012** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0013 | 74A120974-5080 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- JUN- 2022 | 23- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

Electronically Distributed Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**BOEING**

| | | | | | |
|---|---|---|---|---|---|
| Purchase Contract No: | 1949734 | Purchase Contract Change No: | 15 | PC/PCC Date: | **2022-06-16** |
| | | | | PC Orig Date: | **30-JUN-2020** |

**Item Attachment(s)     Description**

[black redaction box]

**End of Item:   0013** ---------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0014 | 74A120974-5083 | | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- JUN- 2022 | 23- JUN- 2022 |

Ship To:
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES         MO    63301
US

**Item Attachment(s)     Description**

[black redaction box]

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0014** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0015 | 74A120974-5084 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- JUN- 2022 | 23- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed
for Acknowledgement
Required





Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**End of Item: 0015** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0016 | 74A120974-5085 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- JUL- 2022 | 25- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0016** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0017 | 74A120974-5086 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24



**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- JUL- 2022 | 25- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0017** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0018 | 74A120974-5095 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- JUN- 2022 | 23- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

**End of Item: 0018** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0019 | 74A120974-5096 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- JUN- 2022 | 23- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

## End of Item: 0019

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0020 | 74A120974-5097 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

Electronically Exostar Acknowledgement Required

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- JUN- 2022 | 23- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0020** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0021 | 74A120974-5098 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- JUN- 2022 | 23- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
2600 NORTH 3RD STREET
GATE 4, BUILDING 598
ST. CHARLES MO 63301
US

Electronically Dispatched Acknowledgement Exostar Required

**Item Attachment(s)** **Description**

[redacted]



Purchase Contract No: 1949734 Purchase Contract Change No: 15 PC/PCC Date: 2022-06-16
PC Orig Date: 30-JUN-2020

Item Attachment(s) Description

**End of Item: 0021** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0022 | 74A140101-5035 | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
24

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- JUN- 2022 | 23- JUN- 2022 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Item Attachment(s) Description

PC FORM Rev 1/19/07

Electronically Distribution Acknowledgement Required
Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0022** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0023 | 74A140101-5036 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- MAY- 2022 | 23- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement Required

**Item Attachment(s)** **Description**

**End of Item: 0023** ----------------------------------------



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0024 | 74A140101-5037 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- MAY- 2022 | 23- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0024** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0025 | 74A140101-5038 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- MAY- 2022 | 23- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0025** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0026 | 74A140101-5039 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- MAY- 2022 | 23- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0026** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0027 | 74A140101-5040 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- MAY- 2022 | 23- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0027** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0028 | 74A182101-1033 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
192

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 192 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 192 | 24- AUG- 2022 | 24- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM
Electronically Exostar Acknowledgement Required


The Boeing Company

**Purchase Contract/Purchase Contract Change**

Page 27 of 148

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0028** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0029 | 74A182101-1037 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
48

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 48 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 48 | 23- JUN- 2021 | 23- JUN- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

PC FORM Rev 1/19/07

Electronically Distributed External Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0029

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0030 | 74A183283-2001 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- MAR- 2022 | 23- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Star Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]




**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

## End of Item: 0030

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0031 | 74A183283-2002 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- MAR- 2022 | 23- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

| Item Attachment(s) | Description |
|---|---|
| [redacted] | |

## End of Item: 0031

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0032 | 74A183286-2001 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM
Electronically Distributed Acknowledgment

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- MAR- 2022 | 23- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**
[redacted]

**End of Item: 0032** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0033 | 74A183286-2002 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- JUN- 2022 | 23- JUN- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0033** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0034 | 74A183290-1001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- AUG- 2022 | 24- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0034**

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0035 | 74A183290-1002 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- AUG- 2022 | 24- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0035**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0036 | 74A202110-2001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed
External Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0036

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0037 | 74A202112-2001 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed
Star Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

The Boeing Company

# Purchase Contract/Purchase Contract Change

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

## End of Item: 0037

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0038 | 74A202112-2002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0038

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0039 | 74A202117-2001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 24

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 36 of 148

Purchase Contract No: 1949734 Purchase Contract Change No: 15 PC/PCC Date: 2022-06-16
PC Orig Date: 30-JUN-2020

Item Ext Amount
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Export Controlled ... Distributed ... Document

Item Attachment(s) Description

[redacted]

## End of Item: 0039

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0040 | 74A202120-2001 | EA | [redacted] |

Description: [redacted]
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
24

Item Ext Amount
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

PC FORM Rev 1/19/07

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0040** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0041 | 74A202123-2005 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 38 of 148

Purchase Contract No: 1949734 Purchase Contract Change No: 15 PC/PCC Date: 2022-06-16
PC Orig Date: 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0041** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0042 | 74A202123-5015 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- MAR- 2022 | 24- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Exostar Acknowledgement Required

