IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE BOEING COMPANY, | ) |
| Plaintiff, | ) Case No. 4:24-cv-00219 |
| v. | ) |
| MELROSE INDUSTRIES PLC, *et al.*, | ) |
| Defendants. | ) |

**PLAINTIFF THE BOEING COMPANY'S
EMERGENCY MOTION TO REMAND TO STATE COURT**

**PLEASE TAKE NOTICE** that upon Plaintiff The Boeing Company's ("Boeing") Memorandum in Support of its Motion to Remand to State Court submitted herewith, as well as the Declaration of Christopher DiPompeo and the Exhibits attached thereto, Boeing, by its undersigned counsel, moves for an order pursuant to 28 U.S.C. § 1447 remanding this matter to the Circuit Court of St. Louis County for the State of Missouri, and for any further relief that the Court deems just and proper. Boeing also respectfully requests a ruling on its Motion to Remand to State Court as soon as practically possible, for the reasons set forth in Boeing's Motion for Expedited Consideration of its Emergency Motion to Remand to State Court.

Dated: February 15, 2024

Respectfully submitted,

By: /s/ *James F. Bennett*
James F. Bennett #46826
Jeffrey R. Hoops #69813
M. Stacy Connelly #63465
7676 Forsyth Boulevard, Suite 1900
St. Louis, Missouri 63105
Tel: (314) 889-7300

1

Facsimile: (314) 863-2111
jbennett@dowdbennett.com
jhoops@dowdbennett.com
sconnelly@dowdbennett.com

Matthew A. Kairis*
JONES DAY
2727 N. Harwood St.,
Dallas, TX 75201
Tel: (214) 220-3939
Facsimile: (214) 969-5100
makairis@jonesday.com

Christopher DiPompeo*
Nathaniel G. Ward*
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Tel: (202) 879-3939
Facsimile: (202) 626-1700
cdipompeo@jonesday.com
nward@jonesday.com

*Attorneys for Plaintiff The Boeing Company*
*\*pro hac vice motions forthcoming*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 15th day of February, 2024, I filed the foregoing via the Court's CM/ECF system, effecting service upon all counsel of record.

/s/ *James F. Bennett*