# EXHIBIT B

Purchased Part Excess

| Part Nbr2 | Part Desc | Total Dollars | | Total On-hand less Demand |
|---|---|---|---|---|
| 74A110719-2003A | FORGING, DIE (TI) | $ | 540,923.17 | 8 |
| 79189115-2 | 6AL-6V-2SN TI PLATE | $ | 305,683.88 | 45 |
| 74A110719-2004A | FORGING, DIE (TI) | $ | 202,300.57 | 3 |
| 68A324505-2123 | TI 6AL-6V-2SN FORG BILLET | $ | 187,593.31 | 4 |
| 68A324231-2003 | FORG TITANIUM | $ | 140,273.02 | 1 |
| 74A210739-5007 | 6AL-4V TITANIUM SHEET HD | $ | 129,143.32 | 33 |
| 74A110806-5005 | SPLICE PLATE, TI 6AL-4V | $ | 117,769.27 | 39 |
| 74A141501-2003 | DIE FORGING (ALUM) | $ | 92,221.32 | 13 |
| 79187811-1 | PLATE TITANIUM MILT9046 | $ | 80,863.00 | 52 |
| 11133102-10 | | $ | 79,214.46 | 14 |
| 74A110718-2008A | FORGING, DIE (TI) | $ | 65,786.21 | 1 |
| 4M297-78T | CP BEARING | $ | 64,839.01 | 61 |
| 74A121812-P001 | ALUMINUM BILLET VENDRPREP | $ | 64,247.42 | 5 |
| 4M297-32T | CP BEARING | $ | 62,017.78 | 87 |
| 11179243-3 | 7075 T7651 PLATE | $ | 61,641.24 | 43.1548 |
| 79189266-5 | DOOR, ACCESS - STOCK | $ | 55,398.95 | 2 |
| 74A120711-2007 | FORG ALUM  HD | $ | 53,856.43 | 3 |
| 74A120893-2003 | RIB - TI DIE FORGING | $ | 52,805.64 | 2 |
| 74A110803-5007 | GROUND PLATE, TI (2005) | $ | 49,700.85 | 11 |
| 79189161-2 | 6AL-6V TITANIUM PLATE | $ | 46,753.69 | 9 |
| 68A325591-5024 | DOOR/AMAD/BAY w/-5023 | $ | 43,934.45 | 17 |
| 79189153-3 | 6AL-6V-2 TITANIUM PLATE | $ | 37,667.65 | 188 |
| OP2-68A333302-5325-CM | CHEM MILL | $ | 37,409.27 | 6 |
| 79187655-4 | 6AL-4V TITANIUM SHEET | $ | 37,344.23 | 24.1 |
| 74A210809-P001 | SKIN (AL) - PRODUCTION | $ | 36,402.18 | 44 |
| 74A172004-K004 | AILERON ASSY KIT-R/H | $ | 33,834.78 | 4 |
| 74A182326-2003 | CP IVD SPAR | $ | 30,564.64 | 5 |
| 68A325591-5031 | DOOR | $ | 30,238.73 | 13 |
| 74A192019-2004 | CP IVD TRAN D. 165G, 157C | $ | 28,009.27 | 6 |
| 74A210603-P011 | STUFFING CORE, PAA (2075) | $ | 26,830.01 | 32 |
| 74A190854-2005A | CP SPAR (IVD) | $ | 26,789.81 | 5 |
| 74A190672-5011A | CP CORE | $ | 24,429.58 | 4 |
| 79187911-8 | 6AL4V KIT | $ | 24,211.11 | 3 |
| 74A190854-2006A | CP SPAR (IVD) | $ | 22,109.29 | 4 |
| 74A183275-2005 | STRINGER(TI),TEF, W/HOLES | $ | 21,408.87 | 3 |
| 74A210005-P2003 | SHIM, LAMINATED | $ | 21,010.26 | 100 |
| 79187908-3 | 6AL4V KIT | $ | 20,892.65 | 2 |
| 74A120974-2037 | FAIRING   T7 CRIB | $ | 16,143.41 | 10 |
| 74A121740-5005 | SPAR 4 | $ | 15,426.45 | 1 |
| 74A210743-2001A | CP LEADING EDGE, C/D (AL) | $ | 15,370.38 | 11 |
| 74A120761-2005 | ALUMINUM FORGING  HD | $ | 14,754.67 | 1 |
| 74A110948-2009A | SEAL | $ | 13,827.15 | 3 |
| 74A190674-1016A | FAIRING ASSY | $ | 13,144.14 | 15 |
| 74A203180-P003 | CLOSURE LEX SPAR | $ | 10,986.19 | 1 |
| 74A172352-5009 | SHROUD,AL(2007)(CK PO LI) | $ | 10,838.70 | 2 |
| 68A112110-5184 | FLANGE  HD | $ | 10,592.84 | 3 |
| 74A210746-2003D | CLOSURE (TI) | $ | 10,011.55 | 3 |
| 74A305042-P001 | PLATE (PBP) | $ | 9,872.21 | 2 |
| 74A193003-K002 | INBD LEF KIT | $ | 9,825.31 | 1 |
| 74A190668-2006 | BEAM  I/B | $ | 9,716.89 | 11 |
| 74A193101-K003 | OUTBD LE FLAP KIT | $ | 9,563.08 | 1 |
| 68A325577-2003 | DOUBLER NEST  m/2 parts | $ | 9,395.97 | 5 |
| 74A210830-2007A | CLIP (TI) | $ | 8,886.50 | 22 |
| 74A172101-2003A | CP SKIN | $ | 8,712.51 | 4 |
| 74A172004-K003 | AILERON ASSY KIT-L/H | $ | 8,390.40 | 1 |
| 74A210809-2001 | SKIN (AL) - SPARES | $ | 8,252.12 | 11 |
| 74A172237-2001 | CHANNEL (ALUM) | $ | 8,021.46 | 10 |
| 74A210730-2002 | FRAME, TITANIUM | $ | 7,986.27 | 5 |
| 74A210730-2001 | FRAME, TITANIUM | $ | 7,980.74 | 5 |
| 68A112110-5183 | FLANGE | $ | 7,936.53 | 2 |
| 74A172101-2004A | CP SKIN | $ | 7,911.47 | 2 |
| 74A110866-3187 | SPACER (nylon) | $ | 7,694.63 | 8 |
| 74A210731-2001 | CLOSURE  m/4 parts (TI) | $ | 7,520.12 | 7 |
| 68A112111-P004 | FLANGE  HD | $ | 7,484.10 | 4 |
| 74A211181-P001 | TIP, HOR STAB (NYLON) | $ | 7,392.58 | 5 |
| 68A332168-2009 | FORG TITANIUM  HD | $ | 7,294.28 | 1 |
| 74A190673-1018A | FAIRING | $ | 7,258.54 | 8 |
| 68A112111-P003 | FLANGE  HD | $ | 7,156.39 | 4 |
| 74A183275-2006 | STRINGER(TI),TEF, W/HOLES | $ | 7,136.29 | 1 |
| 79187944-4 | 6AL-4V TITANIUM PLATE | $ | 6,949.33 | 2 |
| 74A190673-1017A | FAIRING | $ | 6,800.91 | 8 |

