UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE BOEING COMPANY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:24CV219   HEA |
| ) | |
| MELROSE INDUSTRIES PLC, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that a hearing on the Motion to Remand [Doc. #58] is set in this matter for Tuesday, May 7, 2024, at 10:45 a.m. in the courtroom of the undersigned.

Dated this 22nd day of April, 2024.

*[signature]*

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE