UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE BOEING COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:24-cv-00219 |
| | ) |
| MELROSE INDUSTRIES Plc, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, The Boeing Company, and Defendants, Melrose Industries Plc, GKN Aerospace Services Limited, GKN Aerospace, Inc., GKN Aerospace US Holdings LLC, GKN Aerospace Transparency Systems Inc., GKN Aerospace St. Louis LLC, GKN Aerospace Aerostructures Inc., GKN Aerospace Precision Machining, Inc., and GKN Aerospace Newington LLC, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the above-captioned action be dismissed with prejudice as to all claims, proposed counterclaims, causes of action, and parties, with each party to bear its own attorneys' fees and costs.

DATED: April 25, 2024

Respectfully submitted,

 */s/ James F. Bennett*
James F. Bennett, #46826
Jeffrey R. Hoops, #69813
M. Stacy Connelly, #63465
DOWD BENNETT LLP
7676 Forsyth Boulevard, Suite 1900
St. Louis, MO 63105
Tel: (314) 889-7300
Facsimile: (314) 863-2111
jbennett@dowdbennett.com
jhoops@dowdbennett.com
sconnelly@dowdbennett.com

1

Matthew A. Kairis (*pro hac vice*)
JONES DAY
2727 N. Harwood St.
Dallas, TX 75201
Tel: (214) 220-3939
Facsimile: (214) 969-5100
makairis@jonesday.com

Christopher DiPompeo (*pro hac vice)*
Nathaniel G. Ward (*pro hac vice*)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Tel: (202) 879-3939
Facsimile: (202) 626-1700
cdipompeo@jonesday.com
nward@jonesday.com

**Attorneys for Plaintiff The Boeing Company**

And

By: /s/ *Matthew P. Diehr*
Matthew P. Diehr, #61999MO
Jeffrey B. Jensen, #46745MO
Vicki L. Little, #36012MO
HUSCH BLACKWELL LLP
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO  63105
Tel: (314) 480-1500
Facsimile: (314) 480-1505
Matthew.diehr@huschblackwell.com

Michael D. Kibler (Pro Hac Vice)
Kibler Fowler & Cave LLP
11100 Santa Monica Blvd., Ste. 360
Los Angeles, CA 90025
Tel: (310) 409-0473
Facsimile: (310) 409-0401
mkibler@kfc.law

Daniel J. Stujenske (Pro Hac Vice)
Michael C. Ledley
(Pro Hac Vice Forthcoming)
Kibler Fowler & Cave LLP

2

500 Fifth Avenue, 12th Floor
New York, NY 10010
Telephone: 310-409-0477
dstujenske@kfc.law
mledley@kfc.law

***Attorneys for Defendants, Melrose Industries PLC, GKN Aerospace Services Limited, GKN Aerospace, Inc., GKN Aerospace US Holdings LLC, GKN Aerospace Transparency Systems Inc., GKN Aerospace St. Louis LLC, GKN Aerospace Aerostructures Inc., GKN Aerospace Precision Machining, Inc., and GKN Aerospace Newington LLC***

**CERTIFICATE OF SERVICE**

  I certify that on April 25, 2024, a copy of the foregoing was filed via the Court's electronic CM/ECF filing system for service on counsel of record.

*/s/ James F. Bennett*
Attorney for Plaintiffs