PC FORM Rev 1/19/07

BOEING

The Boeing Company

# Purchase Contract/Purchase Contract Change

Page 39 of 148

Purchase Contract No: 1949734 Purchase Contract Change No: 15 PC/PCC Date: 2022-06-16
PC Orig Date: 30-JUN-2020

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Item Attachment(s)** **Description**

**End of Item: 0042**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0043 | 74A202157-2003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- AUG- 2022 | 24- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed External Acknowledgement Required

**Item Attachment(s)** **Description**

PC FORM Rev 1/19/07



**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0043** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0044 | 74A202157-2004 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- AUG- 2022 | 24- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Star Acknowledgement
Required

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**End of Item: 0044** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0045 | 74A202161-2007 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0045** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0046 | 74A202163-2003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Ext Amount**

**Customer Contract** **Prime Contract** **Customer Order** **Priority Rating** **Qty**

24

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- MAR- 2022 | 23- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0046** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0047 | 74A202176-2001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

**Customer Contract** **Prime Contract** **Customer Order** **Priority Rating** **Qty**

24

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- JUL- 2022 | 25- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0047** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0048 | 74A202178-2003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- AUG- 2022 | 24- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 44 of 148

Purchase Contract No: 1949734 Purchase Contract Change No: 15 PC/PCC Date: 2022-06-16
PC Orig Date: 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0048** ----------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0049 | 74A202201-2005B | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

PC FORM Rev 1/19/07

Electronically Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0049** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0050 | 74A202201-2007B | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically District Exotic Acknowledgement Required

**Item Attachment(s)** **Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0050

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0051 | 74A202243-2001 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- AUG- 2022 | 24- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed
Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Purchase Contract No: 1949734 Purchase Contract Change No: 15 PC/PCC Date: 2022-06-16
PC Orig Date: 30-JUN-2020

**End of Item: 0051** ---------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0052 | 74A203113-2001 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0052** ---------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0053 | 74A203113-2002 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**
[redacted]

## End of Item: 0053

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0054 | 74A203116-5011 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 21- FEB- 2022 | 21- FEB- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0054** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0055 | 74A203116-5012 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- MAR- 2022 | 24- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

| Purchase Contract No: | 1949734 | Purchase Contract Change No: | 15 | PC/PCC Date: | 2022-06-16 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 30-JUN-2020 |

**Item Attachment(s)     Description**



**End of Item:   0055** -----------------------------------------------------------------

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0056 | 74A203117-2001 | | EA | ████ |

**Description:** ████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████ | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO      63044
US

**Item Attachment(s)     Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0056** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0057 | 74A203120-2001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed
External Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0057** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0058 | 74A203126-2001 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Distributed Star Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING
The Boeing Company
Purchase Contract/Purchase Contract Change
Page 53 of 148

Purchase Contract No: 1949734 Purchase Contract Change No: 15 PC/PCC Date: 2022-06-16
PC Orig Date: 30-JUN-2020

**End of Item: 0058** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0059 | 74A203126-2003 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0059** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0060 | 74A203127-2001 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 54 of 148

Purchase Contract No: 1949734 Purchase Contract Change No: 15 PC/PCC Date: 2022-06-16
PC Orig Date: 30-JUN-2020

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Item Attachment(s) Description

## End of Item: 0060 ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0061 | 74A203127-2003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

Total Qty Ordered
24

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0061** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0062 | 74A203128-2001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US



**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0062** ------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0063 | 74A203128-2003 | EA | | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Exostar Acknowledgment Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 57 of 148

Purchase Contract No: 1949734 Purchase Contract Change No: 15 PC/PCC Date: 2022-06-16
PC Orig Date: 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0063** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0064 | 74A203129-1003 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed
External Acknowledgement Required

PC FORM Rev 1/19/07

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0065** ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0065 | 74A203129-2007 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Star Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING
The Boeing Company
Purchase Contract/Purchase Contract Change
Page 59 of 148

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

## End of Item: 0065 ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0066 | 74A203130-2001 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- AUG- 2022 | 24- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0066 ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0067 | 74A203130-2003 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

PC FORM Rev 1/19/07



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- AUG- 2022 | 24- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0067

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0068 | 74A203165-5103 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0068** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0069 | 74A203177-2001A | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- AUG- 2022 | 24- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0069** ------------------------------------------------------------

| Item | Part Number | UM | Ordered | Unit Price |
|---|---|---|---|---|
| 0070 | 74A203186-2005A | | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- AUG- 2022 | 24- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM
Electronically Exostar Acknowledgment Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0070**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0071 | 74A203186-2009A | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- AUG- 2022 | 24- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed External Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

| Item Attachment(s) | Description |
| --- | --- |
| [redacted] | |

**End of Item: 0071** --------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
| --- | --- | --- | --- |
| 0072 | 74A203187-5009 | EA | [redacted] |