Purchased Part Excess

| Part Nbr2 | Part Desc | Total Dollars | Total On-hand less Demand |
|---|---|---|---|
| OP-68A231053-2001-SR | OP STRESS RELIEVE | $ 6,664.01 | 3 |
| 74A210603-P009 | STUFFING CORE, PAA | $ 6,510.99 | 6 |
| 74A190849-2002 | SKIN  O/B | $ 6,436.96 | 5 |
| TL12157-101 | LATCH ASSY | $ 6,413.65 | 4 |
| 74A190672-5012A | CP CORE | $ 6,363.81 | 1 |
| 74A190617-2007B | SEAL | $ 6,283.97 | 6 |
| 18324464 | BLACK #12 NYLON POWDER | $ 6,281.15 | 90.4037 |
| 74A210830-2011 | CLIP (TI) | $ 6,093.44 | 59 |
| 1MA240R16-10008-8.00 | EXTR ALUM | $ 6,025.11 | 12 |
| 74A182218-2001 | BUSHING, BER COPPER | $ 5,969.88 | 55 |
| 74A210809-2008 | DOUBLER (AL) | $ 5,805.04 | 39 |
| 74A210803-5004 | SLEEVE - 1ST O/S -2007 | $ 5,683.33 | 12 |
| 74A210809-2007 | DOUBLER (AL) | $ 5,576.68 | 38 |
| 74A190674-1013A | FAIRING, LOWER | $ 5,553.62 | 6 |
| 74A110601-2407B | BUSHING,.5000x.6275x.160" | $ 5,458.66 | 231 |
| 68A210074-2012 | SKIN | $ 5,117.89 | 5 |
| 68A210074-2011 | SKIN | $ 5,105.36 | 5 |
| 74A210004-2005A | FILLERS (AL), C/D H/STAB | $ 5,039.85 | 74 |
| 74A172230-2006 | FAIRING | $ 5,031.15 | 9 |
| 10700085 | HYCB ALUM, MMS728 (PAA) | $ 4,851.41 | 57.0356 |
| 74A305206-2007 | DECK  IVD TY 5   T7 CRIB | $ 4,846.74 | 3 |
| 74A190852-1001 | CP CORE | $ 4,778.03 | 2 |
| 74A315102-1013 | BRACE ASSY D.168 | $ 4,740.98 | 4 |
| 10710108 | HYCB ALUM | $ 4,675.25 | 144 |
| 74A190673-1015A | FAIRING, UPPER | $ 4,659.04 | 4 |
| 11174165-2 | 7075-0 ALUMINUM PLATE | $ 4,601.88 | 11 |
| 74A192019-2003 | CP IVD TRAN D.165G, 157C | $ 4,559.56 | 1 |
| 74A832548-2003 | SCREEN, WIRE MESH [PP] | $ 4,526.19 | 12 |
| 74A211170-2003 | CLOSURE (TI) | $ 4,461.05 | 1 |
| 12077355-1 | 304 STAINLESS MESH | $ 4,405.70 | 32 |
| 74A190627-2007B | SEAL I/B | $ 4,294.76 | 6 |
| 74A110866-3189 | SPACER (nylon) | $ 4,224.44 | 14 |
| 74A211166-2001 | PLATE (E/F); TITANIUM | $ 3,903.56 | 6 |
| 74A190617-2008B | SEAL | $ 3,810.68 | 7 |
| 74A190848-2003 | BEAM | $ 3,781.13 | 6 |
| 74A172141-2005 | CP SKIN C/MILL | $ 3,759.54 | 1 |
| 74A192115-2004 | CP SUPPORT (IVD) | $ 3,744.71 | 2 |
| 68A112110-5086 | WELD TAB   HD | $ 3,707.10 | 16 |
| 74A210804-2003A | PLATE, TI (C/D HORIZ) | $ 3,692.62 | 11 |
| 74A192082-2011 | CLIP; ALUM | $ 3,677.37 | 9 |
| 74A210805-2011 | TIP, FWD (AL) | $ 3,667.28 | 31 |
| 68A210074-P001 | CORE BODY(PAA) | $ 3,632.55 | 1 |
| 74A190653-2055A | TEE | $ 3,609.36 | 17 |
| 79187655-37 | 6AL-4V TITANIUM SHEET | $ 3,560.71 | 10 |
| 74A172730-2002 | FAIRING (KUWAIT) | $ 3,508.12 | 2 |
| 74A172730-2001 | FAIRING (KUWAIT) | $ 3,508.09 | 2 |
| 74A180759-2001A | CP INBOARD RIB | $ 3,415.17 | 4 |
| 74A110925-2033 | U-BRACKET (alum) | $ 3,252.57 | 20 |
| 68A112110-5085 | WELD TAB   HD | $ 3,243.72 | 14 |
| 68A331043-2013 | DUCT NEST W/-2014 | $ 3,220.07 | 2 |
| 74A192012-2007 | SKIN (ALUM) | $ 3,192.43 | 2 |
| 74A110600-5569 | SPACER (-650, L&R @ 711) | $ 3,050.30 | 192 |
| 68A331168-2061 | FLANGE  M/ 4 PCS | $ 3,030.81 | 7 |
| 74A110866-3192 | SPACER (nylon) | $ 2,980.61 | 15 |
| 11174165-3 | 7075-0 ALUMINUM PLATE | $ 2,893.11 | 5 |
| 74A190653-2057A | TEE  I/B | $ 2,892.92 | 56 |
| OP-1B-74A110603-5094-SP | OUTSIDE PROCESSING | $ 2,781.34 | 4 |
| 74A890214-2177 | NAME PLATE | $ 2,769.03 | 28 |
| 74A190823-2031 | SEAL | $ 2,761.30 | 9 |
| 74A110866-3190 | SPACER (nylon) | $ 2,749.10 | 15 |
| 74A190848-2004 | BEAM | $ 2,721.10 | 4 |
| 74A305623-1011 | BRACKET ASSY | $ 2,715.71 | 3 |
| 74A210801-2003A | COVER, TI (C/D HORIZ) | $ 2,703.00 | 19 |
| 74A210808-2001 | BLOCK, F/G (C/D HORIZ) | $ 2,697.37 | 7 |
| 74A210803-5003 | SLEEVE - 1ST O/S -2005 | $ 2,687.56 | 4 |
| 74A192113-P001 | WINGFOLD SKIN - 983-22106 | $ 2,672.58 | 2 |
| 74A190653-2053A | TEE | $ 2,658.35 | 16 |
| 74A210745-2001A | RIB (TI) | $ 2,652.74 | 5 |
| 68A324147-2003 | RAIL | $ 2,633.48 | 10 |
| 74A193032-P001 | RIB 1 LEF INBD (2001) | $ 2,604.18 | 4 |
| 74A121724-5006 | SPAR #2 (2004) | $ 2,598.65 | 1 |
| 74A305810-2129 | BRACKET | $ 2,596.05 | 14 |