**Description:** [redacted]

**Total Qty Ordered:** 24

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Item Ext Amount:** [redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
| --- | --- | --- | --- | --- |
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
| --- | --- | --- |
| 24 | 25- JUL- 2022 | 25- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement Required

| Item Attachment(s) | Description |
| --- | --- |
| [redacted] | |



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

## End of Item: 0072

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0073 | 74A203187-5010 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- JUL- 2022 | 25- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0073

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0074 | 74A203210-5007 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- MAR- 2022 | 24- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0074** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0075 | 74A203210-5009 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- MAR- 2022 | 24- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0075** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0076 | 74A203215-2005 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

![Boeing logo]

**The Boeing Company**
## Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1949734 | Purchase Contract Change No: | 15 | PC/PCC Date: | 2022-06-16 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 30-JUN-2020 |

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Item Attachment(s)      Description**



**End of Item:   0076** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0077 | 74A203216-5105 | | EA | ███ |

**Description:** ███
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**
███

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ███ | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO      63044
US

**Item Attachment(s)      Description**



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0077** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0078 | 74A203220-1007 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed Externally Acknowledgement Required


**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0078** ---

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0079 | 74A203220-5113 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed
Star Acknowledgement
Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 71 of 148

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**End of Item: 0079** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0080 | 74A303020-5115 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0080** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0081 | 74A304590-5521 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
18

PC FORM Rev 1/19/07



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 18 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 18 | 25- JUL- 2022 | 25- JUL- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0081** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0082 | 74A305045-5103 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0082** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0083 | 74A305140-5115 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0083** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0084 | 74A305145-5105 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Exostar Acknowledged Required

**BOEING**

**The Boeing Company**
# Purchase Contract/Purchase Contract Change

| Purchase Contract No: | 1949734 | Purchase Contract Change No: | 15 | PC/PCC Date: | 2022-06-16 |
|---|---|---|---|---|---|
| | | | | PC Orig Date: | 30-JUN-2020 |

**Item Attachment(s)**     **Description**

███████████████████████████████████████████

---

**End of Item:   0084** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0085 | 74A305155-5109 | | EA | ████████ |

| | |
|---|---|
| **Description:** | ██████████████████████ |
| **Vendor P/N:** | |
| **Issuing Loc:** | ST LOUIS |

**Total Qty Ordered**
18

**Item Ext Amount**
████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████████ | | | | 18 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 18 | 23- MAY- 2022 | 23- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON                    MO    63044
US

**Item Attachment(s)**     **Description**

███████████████████████████████████████████

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

| | | |
|---|---|---|
| Purchase Contract No: **1949734** | Purchase Contract Change No: **15** | PC/PCC Date: **2022-06-16** |
| | | PC Orig Date: **30-JUN-2020** |

**Item Attachment(s)      Description**

█████████████████████████████████████████

**End of Item:    0085** - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Item | Part Number | | UM Ordered | Unit Price |
|---|---|---|---|---|
| 0086 | 74A305155-5111 | | EA | ████████ |

**Description:** ████████████████████

**Vendor P/N:**

**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
██████████████

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| ████████████ | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 25- APR- 2022 | 25- APR- 2022 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON          MO    63044
US

**Item Attachment(s)      Description**

█████████████████████████████████████████

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

## End of Item: 0086

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0087 | 74A305430-2009 | EA | [redacted] |

[redacted]

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered** 24

**Item Ext Amount** [redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- MAR- 2022 | 24- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0087

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0088 | 74A305430-2011 | EA | [redacted] |

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 24- MAR- 2022 | 24- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0088**

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0089 | 74A305600-1011 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0089** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0090 | 74A305601-1009 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0090** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0091 | 74A305620-1005 | EA | |

**Description:**

**Total Qty Ordered**
6

**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0091** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0092 | 74A305620-1007 | EA | |

**Description:**

**Total Qty Ordered** 6

**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Exostar Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

| Item Attachment(s) | Description |
|---|---|
| [redacted] | |

**End of Item: 0092** ----------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0093 | 74A305620-1009 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
18

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 18 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 18 | 23- MAY- 2022 | 23- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

| Item Attachment(s) | Description |
|---|---|
| [redacted] | |

Electronically Distributed
External Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0093** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0094 | 74A305620-1011 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
18

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 18 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 18 | 23- MAY- 2022 | 23- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed
Star Acknowledgement Required

**Item Attachment(s)** **Description**

[redacted]





Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**End of Item: 0094** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0095 | 74A305625-5009 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- MAY- 2022 | 23- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0095** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0096 | 74A305625-5011 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 85 of 148

Purchase Contract No: 1949734 Purchase Contract Change No: 15 PC/PCC Date: 2022-06-16
PC Orig Date: 30-JUN-2020

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 23- JUN- 2022 | 23- JUN- 2022 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Item Attachment(s) Description

**End of Item: 0096** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0097 | 74A305630-1005 | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
24

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 24 |

PC FORM Rev 1/19/07

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 24 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0097** ----------------------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0098 | 74A305668-5101 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
18

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 18 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 18 | 05- NOV- 2021 | 05- NOV- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0098** ---------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0099 | 74A305668-5102 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
18

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 18 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 18 | 24- MAR- 2022 | 24- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM
Electronically Exostar Acknowledgment Required



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0099** ------------------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0100 | 74A305669-5001 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
18

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 18 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 18 | 23- MAR- 2022 | 23- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed
External Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734    **Purchase Contract Change No:** 15    **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)**    **Description**

## End of Item: 0100

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0101 | 74A305669-5002 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
18

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 18 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 18 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)**    **Description**

Electronically Distributed
Exostar Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING

The Boeing Company
Purchase Contract/Purchase Contract Change

Page 90 of 148

Purchase Contract No: 1949734 Purchase Contract Change No: 15 PC/PCC Date: 2022-06-16
PC Orig Date: 30-JUN-2020

**End of Item: 0101** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0102 | 74A305670-5003 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
18

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 18 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 18 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Distributed Acknowledgement

| Item Attachment(s) | Description |
|---|---|
| [redacted] | |

**End of Item: 0102** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0103 | 74A305670-5004 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
18

PC FORM Rev 1/19/07



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 18 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 18 | 23- MAY- 2022 | 23- MAY- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

## End of Item: 0103

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0104 | 74A305672-5009 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |


**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

**End of Item: 0104** ---------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0105 | 74A305672-5010 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 25- APR- 2022 | 25- APR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

# EXHIBIT D

***Part 15 of 31***

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Purchase Contract No: 1949734 | Purchase Contract Change No: 15 | PC/PCC Date: 2022-06-16
PC Orig Date: 30-JUN-2020

Item Attachment(s) | Description

**End of Item: 0105** ----------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0106 | 74A305673-5007 | EA | |

Description:
Vendor P/N:
Issuing Loc: ST LOUIS

Total Qty Ordered
18

Item Ext Amount

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 18 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 18 | 24- AUG- 2022 | 24- AUG- 2022 |

Ship To:
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

Item Attachment(s) | Description

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

Electronically Exostar Acknowledgement Required



Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**Item Attachment(s)** **Description**

**End of Item: 0106** ------------------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0107 | 74A305673-5008 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
18

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 18 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 18 | 24- AUG- 2022 | 24- AUG- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

Electronically Distributed
External Acknowledgement Required

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

BOEING

The Boeing Company

Purchase Contract/Purchase Contract Change

Page 95 of 148

Purchase Contract No: 1949734 Purchase Contract Change No: 15 PC/PCC Date: 2022-06-16
PC Orig Date: 30-JUN-2020

**Item Attachment(s)** **Description**

[redacted]

## End of Item: 0107

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0108 | 74A305679-5021 | EA | [redacted] |

**Description:** [redacted]
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**
[redacted]

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| [redacted] | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 08- SEP- 2021 | 08- SEP- 2021 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

[redacted]

PC FORM Rev 1/19/07

Electronically Distributed
Star Acknowledgement Required



# Purchase Contract/Purchase Contract Change

Electronically Filed - St Louis County - December 22, 2022 - 01:50 PM

**Purchase Contract No:** 1949734 **Purchase Contract Change No:** 15 **PC/PCC Date:** 2022-06-16
**PC Orig Date:** 30-JUN-2020

**End of Item: 0108** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0109 | 74A305679-5023 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
6

**Item Ext Amount**

| Customer Contract | Prime Contract | Customer Order | Priority Rating | Qty |
|---|---|---|---|---|
| | | | | 6 |

| Quantity Scheduled | Contractual On Dock Schedule | Required Date |
|---|---|---|
| 6 | 23- MAR- 2022 | 23- MAR- 2022 |

**Ship To:**
THE BOEING COMPANY
1 DAVIDSON LOGISTICS DRIVE
BRIDGETON MO 63044
US

**Item Attachment(s)** **Description**

**End of Item: 0109** ------------------------------------------------

| Item | Part Number | UM Ordered | Unit Price |
|---|---|---|---|
| 0110 | 74A305730-5103 | EA | |

**Description:**
**Vendor P/N:**
**Issuing Loc:** ST LOUIS

**Total Qty Ordered**
24