Purchased Part Excess

| Part Nbr2 | Part Desc | Total Dollars | | Total On-hand less Demand |
|---|---|---|---|---|
| 74A110866-3188 | SPACER (nylon) | $ | 2,476.65 | 11 |
| 74T060714-2223 | SPLICE FTG, PROLONGATION | $ | 2,435.71 | 1 |
| 74A180723-2001B | CP RIB | $ | 2,418.87 | 4 |
| 68A326029-2007 | STIFFENER | $ | 2,401.17 | 4 |
| 74A190852-1002 | CP CORE | $ | 2,389.02 | 1 |
| 74A110866-3191 | SPACER (nylon) | $ | 2,319.71 | 8 |
| 17130080 | INSULATION, rubber(.250") | $ | 2,189.12 | 225 |
| 74A172142-2003 | STRINGER | $ | 2,137.28 | 4 |
| 74A110943-2263 | FILLER (Ti) | $ | 2,127.51 | 3 |
| 74A172153-8004 | RIB LESS PILOT HOLES | $ | 2,122.46 | 2 |
| 68A324304-2303A | TEE  w/ -2304A | $ | 2,066.37 | 10 |
| 74A190627-2008B | SEAL I/B | $ | 2,057.06 | 3 |
| 74A110925-2015A | SPACER, ROUND (alum) | $ | 2,053.91 | 35 |
| 68A324530-2018 | SILL  w/ others | $ | 2,044.09 | 8 |
| 16120947-1 | SHT  RUBBER F18 | $ | 2,043.56 | 16 |
| 74A190632-2016 | SUPPORT I/B | $ | 1,981.87 | 10 |
| 74A190673-1016A | FAIRING, UPPER | $ | 1,977.29 | 2 |
| 74A110943-2181A | FILLER, INBD (Ti) | $ | 1,968.65 | 3 |
| 74A210803-2007 | SLEEVE, CU (C/D HORIZ) | $ | 1,941.60 | 13 |
| 74A190632-2014 | SUPPORT I/B | $ | 1,928.16 | 10 |
| 74A210803-2005 | SLEEVE, CU (C/D HORIZ) | $ | 1,925.90 | 5 |
| 74A350716-2001 | SHPE ALUM | $ | 1,903.17 | 1 |
| 74A890179-2037 | NAME PLATE, INBD LE FLAP | $ | 1,877.86 | 14 |
| 74A190632-2006 | SUPPORT | $ | 1,872.77 | 11 |
| 17100211 | ARMA-CHEK D (.008") | $ | 1,860.51 | 118 |
| 74A192027-2005 | CP RIB, HINGE GKN SC | $ | 1,840.37 | 1 |
| 74A211160-2040 | STRIP (TI) | $ | 1,838.14 | 6 |
| 74A210830-2001B | RIB (TI) | $ | 1,821.07 | 5 |
| 74A110943-2264 | FILLER, OUTBD (Ti) | $ | 1,797.04 | 8 |
| 74A834244-2001 | TUBE, ALUM | $ | 1,773.25 | 9 |
| 74A210811-5003 | FAIRING (2003)(C/D HORIZ) | $ | 1,755.46 | 56 |
| 68A350748-5001 | STIFFENER | $ | 1,748.55 | 1 |
| 74A210711-1003 | ANGLE (TI) | $ | 1,746.34 | 6 |
| 74A190824-2031A | SEAL | $ | 1,718.35 | 16 |
| 74A192080-2007 | RIB (AL)901-46593-OTBD CL | $ | 1,687.08 | 3 |
| 74A192012-2005 | SKIN | $ | 1,684.89 | 1 |
| 11173089-4 | 7050-T ALUMINUM PLATE | $ | 1,680.47 | 2 |
| 74A211160-2039 | STRIP (TI) | $ | 1,677.46 | 5 |
| 74A880832-1001 | ADAPTER | $ | 1,668.11 | 2 |
| 74A304101-2009 | SHIM; 5052-H19 ALUM | $ | 1,642.10 | 21 |
| 74A110925-2011 | SPACER (.063" alum) | $ | 1,617.75 | 60 |
| 74A172152-8006 | RIB -2006 LESS HOLES | $ | 1,597.76 | 2 |
| 74A180754-2001A | CP RIB | $ | 1,586.83 | 4 |
| 74A110925-2013A | SPACER, ROUND (alum) | $ | 1,580.97 | 30 |
| 74A193034-P002 | RIB (2002) | $ | 1,579.34 | 2 |
| 74A190824-2032A | SEAL | $ | 1,574.28 | 11 |
| 74A193013-2002 | RIB 7 LEF INBD | $ | 1,543.50 | 3 |
| 68A327618-2002 | BEAM | $ | 1,526.83 | 2 |
| 74A832301-2013 | PLATE | $ | 1,508.81 | 1 |
| 74A110943-2182 | FILLER, INBD (Ti) | $ | 1,463.33 | 6 |
| 74A190668-2005 | BEAM  I/B | $ | 1,459.52 | 2 |
| 74A110943-2259A | STIFFENER (Ti) | $ | 1,440.06 | 6 |
| 68A210107-2001 | WEDGE | $ | 1,439.66 | 2 |
| 74A190623-2008C | SEAL | $ | 1,408.80 | 6 |
| 74A190653-2050A | BRACKET I/B | $ | 1,406.73 | 23 |
| 68A333139-2004A | SPLICE NEST  m/3 parts | $ | 1,399.92 | 1 |
| 74A193015-2002 | RIB 9 LEF INBD | $ | 1,392.28 | 3 |
| 10700067 | HYCB ALUM, MMS728 (PAA) | $ | 1,376.92 | 12.5028 |
| 74A110946-2003 | GASKET (rubber) | $ | 1,373.69 | 18 |
| 74A172154-2003W | RIB-AILERON, L/EDGE, #4 | $ | 1,357.99 | 1 |
| 74A193032-P002 | RIB 1 LEF INBD (2002) | $ | 1,320.56 | 2 |
| 11173023-19 | 7050-T ALUMINUM PLATE | $ | 1,307.74 | 2 |
| 74A172142-2004 | STRINGER | $ | 1,304.20 | 3 |
| 74A190849-2001 | SKIN O/B | $ | 1,295.00 | 1 |
| 74A305844-2005 | BRACKET | $ | 1,289.96 | 19 |
| 74A192118-2005 | RADIUS BLOCK- 321 SS | $ | 1,281.27 | 71 |
| 74A172231-2014 | ANGLE NEST | $ | 1,244.38 | 6 |
| 74A193031-P002 | RIB 3 LEF INBD (2002) | $ | 1,212.58 | 2 |
| 74A193031-P001 | RIB 3 LEF INBD (2001) | $ | 1,189.34 | 2 |
| 74A172152-2004 | RIB | $ | 1,186.67 | 4 |
| 74A172231-2015 | ANGLE NEST | $ | 1,176.01 | 4 |
| 74A190676-2003A | PLATE (ALUM), CLOSURE-LEF | $ | 1,164.52 | 7 |

Purchased Part Excess

| Part Nbr2 | Part Desc | Total Dollars | Total On-hand less Demand |
|---|---|---|---|
| 74A110601-2409B | BUSHING,.5625x.6902x.250" | $ 1,162.84 | 16 |
| 74A190653-2047A | BRACKET I/B | $ 1,154.66 | 3 |
| 74A172231-2008 | ANGLE | $ 1,153.94 | 9 |
| 68A333139-2003A | SPLICE  NEST  m/3 parts | $ 1,126.22 | 1 |
| 74A190824-2030A | SEAL (ALUM) | $ 1,094.84 | 6 |
| 74A172153-2004 | RIB | $ 1,076.00 | 4 |
| 74A211160-2079 | SHIM (STAINLESS STEEL) | $ 1,068.05 | 14 |
| 68A324745-2001C | SKIN | $ 1,062.13 | 1 |
| 74A211171-2003 | CP TIP, AL (E/F) | $ 1,049.73 | 1 |
| 74A110925-2041 | CLIP (Steel) | $ 1,036.97 | 2 |
| 74A210808-2029 | SPACER BLOCK (F/GLASS) | $ 1,010.80 | 6 |
| 74A110925-2043A | L-BRACKET (alum) | $ 1,010.26 | 20 |
| 74A182331-2003A | SUPPORT, SEAL | $ 1,005.00 | 5 |
| 74A180714-2003A | CP RIB | $ 1,003.63 | 1 |
| 68A325504-2009 | STIFFENER  w/ -2010 | $ 998.00 | 9 |
| 74A193014-2001 | RIB 8 LEF INBD (AL) | $ 993.16 | 3 |
| 74A211161-2033 | SPACER BLOCK, NYLON (E/F) | $ 985.83 | 17 |
| 74A190632-2015 | SUPPORT I/B | $ 963.95 | 5 |
| PS14223-5003 | TEST CORE (.625x7x14") | $ 952.90 | 9 |
| 11173004-8 | 7050-T ALUMINUM PLATE | $ 950.74 | 1 |
| 74A190653-2049A | BRACKET I/B | $ 935.57 | 7 |
| 74A172151-8006 | RIB - LESS HOLES | $ 924.06 | 1 |
| 74A172151-8005 | RIB LESS PILOT HOLES | $ 924.06 | 1 |
| 11173004-15 | 7050-T ALUMINUM PLATE | $ 919.31 | 36 |
| 74A632003-2001A | SUPPORT     T7 CRIB | $ 915.81 | 1 |
| 74A172157-8003 | RIB7 AILERON- LESS HOLES | $ 899.80 | 1 |
| 74A190653-2051A | BRACKET I/B | $ 889.76 | 7 |
| 74A172231-2016 | ANGLE NEST | $ 882.01 | 3 |
| 74A193010-2002 | RIB 4 LEF INBD | $ 881.13 | 3 |
| 74A190674-1014A | FAIRING, LOWER | $ 850.71 | 1 |
| 74A172236-2001 | CHANNEL | $ 849.18 | 7 |
| 68A327151-2002A | BRACKET | $ 841.86 | 3 |
| OP-74A110602-2024B-SP | VENDOR SHOT PEEN | $ 839.69 | 2 |
| 74A193011-2002 | RIB 5 LEF INBD | $ 835.11 | 3 |
| 74A110925-2037 | U-BRACKET (alum) | $ 833.67 | 15 |
| 74A172144-2009 | CP SKIN (ALUM) | $ 798.57 | 1 |
| 11173130-15 | 7050-T ALUMINUM PLATE | $ 789.28 | 2 |
| 74A193020-2002 | RIB 14 LEF INBD (AL) | $ 782.09 | 3 |
| 74A193034-P001 | RIB   (2001) | $ 777.58 | 1 |
| 74A305251-2037 | BRACKET (AL) | $ 769.29 | 24 |
| 74A193012-2002 | RIB 6 LEF INBD (AL) | $ 753.78 | 3 |
| 74A190676-2011A | PLATE (ALUM), CLOSURE-LEF | $ 752.35 | 19 |
| 74A193030-2001 | T CLIP; ALUM | $ 745.74 | 9 |
| 74A192023-2006 | COVER, L/E FLAP, INBD | $ 743.37 | 5 |
| 17130081 | INSULATION, rubber(.125") | $ 740.29 | 424 |
| 74A305997-1003 | ASSY-DETAIL, COCKPIT WARN | $ 738.37 | 4 |
| 74A172231-2018 | ANGLE | $ 732.67 | 9 |
| 74A350739-5003 | PLATE (-2007, .012") | $ 726.11 | 2 |
| 74A172146-2003A | STRINGER | $ 717.31 | 4 |
| 74A193033-P002 | SPAR (2002) | $ 712.00 | 1 |
| 74A193016-2002 | RIB 10 LEF INBD | $ 707.08 | 3 |
| 74A193033-P001 | SPAR (2001) | $ 698.81 | 1 |
| 74A172143-2007A | CP SKIN (ALUM) | $ 696.00 | 1 |
| 74A190676-2005A | PLATE (ALUM), CLOSURE-LEF | $ 686.07 | 17 |
| 74A193017-2002 | RIB 11 LEF INBD | $ 677.33 | 3 |
| 74A193018-2002 | RIB 12 LEF INBD | $ 673.09 | 3 |
| 10700082 | HYCB ALUM (PAA) | $ 656.78 | 3.212 |
| 74A172156-2006 | RIB | $ 653.58 | 3 |
| 74A172156-2005 | RIB | $ 653.58 | 3 |
| 11133097-6 | 2124-T ALUMINUM PLATE | $ 639.98 | 2 |
| 74A190632-2005 | SUPPORT | $ 638.62 | 6 |
| 74A190676-2013A | PLATE (ALUM), CLOSURE-LEF | $ 634.08 | 5 |
| OP-1B-74A110602-2022D-SP | ROOT LUG B/O SHOT PEEN | $ 599.76 | 1 |
| 10710051 | HYCB ALUM | $ 598.60 | 11 |
| 74A193019-2002 | RIB 13 LEF INBD | $ 596.64 | 3 |
| 74A190653-2052A | BRACKET I/B | $ 586.51 | 2 |
| 74A172145-2004 | STRINGER | $ 581.83 | 1 |
| 74A172146-2004A | STRINGER | $ 569.99 | 2 |
| 74A211160-2071 | CLIP (TI) | $ 568.65 | 3 |
| 74A210808-5007 | SPACER BLOCK, F/G (2039) | $ 566.89 | 17 |
| 74A172230-2005 | FAIRING | $ 559.02 | 1 |
| OP-74A110602-2023B-SP | VENDOR SHOT PEEN | $ 553.13 | 1 |

Purchased Part Excess

| Part Nbr2 | Part Desc | Total Dollars | Total On-hand less Demand |
|---|---|---|---|
| 74A732031-2005 | SEAL STRIP (CU) | $ 539.21 | 1 |
| 74A110925-2031 | U-BRACKET (alum) | $ 530.59 | 3 |
| 74A193026-2002 | RIB 20 LEF INBD | $ 524.39 | 3 |
| 74A890222-2023 | IUID LABEL (for 001-1017) | $ 523.79 | 20 |
| 74A193021-2002 | RIB 15 LEF INBD | $ 522.71 | 3 |
| 74A193022-2002 | RIB 16 LEF INBD | $ 520.39 | 3 |
| 74A172231-2007 | ANGLE | $ 512.86 | 4 |
| 74A193023-2002 | RIB 17 LEF INBD (AL) | $ 509.44 | 3 |
| 10710121 | HYCB ALUM, MMS714 (CRIII) | $ 505.60 | 9 |
| 74A172231-2017 | ANGLE | $ 488.36 | 6 |
| 74A210839-2003 | RUB BLOCK (AL) | $ 485.33 | 18 |
| 74A172145-2003 | STRINGER | $ 484.18 | 2 |
| 74A172231-2013 | ANGLE NEST | $ 480.81 | 3 |
| 74A210830-2009 | CLIP (TI) | $ 479.57 | 1 |
| 74A190653-2048A | BRACKET I/B | $ 470.48 | 4 |
| 74A193025-2002 | RIB 19 LEF INBD | $ 466.53 | 3 |
| 74A110946-2001 | GASKET (rubber) | $ 455.74 | 6 |
| 74A890214-2467 | IUID PLATE | $ 454.40 | 2 |
| 74A890214-2469 | IUID PLATE | $ 454.40 | 2 |
| 74A305046-2003 | BRACKET | $ 452.62 | 1 |
| 74A305952-2003 | SPRING--STAINLESS STEEL | $ 450.58 | 1 |
| 68A331192-2012 | BRACKET | $ 447.09 | 1 |
| 74A305251-2060 | BRACKET (AL) | $ 438.46 | 3 |
| 74A190676-2014A | PLATE (ALUM), CLOSURE-LEF | $ 428.84 | 4 |
| 74A172157-2004 | RIB #7, AILERON | $ 421.96 | 4 |
| 68A324530-2015 | SILL  w/ others | $ 420.02 | 2 |
| 74A172237-2002 | CHANNEL (ALUM) | $ 417.99 | 6 |
| 74A193030-2005 | T CLIP; ALUM | $ 412.39 | 9 |
| MS20253-5-094 | HINGE PIN | $ 407.52 | 48 |
| 74A110943-2183A | FILLER, OUTBD | $ 405.36 | 3 |
| 74A172154-2004 | RIB-AILERON, L/EDGE, #4 | $ 403.48 | 3 |
| 74A304512-2009 | BRACKET | $ 401.65 | 4 |
| 10710124 | HYCB ALUM | $ 397.33 | 4 |
| 74A832300-2003 | BRACKET (AL) | $ 390.67 | 8 |
| 74A210749-2003 | Radius Block (s/steel) | $ 390.24 | 40 |
| 74A193110-2001 | RIB (ALUM) | $ 386.11 | 2 |
| 74A190623-2007C | SEAL | $ 380.35 | 1 |
| 74A890214-2443 | UID LABEL (FOR 302-1012) | $ 377.05 | 23 |
| 10710085 | 1071022 | $ 363.76 | 7 |
| 74A182323-2002 | CP BRACKET | $ 357.70 | 2 |
| 74A182323-2001 | CP BRACKET | $ 354.50 | 2 |
| 74A172153-2003 | RIB | $ 330.61 | 1 |
| 74A305810-2031A | BRACKET | $ 328.60 | 5 |
| 74A832300-2009 | BRACKET | $ 324.48 | 1 |
| 74A832300-2007 | BRACKETS | $ 322.51 | 2 |
| 74A172160-2003 | GUIDE | $ 315.95 | 6 |
| 74A110925-2035 | U-BRACKET (alum) | $ 301.75 | 4 |
| 74A211160-2073 | CLIP (TI) | $ 299.40 | 2 |
| 74A172151-2006 | RIB | $ 277.73 | 3 |
| 10700074 | HYCB ALUM, MMS728 (PAA) | $ 269.76 | 8 |
| 74A890179-2039 | NAME PLATE, OUTBD LE FLAP | $ 268.24 | 2 |
| 74A172236-2002 | CHANNEL | $ 256.48 | 2 |
| 68A324530-2017 | SILL  w/ others | $ 255.50 | 1 |
| 74A172152-2006 | RIB | $ 241.37 | 1 |
| 74A172158-2003 | RIB | $ 237.74 | 3 |
| 74A192009-P034 | CLOSURE, ALUM (2034) | $ 234.15 | 4 |
| 74A193115-2001 | RIB (ALUM) | $ 232.16 | 1 |
| 74A193115-2002 | RIB (ALUM) | $ 231.87 | 1 |
| 74A315140-1001 | SUPPORT ASS'Y | $ 231.72 | 1 |
| 74A192009-P047 | CLIP, ALUM (2047) | $ 231.53 | 4 |
| 74A193114-2002 | RIB | $ 230.85 | 1 |
| 74A192009-2041 | G - CLOSURE (AL)-98201364 | $ 229.60 | 1 |
| 74A890214-2445 | IUID PLATE, INBD, LE FLAP | $ 224.00 | 49 |
| 74A890214-2237 | IUID LABEL | $ 222.26 | 11 |
| 74A210815-2003 | FAIRING (C/D HORIZ) | $ 221.04 | 5 |
| 74A890214-2183 | NAME PLATE | $ 215.19 | 46 |
| 74A890214-2447 | IUID PLATE, INBD LE FLAP | $ 210.29 | 46 |
| 74A193112-2001 | RIB (ALUM) | $ 192.11 | 1 |
| 74A172151-2005 | RIB | $ 176.92 | 2 |
| 74A193026-2001 | RIB 20 LEF INBD | $ 174.85 | 1 |
| 74A190823-2032 | SEAL O/B (ALUM) | $ 168.77 | 1 |
| 74A305021-2047 | BRACKET | $ 162.49 | 1 |

Purchased Part Excess

| Part Nbr2 | Part Desc | Total Dollars | | Total On-hand less Demand |
|---|---|---|---|---|
| 74A172155-2005 | RIB | $ | 154.78 | 3 |
| 74A890214-2011 | UID LABEL (for 607-2012) | $ | 150.98 | 12 |
| 74A172160-2004 | GUIDE | $ | 148.90 | 3 |
| 74A890214-2439 | UID LABEL (for 004-1012) | $ | 147.63 | 19 |
| 74A210749-2005 | Radius Block (s/steel) | $ | 140.74 | 15 |
| 74A193118-2001 | RIB (ALUM) | $ | 140.17 | 1 |
| 10710143 | HYCB ALUM, MMS714 (CRIII) | $ | 128.04 | 1 |
| 74A305251-2068 | BRACKET (AL) | $ | 123.74 | 1 |
| 74A192023-2005 | COVER, L/E FLAP, INBD | $ | 121.30 | 1 |
| 74A890728-2027 | ID PLATE | $ | 115.55 | 1 |
| 74A210808-2005 | BLOCK, F/G (C/D HORIZ) | $ | 115.47 | 6 |
| 74A192009-P045 | CLIP, ALUM (2045) | $ | 112.94 | 2 |
| 74A172157-2003 | RIB #7, AILERON | $ | 105.49 | 1 |
| 74A210809-2009 | DOUBLER (AL) | $ | 102.57 | 8 |
| 74A182131-2011 | RADIUS BLOCK | $ | 90.52 | 2 |
| 74A890214-2181 | NAME PLATE | $ | 89.14 | 2 |
| 74A890214-2175 | IUID PLATE | $ | 88.03 | 1 |
| 74A890214-2173 | IUID PLATE | $ | 88.03 | 1 |
| 74A832300-2001A | BRACKET,SUPPORT | $ | 83.89 | 1 |
| 74A192118-2001 | ANGLE - 983-02646 | $ | 80.41 | 1 |
| 74A890214-2203 | UID LABEL (for 974-2042) | $ | 76.77 | 4 |
| 74A172158-2004 | RIB | $ | 74.94 | 1 |
| 74A210005-5389A | CFE TRQE BOX SC (1019) | $ | 72.72 | 124 |
| 74A890214-2019 | UID LABEL (for 610-2017) | $ | 68.93 | 2 |
| 11173011-5 | ALUMINUM PLATE | $ | 65.92 | 1 |
| 74A832321-2033 | PLATE (AL) 982-01909 | $ | 65.89 | 2 |
| 74A210808-2033 | BLOCK, NYLON (C/D HORIZ) | $ | 62.69 | 1 |
| 74A192009-P005 | ANGLE CLIP, ALUM (2005) | $ | 57.87 | 1 |
| 74A890214-2197 | UID LABEL (for 974-2039) | $ | 52.42 | 1 |
| 74A172159-2006 | RIB | $ | 50.79 | 1 |
| 74A890214-2009 | UID LABEL (for 607-2011) | $ | 48.14 | 28 |
| 74A210808-5005 | SPACER BLOCK,PLASTI(2037) | $ | 47.93 | 2 |
| 74A193030-2003 | T CLIP; ALUM | $ | 45.50 | 1 |
| 74A890214-2015 | UID LABEL (for 609-2021) | $ | 42.14 | 6 |
| 74A831207-2003 | BRACKET $ | $ | 34.87 | 1 |
| 74A210815-2004 | FAIRING (C/D HORIZ) | $ | 31.81 | 1 |
| 11173142-22 | 7050-T ALUMINUM PLATE | $ | 29.48 | 2 |
| 74A890214-2195 | UID LABEL (for 974-2038) | $ | 28.30 | 11 |
| 74A890214-2017 | UID LABEL (for 609-2022) | $ | 23.35 | 3 |
| 74A890214-2231 | IUID  LABEL | $ | 19.59 | 1 |
| 74A192118-2007 | RADIUS BLOCK, (AL) OB LEF | $ | 14.70 | 1 |
| 74A890214-2179 | NAME PLATE | $ | 6.93 | 1 |
| 68A324681-5031 | STRINGER4 LH | $ | - | 5 |
| 74A110602-5032 | SPACER (-650, R/H, AFT) | $ | - | 35 |
| 74A110601-5040R | SPACER (-601, L&R @ 712) | $ | - | 166 |
| 74A110603-5025 | SPACER (-601, L&R, FWD) | $ | - | 48 |
| ST7M389-20-13 | SLEEVE, SEAL, COUPLER | $ | - | 3 |
| 74A110603-5027 | SPACER (-601, L/H, AFT) | $ | - | 23 |
| 74A210810-5009 | CFE H/STAB TIP (1007) | $ | - | 12 |
| 74A110603-5028 | SPACER (-601, R/H, AFT) | $ | - | 23 |
| 68A324681-5032 | STRINGER4 RH | $ | - | 3 |
| 6M187-1 | FINGER PANEL, TI | $ | - | 100 |
| 74A110602-5031 | SPACER (-650, L/H, AFT) | $ | - | 34 |
| 74A110601-5039R | SPACER (-601, L&R @ 712) | $ | - | 159 |
| 6M188-4 | AL FINGER PNL(2024-T81) | $ | - | 36 |
| 74R800186-2001 | RESTRICTOR | $ | - | 1 |
| 68A336201-5339 | SHIM STOCK | $ | - | 97 |
| ST7M389-24-16 | HOSE | $ | - | 22 |
| 74A110602-5029 | SPACER (-650, L&R, FWD) | $ | - | 72 |
| 74A190617-2011A | SHIM | $ | - | 1 |
| IN75211-8001 | REPAIR BUSHING | $ | - | 3 |

Make Part Excess

| Part # | Part Desc | Total Dollars | Total On-hand less Demand |
|--------|-----------|---------------|---------------------------|
| 74A210005-P007A | CP CORE MAIN BODY C&P PAA | $ 908,035.20 | 18 |
| 74A190664-2006B | CP FLAP SPAR, ALUM (IVD) | $ 48,856.72 | 8 |
| 74A210606-5139 | SKIN KIT (CLEAN/PRIME) | $ 43,638.06 | 3 |
| 1B-74A210739-2006D | 1st BURNOUT, R/H SP PLATE | $ 29,025.24 | 2 |
| 74A210606-5140 | SKIN KIT (CLEAN/PRIME) | $ 28,996.98 | 2 |
| 74A190850-2003 | CP SKIN, UPPER  OB | $ 25,648.86 | 6 |
| 74A190850-2004 | CP SKIN, UPPER  OB | $ 24,700.46 | 4 |
| 74A190851-2006 | CP SKIN  m/2 parts  OB | $ 21,204.15 | 4 |
| 1B-74A210739-2005D | 1st BURNOUT, L/H SP PLATE | $ 18,946.29 | 2 |
| 74A190851-2005 | CP PLATE m/2 parts  OB | $ 17,958.49 | 6 |
| 74A210003-5025 | TIP, ASSY OF (C/D)(1001) | $ 16,090.00 | 3 |
| 74A190664-2005B | CP FLAP SPAR (IVD) | $ 15,231.98 | 2 |
| 74A210603-2103 | STUFFING CORE, PAA; C&P | $ 13,210.39 | 6 |
| 74A210604-2095B | STRAP | $ 12,795.89 | 26 |
| 74A110965-2091 | COVER, ACCESS-UPPER, LH | $ 12,257.63 | 2 |
| 74A190852-2016A | HONEYCOMB CORE (STUFFING) | $ 12,143.97 | 7 |
| 74A210604-P001 | CP CORE,T/EGDE (1009),PAA | $ 11,910.91 | 4 |
| 74A210603-P013 | RIGIDIZED CORE, PAA | $ 9,178.41 | 3 |
| 74A210604-P003 | CP STUFF CORE (2037), PAA | $ 8,252.30 | 6 |
| 74A190671-2006 | CP SKIN LOWER RH m/2 IB | $ 7,918.91 | 2 |
| 74A190675-2013A | CORE L E FLAP | $ 7,757.18 | 9 |
| 1RC-74A210004-P101 | 1st B-STG RECLEAN HOR C/D | $ 6,310.06 | 2 |
| 74A150826-5019 | COVER, ACCESS (2075) | $ 6,255.99 | 1 |
| 74A190852-2020A | HONEYCOMB CORE (STUFFING) | $ 6,209.98 | 5 |
| 74A210603-2101 | STUFFING CORE, PAA; C&P | $ 5,782.41 | 6 |
| 74A190675-2007 | CORE | $ 5,769.82 | 10 |
| 74A210603-P019 | STUFF CORE(2075A),PAA,C&P | $ 5,130.59 | 4 |
| 74A210603-2109 | STUFFING CORE, PAA | $ 4,939.46 | 8 |
| 74A190852-2030A | HONEYCOMB CORE (STUFFING) | $ 4,461.25 | 4 |
| 74A210603-P015 | CORE, PAA (2079) | $ 4,398.57 | 5 |
| 74A190852-2034 | HONEYCOMB CORE (STUFFING) | $ 3,783.25 | 3 |
| 74A190852-2028A | HONEYCOMB CORE (STUFFING) | $ 2,852.99 | 5 |
| 1B-74A210005-5389A | CFE TRQE BOX 1ST BNT | $ 2,346.91 | 1 |
| 74A190852-2026 | HONEYCOMB CORE (STUFFING) | $ 1,828.97 | 1 |
| 74A190675-2003 | CORE | $ 1,764.33 | 6 |
| 74A190852-2032 | HONEYCOMB CORE (STUFFING) | $ 1,664.89 | 1 |
| 74A190675-2010 | CORE | $ 1,640.36 | 4 |
| 74A190675-2008 | CORE | $ 1,639.77 | 8 |
| 74A190852-2014C | HONEYCOMB CORE (STUFFING) | $ 1,577.34 | 1 |
| 74A190852-2024 | HONEYCOMB CORE (STUFFING) | $ 1,569.29 | 1 |
| 74A190852-2031 | HONEYCOMB CORE (STUFFING) | $ 1,385.45 | 5 |
| 74A190852-2022 | HONEYCOMB CORE (STUFFING) | $ 1,270.61 | 1 |
| 74A210604-P005 | STUFFING CORE (2039), PAA | $ 1,258.94 | 1 |
| 74A190852-2025 | HONEYCOMB CORE (STUFFING) | $ 1,251.58 | 6 |
| 74A190852-2015A | HONEYCOMB CORE (STUFFING) | $ 1,006.80 | 5 |
| PS14124-5011 | SKIN TEST SPECIMEN | $ 994.38 | 8 |
| 74A210603-P017 | STUFF CORE (2059A), PAA | $ 753.75 | 1 |
| 74A190675-2014A | CORE L E FLAP | $ 730.80 | 4 |
| 74A190670-2005 | CP SKIN, UPPER  LH m/2 IB | $ 167.60 | 1 |
| 74A190675-2005 | CORE | $ 149.78 | 1 |
| 74A190675-2004 | CORE | $ 133.41 | 2 |
| 74A190675-2001 | CORE | $ 112.77 | 1 |
| 74A210603-2107 | STUFFING CORE, PAA | $ 41.80 | 2 |
| 74A210608-5008 | SCAB PLIES | $ - | 5 |
| 2RC-74A210004-P101 | 2nd B-STG RECLN C/D HORZ | $ - | 1 |
| 74A121722-5008 | SUPPORT,INBD PYLON (AL) | $ 196,949.46 | 8 |
| 74A110603-5094 | SPLICE FITTING | $ 157,090.17 | 1 |
| 74A192099-1004 | FAIRING, LWR,L/E FLAP,O/B | $ 56,769.70 | 31 |
| 74A315062-2013 | LEAF HINGE (RE-INSPECT) | $ 38,248.29 | 10 |
| 74A140110-5054 | ACCESS COVER, ELEC (2010) | $ 35,803.29 | 11 |
| 74A203160-9007 | CLOSURE LEX SPAR (AL IVD) | $ 35,516.67 | 3 |
| MMS519TYPE2-CSK | COUNTERSINK SETUP PANELS | $ 29,835.63 | 2 |
| 74A120608-5009 | FWD ACC COV (2009) | $ 27,412.39 | 9 |
| 74A192180-2006 | RIB (ALUM) | $ 25,869.65 | 5 |
| 74A120606-5011 | FUEL ACCESS COVER (2015) | $ 21,493.67 | 1 |
| 74A192754-1001 | FAIRING-UPR, I/B L/E FLAP | $ 20,844.01 | 7 |
| 74A192749-5004 | FAIRING (1004) | $ 19,508.57 | 28 |
| 74A305104-1015 | FORMER ASSEMBLY | $ 18,989.35 | 1 |
| 74A121726-5012 | PYLON, WING | $ 18,867.69 | 1 |
| 74A192753-1001 | FAIRING-LWR, I/B L/E FLAP | $ 18,765.37 | 6 |
| 74A192754-1002 | FAIRING,UPR, I/B L/E FLAP | $ 18,303.68 | 5 |
| 74A192749-5003 | FAIRING (1003) | $ 15,813.27 | 15 |
| 74A120607-5014 | R/H FWD ACC COV (2012) | $ 15,710.11 | 7 |
| 74A192180-2005 | RIB (ALUM) | $ 15,388.24 | 5 |
| 74A172104-2045 | AIL. BOOT GANG LAYUP | $ 14,968.59 | 0.9792 |
| 74A192056-1010 | FAIRING,UPR,IB - G MODEL | $ 14,635.42 | 4 |
| 74A350739-5005 | STOP ASSY (-1003) | $ 14,630.12 | 46 |
| 74A192755-1008 | FAIRING, INBD LE FLAP | $ 14,430.89 | 5 |
| 74A140320-5020 | SUPPORT - REPL -5004 | $ 13,135.74 | 3 |
| 74A193003-2002 | Spare,Antenna Bay Assy-RH | $ 11,707.24 | 2 |
| 74A672408-5107 | BEAM, AL (2005C) | $ 11,021.15 | 3 |
| 74A192749-5001 | FAIRING (1001) | $ 10,583.50 | 5 |
| 74A120607-5013 | L/H FWD ACC COV (2011) | $ 10,117.02 | 14 |
| 74A140110-5057 | ACCESS COVER, ELEC (2011) | $ 9,718.80 | 2 |
| 11174622-12 | 7075-T ALUMINUM PLATE | $ 9,601.38 | 4 |
| 74A140111-5012 | ACCESS COVER, ACTU (2008) | $ 9,469.33 | 3 |
| 74A211181-2003 | TIP, NYLON (E/F) | $ 9,457.50 | 3 |
| 74A192055-1010 | FAIRING, FLAP - G MODEL | $ 9,352.78 | 3 |
| 74A303178-2009 | GUN LDR DOOR | $ 8,697.00 | 1 |
| PS14240-5009 | ISS COUPON (mms544-1a) | $ 7,918.83 | 34 |
| 74A350838-5005 | CANOPY STOP (-1001) | $ 6,705.80 | 24 |

Make Part Excess

| Part # | Part Desc | Total Dollars | Total On-hand less Demand |
|---|---|---|---|
| 74A140320-5019 | SUPPORT-REPL-5003 | $ 6,632.23 | 3 |
| 74A121882-5003 | RIB, ALUM (2001A) | $ 6,357.19 | 10 |
| 74A211220-P003 | STUFFING CORE | $ 6,347.62 | 3 |
| 74A120974-5097 | FAIRING, L.H. WITH UID | $ 6,225.39 | 3 |
| 74A120974-5098 | FAIRING, R.H. WITH UID | $ 6,156.38 | 3 |
| 74A305200-5103 | LONGERON  REPL-5101 | $ 6,051.84 | 1 |
| 74A140320-5007 | SUPPORT-REPL-5003 | $ 5,969.21 | 3 |
| 74A305281-2003 | SUPPORT (AL) | $ 5,961.36 | 1 |
| PS14268-5003 | 16 PLY PCP TEST PANEL | $ 5,812.71 | 56 |
| 74A120609-2021W | ACCESS COVER ASSY (2021) | $ 5,772.00 | 1 |
| 74A182328-2079 | T.E.F.S. BOOT GANG LAYUP | $ 5,732.50 | 0.8163 |
| 74A800771-5019 | HOUSING ASSY (2017) | $ 5,612.15 | 4 |
| 74A120604-5012 | FLAP ACUTUATOR CVR (2010) | $ 5,565.04 | 1 |
| 74A202123-5015 | RIB, ALUM (2011) | $ 5,202.29 | 2 |
| 74A192093-1004 | FAIRING-INBD, LWR, LEF | $ 4,883.25 | 2 |
| 74A305908-2001 | SUPPORT (AL) T7 CRIB | $ 4,784.10 | 1 |
| 74A305670-5004 | FORMER | $ 4,782.59 | 1 |
| 74A140320-5008 | SUPPORT - REPL -5004 | $ 4,756.63 | 2 |
| 74A182317-2026 | SHROUD STUFF CR | $ 4,583.13 | 2 |
| 74A182728-1001 | FAIRING | $ 4,569.10 | 2 |
| 74A182317-2029 | SHROUD STUFF CR | $ 4,501.72 | 2 |
| 74A192753-1002 | FAIRING,LWR, I/B L/E FLAP | $ 4,458.55 | 1 |
| MMS-350-5903 | CLEAN CONTROL SPECIMEN,TI | $ 4,362.17 | 11 |
| 74A192056-1009 | FAIRING,UPR,IB - G MODEL | $ 4,300.57 | 1 |
| 74A203129-2009 | RIB DACA KIT DET FOR-1003 | $ 4,241.50 | 1 |
| MMS350-1STAGED | B-STAGED FM300 ADHSV | $ 4,215.26 | 0.824 |
| 74A202202-2002 | CLOSURE DACA KIT | $ 4,186.20 | 1 |
| 74A192756-1008 | FAIRING,UPR, LE FLAP | $ 4,095.96 | 1 |
| 74A120974-5084 | FAIRING | $ 4,085.81 | 3 |
| 74A192756-1007 | FAIRING, UPR, IB | $ 4,035.93 | 1 |
| 74A182101-2073 | T.E.F. BOOT GANG LAYUP | $ 3,886.12 | 0.293 |
| 74A182728-1002 | T.E.SHROUD BOOT | $ 3,820.91 | 3 |
| 74A182328-P079 | 328-2079 BOOT-B-STAGE x8 | $ 3,805.90 | 0.375 |
| 74A192097-1005 | FAIRING-LWR, L/E FLAP,O/B | $ 3,799.13 | 1 |
| 74A182317-2023 | SHROUD STUFF CR | $ 3,729.12 | 4 |
| 74A202176-2001 | PLATE (ALUM) | $ 3,688.46 | 1 |
| 74A192085-2002A | G LWR SAWTOOTH (ALUM) | $ 3,567.37 | 2 |
| 74A120943-P001 | CORE | $ 3,537.06 | 3 |
| 74A672414-2005 | BEAM (AL) | $ 3,447.94 | 1 |
| MMS350-1STAGED4ROPE | STAGED TY1 (FOR ROPE FAB) | $ 3,385.70 | 1 |
| 74A120974-5096 | FAIRING, R.H. WITH UID | $ 3,345.83 | 2 |
| 74A192754-1006 | FAIRING, FLAP (NO MBOM) | $ 3,344.26 | 4 |
| 74A192049-5111 | FAIRING (1007A) | $ 3,205.12 | 3 |
| 74A120974-5083 | FAIRING | $ 3,192.19 | 2 |
| 74A182728-1004 | FAIRING | $ 3,182.99 | 5 |
| 74A305669-5001 | FORMER | $ 3,093.91 | 1 |
| 74A182317-2025 | SHROUD STUFF CR | $ 2,959.75 | 1 |
| 74A202111-5003 | RIB DACA KIT | $ 2,900.52 | 3 |
| 74A192109-1003 | FAIRING-LWR, L/E FLAP,O/B | $ 2,898.81 | 1 |
| 74A192753-5002 | FAIRING, ILEF | $ 2,864.37 | 1 |
| 74A305950-2001 | HANDLE (AL) T7 CRIB | $ 2,729.73 | 4 |
| 74A305244-1001 | BRACKET ASSY | $ 2,704.25 | 1 |
| 74A182100-P505 | MMS350-1 NUGGET 5005TD | $ 2,605.57 | 0.625 |
| 74A192797-1002 | FAIRING,LWR, L/E FLAP,O/B | $ 2,568.32 | 1 |
| 74A305814-2003A | CLOSURE RIB  T7 CRIB | $ 2,528.48 | 1 |
| 74A120974-5085 | FAIRING | $ 2,477.01 | 2 |
| 74A182317-2030 | SHROUD STUFF CR | $ 2,431.43 | 3 |
| 74A880807-2001 | TRAY | $ 2,372.44 | 1 |
| 74A140111-5017 | ACCESS COVER, ACTU (2009) | $ 2,343.65 | 2 |
| 74A192093-1003 | FAIRING-INBD, LWR, LEF | $ 2,334.05 | 1 |
| 74A192099-5007 | FAIRING, LWR,L/E FLAP,O/B | $ 2,295.93 | 1 |
| 74A305402-2007A | KEEL (IVD) TY5  T7 CRIB | $ 2,274.56 | 1 |
| 74A192089-1004 | FAIRING-LWR, O/B L/E FLAP | $ 2,156.92 | 1 |
| 74A832108-5011 | DUCT ASSY (1009) | $ 2,116.65 | 1 |
| 74A192754-1005 | FAIRING-UPR, I/B L/E FLAP | $ 2,104.57 | 2 |
| 74A182728-1003 | FAIRING | $ 1,975.81 | 3 |
| 74A832548-1001 | DUCT/ORIFICE [4X1] | $ 1,928.71 | 3 |
| 74A192797-1001 | FAIRING,LWR, L/E FLAP,O/B | $ 1,913.83 | 1 |
| MMS-727-105 | COMP. R/T | $ 1,888.07 | 2 |
| 74A192755-1001 | FAIRING,LWR, I/B L/E FLAP | $ 1,803.92 | 4 |
| 74A172704-1001 | FAIRING | $ 1,795.35 | 1 |
| 74A120974-5095 | FAIRING, F18 | $ 1,712.27 | 1 |
| 74A192754-1003 | FAIRING-UPR, I/B L/E FLAP | $ 1,630.56 | 1 |
| 74A192754-1004 | FAIRING-UPR, I/B L/E FLAP | $ 1,617.54 | 2 |
| PS12035-WC | WEDGECRACK | $ 1,595.96 | 9 |
| 74A583167-1005 | STRAINER | $ 1,570.86 | 1 |
| 74A121833-5004 | RIB, ALUM (2002A) | $ 1,532.88 | 1 |
| 74A192084-2002A | G UPR SAWTOOTH (ALUM) | $ 1,510.84 | 1 |
| 74A589095-2001 | CONNECTOR (AL)  T7 CRIB | $ 1,412.83 | 1 |
| 74A305276-1002 | SUPPORT ASSY | $ 1,352.74 | 1 |
| 74A182317-2024 | SHROUD STUFF CR | $ 1,273.04 | 1 |
| 74A203120-2001 | RIB DACA KIT | $ 1,265.99 | 1 |
| 74A120974-2015 | FAIRING  T7 CRIB | $ 1,050.54 | 1 |
| 74A800954-2001 | SCREEN | $ 1,011.61 | 1 |
| 74A192088-1001A | FAIRING-UPR, O/B L/E FLAP | $ 1,009.52 | 1 |
| 74A182317-2028 | SHROUD STUFF CR | $ 966.39 | 1 |
| 74A305951-2001 | LATCH (AL)  T7 CRIB | $ 909.24 | 1 |
| MMS-307-5207 | CLIMB DRUM PEEL | $ 817.42 | 1 |
| 74A192756-1005 | FAIRING, FLAP | $ 793.76 | 4 |
| 74A192756-1001 | FAIRING-UPR, I/B L/E FLAP | $ 781.69 | 3 |
| 74A120974-5079 | FAIRING | $ 755.50 | 1 |
| 74A350004-2009 | STRIP | $ 708.62 | 4 |

Make Part Excess

| Part # | Part Desc | Total Dollars | | Total On-hand less Demand |
|---|---|---|---|---|
| 74A192108-5005 | LE FLAP FAIRING | $ | 632.61 | 1 |
| 74A192755-1002 | FAIRING,LWR, I/B L/E FLAP | $ | 593.28 | 1 |
| 74A192755-1003 | FAIRING, FLAP | $ | 503.96 | 1 |
| 74A192756-1006 | FAIRING, INBD, LE FLAP | $ | 387.76 | 1 |
| 74A192755-1005 | FAIRING, FLAP | $ | 354.30 | 1 |
| 74A192753-1004 | FAIRING, FLAP (NO MBOM) | $ | 345.05 | 1 |
| 74A192753-1003 | FAIRING, FLAP (NO MBOM) | $ | 289.60 | 1 |
| 74A192756-1003 | FAIRING, FLAP | $ | 273.45 | 1 |
| MMS-727-101 | VOL. | $ | 244.97 | 2 |
| 74A192755-1006 | FAIRING, INBD, L.E. FLAP | $ | 226.40 | 1 |
| 74A192005-ADH | MMS350-TYPE2 ADHESIVE | $ | 150.54 | 0.25 |
| MMS-350-5303 | SINGLE LAP (MMS350 TY1) | $ | 74.17 | 1 |
| MMS-549-5031 | ILS & RESI FLOW | $ | 5.24 | 1 |
| 74A305425-5155 | SUPPORT-TRIUNNION L/H | $ | - | 1 |
| 74A211143-2003 | PLY SET T. E. SPACER | $ | - | 10 |
| 74A170767-1001 | HINGE ASSY, AIRLERON | $ | - | 1 |
| 74A831202-2003A | HOUSING | $ | - | 12 |
| 74A192054-1005 | FAIRING, FLAP (NO MBOM) | $ | - | 1 |
| MMS-727-109 | MMS727 COMP SHEAR | $ | - | 3 |
| MMS-727-111 | MMS727 ILS | $ | - | 3 |
| 68A333302-5325 | KEEL PANEL repl -5315 | $ | 27,513.82 | 1 |
| 68A831259-2001 | TUBE - HALF  NEST  m/2 pc | $ | 19,211.81 | 2 |
| 68A831259-2003 | TUBE-HALF  NEST  m/2 part | $ | 11,587.90 | 1 |
| 68A333301-5003 | PANEL m/5 parts RPL-2007 | $ | 7,793.15 | 2 |
| 68A830899-5003 | DIFFUSER ASSY | $ | 7,335.57 | 1 |
| 68A581333-5003 | TUBE ASSY 5001 | $ | 7,216.31 | 3 |
| 68A350902-2007 | FRAME | $ | 3,806.37 | 1 |
| 68A325994-2010A | SUPPORT | $ | 1,546.42 | 1 |
| 68A325979-2013 | SUPPORT | $ | 1,249.41 | 1 |
| 68A325994-2009 | SUPPORT | $ | 1,062.31 | 1 |
| 68A331543-2003 | BAFFLE NEST | $ | 521.18 | 1 |
| 68A831260-2007 | FLANGE  NEST  m/6 parts | $ | 480.02 | 2 |
| MMS-307-5209 | SINGLE LAP | $ | 182.59 | 1 |
| 68A324515-5016 | UNKNOWN | $ | - | 1 |
| 68A336202-2026A | OUTER SKIN | $ | - | 1 |
| 68A324345-2835 | FORMER | $ | - | 1 |
| 68A334006-2035 | UNKNOWN | $ | - | 40 |
| 1B-74A110713-2006 | 1st BURNOUT, SPL PLATE,IB | $ | 10,924.83 | 1 |
| 74A110601-5833 | WING KIT,TI (C&P/B-STAGE) | $ | 5,102.20 | 1 |
| ST3M443-5A2-SHIM | SHIM | $ | 6,467.81 | 80 |
| SRP1004CEC2D | GRAPHITE REPAIR STOCK | $ | 3,980.17 | 2 |
| PLM LEF SPAR INTENSIFIER | SPAR RADIUS RUBBER #1 | $ | 1,982.49 | 3 |
| BJ 74A183290-5052 DET 4 | Fab Caul plate | $ | - | 13 |
| VABOA-000643 | VISUAL AID (CURE 1A, T/C) | $ | - | 2 |
| STARRAG CUTTER TEST | MACHINING FOR CUTTER TEST | $ | - | 1 |
| RR5446230-8011 | REPAIR FILLER | $ | - | 1 |
| 68A333302-TOOL | MAZAK TOOLS | $ | - | 1 |
| 74A172004-8001 | TOOLING BUSHING | $ | - | 600 |
| BJ 74A183290-5051 DET 4 | Fab Caul plate | $ | - | 13 |
| SRP1117-R1-0161A-4M383-06 | REPAIR BUSHING | $ | - | 3 |
| RR5446230-8001 | REPAIR ANGLE | $ | - | 1 |
| ST7M339-1 ENG ARTICLE | ENGINEERING ARTICLE | $ | - | 1 |
| RR5446230-8003 | REPAIR ANGLE | $ | - | 1 |
| TJ 68A333302-2021 | TRIM JIG | $ | - | 2 |
| RR5446230-8005 | REPAIR ANGLE | $ | - | 1 |
| VABOI-000673C | VISUAL AID | $ | - | 25 |
| RR5446230-8007 | REPAIR FILLER | $ | - | 1 |
| RR5446230-8009 | REPAIR FILLER | $ | - | 1 |
| 19RPWG2011-1006 | HUB | $ | 1,363.93 | 1 |
| 1384SD-2 | OVERLAY | $ | 154.74 | 5 |
| SNK CUTTER TEST | MACHINING FOR CUTTER TEST | $ | - | 1 |